# Exhibit A

Int. Cl.: 5

Prior U.S. Cls.: 6, 18, 44, 46, 51 and 52

**United States Patent and Trademark Office**

Reg. No. 3,251,595
Registered June 12, 2007

TRADEMARK
PRINCIPAL REGISTER

# GILEAD

GILEAD SCIENCES, INC. (DELAWARE CORPORATION)
333 LAKESIDE DRIVE
FOSTER CITY, CA 94404

FOR: PHARMACEUTICAL PREPARATIONS, NAMELY, ANTIVIRALS, ANTIFUNGALS AND PREPARATIONS FOR THE TREATMENT OF INFECTIOUS CONDITIONS, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52).

FIRST USE 4-7-1989; IN COMMERCE 4-7-1989.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 1,611,838.

SER. NO. 78-942,489, FILED 8-1-2006.

DAWN HAN, EXAMINING ATTORNEY

Int. Cl.: 5

Prior U.S. Cls.: 6, 18, 44, 46, 51 and 52

**United States Patent and Trademark Office**

Reg. No. 2,656,314
Registered Dec. 3, 2002

## TRADEMARK
### PRINCIPAL REGISTER



GILEAD SCIENCES, INC. (DELAWARE CORPORATION)
333 LAKESIDE DRIVE
FOSTER CITY, CA 94404

FOR: PHARMACEUTICAL PREPARATIONS FOR THE TREATMENT AND/OR PREVENTION OF INFECTIOUS DISEASES, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52).

FIRST USE 2-22-2002; IN COMMERCE 2-22-2002.

THE ACCOMPANYING DRAWING IS LINED FOR THE COLOR RED, AND RED IS A FEATURE OF THE MARK.

SER. NO. 76-348,396, FILED 12-12-2001.

JEAN IM, EXAMINING ATTORNEY



# GSI

| | |
|---|---|
| **Reg. No. 3,890,252** | GILEAD SCIENCES LIMITED (IRELAND COMPANY) |
| | IDA BUSINESS AND TECHNOLOGY PARK |
| **Registered Dec. 14, 2010** | CARRIGTOHILL, CO. CORK, IRELAND |
| **Int. Cl.: 5** | FOR: PHARMACEUTICAL PREPARATIONS FOR THE TREATMENT OF INFECTIOUS CONDITIONS AND DISEASES AND DISORDERS OF THE IMMUNE SYSTEM, THE LIVER AND THE CARDIOVASCULAR SYSTEM; ANTIVIRALS, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52). |
| **TRADEMARK** | |
| **PRINCIPAL REGISTER** | FIRST USE 6-17-2007; IN COMMERCE 6-17-2007. |

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY CLAIMED UNDER SEC. 44(D) ON IRELAND APPLICATION NO. 2010/00199, FILED 2-4-2010.

SER. NO. 85-032,245, FILED 5-6-2010.

SAMUEL E. SHARPER JR., EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# TRADEMARK ASSIGNMENT COVER SHEET

Electronic Version v1.1  ETAS ID: TM322197
Stylesheet Version v1.2

| SUBMISSION TYPE: | NEW ASSIGNMENT |
| --- | --- |
| NATURE OF CONVEYANCE: | CHANGE OF NAME |

## CONVEYING PARTY DATA

| Name | Formerly | Execution Date | Entity Type |
| --- | --- | --- | --- |
| Gilead Sciences Limited | | 09/22/2014 | LIMITED LIABILITY COMPANY: IRELAND |

## RECEIVING PARTY DATA

| Name: | Gilead Sciences Ireland UC |
| --- | --- |
| Doing Business As: | Gilead Sciences Ireland UC |
| Street Address: | IDA Business and Technology Park |
| City: | Carrigtohill, Co. Cork |
| State/Country: | IRELAND |
| Entity Type: | Unlimited Company: IRELAND |

## PROPERTY NUMBERS Total: 144

| Property Type | Number | Word Mark |
| --- | --- | --- |
| Registration Number: | 4188355 | TRILEUS |
| Registration Number: | 4277625 | COFENDA |
| Registration Number: | 4038955 | COMPLERA |
| Registration Number: | 4277626 | CYTACTA |
| Registration Number: | 4277627 | VICLUDA |
| Registration Number: | 4378034 | VITECA |
| Registration Number: | 4315192 | AZEVITA |
| Registration Number: | 4315191 | AMPLETTA |
| Registration Number: | 4315190 | AMPLETA |
| Registration Number: | 4033139 | COMPLEVA |
| Registration Number: | 4476435 | APEXIAD |
| Registration Number: | 4476436 | CYPLUS |
| Registration Number: | 4476437 | QUALTARA |
| Registration Number: | 4370358 | TYBOST |
| Registration Number: | 3890252 | GSI |
| Registration Number: | 4062201 | CMPLERA |
| Registration Number: | 4047842 | KOMPLIRA |
| Registration Number: | 4047840 | KONPLERA |
| Registration Number: | 4047841 | CANPLERA |

| Property Type | Number | Word Mark |
|---|---|---|
| Registration Number: | 4483241 | QUAVEAD |
| Registration Number: | 4535448 | ERAQUAD |
| Registration Number: | 4535447 | UNOSTARA |
| Registration Number: | 4535446 | COBRELA |
| Registration Number: | 4535445 | QUADUNO |
| Registration Number: | 4535444 | QUADVYR |
| Registration Number: | 4473232 | QUATREAD |
| Registration Number: | 4578217 | VITECTA |
| Registration Number: | 4048113 | KOMPLARA |
| Registration Number: | 4104494 | VIXPLERA |
| Registration Number: | 4090077 | EVIPLERA |
| Registration Number: | 4130861 | STR |
| Registration Number: | 4278048 | STRIBOLD |
| Registration Number: | 4105297 | |
| Registration Number: | 4263613 | STRIBILD |
| Registration Number: | 4345163 | VITEKTA |
| Registration Number: | 4323411 | STR |
| Registration Number: | 4320307 | STRIBILD |
| Registration Number: | 4320650 | SOCINCT |
| Registration Number: | 4468665 | SOVALDI |
| Registration Number: | 4438755 | INODELT |
| Registration Number: | 4364273 | ZYDELIG |
| Registration Number: | 4371363 | SELNISA |
| Registration Number: | 4435098 | EXPALITE |
| Registration Number: | 4438767 | FINLIZA |
| Registration Number: | 4456646 | 7985 |
| Registration Number: | 4582787 | 1160 |
| Registration Number: | 4509797 | |
| Registration Number: | 4509798 | |
| Registration Number: | 4608545 | HARVONI |
| Registration Number: | 4560268 | 7916 |
| Serial Number: | 77894772 | QUADRID |
| Serial Number: | 77942516 | ARVANCE |
| Serial Number: | 85191697 | SYMPLERA |
| Serial Number: | 77894779 | UNIVADA |
| Serial Number: | 85330091 | THEQUAD |
| Serial Number: | 85329999 | QWAD |
| Serial Number: | 85330085 | MYKWAD |
| Serial Number: | 85358082 | AMPLEV |

| Property Type | Number | Word Mark |
|---|---|---|
| Serial Number: | 85358100 | ASSEVITA |
| Serial Number: | 85358136 | BLOXEGRA |
| Serial Number: | 85358437 | CRUZALON |
| Serial Number: | 85358466 | DEFISTRO |
| Serial Number: | 85358502 | FIRCLAZA |
| Serial Number: | 85358537 | GOFAZRI |
| Serial Number: | 85358584 | INCLUZA |
| Serial Number: | 85358588 | INGENSIDY |
| Serial Number: | 85358652 | JUSTRION |
| Serial Number: | 85358658 | MONFORZO |
| Serial Number: | 85358678 | STIGRAZ |
| Serial Number: | 85358714 | STURDECA |
| Serial Number: | 85358725 | ZKWAD |
| Serial Number: | 85679729 | QSTARA |
| Serial Number: | 85709246 | IPANGEO |
| Serial Number: | 85709337 | CIXIGY |
| Serial Number: | 85709313 | VCISEV |
| Serial Number: | 85709365 | CCISEV |
| Serial Number: | 85839069 | SURCEZE |
| Serial Number: | 85839086 | OZIMLA |
| Serial Number: | 85839094 | SENZIST |
| Serial Number: | 85839098 | VENZAYA |
| Serial Number: | 85839101 | ZENKAY |
| Serial Number: | 85844208 | SELNISA |
| Serial Number: | 85844212 | LYMCYSE |
| Serial Number: | 85944354 | 510 |
| Serial Number: | 86029203 | |
| Serial Number: | 86096000 | SOSIPLI |
| Serial Number: | 86096008 | SIMLIBIS |
| Serial Number: | 86095989 | SOPASVIO |
| Serial Number: | 86096012 | SOPIFNI |
| Serial Number: | 86095999 | SUMLEDIR |
| Serial Number: | 86095997 | COHYCIV |
| Serial Number: | 86095993 | ONVALSI |
| Serial Number: | 86107391 | MOMENTS LIKE THIS CAN CHANGE EVERYTHING |
| Serial Number: | 86033869 | VOYANNIS |
| Serial Number: | 86124771 | SOFALVI |
| Serial Number: | 86170336 | GENVOYA |
| Serial Number: | 86170334 | ALVANSIS |

| Property Type | Number | Word Mark |
|---|---|---|
| Serial Number: | 86170333 | JENBRISA |
| Serial Number: | 86170331 | GENPHYSA |
| Serial Number: | 86170330 | ENSTRALA |
| Serial Number: | 86170328 | NUFEZA |
| Serial Number: | 86170959 | GENLIBIS |
| Serial Number: | 86171158 | COHERIS |
| Serial Number: | 86170326 | DESCOVY |
| Serial Number: | 86174687 | VUHANSA |
| Serial Number: | 86095996 | FULDELIS |
| Serial Number: | 86186218 | INGENSIDI |
| Serial Number: | 86226938 | SUMTELIS |
| Serial Number: | 86227023 | GENDEVRA |
| Serial Number: | 86227054 | VISTREMA |
| Serial Number: | 86227084 | OSYMTEE |
| Serial Number: | 86227091 | RIZUPA |
| Serial Number: | 86227174 | OTIMSA |
| Serial Number: | 86227110 | MELOVY |
| Serial Number: | 86227119 | MARPOSIS |
| Serial Number: | 86227180 | VOYALA |
| Serial Number: | 86029273 |  |
| Serial Number: | 86030025 | VOYANIS |
| Serial Number: | 86118077 | SOPIFNY |
| Serial Number: | 86222090 | NESEQUENT |
| Serial Number: | 86280995 | TYBOST |
| Serial Number: | 86281218 | VITEKTA |
| Serial Number: | 86282333 | SOHEPIC |
| Serial Number: | 86282353 | EPCLUSA |
| Serial Number: | 86124768 | SOFALDI |
| Serial Number: | 86341939 | HINGENO |
| Serial Number: | 86341936 | VERCEBIA |
| Serial Number: | 86341933 | VYNCLUSA |
| Serial Number: | 86341931 | GENCLUSA |
| Serial Number: | 86341927 | NESSAVIO |
| Serial Number: | 86341924 | ZENJURNA |
| Serial Number: | 86341919 | ENCLUITIVE |
| Serial Number: | 86341913 | LYGADDO |
| Serial Number: | 86346340 | ZYDELIG |
| Serial Number: | 86346343 | ZYDELIG |
| Serial Number: | 86363315 | PANJEVRY |

| Property Type | Number | Word Mark |
|---|---|---|
| Serial Number: | 86363321 | ESOFIS |
| Serial Number: | 86373746 | PANGYPIC |
| Serial Number: | 86373736 | PANJEVRIS |
| Serial Number: | 86373733 | PANGIVIS |
| Serial Number: | 86373725 | FINJOSO |
| Serial Number: | 86373718 | JENSTREY |
| Serial Number: | 86373710 | IONLAY |
| Serial Number: | 86373704 | CLUMENTI |

**CORRESPONDENCE DATA**

| | |
|---|---|
| Fax Number: | 650 522-55 |

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| | |
|---|---|
| Phone: | 650 522-2401 |
| Email: | trademarks@gilead.com |
| Correspondent Name: | Gretchen R. Stroud |
| Address Line 1: | 333 Lakeside Drive |
| Address Line 4: | Foster City, CALIFORNIA 94404 |

| ATTORNEY DOCKET NUMBER: | GSL NAME CHANGE |
|---|---|

**DOMESTIC REPRESENTATIVE**

| | |
|---|---|
| Name: | Gretchen R. Stroud |
| Address Line 1: | 333 Lakeside Drive |
| Address Line 4: | Foster City, CALIFORNIA 94404 |

| NAME OF SUBMITTER: | Gretchen R. Stroud |
|---|---|
| SIGNATURE: | /Gretchen R. Stroud/ |
| DATE SIGNED: | 11/04/2014 |

Total Attachments: 1
source=Certified copy Cert of Inc#page1.tif

Number : 259755                                       Duplicate Certificate

*FEE PAID*
*DUPLICATE CERTIFICATE*

# Certificate of Incorporation of a Company

## I hereby certify, that

**GILEAD SCIENCES IRELAND UC**

originally called **NEXSTAR PHARMACEUTICALS LIMITED**

which name was changed to
**GILEAD PHARMACEUTICALS LIMITED**

on **Thursday, the 16th day of March, 2000**

which name was changed to
**GILEAD SCIENCES LIMITED**

on **Thursday, the 18th day of May, 2000**

which name was changed to
**GILEAD SCIENCES**

on **Monday, the 22nd day of September, 2014**

which name was changed to
**GILEAD SCIENCES IRELAND UC**

on **Monday, the 22nd day of September, 2014**

each name change having been made by Special Resolution and with the Authority of the Registrar of Companies.

was Reregistered under the Companies Acts,  1963 to 2013

as an *Unlimited* Company, on
**Monday, the 22nd day of September, 2014.**

*Ita Bowe*

Given under my hand at Dublin, this
**Wednesday, the 8th day of October, 2014.**

Companies Act, 1963, sec. 370(1)                    For Registrar of Companies

**TRADEMARK**

Int. Cl.: 5

Prior U.S. Cls.: 6, 18, 44, 46, 51, and 52

**United States Patent and Trademark Office**

Reg. No. 2,915,213
Registered Dec. 28, 2004

## TRADEMARK
PRINCIPAL REGISTER

## TRUVADA

GILEAD SCIENCES, INC. (DELAWARE CORPORATION)
333 LAKESIDE DRIVE
FOSTER CITY, CA 94404

FOR: PHARMACEUTICAL PREPARATIONS FOR THE TREATMENT OF INFECTIOUS CONDITIONS, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52).

FIRST USE 8-5-2004; IN COMMERCE 8-5-2004.

SN 78-239,720, FILED 4-18-2003.

JERI J. FICKES, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office

# TRUVADA FOR PREP

**Reg. No. 5,358,262**  
**Registered Dec. 19, 2017**  
**Int. Cl.: 5, 44**  
**Service Mark**  
**Trademark**  
**Principal Register**

Gilead Sciences Inc. (DELAWARE CORPORATION)  
333 Lakeside Drive  
Foster City, CALIFORNIA 94404

CLASS 5: Anti-viral pharmaceutical preparations; pharmaceutical preparations for the treatment and prevention of infectious diseases; pharmaceutical preparations for the treatment of immune dysfunction; pharmaceutical preparations for the treatment and prevention of human immunodeficiency virus infection

FIRST USE 2-6-2017; IN COMMERCE 2-6-2017

CLASS 44: Information and advisory services relating to pharmaceuticals, diseases and medical conditions and treatments, namely, pharmaceutical advice, medical and pharmaceutical consultation, medical advisory services, and providing medical information, consultancy and advisory services; information and advisory services relating to pharmaceuticals, diseases and medical conditions and treatments, namely, pharmaceutical advice, medical and pharmaceutical consultation, medical advisory services, and providing medical information, consultancy and advisory services provided on-line over a computer network and the Internet; providing medical information and advisory services regarding HIV infection

FIRST USE 1-11-2016; IN COMMERCE 1-11-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF EUROPEAN UNION , REG. NO. 015787484, DATED 12-29-2016, EXPIRES 08-30-2026

OWNER OF U.S. REG. NO. 2915213

No claim is made to the exclusive right to use the following apart from the mark as shown: "FOR PREP"

SER. NO. 87-292,084, FILED 01-06-2017



Joseph Matal  
Performing the Functions and Duties of the  
Under Secretary of Commerce for  
Intellectual Property and Director of the  
United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# DESCOVY

| | |
|---|---|
| **Reg. No. 4,876,632** | GILEAD SCIENCES IRELAND UC (IRELAND UNLIMITED COMPANY) IDA BUSINESS AND TECHNOLOGY PARK |
| **Registered Dec. 29, 2015** | CARRIGTOHILL, CO. CORK, IRELAND |
| **Int. Cl.: 5** | FOR: PHARMACEUTICAL PREPARATIONS FOR THE PREVENTION AND TREATMENT OF HEPATITIS AND HIV INFECTION; ANTIVIRALS; ANTI-INFLAMMATORIES; ANTI-FUNGALS; PHARMACEUTICAL PREPARATIONS FOR USE IN THE TREATMENT OF INFECTIOUS DISEASES, LIVER DISEASES AND DISORDERS, RESPIRATORY DISEASES AND DISORDERS, ONCOLOGICAL DISEASES AND DISORDERS, AND CARDIOVASCULAR DISEASES AND DISORDERS, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52). |
| **TRADEMARK** | |
| **PRINCIPAL REGISTER** | |

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF IRELAND REG. NO. 249773, DATED 4-26-2014, EXPIRES 10-31-2023.

SER. NO. 86-170,326, FILED 1-20-2014.

LUCY ARANT, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# DESCOVY FOR PREP

**Reg. No. 5,912,591**
**Registered Nov. 19, 2019**
**Int. Cl.: 5, 44**
**Service Mark**
**Trademark**
**Principal Register**

Gilead Sciences Ireland UC  (IRELAND UNLIMITED COMPANY )
Ida Business And Technology Park
Carrigtohill, Co. Cork, IRELAND

CLASS 5: Anti-viral pharmaceutical preparations; pharmaceutical preparations for the treatment and prevention of infectious diseases; pharmaceutical preparations for the treatment of immune dysfunction; pharmaceutical preparations for the treatment and prevention of human immunodeficiency virus infection

CLASS 44: Information and advisory services relating to pharmaceuticals, diseases and medical conditions and treatments, namely, pharmaceutical advice, medical and pharmaceutical consultation, medical advisory services, and providing medical information, consultancy and advisory services; information and advisory services relating to pharmaceuticals, diseases and medical conditions and treatments, namely, pharmaceutical advice, medical and pharmaceutical consultation, medical advisory services, and providing medical information, consultancy and advisory services provided on-line over a computer network and the Internet; providing medical information and advisory services regarding HIV infection

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY CLAIMED UNDER SEC. 44(D) ON EUROPEAN UNION APPLICATION NO. 018009954, FILED 01-14-2019, REG. NO. 018009954, DATED 05-14-2019, EXPIRES 01-14-2029

OWNER OF U.S. REG. NO. 4876632

No claim is made to the exclusive right to use the following apart from the mark as shown: "FOR PREP"

SER. NO. 88-266,226, FILED 01-17-2019



Director of the United States
Patent and Trademark Office

# United States of America

### United States Patent and Trademark Office



**Reg. No. 5,030,567**

**Registered Aug. 30, 2016**

**Int. Cl.: 5**

**Trademark**

**Principal Register**

Gilead Sciences, Inc. (DELAWARE CORPORATION)
333 Lakeside Drive
Foster City, CA 94404

CLASS 5: pharmaceutical preparations for the treatment of HIV infection; pharmaceutical preparations, namely, pre-exposure prophylaxis (PrEP) preparations for prevention and risk mitigation of contracting HIV

FIRST USE 8-5-2004; IN COMMERCE 8-5-2004

The color(s) blue is/are claimed as a feature of the mark.

The mark consists of the placement of the word "GILEAD" in blue, debossed on the front of a three-dimensional configuration of an oblong tablet, also in blue. The broken lines depicting the tablet indicate placement of the mark on the goods and the tablet shape depicted in broken lines, alone, is not part of the mark.

OWNER OF U.S. REG. NO. 4279898, 2679181

SER. NO. 86-850,196, FILED 12-15-2015
JOHN M GARTNER, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,154,303**

**Registered Mar. 07, 2017**

**Int. Cl.: 5**

**Trademark**

**Principal Register**

Gilead Sciences, Inc. (DELAWARE CORPORATION)
333 Lakeside Drive
Foster City, CA 94404

CLASS 5: Pharmaceutical preparations for the treatment of HIV infection; pharmaceutical preparations, namely, pre-exposure prophylaxis (PrEP) preparations for prevention and risk mitigation of contracting HIV

FIRST USE 8-5-2004; IN COMMERCE 8-5-2004

The color(s) light blue is/are claimed as a feature of the mark.

The mark consists of "701" imprinted on a three-dimensional design of an oblong shape light blue tablet. The broken lines depicting the shape of the tablet indicate placement of the mark on the goods and the tablet shape depicted in broken lines, alone, is not part of the mark.

SER. NO. 86-963,774, FILED 04-04-2016
JORDAN A BAKER, EXAMINING ATTORNEY



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

# United States of America
### United States Patent and Trademark Office



**Reg. No. 5,906,177**         Gilead Sciences, Inc.  (DELAWARE CORPORATION)
                               333 Lakeside Drive
**Registered Nov. 12, 2019**   Foster City, CALIFORNIA 94404

**Int. Cl.: 5**                CLASS 5: Pharmaceutical preparations, namely, pre-exposure prophylaxis (PrEP) preparations for prevention and risk mitigation of contracting HIV

**Trademark**                  FIRST USE 8-5-2004; IN COMMERCE 8-5-2004

**Principal Register**         The color(s) blue is/are claimed as a feature of the mark.

The mark consists of the color blue applied to the entire surface of a three-dimensional oblong tablet. The dotted outline of the tablet is intended to show the position of the mark on the goods, and exclusive right is not claimed to the shape of the tablet itself.

OWNER OF U.S. REG. NO. 5154303, 5030567

SEC.2(F)

SER. NO. 87-794,113, FILED 02-12-2018



Director of the United States
Patent and Trademark Office