# Exhibit C

**DOCTORS UNITED DEFENDANTS**

| Defendant | Description | Causes of Action | Role in Doctors United Defendants' Fraudulent Scheme |
|---|---|---|---|
| Doctors United | Operator of a network of healthcare clinics, including four registered 340B clinics | Fraud (Count I), Aiding and Abetting Fraud (Count II), Conspiracy to Commit Fraud (Count IV)<br><br>FDUTPA (Count VI), Conspiracy to Violate FDUTPA (Count VII)<br><br>Conspiracy to Violate the Lanham Act (Count XV)<br><br>Federal Trademark Infringement (Count IX, X)<br><br>False Description and Designation of Origin in Commerce (Count XI)<br><br>Federal False Advertising (Count XII) | Identified and paid recruits to enroll in the MAP and submitted fraudulent MAP enrollments purportedly on behalf of those recruits.<br><br>Forged prescriptions and impersonated enrollees in order to complete the enrollment validation process.<br><br>Used its participation in the 340B Program to acquire heavily discounted PrEP medication for Defendant Physician Preferred, which Physician Preferred dispensed or purported to dispense to recruits that Doctors United fraudulently enrolled in the MAP in exchange for payment from Gilead.  In exchange, Physicians Preferred shared with Doctors United the reimbursement proceeds it claimed and obtained from Gilead through the MAP for each such dispense or purported dispense<br><br>Routinely engaged in the practice of fraudulent multi-fill, thereby wrongly extracting from Gilead millions of dollars of reimbursement payments for improperly prescribed PrEP medication.  For example, working in concert, prescribers from Doctors United and Doctors United's affiliate, AJC Medical, fraudulently prescribed five refills for MAP Card No. 98847236409 on February 21, March 9, March 13, April, 6, and April 14, 2020—a span of seven weeks—resulting in more than $5,000 in reimbursement claims, which Gilead paid in full.  Each of these prescriptions was fraudulent and violated the certifications the enrolling prescriber made on the enrollee's MAP enrollment—namely, that the prescribed medication was for the applicant and would be used as directed, that the prescriber would be supervising the applicant's use of PrEP medication, and that the prescriber would periodically verify continued use of Gilead medication. |

|  |  | Federal Dilution of Mark (Count XIII)<br><br>Florida Dilution and Tarnishment of Mark and Injury to Business Reputation (Count XIV)<br><br>Unfair Competition (Count XVII)<br><br>Trademark Infringement Under Florida Trademark Registration and Protection Act (Count XVIII)<br><br>Unjust Enrichment (Count XIX) | Dispensed, sold and distributed PrEP medication that was misbranded and materially different from authentic PrEP medication authorized for sale by Gilead. |
|---|---|---|---|
| Augustine Carbon | President and CEO, Doctors United | Conspiracy to Violate the Lanham Act (Count XV)<br><br>Unjust Enrichment (Count XIX) | From January 2018 through the present, devised and carried out the scheme to use false MAP enrollments to defraud Gilead through Defendant Doctors United.<br><br>As President and CEO, used his authority and control over Doctors United to establish and enforce policies and business practices to ensure Doctors United employees enrolled individuals in the MAP and prescribed enrollees refills without regard to whether the prescribed PrEP medication was for the applicant, the prescribed medication was medically necessary for the applicant, the prescribed medication would be used by the applicant as directed, the prescriber would be |

| | | | |
|---|---|---|---|
| | | | supervising the applicant's use of PrEP medication, or the prescriber would periodically verify continued use of Gilead medication.<br><br>Used his authority and control over Doctors United to discipline and/or terminate employees who have resisted or refused to participate in the fraudulent scheme.  For example, in or about January 2020, to further Doctors United Defendants' fraudulent scheme and prevent it from coming to light, Augustine Carbon fired a nurse practitioner employed by Doctors United who had expressed her reluctance to prescribe PrEP medication to recruits who did not want the medication.<br><br>Used his authority and control over Doctors United to direct Doctors United employees to dispense, sell and distribute PrEP medication that was misbranded and materially different from authentic PrEP medication authorized for sale by Gilead. |
| Jennifer John Carbon | Former President and Co-founder, Doctors United<br><br>Incorporator and Registered Agent, AJC Medical | Conspiracy to Violate the Lanham Act (Count XV)<br><br>Unjust Enrichment (Count XIX) | Devised and carried out the Doctors United Defendants' scheme to use false MAP enrollments to defraud Gilead through Defendant Doctors United.<br><br>As the Co-Founder and former President, used her authority and control over Doctors United to establish and enforce policies and business practices to ensure Doctors United employees enrolled individuals in the MAP and prescribed enrollees refills without regard to whether the prescribed PrEP medication was for the applicant, the prescribed medication was medically necessary for the applicant, the prescribed medication would be used by the applicant as directed, the prescriber would be supervising the applicant's use of PrEP medication, or the prescriber would periodically verify continued use of Gilead medication.<br><br>Even after leaving her formal position at Doctors United, she continued to actively participate in the company's illegal activities. |

4

| | | | |
|---|---|---|---|
| | | | Used her authority and control over Doctors United to direct Doctors United employees to dispense, sell and distribute PrEP medication that was misbranded and materially different from authentic PrEP medication authorized for sale by Gilead. |
| Khadijah Carbon | Vice President, Doctors United | Conspiracy to Violate the Lanham Act (Count XV)<br><br>Unjust Enrichment (Count XIX) | From January 2018 through the present, devised and carried out the Doctors United Defendants' scheme to use false MAP enrollments to defraud Gilead through Defendant Doctors United.<br><br>As Vice President, used her authority and control over Doctors United to establish and enforce policies and business practices to ensure Doctors United enrolled individuals in the MAP and prescribed enrollees refills without regard to whether the prescribed PrEP medication was for the applicant, the prescribed medication was medically necessary for the applicant, the prescribed medication would be used by the applicant as directed, the prescriber would be supervising the applicant's use of PrEP medication, or the prescriber would periodically verify continued use of Gilead medication.<br><br>Used her authority and control over Doctors United to direct Doctors United employees to dispense, sell, and distribute PrEP medication that was misbranded and materially different from authentic PrEP medication authorized for sale by Gilead. |
| Tamara Alonso | Prescriber, Doctors United | Fraud (Count I), Aiding and Abetting Fraud (Count II), Conspiracy to Commit Fraud (Count IV) | As a prescriber employed by Doctors United, submitted fraudulent enrollments and issued fraudulent prescriptions through the MAP, which violated her certifications to Gilead that the prescribed PrEP medication was for the applicant, the prescribed medication was medically necessary for the applicant, the prescribed medication would be used by the applicant as directed, the prescriber would be supervising the applicant's use of PrEP medication, and the prescriber would periodically verify continued use of Gilead medication. |

5

| | | FDUTPA (Count VI), Conspiracy to Violate FDUTPA (Count VII)<br><br>Unjust Enrichment (Count XIX) | Engaged in the practice of fraudulent multi-fill, thereby wrongly extracting from Gilead thousands of dollars of reimbursement payments for improperly prescribed PrEP medication. For example, Defendant Alonso fraudulently prescribed four refills for MAP Card No. 98840121609 on March 31, 2020, April 2, 2020, April 27, 2020, and May 5, 2020—a span of five weeks—resulting in more than $4,000 in reimbursement claims through the MAP, which Gilead paid in full. Each of these prescriptions was fraudulent and violated the certifications the enrolling prescriber made on the enrollee's MAP enrollment—namely, that the prescribed medication was for the applicant and would be used as directed, that the prescriber would be supervising the applicant's use of PrEP medication, and that the prescriber would periodically verify continued use of Gilead medication.<br><br>Responsible for enrolling more than 300 individuals in the MAP between June 2019 and August 2020. After the MAP and PAP Cards linked to Defendant Alonso were deactivated in response to Defendants' fraud, only a small percentage of those cards were re-activated by the original enrollee to continue receiving Gilead medication, evidence that the majority of Defendant Alonso's enrollees did not have a bona fide need for Gilead medication and were improperly enrolled in the MAP by Defendant Alonso. For example, the individuals associated with MAP Card Nos. 96188256108, 96225930208, and 96229709608, who purportedly had been dispensed PrEP medication repeatedly leading up to the suspension of their cards, did not seek to have their cards reactivated thereafter.<br><br>On or about March 25, 2020, Defendant Alonso knowingly and intentionally submitted and caused to be submitted false certifications in connection with B. J.'s enrollment form. These certifications included that (i) the prescribed PrEP medication was for the applicant, |

6

| | | | |
|---|---|---|---|
| | | | (ii) the prescribed medication was medically necessary for the applicant, (iii) the prescribed medication would be used by the applicant as directed, (iv) the prescriber would be supervising the applicant's use of PrEP medication, and (v) the prescriber would periodically verify continued use of Gilead medication.  Each of these certifications was false.  B. J. was enrolled in the MAP without his knowledge or consent. Gilead records indicate that on or about March 27, 2020, Defendant United Pharmacy submitted a reimbursement claim in connection with B. J's MAP Card.  Gilead paid this claim in full. |
| John Catano | Prescriber, Doctors United | Fraud (Count I), Aiding and Abetting Fraud (Count II), Conspiracy to Commit Fraud (Count IV)<br><br>FDUTPA (Count VI), Conspiracy to Violate FDUTPA (Count VII)<br><br>Unjust Enrichment (Count XIX) | As a prescriber employed by Doctors United, submitted fraudulent enrollments and issued fraudulent prescriptions through the MAP, which violated his certifications to Gilead that the prescribed PrEP medication was for the applicant, the prescribed medication was medically necessary for the applicant, the prescribed medication would be used by the applicant as directed, the prescriber would be supervising the applicant's use of PrEP medication, and the prescriber would periodically verify continued use of Gilead medication.<br><br>Engaged in the practice of fraudulent multi-fill, thereby wrongly extracting from Gilead thousands of dollars of reimbursement payments for improperly prescribed PrEP medication. For example, Defendant Catano and a prescriber for Alliance Medical Center alternated fraudulently prescribing four refills for MAP Card No. 96184606808 on December 5, 2019, December 13, 2019, December 31, 2019, and January 20, 2020—a span of six weeks—resulting in more than $4,000 in reimbursement claims through the MAP, which Gilead paid in full. Each of these prescriptions was fraudulent and violated the certifications the enrolling prescriber made on the enrollee's MAP enrollment—namely, that the prescribed medication was for the applicant and would be used as directed, that the prescriber would be supervising the applicant's use of PrEP medication, and that the |

12071982

| | | | prescriber would periodically verify continued use of Gilead medication. |
|---|---|---|---|
| | | | Responsible for enrolling more than 350 individuals in the MAP between January 2019 and February 2020.  After the MAP and PAP Cards linked to Defendant Catano were deactivated in response to Defendants' fraud, only a small percentage of those cards were re-activated by the original enrollee to continue receiving Gilead medication, evidence that the overwhelming majority of Defendant Catano's MAP enrollees did not have a bona fide need for Gilead medication and were improperly enrolled by Defendant Catano.  For example, the individuals associated with MAP Card Nos. 98831264809, 98833542309, and 98832482909, who purportedly had been dispensed PrEP medication repeatedly leading up to the suspension of their cards, did not seek to have their cards reactivated thereafter. |
| AJC Medical | Healthcare clinic | Fraud (Count I), Aiding and Abetting Fraud (Count II), Conspiracy to Commit Fraud (Count IV)<br><br>FDUTPA (Count VI), Conspiracy to Violate FDUTPA (Count VII)<br><br>Conspiracy to Violate the Lanham Act (Count XV) | Identified and paid recruits to enroll in the MAP and submitted fraudulent MAP enrollments purportedly on behalf of those recruits.<br><br>Repurchased already-dispensed PrEP medication from recruits and either (i) returned the medication to the United Pharmacy to be illegally redispensed in exchange for additional reimbursements from Gilead, or (ii) illegally sold the medication for profit on the black market.<br><br>Routinely engaged in the practice of fraudulent multi-fill, thereby wrongly extracting from Gilead millions of dollars of reimbursement payments for improperly prescribed PrEP medication.  For example, working in concert, prescribers from AJC Medical and AJC Medical's affiliate, Doctors United fraudulently prescribed five refills for MAP Card No. 98847236409 on February 21, March 9, March 13, April 6, and April 14, 2020—a span of seven weeks—resulting in approximately $5,000 in reimbursement claims, which Gilead paid in full. |

| | | Federal Trademark Infringement (Count IX, X)<br><br>False Description and Designation of Origin in Commerce (Count XI)<br><br>Federal False Advertising (Count XII)<br><br>Federal Dilution of Mark (Count XIII)<br><br>Florida Dilution and Tarnishment of Mark and Injury to Business Reputation (Count XIV)<br><br>Unfair Competition (Count XVII)<br><br>Trademark Infringement Under Florida Trademark Registration and Protection Act (Count XVIII) | Dispensed, sold, and distributed PrEP medication that was misbranded and materially different from authentic PrEP medication authorized for sale by Gilead. |

9

| | | Unjust Enrichment (Count XIX) | |
|---|---|---|---|
| Jean Charlot | President and Medical Director, AJC Medical | Conspiracy to Violate the Lanham Act (Count XV)<br><br>Unjust Enrichment (Count XIX) | From January 2018, devised and carried out the Doctors United Defendants' scheme to use false enrollments and redemptions to defraud Gilead through Defendant AJC Medical Group.<br><br>As President and Medical Director, used his authority and control over AJC Medical to establish and enforce policies and business practices to ensure AJC Medical employees enrolled individuals in the MAP and prescribed enrollees refills without regard to whether the prescribed PrEP medication was for the applicant, the prescribed medication was medically necessary for the applicant, the prescribed medication would be used by the applicant as directed, the prescriber would be supervising the applicant's use of PrEP medication, or the prescriber would periodically verify continued use of Gilead medication.<br><br>Used his authority and control over AJC Medical to direct AJC Medical employees to dispense, sell, and distribute PrEP medication that was misbranded and materially different from authentic PrEP medication authorized for sale by Gilead. |
| Ifeoma Nwofor | Prescriber, AJC Medical | Fraud (Count I), Aiding and Abetting Fraud (Count II), Conspiracy to Commit Fraud (Count IV)<br><br>FDUTPA (Count VI), Conspiracy to Violate FDUTPA (Count VII)<br><br>Unjust Enrichment (Count XIX) | As a prescriber employed by AJC Medical, submitted fraudulent enrollments and issued fraudulent prescriptions through the MAP, which violated her certifications to Gilead that the prescribed PrEP medication was for the applicant, the prescribed medication was medically necessary for the applicant, the prescribed medication would be used by the applicant as directed, the prescriber would be supervising the applicant's use of PrEP medication, and the prescriber would periodically verify continued use of Gilead medication.<br><br>Engaged in the practice of fraudulent multi-fill, thereby wrongly extracting from Gilead thousands of dollars of reimbursement payments for improperly prescribed PrEP medication.  For example, Defendant Nwofor and a prescriber for AJC Medical's affiliate, Doctors United, |

10

| | | | alternated fraudulently prescribing seven refills for MAP Card No. 98847236409 on January 28, 2020, February 17, 2020, February 21, 2020, March 9, 2020, March 13, 2020, April 6, 2020, April 14, 2020—a span of 10 weeks—resulting in more than $7,000 in reimbursement claims through the MAP, which Gilead paid in full.  Each of these prescriptions was fraudulent and violated the certifications the enrolling prescriber made on the enrollee's MAP enrollment—namely, that the prescribed medication was for the applicant and would be used as directed, that the prescriber would be supervising the applicant's use of PrEP medication, and that the prescriber would periodically verify continued use of Gilead medication. |
|---|---|---|---|
| Allied Health | Operator of a network of healthcare clinics, including five registered 340B clinics | Fraud (Count I), Aiding and Abetting Fraud (Count II), Conspiracy to Commit Fraud (Count IV)<br><br>FDUTPA (Count VI), Conspiracy to Violate FDUTPA (Count VI)<br><br>Conspiracy to Violate the Lanham Act (XV)<br><br>Federal Trademark Infringement (Count IX, X)<br><br>False Description and Designation of Origin | Identified and paid recruits to enroll in the MAP and submitted fraudulent MAP enrollments purportedly on behalf of those recruits.<br><br>Used its participation in the 340B Program to acquire heavily discounted PrEP medication for Defendant Physician Preferred, which Physician Preferred dispensed or purported to dispense to recruits that Doctors United fraudulently enrolled in the MAP in exchange for payment from Gilead.  In exchange, Physicians Preferred shared with Allied Health the reimbursement proceeds it claimed and obtained from Gilead through the MAP for each such dispense or purported dispense<br><br>Repurchased already-dispensed PrEP medication from recruits and either (i) returned the medication to Physician Preferred to be illegally redispensed in exchange for additional reimbursements from Gilead, or (ii) illegally sold the medication for profit on the black market.<br><br>Dispensed, sold, and distributed PrEP medication that was misbranded and materially different from authentic PrEP medication authorized for sale by Gilead. |

12071982

| | | | |
|---|---|---|---|
| | | in Commerce (Count XI)<br><br>Federal False Advertising (Count XII)<br><br>Federal Dilution of Mark (Count XIII)<br><br>Florida Dilution and Tarnishment of Mark and Injury to Business Reputation (Count XIV)<br><br>Unfair Competition (Count XVII)<br><br>Trademark Infringement Under Florida Trademark Registration and Protection Act (Count XVIII)<br><br>Unjust Enrichment (Count XIX) | Forged recruits' signatures and created a false photo identification in order to fraudulently enroll them in the MAP.  For instance, on or about October 26, 2020, Allied Health submitted a MAP enrollment form under a false name for the Recruit Whistleblower. The Recruit Whistleblower did not see or speak with a doctor, nurse practitioner, or any authorized prescriber in connection with this enrollment. Accordingly, this enrollment form falsely certified to Gilead that the prescribed PrEP medication was for the applicant, the prescribed medication was medically necessary for the applicant, the prescribed medication would be used by the applicant as directed, the prescriber would be supervising the applicant's use of PrEP medication, and the prescriber would periodically verify continued use of Gilead medication.  Further, the photo ID that Allied Health provided to Gilead was false and the Recruit Whistleblower's signature was forged on the enrollment form. By forging recruits' signatures on the HIPPA authorization section of the enrollment forms, Allied Health also committed criminal violations of HIPAA. |
| Alejandro Castro | President, Allied Health | Conspiracy to Violate the Lanham Act (XV)<br><br>Unjust Enrichment (Count XIX) | From January 2018 through the present, devised and carried out the Doctors United Defendants' scheme to use false MAP enrollments to defraud Gilead through Defendant Allied Health. |

| | | | As President, used his authority and control over Allied Health to establish and enforce policies and business practices to ensure Allied Health employees enrolled individuals in the MAP and prescribed enrollees refills without regard to whether the prescribed PrEP medication was for the applicant, the prescribed medication was medically necessary for the applicant, the prescribed medication would be used by the applicant as directed, the prescriber would be supervising the applicant's use of PrEP medication, or the prescriber would periodically verify continued use of Gilead medication. <br><br> Used his authority and control over Allied Health to direct Allied Health employees to dispense, sell and distribute PrEP medication that was misbranded and materially different from authentic PrEP medication authorized for sale by Gilead. |
|---|---|---|---|
| Alexander Evans | Prescriber, Allied Health | Fraud (Count I), Aiding and Abetting Fraud (Count II), Conspiracy to Commit Fraud (Count IV) <br><br> FDUTPA (Count VI), Conspiracy to Violate FDUTPA (Count VII) <br><br> Unjust Enrichment (Count XIX) | As a prescriber employed by Allied Health, submitted fraudulent enrollments and issued fraudulent prescriptions through the MAP, which violated his certifications to Gilead that the prescribed PrEP medication was for the applicant, the prescribed medication was medically necessary for the applicant, the prescribed medication would be used by the applicant as directed, the prescriber would be supervising the applicant's use of PrEP medication, and the prescriber would periodically verify continued use of Gilead medication. <br><br> Responsible for enrolling more than 1,200 individuals in the MAP. After the MAP and the PAP Cards linked to Defendant Evans were deactivated in response to Defendants' fraud, only a small percentage of those cards were re-activated by the original enrollee to continue receiving Gilead medication, evidence that the overwhelming majority of Defendant Evans's MAP enrollees did not have a bona fide need for Gilead medication and were improperly enrolled in the MAP by Defendant Evans.  For example, the individuals associated with MAP Card Nos. 98833513309, 98845404309, and 98848824409, who |

| | | | purportedly had been dispensed PrEP medication repeatedly leading up to the suspension of their cards, did not seek to have their cards reactivated thereafter.<br><br>Despite enrolling more than 1,200 individuals in the MAP between April 2020 and August 2020, Defendant Evans did not prescribe a single refill to any of these enrollees.  Instead, these prescription refills were linked to prescribers from different Defendant Clinics, including many prescribers who had been blocked by Gilead from enrolling new patients through the online portal.  Each of these prescriptions was fraudulent and violated the certifications Defendant Evans made on the enrollee's MAP enrollment—namely, that the prescriber would be supervising the applicant's use of PrEP medication, and that the prescriber would periodically verify continued use of Gilead medication.  For instance, on or about February 3, 2020, Defendant Evans knowingly and intentionally submitted and caused to be submitted false certifications in connection with the enrollment form for MAP Card No. 98853766509. These certifications included that (i) the prescribed PrEP medication was for the applicant, (ii) the prescribed medication was medically necessary for the applicant, (iii) the prescribed medication would be used by the applicant as directed, (iv) the prescriber would be supervising the applicant's use of PrEP medication, and (v) the prescriber would periodically verify continued use of Gilead medication.  However, Defendant Evans did not supervise the enrollee's use of PrEP medication or verify the continued use of Gilead medication. Gilead records indicate that on or about November 4, 2019, December 5, 2019, January 2, 2020, May 26, 2020, June 17, 2020, and July 9, 2020, United Pharmacy submitted reimbursement claims in connection with MAP Card No. 98853766509.  Gilead paid each of these claims in full. |
|---|---|---|---|
| Better You Wellness | Healthcare clinic | Fraud (Count I), Aiding and Abetting | Identified and paid recruits to enroll in the MAP and submitted fraudulent MAP enrollments purportedly on behalf of those recruits. |

| | | Fraud (Count II), Conspiracy to Commit Fraud (Count IV) | Repurchased already-dispensed PrEP medication from recruits and either (i) returned the medication to the United Pharmacy to be illegally redispensed in exchange for additional reimbursements from Gilead, or (ii) illegally sold the medication for profit on the black market. |
| --- | --- | --- | --- |
| | | FDUTPA (Count VI), Conspiracy to Violate FDUTPA (Count VII) | Dispensed, sold, and distributed PrEP medication that was misbranded and materially different from authentic PrEP medication authorized for sale by Gilead. |
| | | Conspiracy to Violate the Lanham Act (Count XV)

Federal Trademark Infringement (Count IX, X)

False Description and Designation of Origin in Commerce (Count XI)

Federal False Advertising (Count XII)

Federal Dilution of Mark (Count XIII)

Florida Dilution and Tarnishment of Mark and Injury to Business | Forged prescriptions, impersonated enrollees, and coached enrollees to lie in order to complete the MAP validation process.  For example, on October 16, 2020, Gilead received a telephone call from an individual who identified herself as an employee of "A Better You Wellness Center of Allied Health."  Over the course of the phone call, which lasted approximately three hours, the employee sought to validate the enrollments of seven different recruits.  Each time the employee was put on hold with Gilead's agent, she coached the recruits through the validation process by feeding them answers and writing down the correct responses.  While on hold, the recruits admitted to having no familiarity with PrEP medication, its intended use, or with the doctors who were purportedly prescribing them PrEP medication.  Each of these enrollments was fraudulent and violated the certifications the enrolling prescriber made on the enrollee's MAP enrollment. These certifications included that (i) the prescribed PrEP medication was for the applicant, (ii) the prescribed medication was medically necessary for the applicant, (iii) the prescribed medication would be used by the applicant as directed, (iv) the prescriber would be supervising the applicant's use of PrEP medication, and (v) the prescriber would periodically verify continued use of Gilead medication.  Each of these certifications was false. |

15

| | | | |
|---|---|---|---|
| | | Reputation (Count XIV)<br><br>Unfair Competition (Count XVII)<br><br>Trademark Infringement Under Florida Trademark Registration and Protection Act (Count XVIII)<br><br>Unjust Enrichment (Count XIX) | |
| Myriam Augustine | Authorized Member, President, CEO, and CFO, Better You Wellness | Conspiracy to Violate the Lanham Act (Count XV)<br><br>Unjust Enrichment (Count XIX) | From January 2018 through the present, devised and carried out the Doctors United Defendants' scheme to use false MAP enrollments to defraud Gilead through Defendant Better You Wellness.<br><br>As CEO, used her authority and control over Better You Wellness to establish and enforce policies and business practices to ensure Better You Wellness employees enrolled individuals in the MAP and prescribed enrollees refills without regard to whether the prescribed PrEP medication was for the applicant, the prescribed medication was medically necessary for the applicant, the prescribed medication would be used by the applicant as directed, the prescriber would be supervising the applicant's use of PrEP medication, or the prescriber would periodically verify continued use of Gilead medication.<br><br>Used her authority and control over Better You Wellness to direct Better You Wellness employees to dispense, sell and distribute PrEP medication that was misbranded and materially different from authentic PrEP medication authorized for sale by Gilead. |

16

| | | | |
|---|---|---|---|
| Florimed | Healthcare clinic registered with the 340B program | Fraud (Count I), Aiding and Abetting Fraud (Count II), Conspiracy to Commit Fraud (Count IV)<br><br>FDUTPA (Count VI), Conspiracy to Violate FDUTPA (Count VII)<br><br>Conspiracy to Violate the Lanham Act (Count XV)<br><br>Federal Trademark Infringement (Count IX, X)<br><br>False Description and Designation of Origin in Commerce (Count XI)<br><br>Federal False Advertising (Count XII)<br><br>Federal Dilution of Mark (Count XIII) | Identified and paid recruits to enroll in the MAP and submitted fraudulent MAP enrollments purportedly on behalf of those recruits.<br><br>Used its participation in the 340B Program to acquire heavily discounted PrEP medication for Physician Preferred, which Physician Preferred dispensed or purported to dispense to recruits that Florimed had fraudulently enrolled in the MAP.  In exchange, Physicians Preferred shared with Florimed the reimbursement proceeds it claimed and obtained from Gilead through the MAP for each such dispense or purported dispense.<br><br>Repurchased already-dispensed PrEP medication from recruits and either (i) returned the medication to Physician Preferred to be illegally redispensed in exchange for additional reimbursements from Gilead, or (ii) illegally sold the medication for profit on the black market.<br><br>Dispensed, sold, and distributed PrEP medication that was misbranded and materially different from authentic PrEP medication authorized for sale by Gilead. |

12071982

| | | Florida Dilution and Tarnishment of Mark and Injury to Business Reputation (Count XIV)

Unfair Competition (Count XVII)

Trademark Infringement Under Florida Trademark Registration and Protection Act (Count XVIII)

Unjust Enrichment (Count XIX) | |
|---|---|---|---|
| Tomas Wharton | Former President, Doctors United

President, Florimed | Conspiracy to Violate the Lanham Act (Count XV)

Unjust Enrichment (Count XIX) | From January 2018 through the present, devised and carried out the Doctors United Defendants' scheme to use false MAP enrollments to defraud Gilead through Defendant Doctors United and through Defendant Florimed.

As the former President of Doctors United and current President of Florimed, established and enforce policies and business practices to ensure Doctors United employees and Florimed employees enrolled individuals in the MAP and prescribed enrollees refills without regard to whether the prescribed PrEP medication was for the applicant, the prescribed medication was medically necessary for the applicant, the prescribed medication would be used by the applicant as directed, the prescriber would be supervising the applicant's use of PrEP medication, or the prescriber would periodically verify continued use of Gilead medication. |

| | | | Used his authority and control over Doctors United and Florimed to direct Doctors United and Florimed employees to dispense, sell, and distribute PrEP medication that was misbranded and materially different from authentic PrEP medication authorized for sale by Gilead. |
|---|---|---|---|
| Salina, M.D. Corp. | Healthcare clinic | Fraud (Count I), Aiding and Abetting Fraud (Count II), Conspiracy to Commit Fraud (Count IV)<br><br>FDUTPA (Count VI), Conspiracy to Violate FDUTPA (Count VII)<br><br>Conspiracy to Violate the Lanham Act (Count XV)<br><br>Federal Trademark Infringement (Count IX, X)<br><br>False Description and Designation of Origin in Commerce (Count XI)<br><br>Federal False Advertising (Count XII) | Identified and paid recruits to enroll in the MAP and submitted fraudulent MAP enrollments purportedly on behalf of those recruits.<br><br>Repurchased already-dispensed PrEP medication from recruits and either (i) returned the medication to the Pharmacy Defendants to be illegally redispensed in exchange for additional reimbursements from Gilead, or (ii) illegally sold the medication for profit on the black market.<br><br>Dispensed, sold, and distributed PrEP medication that was misbranded and materially different from authentic PrEP medication authorized for sale by Gilead. |

19

| | | | |
|---|---|---|---|
| | | Federal Dilution of Mark (Count XIII)<br><br>Florida Dilution and Tarnishment of Mark and Injury to Business Reputation (Count XIV)<br><br>Unfair Competition (Count XVII)<br><br>Trademark Infringement Under Florida Trademark Registration and Protection Act (Count XVIII)<br><br>Unjust Enrichment (Count XIX) | |
| Juan Salina | President, Salina, M.D. Corp. | Conspiracy to Violate the Lanham Act (Count XV)<br><br>Unjust Enrichment (Count XIX) | From January 2018 through the present, devised and carried out the Doctors United Defendants' scheme to use false MAP enrollments to defraud Gilead through Defendant Salina M.D. Corp.<br><br>As President, established and enforce policies and business practices to ensure Salina M.D. Corp. employees enrolled individuals in the MAP and prescribed enrollees refills without regard to whether the prescribed PrEP medication was for the applicant, the prescribed medication was medically necessary for the applicant, the prescribed medication would be used by the applicant as directed, the prescriber would be |

20

| | | | |
|---|---|---|---|
| | | | supervising the applicant's use of PrEP medication, or the prescriber would periodically verify continued use of Gilead medication.<br><br>Used his authority and control over Salina M.D. Corp to direct Salina M.D. Corp. employees to dispense, sell and distribute PrEP medication that was misbranded and materially different from authentic PrEP medication authorized for sale by Gilead. |
| Physician Preferred Pharmacy | Pharmacy | Fraud (Count I), Aiding and Abetting Fraud (Count II), Conspiracy to Commit Fraud (Count IV)<br><br>FDUTPA (Count VI), Conspiracy to Violate FDUTPA (Count VII)<br><br>Federal Trademark Infringement (Count IX, X)<br><br>False Description and Designation of Origin in Commerce (Count XI)<br><br>Federal False Advertising (Count XII), Federal Dilution of Mark (Count XIII) | Fraudulently claimed and obtained reimbursements from Gilead for PrEP medication purportedly dispensed to recruits whom Defendants Salina Corp., Doctors United, AJC Medical, Florimed, and Allied Health fraudulently enrolled in the MAP.  In so doing, intentionally and knowingly omitted material facts about the medication for which reimbursement was claimed, including that the prescribed PrEP medication was not for the applicant, that the prescribed medication was not medically necessary for the applicant and would not be used by the applicant as directed, and that the prescriber would neither be supervising the applicant's use of PrEP medication nor periodically verifying continued use of Gilead medication.  Further, it did so with knowledge that Gilead was paying Physician Preferred reimbursements for the medication and fees in reliance on the prescriber's false representations to the contrary.<br><br>Upon receipt of these ill-gotten reimbursement payments from Gilead, distributed the proceeds among the Doctors United Defendants, thereby enabling all Doctors United Defendants to profit from the fraud.<br><br>Dispensed, sold, and distributed PrEP medication that was misbranded and materially different from authentic PrEP medication authorized for sale by Gilead.<br><br>Participated in the Doctors United Defendants' practice of fraudulent multi-fill by refilling prescriptions before the prior prescription ran out |

21

| | | Florida Dilution and Tarnishment of Mark and Injury to Business Reputation (Count XIV)<br><br>Conspiracy to Violate the Lanham Act (Count XV)<br><br>Common Law Unfair Competition (Count XVII)<br><br>Trademark Infringement Under Florida Trademark Registration and Protection Act (Count XVIII)<br><br>Unjust Enrichment (Count XIX) | and by also dispensing duplicative prescriptions for both TRUVADA® and DESCOVY®.  For instance, prescribers from Defendants Doctors United and Baikal Marketing fraudulently prescribed four refills for MAP card No. 98853569809 on December 6, December 11, December 30, 2019 and January 17, 2020—a span of six weeks—resulting in more than $4,000 in reimbursement claims.  Each of these prescriptions was fraudulent and violated the certifications the enrolling prescriber made on the enrollee's MAP enrollment.  To avoid scrutiny, Physician Preferred and United Pharmacy alternated filling these prescriptions.  Accordingly, on December 6 and December 11, 2019, Physician Preferred fraudulently claimed and received redemptions from Gilead despite knowing, and failing to disclose, that such medication was not medically necessary for that enrollee, was not being used as directed or medically supervised, and was not actually being dispensed to that enrollee; and with knowledge that that Gilead was paying Physician Preferred reimbursements for the medication and fees in reliance on the prescriber's false representations to the contrary. |
|---|---|---|---|
| Twiggi Batista | Director, Physician Preferred | Conspiracy to Violate the Lanham Act (Count XV)<br><br>Unjust Enrichment (Count XIX) | From January 2018 through the present, devised and carried out the Doctors United Defendants' scheme to use false MAP enrollments to defraud Gilead through Defendant Physician Preferred.<br><br>As Director, used her authority and control over Physician Preferred to establish and enforce policies and business practices to ensure Physician Preferred employees committed fraud through omission and nondisclosure by claiming redemptions from Gilead, despite their knowledge that Gilead was dispensing in reliance on the false |

|  |  |  | representations that such medication was medically necessary for that enrollee and was actually being dispensed to that enrollee.<br><br>Used her authority and control over Physician Preferred to direct Physician Preferred employees to dispense, sell and distribute PrEP medication that was misbranded and materially different from authentic PrEP medication authorized for sale by Gilead. |
|---|---|---|---|
| Testing Matters | Medical laboratory testing service | Aiding and Abetting Fraud (Count II), Conspiracy to Commit Fraud (Count IV)<br><br>FDUTPA (Count VI), Conspiracy to Violate FDUTPA (Count VII)<br><br>Unjust Enrichment (Count XIX) | Knowingly and intentionally provided blood testing services in connection with the sham "wellness checks" the Doctors United Clinic Defendants[1] performed on recruits as a pretext for enrolling recruits in the MAP.  In particular, performed blood tests to determine whether recruits were HIV negative, which the Doctors United Clinic Defendants were required to assess and certify to before enrolling each recruit in the MAP.  The Doctors United Clinic Defendants could not have fraudulently enrolled recruits in the MAP without the substantial assistance that Defendant Testing Matters knowingly provided. |
| Michael Bogdan | CEO, Testing Matters<br><br>Formerly employed by Doctors United as a clinic's primary contact | Conspiracy to Violate the Lanham Act (Count XV)<br><br>Unjust Enrichment (Count XIX) | From January 2018 through the present, devised and carried out the Doctors United Defendants' scheme through Defendant Testing Matters.<br><br>As CEO, used his authority and control over Testing Matters to cause the company to knowingly provide blood testing services in connection with the sham "wellness checks" the Doctors United Clinic Defendants performed on recruits as a pretext for enrolling recruits in the MAP, and to further their fraudulent scheme. |

---

[1] Doctors United Clinic Defendants refers to AJC Medical, Allied Health, Better You Wellness, Doctors United, Florimed, and Salina M.D. Corporation.  Positive Health Clinic Defendants refers to Positive Health, Baikal Marketing, Continental Wellness, Alliance Medical, Community Health, Priority Health, and Well Care.

12071982

| | | | As a former manager of a Doctors United clinic, used his authority and control over Doctors United to establish and enforce policies and business practices to ensure Doctors United employees enrolled individuals in the MAP and prescribed enrollees refills without regard to whether the prescribed PrEP medication was for the applicant, the prescribed medication was medically necessary for the applicant, the prescribed medication would be used by the applicant as directed, the prescriber would be supervising the applicant's use of PrEP medication, or the prescriber would periodically verify continued use of Gilead medication. |
|---|---|---|---|

12071982

## POSITIVE HEALTH DEFENDANTS

| Defendant | Description | Causes of Action | Role in Positive Health Defendants' Fraudulent Scheme |
|---|---|---|---|
| Positive Health | Operator of a network of healthcare clinics, including fourteen registered 340B clinics | Fraud (Count I), Aiding and Abetting Fraud (Count III), Conspiracy to Commit Fraud (Count V)<br><br>FDUTPA (Count V), Conspiracy to Violate FDUTPA (Count VIII)<br><br>Conspiracy to Violate the Lanham Act (Count XVI)<br><br>Federal Trademark Infringement (Count IX, X)<br><br>False Description and Designation of Origin in Commerce (Count XI) | Identified and paid recruits to enroll in the MAP and submitted fraudulent MAP enrollments purportedly on behalf of those recruits.<br><br>Impersonated enrollees and coached enrollees to lie in order to complete the enrollment validation process.<br><br>Used its participation in the 340B Program to acquire heavily discounted PrEP medication for Defendant United Pharmacy, which United Pharmacy dispensed or purported to dispense to recruits that Doctors United fraudulently enrolled in the MAP in exchange for payment from Gilead.  In exchange, United Pharmacy shared with Positive Health the reimbursement proceeds it claimed and obtained from Gilead through the MAP for each such dispense or purported dispense<br><br>Repurchased already-dispensed PrEP medication from recruits and either (i) returned the medication to the United Pharmacy to be illegally redispensed in exchange for additional reimbursements from Gilead, or (ii) illegally sold the medication for profit on the black market.<br><br>Dispensed, sold, and distributed PrEP medication that was misbranded and materially different from authentic PrEP medication authorized for sale by Gilead.<br><br>Routinely engaged in the practice of fraudulent multi-fill, thereby wrongly extracting from Gilead millions of dollars of reimbursement payments for improperly prescribed PrEP medication.  For instance, Prescribers from Positive Health fraudulently prescribed four refills for MAP Card No. 98846759309 on November 1, November 20, December 4, and December 13, |

25

| | | | |
|---|---|---|---|
| | | Federal False Advertising (Count XII)<br><br>Federal Dilution of Mark (Count XIII)<br><br>Florida Dilution and Tarnishment of Mark and Injury to Business Reputation (Count XIV)<br><br>Unfair Competition (Count XVII)<br><br>Trademark Infringement Under Florida Trademark Registration and Protection Act (Count XVIII)<br><br>Unjust Enrichment (Count XIX) | 2019—a span of five weeks—resulting in more than $4,000 in reimbursement claims, which Gilead paid in full.<br><br>On May 1, 2020, prescribers for the Positive Health clinic located at 730 W Hallandale Beach Blvd, Suite 109 in Hallandale, Florida, knowingly and intentionally submitted and caused to be submitted false certifications in connection with the Recruit Whistleblower's enrollment form.  These certifications included that (i) the prescribed PrEP medication was for the applicant, (ii) the prescribed medication was medically necessary for the applicant, (iii) the prescribed medication would be used by the applicant as directed, (iv) the prescriber would be supervising the applicant's use of PrEP medication, and (v) the prescriber would periodically verify continued use of Gilead medication.  Each of these certifications was false. As the prescribers knew, the Recruit Whistleblower did not intend to take PrEP medication, and, at the encouraging of Positive Health, he resold the medication to Positive Health personnel. Nonetheless, prescribers for Positive Health continued to refill prescriptions on the Recruit Whistleblower's behalf and Gilead paid redemptions in connection with those claims. Gilead records indicate that redemptions were made for prescription refills from Positive Health purportedly for Recruit Whistleblower's MAP card on June 23, July 15, and August 31, 2020. The medication dispensed to the Recruit Whistleblower was also misbranded, materially different from authentic PrEP medication, and unlawfully repackaged. |
| Cora Lee Mann | President and Director, Positive Health | Conspiracy to Violate the Lanham Act (Count XVI) | From March 2019 through the present, devised and carried out the Positive Health Defendants' scheme to use false MAP enrollments to defraud Gilead through Defendant Positive Health. |

|  |  | Unjust Enrichment (Count XIX) | As President, used her authority and control over Positive Health to establish and enforce policies and business practices to ensure Positive Health employees enrolled individuals in the MAP and prescribed enrollees refills without regard to whether the prescribed PrEP medication was for the applicant, the prescribed medication was medically necessary for the applicant, the prescribed medication would be used by the applicant as directed, the prescriber would be supervising the applicant's use of PrEP medication, or the prescriber would periodically verify continued use of Gilead medication.

Used her authority and control over Positive Health to direct employees to falsely represent themselves to Gilead agents as enrollees in order to circumvent Gilead safeguards intended to prevent fraud.
Used her authority and control over Positive Health to direct Positive Health employees to dispense, sell, and distribute PrEP medication that was misbranded and materially different from authentic PrEP medication authorized for sale by Gilead. |
| Shonta Rene Darden | Secretary and Director, Positive Health | Conspiracy to Violate the Lanham Act (Count XVI)

Unjust Enrichment (Count XIX) | From March 2019 through the present, devised and carried out the Positive Health Defendants' scheme to use false MAP enrollments to defraud Gilead through Defendant Positive Health.

As Secretary, used her authority and control over Positive Health to establish and enforce policies and business practices to ensure Positive Health employees enrolled individuals in the MAP and prescribed enrollees refills without regard to whether the prescribed PrEP medication was for the applicant, the prescribed medication was medically necessary for the applicant, the prescribed medication would be used by the applicant as directed, the prescriber would be supervising the applicant's use of PrEP medication, or the prescriber would periodically verify continued use of Gilead medication. |

| | | | Used her authority and control over Positive Health to direct employees to falsely represent themselves to Gilead agents as enrollees.<br><br>Used her authority and control over Positive Health to direct Positive Health employees to dispense, sell and distribute PrEP medication that was misbranded and materially different from authentic PrEP medication authorized for sale by Gilead. |
|---|---|---|---|
| Dimitry Shaposhnikov | Treasurer and Director, Positive Health | Conspiracy to Violate the Lanham Act (Count XVI)<br><br>Unjust Enrichment (Count XIX) | From March 2019 through the present, devised and carried out the Positive Health Defendants' scheme to use false MAP enrollments to defraud Gilead through Defendant Positive Health.<br><br>As Treasurer, used his authority and control over Positive Health to establish and enforce policies and business practices to ensure Positive Health employees enrolled individuals in the MAP without regard and prescribed enrollees refills without regard to whether the prescribed PrEP medication was for the applicant, the prescribed medication was medically necessary for the applicant, the prescribed medication would be used by the applicant as directed, the prescriber would be supervising the applicant's use of PrEP medication, or the prescriber would periodically verify continued use of Gilead medication.<br><br>Used his authority and control over Positive Health to direct employees to falsely represent themselves to Gilead agents as enrollees.<br><br>Used his authority and control over Positive Health to direct Positive Health employees to dispense, sell and distribute PrEP medication that was misbranded and materially different from authentic PrEP medication authorized for sale by Gilead. |
| Erik Joseph Pavao | Supervisor, Positive Health | Conspiracy to Violate the | From March 2019 through the present, devised and carried out the Positive Health Defendants' scheme to use false MAP enrollments to defraud Gilead through Defendants Positive Health and Community Health. |

| | Manager Community Health | Lanham Act (Count XVI)  Unjust Enrichment (Count XIX) | As Supervisor and Manager, used his authority and control over Positive Health and Community Health to establish and enforce policies and business practices to ensure Positive Health and Community Health employees enrolled individuals in the MAP without regard and prescribed enrollees refills without regard to whether the prescribed PrEP medication was for the applicant, the prescribed medication was medically necessary for the applicant, the prescribed medication would be used by the applicant as directed, the prescriber would be supervising the applicant's use of PrEP medication, or the prescriber would periodically verify continued use of Gilead medication.  Used his authority and control over Positive Health and Community Health to direct Positive Health and Community Health employees to dispense, sell and distribute PrEP medication that was misbranded and materially different from authentic PrEP medication authorized for sale by Gilead. |
|---|---|---|---|
| Barbara Bryant | Prescriber, Positive Health, Baikal Marketing, Continental Wellness | Fraud (Count I), Aiding and Abetting Fraud (Count III), Conspiracy to Commit Fraud (Count V)  FDUTPA (Count VI), Conspiracy to Violate FDUTPA (Count VIII)  Unjust Enrichment (Count XIX) | As a prescriber employed by Positive Health, Baikal Marketing, and Continental Wellness, submitted fraudulent enrollments and issued fraudulent prescriptions through the MAP, which violated her certifications to Gilead that the prescribed PrEP medication was for the applicant, the prescribed medication was medically necessary for the applicant, the prescribed medication would be used by the applicant as directed, the prescriber would be supervising the applicant's use of PrEP medication, and the prescriber would periodically verify continued use of Gilead medication.  Engaged in the practice of fraudulent multi-fill, thereby wrongly extracting from Gilead thousands of dollars of reimbursement payments for improperly prescribed PrEP medication.  For example, Defendant Bryant fraudulently prescribed four refills for MAP Card No. 98846759309 on November 1, 2019, November 20, 2019, December 4, 2019, and December 13, 2019—a span of six weeks—resulting in more than $4,000 in reimbursement claims through the MAP, which Gilead paid in full.  Each of these prescriptions was |

| | | | fraudulent and violated the certifications the enrolling prescriber made on the enrollee's MAP enrollment—namely, that the prescribed medication was for the applicant and would be used as directed, that the prescriber would be supervising the applicant's use of PrEP medication, and that the prescriber would periodically verify continued use of Gilead medication.<br><br>Responsible for enrolling more than 400 individuals in the MAP between January 2018 and June 2020.  After the MAP and PAP Cards linked to Defendant Bryant were deactivated in response to Defendants' fraud, only a small percentage of those cards were re-activated by the original enrollee to continue receiving Gilead medication, evidence that the overwhelming majority of Defendant Bryant's enrollees did not have a bona fide need for Gilead medication and were improperly enrolled by Defendant Bryant.  For example, the individuals associated with MAP Card Nos. 98850282309, 98857358809, and 98857749209, who purportedly had been dispensed PrEP medication repeatedly leading up to the suspension of their cards, did not seek to have their cards reactivated thereafter. |
| --- | --- | --- | --- |
| Jessula Gabo | Prescriber, Positive Health | Fraud (Count I) Aiding and Abetting Fraud (Count III), Conspiracy to Commit Fraud (Count V)<br><br>FDUTPA (Count VI), Conspiracy to Violate FDUTPA (Count VIII)<br><br>Unjust Enrichment (Count XIX) | As a prescriber employed by Positive Health, submitted fraudulent enrollments and issued fraudulent prescriptions through the MAP, which violated her certifications to Gilead that the prescribed PrEP medication was for the applicant, the prescribed medication was medically necessary for the applicant, the prescribed medication would be used by the applicant as directed, the prescriber would be supervising the applicant's use of PrEP medication, and the prescriber would periodically verify continued use of Gilead medication.<br><br>On or about May 1, 2020, Defendant Gabo knowingly and intentionally submitted and caused to be submitted false certifications in connection with the Recruit Whistleblower's enrollment form.  These certifications included that (i) the prescribed PrEP medication was for the applicant, (ii) the prescribed medication was medically necessary for the applicant, (iii) the |

| | | | |
|---|---|---|---|
| | | | prescribed medication would be used by the applicant as directed, (iv) the prescriber would be supervising the applicant's use of PrEP medication, and (v) the prescriber would periodically verify continued use of Gilead medication.  Each of these certifications were false. The Recruit Whistleblower was enrolled in the MAP, irrespective of medical necessity, despite his statements that he did not intend to take PrEP medication. On or about June 23, 2020, July 15, 2020, and August 31, 2020, Defendant United Pharmacy submitted a reimbursement claim in connection with the Recruit Whistleblower's MAP Card.  These claims were paid in full by Gilead. |
| Alliance Medical Center | Healthcare clinic | Fraud (Count I), Aiding and Abetting Fraud (Count III), Conspiracy to Commit Fraud (Count V)<br><br>FDUTPA (Count V), Conspiracy to Violate FDUTPA (Count VIII)<br><br>Conspiracy to Violate the Lanham Act (Count XVI)<br><br>Federal Trademark Infringement (Count IX, X) | Identified and paid recruits to enroll in the MAP and submitted fraudulent MAP enrollments purportedly on behalf of those recruits.<br><br>Repurchased already-dispensed PrEP medication from recruits and either (i) returned the medication to United Pharmacy to be illegally redispensed in exchange for additional reimbursements from Gilead, or (ii) illegally sold the medication for profit on the black market.<br><br>Routinely engaged in the practice of fraudulent multi-fill, thereby wrongly extracting from Gilead millions of dollars of reimbursement payments for improperly prescribed PrEP medication.  For example, working in concert, prescribers from Alliance Medical and Alliance Medical's affiliate, Continental Wellness, fraudulently prescribed four refills for MAP Card No. 96228786408 on February 11, February 24, March 10, and March 20, 2020—a span of less than seven weeks—resulting in more than $4,000 in reimbursement claims, which Gilead paid in full.  Each of these prescriptions was fraudulent and violated the certifications the enrolling prescriber made on the enrollee's MAP enrollment—namely, that the prescribed medication was for the applicant and would be used as directed, that the prescriber would be supervising the applicant's use of PrEP medication, and that the prescriber would periodically verify continued use of Gilead medication. Alliance Medical routinely engaged in this practice of fraudulent multi-fill, thereby |

| | | False Description and Designation of Origin in Commerce (Count XI)

Federal False Advertising (Count XII)

Federal Dilution of Mark (Count XIII)

Florida Dilution and Tarnishment of Mark and Injury to Business Reputation (Count XIV)

Unfair Competition (Count XVII)

Trademark Infringement Under Florida Trademark Registration and Protection Act (Count XVIII) | wrongly extracting from Gilead millions of dollars of reimbursement payments for improperly prescribed PrEP medication.

Dispensed, sold, and distributed PrEP medication that was misbranded and materially different from authentic PrEP medication authorized for sale by Gilead. |

| | | Unjust Enrichment (Count XIX) | |
|---|---|---|---|
| Jean Jethro Alexandre | President, Alliance Medical | Conspiracy to Violate the Lanham Act (Count XVI)<br><br>Unjust Enrichment (Count XIX) | From January 2018 through the present, devised and carried out the Positive Health Defendants' scheme to use false MAP enrollments to defraud Gilead through Defendant Alliance Medical.<br><br>As President, used his authority and control over Alliance Medical to establish and enforce policies and business practices to ensure Alliance Medical employees enrolled individuals in the MAP and prescribed enrollees refills without regard to whether the prescribed PrEP medication was for the applicant, the prescribed medication was medically necessary for the applicant, the prescribed medication would be used by the applicant as directed, the prescriber would be supervising the applicant's use of PrEP medication, or the prescriber would periodically verify continued use of Gilead medication.<br><br>Also used his authority and control over Positive Health to direct Positive Health employees to dispense, sell and distribute PrEP medication that was misbranded and materially different from authentic PrEP medication authorized for sale by Gilead. |
| Michel Poitevien | Prescriber, Alliance Medical, Priority Health, and Allied Health | Fraud (Count I), Aiding and Abetting Fraud (Count III), Conspiracy to Commit Fraud (Count V)<br><br>FDUTPA (Count VI), Conspiracy to Violate FDUTPA (Count VIII) | As a prescriber employed by Alliance Medical, Priority Health, and Allied Health, submitted fraudulent enrollments and issued fraudulent prescriptions through the MAP, which violated his certifications to Gilead that the prescribed PrEP medication was for the applicant, the prescribed medication was medically necessary for the applicant, the prescribed medication would be used by the applicant as directed, the prescriber would be supervising the applicant's use of PrEP medication, and the prescriber would periodically verify continued use of Gilead medication.<br><br>Engaged in the practice of fraudulent multi-fill, thereby wrongly extracting from Gilead thousands of dollars of reimbursement payments for improperly prescribed PrEP medication.  For example, Defendant Poitevien and a prescriber for Alliance Medical's affiliate, Continental Wellness alternated |

| | | Unjust Enrichment (Count XIX) | fraudulently prescribing four refills for MAP Card No. 96228786408 on February 11, 2020, February 24, 2020, March 10, 2020, March 20, 2020 —a span of five weeks—resulting in more than $4,000 in reimbursement claims through the MAP, which Gilead paid in full.  Each of these prescriptions was fraudulent and violated the certifications the enrolling prescriber made on the enrollee's MAP enrollment—namely, that the prescribed medication was for the applicant and would be used as directed, that the prescriber would be supervising the applicant's use of PrEP medication, and that the prescriber would periodically verify continued use of Gilead medication.<br><br>Responsible for enrolling more than 700 individuals in the MAP between January 2018 and June 2020.  After the MAP and PAP Cards linked to Defendant Poitevien were deactivated in response to Defendants' fraud, only a small percentage of those cards were re-activated by the original enrollee to continue receiving Gilead medication, evidence that the overwhelming majority of Defendant Poitevien's enrollees did not have a bona fide need for Gilead medication and were improperly enrolled by Defendant Poitevien.  For example, the individuals associated with MAP Card Nos. 96227514208, 96234284808, and 96236789608, who purportedly had been dispensed PrEP medication repeatedly leading up to the suspension of their cards, did not seek to have their cards reactivated thereafter.<br><br>On or about March 27, 2020, Gilead paid a redemption to Defendant United Pharmacy in connection with a prescription refill from Defendant Poitevien for B. J. had been fraudulently enrolled in the MAP without his knowledge or consent.  Defendant Poitevien's prescription claim for B. J. was fraudulent and violated the certifications the enrolling prescriber made on the enrollee's MAP enrollment—namely, that the prescribed medication was for the applicant and would be used as directed, that the prescriber would be supervising the applicant's use of PrEP medication, and that the prescriber would periodically verify continued use of Gilead medication. |
| | | | |

12071982

| Jean Rodney | Medical Director, Alliance Medical and Baikal Marketing<br><br>Prescriber, Priority Health | Fraud (Count I), Aiding and Abetting Fraud (Count III), Conspiracy to Commit Fraud (Count V)<br><br>FDUTPA (Count VI), Conspiracy to Violate FDUTPA (Count VIII)<br><br>Unjust Enrichment (Count XIX)<br><br>Conspiracy to Violate the Lanham Act (Count XVI) | As Medical Director, used his authority and control over Baikal Marketing and Alliance Marketing to establish and enforce policies and business practices to ensure Baikal Marketing and Alliance Marketing employees enrolled individuals in the MAP and prescribed enrollees refills without regard to whether the prescribed PrEP medication was for the applicant, the prescribed medication was medically necessary for the applicant, the prescribed medication would be used by the applicant as directed, the prescriber would be supervising the applicant's use of PrEP medication, or the prescriber would periodically verify continued use of Gilead medication.<br><br>As a prescriber employed by Alliance Marketing, Baikal Marketing, and Priority Health, submitted fraudulent enrollments and issued fraudulent prescriptions through the MAP, which violated his certifications to Gilead that the prescribed PrEP medication was for the applicant, the prescribed medication was medically necessary for the applicant, the prescribed medication would be used by the applicant as directed, the prescriber would be supervising the applicant's use of PrEP medication, and the prescriber would periodically verify continued use of Gilead medication.<br><br>On or about January 31, 2020, February 29, 2020, and March 31, 2020, Defendant United Pharmacy submitted claims for reimbursement in connection with prescription refills for MAP Card No. 98862127409 from Defendant Rodney.  This enrollee was fraudulently enrolled in the MAP by Defendant Evans.  Defendant Rodney's prescription claims were fraudulent and violated the certifications the enrolling prescriber made on the enrollee's MAP enrollment—namely, that the prescribed medication was for the applicant and would be used as directed, that the prescriber would be supervising the applicant's use of PrEP medication, and that the prescriber would periodically verify continued use of Gilead medication.<br><br>Engaged in the practice of fraudulent multi-fill, thereby wrongly extracting from Gilead thousands of dollars of reimbursement payments for improperly prescribed PrEP medication.  For example, Defendant Rodney and a |

12071982

| | | | prescriber for Doctors United alternated fraudulently prescribing four refills for MAP Card No. 98833887109 on January 14, 2020, January 20, 2020, February 10, 2020, and February 14, 2020—a span of four weeks—resulting in more than $4,000 in reimbursement claims through the MAP, which Gilead paid in full.  Each of these prescriptions was fraudulent and violated the certifications the enrolling prescriber made on the enrollee's MAP enrollment—namely, that the prescribed medication was for the applicant and would be used as directed, that the prescriber would be supervising the applicant's use of PrEP medication, and that the prescriber would periodically verify continued use of Gilead medication. |
|---|---|---|---|
| Baikal Marketing | Healthcare clinic | Fraud (Count I), Aiding and Abetting Fraud (Count III), Conspiracy to Commit Fraud (Count V)  FDUTPA (Count VI), Conspiracy to Violate FDUTPA (Count VIII)  Conspiracy to Violate the Lanham Act (Count XVI)  Federal Trademark Infringement (Count IX, X) | Identified and paid recruits to enroll in the MAP and submitted fraudulent MAP enrollments purportedly on behalf of those recruits.  Repurchased already-dispensed PrEP medication from recruits and either (i) returned the medication to United Pharmacy to be illegally redispensed in exchange for additional reimbursements from Gilead, or (ii) illegally sold the medication for profit on the black market.  Routinely engaged in the practice of fraudulent multi-fill, thereby wrongly extracting from Gilead millions of dollars of reimbursement payments for improperly prescribed PrEP medication.  For instance, prescribers from Baikal Marketing and Doctors United fraudulently prescribed four refills for MAP card No. 98853569809 on December 6, December 11, December 30, 2019 and January 17, 2020—a span of six weeks—resulting in more than $4,000 in reimbursement claims.  Each of these prescriptions was fraudulent and violated the certifications the enrolling prescriber made on the enrollee's MAP enrollment—namely, that the prescribed medication was for the applicant and would be used as directed, that the prescriber would be supervising the applicant's use of PrEP medication, and that the prescriber would periodically verify continued use of Gilead medication. |

12071982

| | | False Description and Designation of Origin in Commerce (Count XI)<br><br>Federal False Advertising (Count XII)<br><br>Federal Dilution of Mark (Count XIII)<br><br>Florida Dilution and Tarnishment of Mark and Injury to Business Reputation (Count XIV)<br><br>Unfair Competition (Count XVII)<br><br>Trademark Infringement Under Florida Trademark Registration and Protection Act (Count XVIII) | On or about, April 2020, Baikal Marketing paid the Recruit Whistleblower ten dollars in exchange for receiving a wellness check from the clinic and prescription for PrEP medication.  Each such prescription rendered false the certifications made on the Whistleblower's MAP enrollment, namely that (i) the prescribed PrEP medication was for the applicant, (ii) the prescribed medication was medically necessary for the applicant, (iii) the prescribed medication would be used by the applicant as directed, (iv) the prescriber would be supervising the applicant's use of PrEP medication, and (v) the prescriber would periodically verify continued use of Gilead medication. Each of these certifications was false.  As the prescribers knew, the Recruit Whistleblower did not intend to take PrEP medication, and, at the encouragement of Positive Health Clinic Defendants, he resold the medication.  The medication dispensed to the Whistleblower was misbranded, materially different from authentic PrEP medication, and unlawfully repackaged.  Gilead records indicate that it paid redemptions in connection with prescription refills from Baikal Marketing purportedly for the Recruit Whistleblower's MAP card on January 2 and 31, 2020.<br><br>Dispensed, sold, and distributed PrEP medication that was misbranded and materially different from authentic PrEP medication authorized for sale by Gilead. |

12071982

| | | Unjust Enrichment (Count XIX) | |
|---|---|---|---|
| Arsen Bazylenko | President, Baikal Marketing | Conspiracy to Violate the Lanham Act (Count XVI)<br><br>Unjust Enrichment (Count XIX) | From July 2019 through the present, devised and carried out the Positive Health Defendants' scheme to use false MAP enrollments to defraud Gilead through Defendant Baikal Marketing.<br><br>As President, used his authority and control over Baikal Marketing Group to establish and enforce policies and business practices to ensure Baikal Marketing Group employees enrolled individuals in the MAP and prescribed enrollees refills without regard to whether the prescribed PrEP medication was for the applicant, the prescribed medication was medically necessary for the applicant, the prescribed medication would be used by the applicant as directed, the prescriber would be supervising the applicant's use of PrEP medication, or the prescriber would periodically verify continued use of Gilead medication.<br><br>Used his authority and control over Baikal Marketing to direct Baikal Marketing employees to dispense, sell and distribute PrEP medication that was misbranded and materially different from authentic PrEP medication authorized for sale by Gilead. |
| Tatiana Rozenblyum | Secretary, Baikal Marketing | Conspiracy to Violate the Lanham Act (Count XVI)<br><br>Unjust Enrichment (Count XIX) | From July 2019 through the present, devised and carried out the Positive Health Defendants' scheme to use false MAP enrollments to defraud Gilead through Defendant Baikal Marketing Group.<br><br>As Secretary, used her authority and control over Baikal Marketing Group to establish and enforce policies and business practices to ensure Baikal Marketing Group employees enrolled individuals in the MAP and prescribed enrollees refills without regard to whether the prescribed PrEP medication was for the applicant, the prescribed medication was medically necessary for the applicant, the prescribed medication would be used by the applicant as directed, the prescriber would be supervising the applicant's use of PrEP |

12071982

| | | | |
|---|---|---|---|
| | | | medication, or the prescriber would periodically verify continued use of Gilead medication.<br><br>Used her authority and control over Baikal Marketing to direct Baikal Marketing employees to dispense, sell and distribute PrEP medication that was misbranded and materially different from authentic PrEP medication authorized for sale by Gilead. |
| Kerline Joseph | Prescriber, Baikal Marketing and Positive Health | Fraud (Count I), Aiding and Abetting Fraud (Count III), Conspiracy to Commit Fraud (Count V)<br><br>FDUTPA (Count VI), Conspiracy to Violate FDUTPA (Count VIII) Unjust Enrichment (Count XIX) | As a prescriber employed by Baikal Marketing and Positive Health submitted fraudulent enrollments and issued fraudulent prescriptions through the MAP, which violated her certifications to Gilead that the prescribed PrEP medication was for the applicant, the prescribed medication was medically necessary for the applicant, the prescribed medication would be used by the applicant as directed, the prescriber would be supervising the applicant's use of PrEP medication, and the prescriber would periodically verify continued use of Gilead medication.<br><br>On or about May 1, 2020 and May 25, 2020, Gilead reimbursed Defendant United Pharmacy in connection with a prescription refill from Defendant Joseph for the Recruit Whistleblower.  The Recruit Whistleblower had been fraudulently enrolled in the MAP by other Positive Health Defendants, irrespective of medical necessity, despite his statements that he did not intend to take PrEP medication. Defendant Joseph's prescription claims for the Whistleblower were fraudulent and violated the certifications the enrolling prescriber made on the enrollee's MAP enrollment—namely, that the prescribed medication was for the applicant and would be used as directed, that the prescriber would be supervising the applicant's use of PrEP medication, and that the prescriber would periodically verify continued use of Gilead medication. |
| Andre Kerr | Prescriber, Baikal Marketing, | Fraud (Count I), Aiding and Abetting Fraud | As a prescriber employed by Baikal Marketing, Continental Wellness, and Positive Health, submitted fraudulent enrollments and issued fraudulent prescriptions through the MAP, which violated his certifications to Gilead |

12071982

| | | | |
|---|---|---|---|
| | Continental Wellness, Positive Health | (Count III), Conspiracy to Commit Fraud (Count V)<br><br>FDUTPA (Count VI), Conspiracy to Violate FDUTPA (Count VIII)<br><br>Unjust Enrichment (Count XIX) | that the prescribed PrEP medication was for the applicant, the prescribed medication was medically necessary for the applicant, the prescribed medication would be used by the applicant as directed, the prescriber would be supervising the applicant's use of PrEP medication, and the prescriber would periodically verify continued use of Gilead medication.<br><br>Engaged in the practice of fraudulent multi-fill, thereby wrongly extracting from Gilead thousands of dollars of reimbursement payments for improperly prescribed PrEP medication. For example, Defendant Kerr and a prescriber for Doctors United alternated fraudulently prescribing four refills for MAP Card No. 98853569809 on December 6, 2019, December 11, 2019, December 30, 2019, and January 17, 2020 —a span of six weeks—resulting in more than $4,000 in reimbursement claims through the MAP, which Gilead paid in full. Each of these prescriptions was fraudulent and violated the certifications the enrolling prescriber made on the enrollee's MAP enrollment—namely, that the prescribed medication was for the applicant and would be used as directed, that the prescriber would be supervising the applicant's use of PrEP medication, and that the prescriber would periodically verify continued use of Gilead medication.<br><br>Responsible for enrolling nearly 200 individuals in the MAP between January 2019 and June 2020. After the MAP and PAP Cards linked to Defendant Kerr were deactivated in response to Defendants' fraud, only a small percentage of those cards were re-activated by the original enrollee to continue receiving Gilead medication, evidence that the overwhelming majority of Defendant Kerr's enrollees did not have a bona fide need for Gilead medication and were improperly enrolled by Defendant Kerr. For example, the individuals associated with MAP Card Nos. 98869181109, 98869239509, and 98872838809, who purportedly had been dispensed PrEP medication repeatedly leading up to the suspension of their cards, did not seek to have their cards reactivated thereafter. |

| | | | On or about January 2, 2020 and January 31, 2020, Gilead reimbursed Defendant United Pharmacy in connection with prescription refills from Defendant Kerr for the Recruit Whistleblower. The Recruit Whistleblower had been fraudulently enrolled in the MAP without his knowledge and consent. Defendant Kerr's prescription claim for the Whistleblower was fraudulent and violated the certifications the enrolling prescriber made on the enrollee's MAP enrollment—namely, that the prescribed medication was for the applicant and would be used as directed, that the prescriber would be supervising the applicant's use of PrEP medication, and that the prescriber would periodically verify continued use of Gilead medication. |
|---|---|---|---|
| Community Health | Healthcare clinic | Fraud (Count I), Aiding and Abetting Fraud (Count III), Conspiracy to Commit Fraud (Count V)<br><br>FDUTPA (Count V), Conspiracy to Violate FDUTPA (Count VIII)<br><br>Conspiracy to Violate the Lanham Act (Count XVI)<br><br>Federal Trademark Infringement (Count IX, X) | Identified and paid recruits to enroll in the MAP and submitted fraudulent MAP enrollments purportedly on behalf of those recruits.<br><br>Repurchased already-dispensed PrEP medication from recruits and either (i) returned the medication to United Pharmacy to be illegally redispensed in exchange for additional reimbursements from Gilead, or (ii) illegally sold the medication for profit on the black market.<br><br>Dispensed, sold, and distributed PrEP medication that was misbranded and materially different from authentic PrEP medication authorized for sale by Gilead. |

12071982

| | | | |
|---|---|---|---|
| | | False Description and Designation of Origin in Commerce (Count XI)<br><br>Federal False Advertising (Count XII)<br><br>Federal Dilution of Mark (Count XIII)<br><br>Florida Dilution and Tarnishment of Mark and Injury to Business Reputation (Count XIV)<br><br>Unfair Competition (Count XVII)<br><br>Trademark Infringement Under Florida Trademark Registration and Protection Act (Count XVIII) | |

12071982

| | | Unjust Enrichment (Count XIX) | |
|---|---|---|---|
| Kirill Vesselov | Manager, Community Health<br><br>Managing Member, United Clinical Laboratory | Conspiracy to Violate the Lanham Act (Count XVI)<br><br>Unjust Enrichment (Count XIX) | From October 2019 through the present, devised and carried out the Positive Health Defendants' scheme to use false MAP enrollments to defraud Gilead through Community Health Medical Center and United Clinical Laboratory.<br><br>As Manager, used his authority and control over Community Health Medical Center to establish and enforce policies and business practices to ensure Community Health Medical Center employees enrolled individuals in the MAP and prescribed enrollees refills without regard to whether the prescribed PrEP medication was for the applicant, the prescribed medication was medically necessary for the applicant, the prescribed medication would be used by the applicant as directed, the prescriber would be supervising the applicant's use of PrEP medication, or the prescriber would periodically verify continued use of Gilead medication.<br><br>As the Managing Member, used his authority and control over United Clinical Laboratory to cause the company to knowingly provide blood testing services in connection with the sham "wellness checks" the Positive Health Clinic Defendants performed on recruits as a pretext for enrolling recruits in the MAP, and to further their fraudulent scheme.<br><br>Used his authority and control over Community Health to direct Community Health employees to dispense, sell and distribute PrEP medication that was misbranded and materially different from authentic PrEP medication authorized for sale by Gilead. |
| Continental Wellness | Healthcare clinic registered with the 340B program | Fraud (Count I), Aiding and Abetting Fraud (Count III), Conspiracy to | Identified and paid recruits to enroll in the MAP and submitted fraudulent MAP enrollments purportedly on behalf of those recruits.<br><br>Used its participation in the 340B Program to acquire heavily discounted PrEP medication for the United Pharmacy, which the Pharmacy purported to dispense to recruits that Continental Wellness fraudulently enrolled in the |

| | | Commit Fraud (Count V) | MAP in exchange for payment from Gilead. In exchange, United Pharmacy shared with Continental Wellness the reimbursement proceeds it claimed and obtained from Gilead through the MAP for each such dispense or purported dispense |
|---|---|---|---|
| | | FDUTPA (Count V), Conspiracy to Violate FDUTPA (Count VIII) | Repurchased already-dispensed PrEP medication from recruits and either (i) returned the medication to United Pharmacy to be illegally redispensed in exchange for additional reimbursements from Gilead, or (ii) illegally sold the medication for profit on the black market. |
| | | Conspiracy to Violate the Lanham Act (Count XVI) | Routinely engaged in the practice of fraudulent multi-fill, thereby wrongly extracting from Gilead millions of dollars of reimbursement payments for improperly prescribed PrEP medication. For example, prescribers from Continental Wellness and Continental Wellness' affiliate, Alliance Medical, fraudulently prescribed four refills for MAP Card No. 96228786408 on February 11, February 24, March 10, and March 20, 2020—a span of less than seven weeks—resulting in more than $4,000 in reimbursement claims. Each of these prescriptions was fraudulent and violated the certifications the enrolling prescriber made on the enrollee's MAP enrollment—namely, that the prescribed medication was for the applicant and would be used as directed, that the prescriber would be supervising the applicant's use of PrEP medication, and that the prescriber would periodically verify continued use of Gilead medication. |
| | | Federal Trademark Infringement (Count IX, X) | |
| | | False Description and Designation of Origin in Commerce (Count XI) | |
| | | Federal False Advertising (Count XII) | On or about December 3, 2019, prescribers for Continental Wellness knowingly and intentionally submitted and caused to be submitted false certifications in connection with the Recruit Whistleblower's enrollment form. These certifications included that (i) the prescribed PrEP medication was for the applicant, (ii) the prescribed medication was medically necessary for the applicant, (iii) the prescribed medication would be used by the applicant as directed, (iv) the prescriber would be supervising the applicant's use of PrEP medication, and (v) the prescriber would periodically verify continued use of Gilead medication. Each of these certifications were false. |
| | | Federal Dilution of Mark (Count XIII) | |
| | | Florida Dilution and Tarnishment of Mark and Injury | |

| | | to Business Reputation (Count XIV)<br><br>Unfair Competition (Count XVII)<br><br>Trademark Infringement Under Florida Trademark Registration and Protection Act (Count XVIII)<br><br>Unjust Enrichment (Count XIX) | The Recruit Whistleblower did not intend to take PrEP medication and he resold the medication. Nonetheless, prescribers for the Positive Health Clinic Defendants continued to refill prescriptions on his behalf, and seek reimbursement from Gilead for those prescriptions. The medication dispensed to the Recruit Whistleblower was misbranded, materially different from authentic PrEP medication, and unlawfully repackaged.  Gilead records indicate that pharmacies submitted reimbursement claims in connection with prescription refills from other Positive Health Defendants for the Recruit Whistleblower's MAP card on January 2 and January 31, 2020.<br><br>Dispensed, sold, and distributed PrEP medication that was misbranded and materially different from authentic PrEP medication authorized for sale by Gilead. |
|---|---|---|---|
| Maria Freeman | President, Continental Wellness | Conspiracy to Violate the Lanham Act (Count XVI)<br><br>Unjust Enrichment (Count XIX) | From March 2019 through the present, devised and carried out the Positive Health Defendants' scheme to use false MAP enrollments to defraud Gilead through Defendant Continental Wellness.<br><br>As President, used her authority and control over Continental Wellness to establish and enforce policies and business practices to ensure Continental Wellness employees enrolled individuals in the MAP and prescribed enrollees refills without regard to whether the prescribed PrEP medication was for the applicant, the prescribed medication was medically necessary for the applicant, the prescribed medication would be used by the applicant as directed, the prescriber would be supervising the applicant's use of PrEP medication, or the prescriber would periodically verify continued use of Gilead medication. |

12071982

| | | | Used her authority and control over Continental Wellness to direct Continental Wellness employees to dispense, sell and distribute PrEP medication that was misbranded and materially different from authentic PrEP medication authorized for sale by Gilead. |
|---|---|---|---|
| Barbara Gibson | Vice President, Continental Wellness Center | Conspiracy to Violate the Lanham Act (Count XVI)<br><br>Unjust Enrichment (Count XIX) | From March 2019 through the present, devised and carried out the Positive Health Defendants' scheme to use false MAP enrollments to defraud Gilead through Defendant Continental Wellness Center.<br><br>As Vice President, used her authority and control over Continental Wellness Center to establish and enforce policies and business practices to ensure Continental Wellness Center employees enrolled individuals in the MAP and prescribed enrollees refills without regard to whether the prescribed PrEP medication was for the applicant, the prescribed medication was medically necessary for the applicant, the prescribed medication would be used by the applicant as directed, the prescriber would be supervising the applicant's use of PrEP medication, or the prescriber would periodically verify continued use of Gilead medication.<br><br>Used her authority and control over Continental Wellness to direct Continental Wellness employees to dispense, sell and distribute PrEP medication that was misbranded and materially different from authentic PrEP medication authorized for sale by Gilead. |
| Chenara Anderson | Secretary, Continental Wellness | Conspiracy to Violate the Lanham Act (Count XVI)<br><br>Unjust Enrichment (Count XIX) | From March 2019 through the present, devised and carried out the Positive Health Defendants' scheme to use false MAP enrollments to defraud Gilead through Defendant Continental Wellness.<br><br>As Secretary, used her authority and control over Continental Wellness to establish and enforce policies and business practices to ensure Continental Wellness employees enrolled individuals in the MAP and prescribed enrollees refills without regard to whether the prescribed PrEP medication was for the applicant, the prescribed medication was medically necessary for the |

46

| | | | applicant, the prescribed medication would be used by the applicant as directed, the prescriber would be supervising the applicant's use of PrEP medication, or the prescriber would periodically verify continued use of Gilead medication.<br><br>Used her authority and control over Continental Wellness to direct Continental Wellness employees to dispense, sell and distribute PrEP medication that was misbranded and materially different from authentic PrEP medication authorized for sale by Gilead. |
|---|---|---|---|
| Michael Pierce | Prescriber, Continental Wellness | Fraud (Count I), Aiding and Abetting Fraud (Count III), Conspiracy to Commit Fraud (Count V)<br><br>FDUTPA (Count VI), Conspiracy to Violate FDUTPA (Count VIII)<br><br>Unjust Enrichment (Count XIX) | As a prescriber employed by Continental Wellness, submitted fraudulent enrollments and issued fraudulent prescriptions through the MAP, which violated his certifications to Gilead that the prescribed PrEP medication was for the applicant, the prescribed medication was medically necessary for the applicant, the prescribed medication would be used by the applicant as directed, the prescriber would be supervising the applicant's use of PrEP medication, and the prescriber would periodically verify continued use of Gilead medication.<br><br>Engaged in the practice of fraudulent multi-fill, thereby wrongly extracting from Gilead thousands of dollars of reimbursement payments for improperly prescribed PrEP medication.  For example, Defendant Pierce and a prescriber for Alliance Medical alternated fraudulently prescribing four refills for MAP Card No. 96228786408 on February 11, 2020, February 24, 2020, March 10, 2020, March 20, 2020 —a span of four weeks—resulting in more than $4,000 in reimbursement claims through the MAP, which Gilead paid in full.  Each of these prescriptions was fraudulent and violated the certifications the enrolling prescriber made on the enrollee's MAP enrollment—namely, that the prescribed medication was for the applicant and would be used as directed, that the prescriber would be supervising the applicant's use of PrEP medication, and that the prescriber would periodically verify continued use of Gilead medication. |

| | | | |
|---|---|---|---|
| | | | Responsible for enrolling nearly 100 individuals in the MAP between January 2018 and June 2020.  After the MAP and PAP Cards linked to Defendant Pierce were deactivated in response to Defendants' fraud, only a small percentage of those cards were re-activated by the original enrollee to continue receiving Gilead medication, evidence that the overwhelming majority of Defendant Pierce's enrollees did not have a bona fide need for Gilead medication and were improperly enrolled in the MAP by Defendant Pierce.  For example, the individuals associated with MAP Card Nos. 96226884508 and 96229385608, who purportedly had been dispensed PrEP medication repeatedly leading up to the suspension of their cards, did not seek to have their cards reactivated thereafter.<br><br>On or about December 3, 2019, Defendant Pierce knowingly and intentionally submitted and caused to be submitted false certifications in connection with the Recruit Whistleblower's enrollment form.  These certifications included that (i) the prescribed PrEP medication was for the applicant, (ii) the prescribed medication was medically necessary for the applicant, (iii) the prescribed medication would be used by the applicant as directed, (iv) the prescriber would be supervising the applicant's use of PrEP medication, and (v) the prescriber would periodically verify continued use of Gilead medication.  Each of these certifications was false. The Recruit Whistleblower was fraudulently enrolled in the MAP, irrespective of medical necessity, despite his statements that he did not intend to take PrEP medication. On or about December 4, 2019, January 2, 2020, and January 31, 2020, Defendant United Pharmacy submitted reimbursement claims in connection with the Recruit Whistleblower's MAP Card.  These claims were paid in full by Gilead. |
| Labs4Less | Medical laboratory testing service | Aiding and Abetting Fraud (Count III), Conspiracy to | Knowingly and intentionally provided blood testing services in connection with the sham "wellness checks" the Positive Health Defendants performed on recruits as a pretext for enrolling recruits in the MAP.  In particular, performed blood tests to determine whether recruits were HIV negative, which the Positive Health Clinic Defendants were required to assess and |

| | | Commit Fraud (Count V)<br><br>FDUTPA (Count VI), Conspiracy to Violate FDUTPA (Count VIII)<br><br>Unjust Enrichment (Count XIX) | certify to before enrolling each recruit in the MAP.  The Positive Health Clinic Defendants could not have fraudulently enrolled recruits in the MAP without the substantial assistance that Defendant Labs4Less knowingly provided. |
|---|---|---|---|
| Mikhail Vesselov | Managing Member, United Pharmacy<br><br>Founder and former Manager, Labs4Less<br><br>Managing Member, United Clinical Laboratory | Conspiracy to Violate the Lanham Act (Count XVI)<br><br>Unjust Enrichment (Count XIX) | From January 2018 through the present, devised and carried out the Positive Health Defendants' scheme to use false MAP enrollments to defraud Gilead through Defendant United Pharmacy.<br><br>As Manager, used his authority and control over United Pharmacy to establish and enforce policies and business practices to ensure United Pharmacy employees committed fraud through omission and nondisclosure by claiming redemptions from Gilead, despite their knowledge that Gilead was dispensing in reliance on the false representations that such medication was medically necessary for that enrollee and was actually being dispensed to that enrollee<br><br>As Manager, used his authority and control over Labs4Less and United Clinical Laboratory to cause each company to knowingly provide blood testing services in connection with the sham "wellness checks" the Positive Health Clinic Defendants performed on recruits as a pretext for enrolling recruits in the MAP, and to further their fraudulent scheme.<br><br>Used his authority and control over United Pharmacy to direct United Pharmacy employees to dispense, sell, and distribute PrEP medication that was misbranded and materially different from authentic PrEP medication authorized for sale by Gilead. |

| Gary Kogan | Founder and current Manager, Labs4Less<br><br>Executive Director, Positive Health | Conspiracy to Violate the Lanham Act (Count XVI)<br><br>Unjust Enrichment (Count XIX) | From March 2019 through the present, devised and carried out the Positive Health Defendants' scheme to use false MAP enrollments to defraud Gilead through Defendant Labs4Less.<br><br>As Manager, used his authority and control over Labs4Less to cause the company to knowingly provide blood testing services in connection with the sham "wellness checks" the Positive Health Clinic Defendants performed on recruits as a pretext for enrolling recruits in the MAP, and to further their fraudulent scheme.<br><br>As Executive Director, used his authority and control over Positive Health to establish and enforce policies and business practices to ensure Positive Health employees enrolled individuals in the MAP and prescribed enrollees refills without regard to whether the prescribed PrEP medication was for the applicant, the prescribed medication was medically necessary for the applicant, the prescribed medication would be used by the applicant as directed, the prescriber would be supervising the applicant's use of PrEP medication, or the prescriber would periodically verify continued use of Gilead medication.<br><br>Used his authority and control over Positive Health to direct employees to falsely represent themselves to Gilead agents as enrollees.<br><br>Used his authority and control over Positive Health to direct Positive Health employees to dispense, sell and distribute PrEP medication that was misbranded and materially different from authentic PrEP medication authorized for sale by Gilead. |
| Priority Health Medical Center | Healthcare clinic | Fraud (Count I), Aiding and Abetting Fraud (Count III), Conspiracy to | Identified and paid recruits to enroll in the MAP and submitted fraudulent MAP enrollments purportedly on behalf of those recruits.<br><br>Forged prescriptions, impersonated enrollees, and coached enrollees to lie in order to complete the MAP validation process.  For example, on July 8, 2020, |

| | | Commit Fraud (Count V) | a Priority Health employee called the Advancing Access® call center seeking to enroll the Priority Health whistleblower in the MAP. When the Gilead representative asked to speak with the enrollee to complete the validation process, the Priority Health employee put a woman on the phone whose voice is audibly different from the voice of the whistleblower who contacted Gilead. |
| | | FDUTPA (Count VI), Conspiracy to Violate FDUTPA (Count VIII) | |
| | | Conspiracy to Violate the Lanham Act (Count XVI) | Repurchased already-dispensed PrEP medication from recruits and either (i) returned the medication to United Pharmacy to be illegally redispensed in exchange for additional reimbursements from Gilead, or (ii) illegally sold the medication for profit on the black market. |
| | | Federal Trademark Infringement (Count IX, X) | On or about July 8 and July 21, 2020 prescribers for Priority Health Medical Center knowingly and intentionally submitted and caused to be submitted false certifications in connection with the Priority Health Whistleblower's enrollment form. These certifications included that (i) the prescribed PrEP medication was for the applicant, (ii) the prescribed medication was medically necessary for the applicant, (iii) the prescribed medication would be used by the applicant as directed, (iv) the prescriber would be supervising the applicant's use of PrEP medication, and (v) the prescriber would periodically verify continued use of Gilead medication. Each of these certifications were false. The Priority Health Whistleblower was prescribed PrEP medication and enrolled in the MAP without her knowledge or consent. Gilead records indicate that it paid redemptions for PrEP medication purportedly dispensed to the Priority Health Whistleblower on July 9, 2020 and July 21, 2020. |
| | | False Description and Designation of Origin in Commerce (Count XI) | |
| | | Federal False Advertising (Count XII) | |
| | | Federal Dilution of Mark (Count XIII) | Dispensed, sold, and distributed PrEP medication that was misbranded and materially different from authentic PrEP medication authorized for sale by Gilead. |
| | | Florida Dilution and Tarnishment of Mark and Injury | |

| | | | |
|---|---|---|---|
| | | to Business Reputation (Count XIV)<br><br>Unfair Competition (Count XVII)<br><br>Trademark Infringement Under Florida Trademark Registration and Protection Act (Count XVIII)<br><br>Unjust Enrichment (Count XIX) | |
| Nick J. Myrtil | President, Priority Health | Conspiracy to Violate the Lanham Act (Count XVI)<br><br>Unjust Enrichment (Count XIX) | From November 2019 through the present, devised and carried out the Positive Health Defendants' scheme to use false MAP enrollments to defraud Gilead through Defendant Priority Health.<br><br>As President, used his authority and control over Priority Health to establish and enforce policies and business practices to ensure Priority Health employees enrolled individuals in the MAP and prescribed enrollees refills without regard to whether the prescribed PrEP medication was for the applicant, the prescribed medication was medically necessary for the applicant, the prescribed medication would be used by the applicant as directed, the prescriber would be supervising the applicant's use of PrEP medication, or the prescriber would periodically verify continued use of Gilead medication. |

| | | | |
|---|---|---|---|
| | | | Used his authority and control over Priority Health to direct employees to falsely represent themselves to Gilead agents as enrollees.<br><br>Used his authority and control over Priority Health to direct Priority Health employees to dispense, sell and distribute PrEP medication that was misbranded and materially different from authentic PrEP medication authorized for sale by Gilead. |
| Viergela Joseph | Prescriber, Priority Health | Fraud (Count I), Aiding and Abetting Fraud (Count III), Conspiracy to Commit Fraud (Count V)<br><br>FDUTPA (Count VI), Conspiracy to Violate FDUTPA (Count VIII)<br><br>Unjust Enrichment (Count XIX) | As a prescriber employed by Priority Health, submitted fraudulent enrollments and issued fraudulent prescriptions through the MAP, which violated her certifications to Gilead that the prescribed PrEP medication was for the applicant, the prescribed medication was medically necessary for the applicant, the prescribed medication would be used by the applicant as directed, the prescriber would be supervising the applicant's use of PrEP medication, and the prescriber would periodically verify continued use of Gilead medication.<br><br>Engaged in the practice of fraudulent multi-fill, thereby wrongly extracting from Gilead thousands of dollars of reimbursement payments for improperly prescribed PrEP medication.  For example, Defendant Joseph fraudulently prescribed two refills for MAP Card No. 98867238809 on March 17, 2020 and March 20, 2020—just three days apart—resulting in more than $2,00 in reimbursement claims through the MAP, which Gilead paid in full.  Each of these prescriptions was fraudulent and violated the certifications the enrolling prescriber made on the enrollee's MAP enrollment—namely, that the prescribed medication was for the applicant and would be used as directed, that the prescriber would be supervising the applicant's use of PrEP medication, and that the prescriber would periodically verify continued use of Gilead medication.<br><br>On June 19, 2020, Gilead received a call from a Positive Health employee regarding MAP Card No. 98863111609. In order to validate the request, the Gilead agent asked to speak with the enrollee, but the enrollee had no |

| | | | familiarity with PrEP medication or the MAP.  After the Gilead agent asked if the caller was still seeing Defendant Joseph, her listed provider, the recruit answered: "I don't know who that is.  No.  Never seen him in my life."  The recruit's response indicated that she had been fraudulently enrolled in the MAP and was not being treated by the Defendants.  On or about January 20, 2020, February 14, 2020, March 9, 2020 and June 19, 2020, Defendant United Pharmacy submitted reimbursement claims in connection with prescription refills from Defendant Joseph for the same MAP Card, No. 98863111609.  These prescriptions were fraudulent and violated the certifications the enrolling prescriber made on the enrollee's MAP enrollment—namely, that the prescribed medication was for the applicant and would be used as directed, that the prescriber would be supervising the applicant's use of PrEP medication, and that the prescriber would periodically verify continued use of Gilead medication. |
| Cassandra Louissaint | Prescriber, Priority Health | Fraud (Count I), Aiding and Abetting Fraud (Count III), Conspiracy to Commit Fraud (Count V)<br><br>FDUTPA (Count VI), Conspiracy to Violate FDUTPA (Count VIII)<br><br>Unjust Enrichment (Count XIX) | As a prescriber employed by Priority Health, submitted fraudulent enrollments and issued fraudulent prescriptions through the MAP, which violated her certifications to Gilead that the prescribed PrEP medication was for the applicant, the prescribed medication was medically necessary for the applicant, the prescribed medication would be used by the applicant as directed, the prescriber would be supervising the applicant's use of PrEP medication, and the prescriber would periodically verify continued use of Gilead medication.<br><br>Engaged in the practice of fraudulent multi-fill, thereby wrongly extracting from Gilead thousands of dollars of reimbursement payments for improperly prescribed PrEP medication.  For example, Defendant Loussaint fraudulently prescribed two refills for MAP Card No. 98869394509 on March 31, 2020 and April 7, 2020—a span of one week—resulting in more than $2,000 in reimbursement claims through the MAP, which Gilead paid in full. Each of these prescriptions was fraudulent and violated the certifications the enrolling prescriber made on the enrollee's MAP enrollment—namely, that the prescribed medication was for the applicant and would be used as directed, |

that the prescriber would be supervising the applicant's use of PrEP medication, and that the prescriber would periodically verify continued use of Gilead medication.

Responsible for enrolling more than 500 individuals in the MAP between January 2020 and June 2020. After the MAP and PAP Cards linked to Defendant Louissaint were deactivated in response to Defendants' fraud, only a small percentage of those cards were re-activated by the original enrollee to continue receiving Gilead medication, evidence that the majority of Defendant Louissaint's enrollees did not have a bona fide need for Gilead medication and were improperly enrolled by Defendant Louissaint. For example, the individuals associated with MAP Card Nos. 98862511509, 98862568309, and 98862795909, who purportedly had been dispensed PrEP medication repeatedly leading up to the suspension of their cards, did not seek to have their cards reactivated thereafter.

On June 19, 2020, Gilead received a call from a Positive Health employee regarding MAP Card No. 98863111609. In order to validate the request, the Gilead agent asked to speak with the enrollee, but the enrollee had no familiarity with PrEP medication or the MAP. After the Gilead agent asked if the caller was still seeing Defendant Joseph, her listed provider, the recruit answered: "I don't know who that is. No. Never seen him in my life. I know Jojo, the driver in the van that runs around looking for people standing around with nothing better to do than go get tested." This representation demonstrated that the individual was fraudulently enrolled in the MAP and was not being treated by the Defendants. On or about June 19, 2020, a pharmacy made a reimbursement claim in connection with a prescription refill from Defendant Louissaint for MAP Card No. 98863111609. This prescription was fraudulent and violated the certifications the enrolling prescriber made on the enrollee's MAP enrollment—namely, that the prescribed medication was for the applicant and would be used as directed, that the prescriber would be supervising the applicant's use of PrEP

| | | | medication, and that the prescriber would periodically verify continued use of Gilead medication.

On or about July 8, 2020, Defendant Louissaint knowingly and intentionally submitted and caused to be submitted false certifications in connection with the Priority Health Whistleblower's enrollment form.  These certifications included that (i) the prescribed PrEP medication was for the applicant, (ii) the prescribed medication was medically necessary for the applicant, (iii) the prescribed medication would be used by the applicant as directed, (iv) the prescriber would be supervising the applicant's use of PrEP medication, and (v) the prescriber would periodically verify continued use of Gilead medication.  These certifications were false. The Priority Health Whistleblower was prescribed PrEP medication and enrolled in the MAP without her knowledge or consent.  Gilead records indicate that it paid redemptions for prescription claims in connection with the Priority Health Whistleblower's MAP card on July 9, 2020 and July 21, 2020. |
| Well Care | Healthcare clinic | Fraud (Count I), Aiding and Abetting Fraud (Count III), Conspiracy to Commit Fraud (Count V)

FDUTPA (Count VI), Conspiracy to Violate FDUTPA (Count VIII)

Conspiracy to Violate the | Identified and paid recruits to enroll in the MAP and submitted fraudulent MAP enrollments purportedly on behalf of those recruits.

Repurchased already-dispensed PrEP medication from recruits and either (i) returned the medication to United Pharmacy to be illegally redispensed in exchange for additional reimbursements from Gilead, or (ii) illegally sold the medication for profit on the black market.

Routinely engaged in the practice of fraudulent multi-fill, thereby wrongly extracting from Gilead millions of dollars of reimbursement payments for improperly prescribed PrEP medication.  For instance, prescribers from Well Care fraudulently prescribed two refills for MAP Card No. 98869375809 on March 31 and April 7, 2020—a span of one week—resulting in more than $2,000 in reimbursement claims, which Gilead paid in full. |

| | | Lanham Act (Count XVI)<br><br>Federal Trademark Infringement (Count IX, X)<br><br>False Description and Designation of Origin in Commerce (Count XI)<br><br>Federal False Advertising (Count XII)<br><br>Federal Dilution of Mark (Count XIII)<br><br>Florida Dilution and Tarnishment of Mark and Injury to Business Reputation (Count XIV)<br><br>Unfair Competition (Count XVII)<br><br>Trademark Infringement | Dispensed, sold, and distributed PrEP medication that was misbranded and materially different from authentic PrEP medication authorized for sale by Gilead. |

12071982

| | | | |
|---|---|---|---|
| | | Under Florida Trademark Registration and Protection Act (Count XVIII)<br><br>Unjust Enrichment (Count XIX) | |
| Willie M. Peacock | Authorized Member, Well Care | Conspiracy to Violate the Lanham Act (Count XVI)<br><br>Unjust Enrichment (Count XIX) | From January 2018 through the present, devised and carried out the Positive Health Defendants' scheme to use false MAP enrollments to defraud Gilead through Defendant Well Care.<br><br>As the Authorized Member, used his authority and control over Well Care to establish and enforce policies and business practices to ensure Well Care employees enrolled individuals in the MAP and prescribed enrollees refills without regard to whether the prescribed PrEP medication was for the applicant, the prescribed medication was medically necessary for the applicant, the prescribed medication would be used by the applicant as directed, the prescriber would be supervising the applicant's use of PrEP medication, or the prescriber would periodically verify continued use of Gilead medication.<br><br>Used his authority and control over Well Care to direct Well Care employees to dispense, sell and distribute PrEP medication that was misbranded and materially different from authentic PrEP medication authorized for sale by Gilead. |
| Shajuandrine Garcia | Manager, Well Care | Conspiracy to Violate the Lanham Act (Count XVI) | From January 2018 through the present, devised and carried out the Positive Health Defendants' scheme to use false MAP enrollments to defraud Gilead through Defendant Well Care.<br><br>As Manager, used her authority and control over Well Care to establish and enforce policies and business practices to ensure Well Care employees |

| | | Unjust Enrichment (Count XIX) | enrolled individuals in the MAP and prescribed enrollees refills without regard to whether the prescribed PrEP medication was for the applicant, the prescribed medication was medically necessary for the applicant, the prescribed medication would be used by the applicant as directed, the prescriber would be supervising the applicant's use of PrEP medication, or the prescriber would periodically verify continued use of Gilead medication.<br><br>Used her authority and control over Well Care to direct Well Care employees to dispense, sell and distribute PrEP medication that was misbranded and materially different from authentic PrEP medication authorized for sale by Gilead. |
|---|---|---|---|
| United Clinical Laboratory | Medical laboratory testing service | Aiding and Abetting Fraud (Count III), Conspiracy to Commit Fraud (Count V)<br><br>FDUTPA (Count VI), Conspiracy to Violate FDUTPA (Count VIII)<br><br>Unjust Enrichment (Count XIX) | Knowingly and intentionally provided blood testing services in connection with the sham "wellness checks" the Positive Health Clinic Defendants performed on recruits as a pretext for enrolling recruits in the MAP. In particular, Defendant United Clinical Laboratory performed blood tests to determine whether recruits were HIV negative, which the Positive Health Clinic Defendants were required to assess before enrolling each recruit in the MAP. The Positive Health Clinic Defendants could not have fraudulently enrolled recruits in the MAP without the substantial assistance that United Clinical Laboratory knowingly provided. |
| United Pharmacy | Pharmacy | Fraud (Count I), Aiding and Abetting Fraud (Count III), Conspiracy to Commit Fraud (Count V), | Fraudulently claimed and obtained reimbursements from Gilead for PrEP medication purportedly dispensed to recruits whom Defendants, Positive Health, Alliance Medical, Baikal Marketing, Priority Health, and Well Care fraudulently enrolled in the MAP. In so doing, intentionally and knowingly omitted material facts about the medication for which reimbursement was claimed, including that the prescribed PrEP medication was not for the applicant, that the prescribed medication was not medically necessary for the |

| | | FDUTPA (Count VI), Conspiracy to Violate FDUTPA (Count VIII),<br><br>Federal Trademark Infringement (Count IX, X)<br><br>False Description and Designation of Origin in Commerce (Count XI)<br><br>Federal False Advertising (Count XII), Federal Dilution of Mark (Count XIII)<br><br>Florida Dilution and Tarnishment of Mark and Injury to Business Reputation (Count XIV)<br><br>Conspiracy to Violate the Lanham Act (Count XVI) | applicant and would not be used by the applicant as directed, and that the prescriber would neither be supervising the applicant's use of PrEP medication nor periodically verifying continued use of Gilead medication. Further, it did so with knowledge that Gilead was paying United Pharmacy reimbursements for the medication and fees in reliance on the prescriber's false representations to the contrary. Upon receipt of these ill-gotten reimbursement payments from Gilead, distributed the proceeds among the Positive Health Defendants, thereby enabling all Positive Health Defendants to profit from the fraud.<br><br>Dispensed, sold, and distributed PrEP medication that was misbranded and materially different from authentic PrEP medication authorized for sale by Gilead.<br><br>Participated in the Positive Health Defendants' practice of fraudulent multi-fill by refilling prescriptions before the prior prescription ran out and by also dispensing duplicative prescriptions for both TRUVADA® and DESCOVY®. For instance, prescribers from Defendants Doctors United and Baikal Marketing fraudulently prescribed four refills for MAP card No. 98853569809 on December 6, December 11, December 30, 2019 and January 17, 2020.  Each of these prescriptions was fraudulent and violated the certifications the enrolling prescriber made on the enrollee's MAP enrollment.  To avoid scrutiny, Physician Preferred and United Pharmacy alternated filling these prescriptions. Accordingly, on December 11, 2019 and January 17, 2020, United Pharmacy committed fraud through omission and nondisclosure by claiming redemptions from Gilead despite their knowledge that Gilead was dispensing in reliance on the false representations that such medication was medically necessary for that enrollee and was actually being dispensed to that enrollee.<br><br>On or about January 2020, June 23, 2020, July 15, 2020, and October 8, 2020, United Pharmacy dispensed PrEP medication purportedly for the Recruit Whistleblower. The Recruit Whistleblower had been fraudulently enrolled in |

12071982

| | | | |
|---|---|---|---|
| | | Common Law Unfair Competition (Count XVII)<br><br>Trademark Infringement Under Florida Trademark Registration and Protection Act (Count XVIII)<br><br>Unjust Enrichment (Count XIX) | the MAP by other Positive Health Defendants, irrespective of medical necessity, despite his statements that he did not intend to take PrEP medication.  The medication dispensed to the Recruit Whistleblower was misbranded, materially different from authentic PrEP medication, and unlawfully repackaged.  Gilead records indicate that it paid redemptions for claims in connection with the Recruit Whistleblower's MAP card on December 4, 2019, and January 2, January 31, May 1, May 25, June 23, July 15, and August 31, 2020.<br><br>On or about March 2020, United Pharmacy purportedly dispensed PrEP medication for B. J. with knowledge that other Positive Health Defendants had fraudulently B. J. in the MAP and had prescribed him refills of PrEP medication without his knowledge or his consent, and without medical need. In turn, Gilead records indicate that United Pharmacy submitted a reimbursement claim in connection with B. J.'s MAP card on March 27, 2020.  Gilead paid the claim in full. |
| Roman Shekhet | Managing Member, United Pharmacy | Conspiracy to Violate the Lanham Act (Count XVI)<br><br>Unjust Enrichment (Count XIX) | From January 2018 through the present, devised and carried out the Positive Health Defendants' scheme to use false MAP enrollments to defraud Gilead through Defendant United Pharmacy.<br><br>As Manager, used his authority and control over United Pharmacy to establish and enforce policies and business practices to ensure United Pharmacy employees committed fraud through omission and nondisclosure by claiming redemptions from Gilead, despite their knowledge that Gilead was dispensing in reliance on the false representations that such medication was medically necessary for that enrollee and was actually being dispensed to that enrollee<br><br>Used his authority and control over United Pharmacy to direct United Pharmacy employees to dispense, sell and distribute PrEP medication that was misbranded and materially different from authentic PrEP medication authorized for sale by Gilead. |

12071982

12071982