**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| GILEAD SCIENCES, INC.; GILEAD SCIENCES IRELAND UC,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>AJC MEDICAL GROUP, INC.; ALLIANCE MEDICAL CENTER, INC.; ALLIED HEALTH ORGANIZATION, INC.; BAIKAL MARKETING GROUP, INC.; A BETTER YOU WELLNESS CENTER, LLC; 3RD STEP RECOVERY GROUP, INC. D/B/A CONTINENTAL WELLNESS CENTER; COMMUNITY HEALTH MEDICAL CENTER LLC; DOCTORS UNITED, INC. D/B/A DOCTORS UNITED GROUP; FLORIMED MEDICAL CENTER CORP.; JUAN JESUS SALINA, M.D. CORP.; LABS4LESS LLC; PHYSICIAN PREFERRED PHARMACY, INC.; POSITIVE HEALTH ALLIANCE, INC.; PRIORITY HEALTH MEDICAL CENTER, INC.; TESTING MATTERS INC.; UNITED CLINICAL LABORATORY LLC; UNITED PHARMACY LLC; WELL CARE LLC; TAMARA ALONSO; JEAN ALEXANDRE; CHENARA ANDERSON; MYRIAM AUGUSTINE; TWIGGI BATISTA; ARSEN BAZYLENKO; MICHAEL BOGDAN; BARBARA BRYANT; AUGUSTINE CARBON; JENNIFER JOHN CARBON; KHADIJAH CARBON; ALEJANDRO CASTRO; JOHN CATANO; JEAN CHARLOT; SHONTA DARDEN; ALEXANDER EVANS; MARIA FREEMAN; JESULA GABO; SHAJUANDRINE GARCIA; BARBARA GIBSON; KERLINE JOSEPH; VIERGELA JOSEPH; ANDRE KERR; GARY KOGAN; CASSANDRA LOUISSAINT; CORA MANN; NICK MYRTIL; IFEOMA NWOFOR; ERIK JOSEPH PAVAO; WILLIE PEACOCK; MICHAEL PIERCE; MICHEL POITEVIEN; JEAN RODNEY; TATIANA ROZENBLYUM; JUAN JESUS SALINA; DIMITRY SHAPOSHNIKOV; ROMAN SHEKHET; KIRILL VESSELOV; MIKHAIL VESSELOV; TOMAS WHARTON,<br><br>　　　　　　　Defendants. | Civil Action No. __ |

### EXPEDITED MOTIONS FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION, EXPEDITED DISCOVERY ORDER, AND HIPAA PROTECTIVE AND CONFIDENTIALITY ORDER

Plaintiffs Gilead Sciences, Inc. and Gilead Sciences Ireland UC (together, "Gilead"), by and through their undersigned counsel, hereby move for entry of a temporary restraining order, followed by a preliminary injunction, and related relief, to immediately halt Defendants' massive and rapidly growing healthcare fraud schemes. Defendants' schemes are stealing tens of millions of dollars from Gilead while putting at grave risk the health—and even the lives—of thousands of Floridians who are economically challenged.

Gilead seeks the following narrow relief:

1. A temporary restraining order, to be followed by a preliminary injunction, enjoining Defendants and others in concert and participation with them from (a) enrolling or seeking to enroll in Gilead's Advancing Access® Patient Assistance Program ("PAP") or Medication Assistance Program ("MAP") any individual who has been prescribed TRUVADA® or DESCOVY®; (b) seeking or accepting reimbursements, either directly or indirectly, for any TRUVADA® or DESCOVY® dispensed to any individual enrolled in Gilead's PAP or MAP; (c) dispensing TRUVADA® or DESCOVY® to individuals without the FDA-approved labeling or in packaging other than the original, unopened container; (d) dispensing TRUVADA® or DESCOVY® to individuals unaccompanied by its FDA-approved labeling, package insert, lot number, serialization number, or expiration date; (e) selling, purchasing, or otherwise obtaining, TRUVADA® or DESCOVY® that had previously been filled or dispensed; (f) removing from their premises, or discarding, destroying, transferring or disposing in any manner, any

        information, computer files, electronic files, WhatsApp or text messages, business records (including but not limited to e-mail communications) or other documents relating to Defendants' assets and operations or relating in any way to any of the activities referred to in items (a) through (e); and (g) assisting, aiding or abetting any other person or business entity in engaging in or performing any of the activities referred to in items (a) through (f); and requiring them to turn over to Gilead, or any person or entity designated by Gilead, all TRUVADA® or DESCOVY® that is in their possession, custody or control and that either is no longer in its original, unopened container from the manufacturer, or that had previously been filled or dispensed, to be held by Gilead until further order of this Court;

2. An order for expedited discovery allowing Gilead to investigate, trace, and uncover the full extent of Defendants' unlawful and sophisticated schemes, and to prepare for the preliminary injunction hearing; and

3. A HIPAA protective and confidentiality order.

    A memorandum of law and supporting declarations and exhibits are filed concurrently with these motions and incorporated herein.  The grounds for the relief requested are set forth in detail in the memorandum of law and the supporting materials cited in the memorandum of law. Proposed orders setting forth the relief requested are attached hereto.

    Given the expedited nature of these motions and the immediate relief sought, Gilead respectfully requests that its motions be heard on Tuesday, November 3, 2020, or as soon as possible thereafter, appreciating the burden this places on the Court in light of the pandemic and national election.

Counsel for Gilead are available to appear before this Court at any time to address Gilead's Motions ether in person or by telephone or video. Geoffrey Potter, of Patterson Belknap Webb & Tyler LLP, can be reached directly by telephone at (917) 854-2310 or by email at gpotter@pbwt.com. Franklin Monsour, of Squire Patton Boggs (US) LLP, can be reached directly by telephone at (646) 526-5587 or by email at franklin.monsour@squirepb.com.

Dated: November 2, 2020

                    Respectfully submitted,

                    SQUIRE PATTON BOGGS (US) LLP

/s/ P. Jan Kubicz
P. Jan Kubicz (FBN 84405)
jan.kubicz@squirepb.com
200 South Biscayne Boulevard, Suite 4700
Miami, FL 33131
T.: (305) 577-7000
F.: (305) 577-7001

/s/ Franklin G. Monsour
Franklin G. Monsour (*pro hac vice pending*)
franklin.monsour@squirepb.com
1211 Avenue of the Americas, 26th Floor
New York, NY 10036
T.: (212) 872-9800


PATTERSON BELKNAP WEBB & TYLER LLP

/s/ Geoffrey Potter
Geoffrey Potter (*pro hac vice pending*)
Jonah Knobler (*pro hac vice pending*)
Joshua Kipnees (*pro hac vice pending*)
Timothy A. Waters (*pro hac vice pending*)
R. James Madigan III (*pro hac vice pending*)
Jared S. Buszin (*pro hac vice pending*)
Devon Hercher (*pro hac vice pending*)

Jacob Chefitz (*pro hac vice pending*)
gpotter@pbwt.com
jknobler@pbwt.com
jkipnees@pbwt.com
twaters@pbwt.com
jmadigan@pbwt.com
jbuszin@pbwt.com
dhercher@pbwt.com
jchefitz@pbwt.com
1133 Avenue of the Americas
New York, NY 10036
Telephone: (917) 854-2310
Facsimile: (212) 336-2222

*Attorneys for Plaintiffs Gilead Sciences, Inc. and Gilead Sciences Ireland UC*