# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| GILEAD SCIENCES, INC.; GILEAD SCIENCES IRELAND UC,<br><br>Plaintiffs,<br><br>v.<br><br>AJC MEDICAL GROUP, INC.; ALLIANCE MEDICAL CENTER, INC.; ALLIED HEALTH ORGANIZATION, INC.; BAIKAL MARKETING GROUP, INC.; A BETTER YOU WELLNESS CENTER, LLC; 3RD STEP RECOVERY GROUP, INC. D/B/A CONTINENTAL WELLNESS CENTER; COMMUNITY HEALTH MEDICAL CENTER LLC; DOCTORS UNITED, INC. D/B/A DOCTORS UNITED GROUP; FLORIMED MEDICAL CENTER CORP.; JUAN JESUS SALINA, M.D. CORP.; LABS4LESS LLC; PHYSICIAN PREFERRED PHARMACY, INC.; POSITIVE HEALTH ALLIANCE, INC.; PRIORITY HEALTH MEDICAL CENTER, INC.; TESTING MATTERS INC.; UNITED CLINICAL LABORATORY LLC; UNITED PHARMACY LLC; WELL CARE LLC; TAMARA ALONSO; JEAN ALEXANDRE; CHENARA ANDERSON; MYRIAM AUGUSTINE; TWIGGI BATISTA; ARSEN BAZYLENKO; MICHAEL BOGDAN; BARBARA BRYANT; AUGUSTINE CARBON; JENNIFER JOHN CARBON; KHADIJAH CARBON; ALEJANDRO CASTRO; JOHN CATANO; JEAN CHARLOT; SHONTA DARDEN; ALEXANDER EVANS; MARIA FREEMAN; JESULA GABO; SHAJUANDRINE GARCIA; BARBARA GIBSON; KERLINE JOSEPH; VIERGELA JOSEPH; ANDRE KERR; GARY KOGAN; CASSANDRA LOUISSAINT; CORA MANN; NICK MYRTIL; IFEOMA NWOFOR; ERIK JOSEPH PAVAO; WILLIE PEACOCK; MICHAEL PIERCE; MICHEL POITEVIEN; JEAN RODNEY; TATIANA ROZENBLYUM; JUAN JESUS SALINA; DIMITRY SHAPOSHNIKOV; ROMAN SHEKHET; KIRILL VESSELOV; MIKHAIL VESSELOV; TOMAS WHARTON,<br><br>Defendants. | Civil Action No. __ |

12081382

**[PROPOSED] EXPEDITED DISCOVERY ORDER**

This cause comes before the Court upon the expedited motion of Plaintiffs Gilead Sciences, Inc. and Gilead Sciences Ireland UC (together, "Gilead") for an expedited discovery order.

Under Rule 26 of the Federal Rules of Civil Procedure, a party may not seek discovery from any source prior to the conference required by Rule 26(f), except in certain circumstances, including by court order. Fed. R. Civ. P. 26(d)(1). A court may allow expedited discovery prior to the Rule 26(f) conference upon a showing of good cause. *See Tracfone Wireless, Inc. v. Adams,* 304 F.R.D. 672, 673 (S.D. Fla. 2015). "Good cause may be found where the need for expedited discovery, in consideration of the administration of justice, outweighs the prejudice to the responding party." *Id.* (quoting *Semitool, Inc. v. Tokyo Electron Am., Inc.*, 208 F.R.D. 273, 275–76 (N.D. Cal. 2002)).

Upon consideration of Gilead's motion, the memorandum of law submitted in support thereof, the accompanying declarations and the exhibits annexed thereto, and the Complaint, Gilead has demonstrated good cause for expedited discovery in this case. Accordingly, it is hereby ORDERED:

1.      Gilead's expedited motion for an expedited discovery order is GRANTED.

2.      Gilead may immediately serve discovery requests upon each Defendant and subpoenas upon any non-party believed to have information relevant to this action.

3.      Defendants to this action and any non-party served with a subpoena in this action shall respond to document requests and produce documents within five (5) calendar days of service. Defendants to this action shall respond to interrogatories within five (5) calendar days of service.

12081382

4.      Gilead may take the deposition of any Defendant or non-party, upon notice in writing to every other party of at least three calendar days.  Depositions will take place remotely, by Zoom or a similar remote platform.

5.      All discovery shall proceed on an expedited basis without need to comply with the time limits of the Federal Rules of Civil Procedure, the notice requirement of Rule 45(a)(b), or with Local Rule 26.1(h).

6.      This order shall apply to all Defendants existing as of the date of this order, and to all future Defendants to this action.

DATED:  November __, 2020

**SO ORDERED:**

_____
  UNITED STATES DISTRICT JUDGE

12081382