# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| GILEAD SCIENCES, INC.; GILEAD SCIENCES IRELAND UC, <br><br>  Plaintiffs, <br><br>  v. <br><br> AJC MEDICAL GROUP, INC.; ALLIANCE MEDICAL CENTER, INC.; ALLIED HEALTH ORGANIZATION, INC.; BAIKAL MARKETING GROUP, INC.; A BETTER YOU WELLNESS CENTER, LLC; 3RD STEP RECOVERY GROUP, INC. D/B/A CONTINENTAL WELLNESS CENTER; COMMUNITY HEALTH MEDICAL CENTER LLC; DOCTORS UNITED, INC. D/B/A DOCTORS UNITED GROUP; FLORIMED MEDICAL CENTER CORP.; JUAN JESUS SALINA, M.D. CORP.; LABS4LESS LLC; PHYSICIAN PREFERRED PHARMACY, INC.; POSITIVE HEALTH ALLIANCE, INC.; PRIORITY HEALTH MEDICAL CENTER, INC.; TESTING MATTERS INC.; UNITED CLINICAL LABORATORY LLC; UNITED PHARMACY LLC; WELL CARE LLC; TAMARA ALONSO; JEAN ALEXANDRE; CHENARA ANDERSON; MYRIAM AUGUSTINE; TWIGGI BATISTA; ARSEN BAZYLENKO; MICHAEL BOGDAN; BARBARA BRYANT; AUGUSTINE CARBON; JENNIFER JOHN CARBON; KHADIJAH CARBON; ALEJANDRO CASTRO; JOHN CATANO; JEAN CHARLOT; SHONTA DARDEN; ALEXANDER EVANS; MARIA FREEMAN; JESULA GABO; SHAJUANDRINE GARCIA; BARBARA GIBSON; KERLINE JOSEPH; VIERGELA JOSEPH; ANDRE KERR; GARY KOGAN; CASSANDRA LOUISSAINT; CORA MANN; NICK MYRTIL; IFEOMA NWOFOR; ERIK JOSEPH PAVAO; WILLIE PEACOCK; MICHAEL PIERCE; MICHEL POITEVIEN; JEAN RODNEY; TATIANA ROZENBLYUM; JUAN JESUS SALINA; DIMITRY SHAPOSHNIKOV; ROMAN SHEKHET; KIRILL VESSELOV; MIKHAIL VESSELOV; TOMAS WHARTON, <br><br>  Defendants. | Civil Action No. ___ |

## **PLAINTIFFS' MOTION TO EXCEED PAGE LIMITATIONS**

Plaintiffs Gilead Sciences, Inc. and Gilead Sciences Ireland UC (collectively "Gilead"), by and through their undersigned counsel, respectfully request that they be given leave to file a Memorandum of Law in Support of Gilead's Expedited Motions for a Temporary Restraining Order and Preliminary Injunction, an Expedited Discovery Order, and a HIPAA Protective and Confidentiality Order, totaling 90 pages. As part of that memorandum of law, Gilead seeks: (1) a temporary restraining order, to be followed by a preliminary injunction; (2) expedited discovery allowing Gilead to uncover the full scope of Defendants' fraudulent scheme and to prepare for the preliminary injunction hearing; and (3) a qualified HIPAA protective and confidentiality order.

Gilead reluctantly approaches the Court with this request at the same time it files its memorandum of law, and recognizes that the Local Rules call for obtaining prior permission of Court to submit a moving brief that exceeds 20 pages. Because Gilead has initiated this action and moved for immediate injunctive relief simultaneously, it was unable to seek advance leave from the Court for excess pages. We ask the Court's indulgence to excuse this departure from its standard practice.

Gilead further recognizes that the enlargement of pages it seeks significantly exceeds the normal page limit. There is, however, good cause for granting such relief here. This is a complex case in which nearly sixty different Defendants have conspired to defraud Gilead and enrich themselves at the expense of Gilead's charitable free-drug program for pre-exposure prophylaxis ("PrEP") HIV medication and place the health and safety of vulnerable Floridians and the community at large at serious risk. Defendants consist of dozens of clinics, prescribers, medical laboratories, pharmacies in Florida, as well as their respective principals and officers,

which are linked through a complicated web of connections. As detailed in Gilead's brief, through these connections, Defendants have systemized a scheme to recruit persons who are homeless or earn low incomes; prescribe and dispense them medically unnecessary PrEP medication; claim reimbursement for the dispense through Gilead's free-drug program; then take the medication back from these recruits to re-package as a misbranded drug, to either re-dispense and claim more reimbursements from Gilead, or sell on the black market. Unpacking the mechanics of Defendants' fraud, the unique roles played by each of the various Defendants, and how their wrongful conduct supports each of Gilead's nineteen causes of action requires considerable detail and, as a result, significantly more pages than a typical brief.

   Gilead has prepared its brief to address these issues as succinctly and efficiently as possible, while still providing sufficient support to meet its burden with respect to the required factual and legal basis for the urgent relief requested, including the extensive evidence showing Defendants' fraudulent, illegal, and infringing schemes. This brief also includes several pages of photographs and visual graphics intended to aid the Court in its consideration of Gilead's motions.

   Finally, Gilead's memorandum of law addresses three distinct motions—seeking entry of a temporary restraining order and preliminary injunction, an expedited discovery order, and a HIPAA protective and confidentiality order—each of which would otherwise be subject to a 20-page limit pursuant to Local Rule 7.1(c)(2). In the interests of efficiency and avoiding redundancy, Gilead has combined its arguments in support of those motions in a single memorandum of law.

   Therefore, Gilead respectfully requests that it be granted leave to file a combined brief in excess of 20 pages.

A proposed order setting forth the relief requested is attached hereto.

Dated: November 2, 2020

          Respectfully submitted,

          SQUIRE PATTON BOGGS (US) LLP

          /s/ P. Jan Kubicz
          P. Jan Kubicz (FBN 84405)
          jan.kubicz@squirepb.com
          200 South Biscayne Boulevard, Suite 4700
          Miami, FL 33131
          T.: (305) 577-7000
          F.: (305) 577-7001

          /s/ Franklin G. Monsour
          Franklin G. Monsour (*pro hac vice pending*)
          franklin.monsour@squirepb.com
          1211 Avenue of the Americas, 26th Floor
          New York, NY 10036
          T.:  (212) 872-9800


          PATTERSON BELKNAP WEBB & TYLER LLP

          /s/ Geoffrey Potter
          Geoffrey Potter (*pro hac vice pending*)
          Jonah Knobler (*pro hac vice pending*)
          Joshua Kipnees (*pro hac vice pending*)
          Timothy A. Waters (*pro hac vice pending*)
          R. James Madigan III (*pro hac vice pending*)
          Jared S. Buszin (*pro hac vice pending*)
          Devon Hercher (*pro hac vice pending*)
          Jacob Chefitz (*pro hac vice pending*)
          gpotter@pbwt.com
          jknobler@pbwt.com
          jkipnees@pbwt.com
          twaters@pbwt.com
          jmadigan@pbwt.com
          jbuszin@pbwt.com
          dhercher@pbwt.com
          jchefitz@pbwt.com

1133 Avenue of the Americas
New York, NY 10036
Telephone: (917) 854-2310
Facsimile: (212) 336-2222

*Attorneys for Plaintiffs Gilead Sciences, Inc. and Gilead Sciences Ireland UC*