IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| GILEAD SCIENCES, INC.; GILEAD SCIENCES IRELAND UC,<br><br>Plaintiffs,<br><br>v.<br><br>AJC MEDICAL GROUP, INC.; ALLIANCE MEDICAL CENTER, INC.; ALLIED HEALTH ORGANIZATION, INC.; BAIKAL MARKETING GROUP, INC.; A BETTER YOU WELLNESS CENTER, LLC; 3RD STEP RECOVERY GROUP, INC. D/B/A CONTINENTAL WELLNESS CENTER; COMMUNITY HEALTH MEDICAL CENTER LLC; DOCTORS UNITED, INC. D/B/A DOCTORS UNITED GROUP; FLORIMED MEDICAL CENTER CORP.; JUAN JESUS SALINA, M.D. CORP.; LABS4LESS LLC; PHYSICIAN PREFERRED PHARMACY, INC.; POSITIVE HEALTH ALLIANCE, INC.; PRIORITY HEALTH MEDICAL CENTER, INC.; TESTING MATTERS INC.; UNITED CLINICAL LABORATORY LLC; UNITED PHARMACY LLC; WELL CARE LLC; TAMARA ALONSO; JEAN ALEXANDRE; CHENARA ANDERSON; MYRIAM AUGUSTINE; TWIGGI BATISTA; ARSEN BAZYLENKO; MICHAEL BOGDAN; BARBARA BRYANT; AUGUSTINE CARBON; JENNIFER JOHN CARBON; KHADIJAH CARBON; ALEJANDRO CASTRO; JOHN CATANO; JEAN CHARLOT; SHONTA DARDEN; ALEXANDER EVANS; MARIA FREEMAN; JESULA GABO; SHAJUANDRINE GARCIA; BARBARA GIBSON; KERLINE JOSEPH; VIERGELA JOSEPH; ANDRE KERR; GARY KOGAN; CASSANDRA LOUISSAINT; CORA MANN; NICK MYRTIL; IFEOMA NWOFOR; ERIK JOSEPH PAVAO; WILLIE PEACOCK; MICHAEL PIERCE; MICHEL POITEVIEN; JEAN RODNEY; TATIANA ROZENBLYUM; JUAN JESUS SALINA; DIMITRY SHAPOSHNIKOV; ROMAN SHEKHET; KIRILL VESSELOV; MIKHAIL VESSELOV; TOMAS WHARTON,<br><br>Defendants. | Civil Action No. __ |

12078588

## DECLARATION OF JOHN G. DEVITTO

I, John G. DeVitto, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am Director, Trade Strategy and Operations, at Gilead Sciences, Inc. ("Gilead"). I submit this declaration in support of Gilead's and Gilead Sciences Ireland UC's Motion for a Temporary Restraining Order and Preliminary Injunction.

2. I have personal knowledge of the matters set forth in this declaration.

## Credentials

3. I have worked at Gilead since October 2013. As Director, Trade Strategy and Operations, I am responsible for the operational management of the North American and Latin American regions, including all orders, returns, product complaints, product launches, inventory adjustments. I have led cross-functional teams in 27 product launches in the United States and Canada. I also manage Gilead's relationships with its third-party vendors, trading partners, authorized distributors, and specialty pharmacies. In addition, I serve as Gilead's commercial lead in implementing measures under and continuing compliance with the federal Drug Quality and Security Act, and in identifying and driving improvements in processing, reporting, system maintenance, and information management for Gilead.

## Gilead's Quality Control Policies and Practices

4. Gilead manufactures, packages, and distributes all of its products, including TRUVADA® and DESCOVY®, according to stringent, consistent standards and specifications. TRUVADA® and DESCOVY® are pre-exposure prophylaxis ("PrEP") therapies. PrEP is a method of HIV prevention whereby at-risk, HIV-negative individuals take medication to decrease their risk of contracting HIV.

5. Gilead's standards and specifications are subjected to rigorous, ongoing quality control measures. These measures ensure that recipients of PrEP medication can rely on TRUVADA® and DESCOVY® to be safe and effective.

6. All of Gilead's products are distributed by Gilead through closely vetted and highly qualified authorized distributors. These authorized distributors are subject to obligations to maintain controls that ensure Gilead's products are delivered to perform as designed and are not compromised in any way. PrEP medication that is sold outside of authorized distribution channels is not subject to and subverts Gilead's quality control measures.

7. Gilead requires its authorized distributors to follow procedures and implement controls to ensure that PrEP medication remains safe, undamaged, and unadulterated. Gilead's authorized distributors and their agents are obligated to meet Gilead's requirements for how PrEP medication is purchased, stored, transported, and sold. This includes policies concerning near-expired and expired product, returns of product, and product recalls.

8. Consistent and in accordance with federal and state regulations, Gilead has a strict policy against the sale of expired products. Expired PrEP tablets may be degraded or ineffective and it is therefore critical that recipients know when their PrEP medication will expire. Gilead does not sell any expired PrEP medication and destroys any expired product in its possession. Gilead does not allow its authorized distributors to sell expired PrEP medication.

9. Gilead also does not allow the sale or resale of (a) bottles of PrEP tablets that have been unsealed; (b) PrEP tablets contained in unauthorized bottles; and (c) partial bottles of PrEP tablets that no longer contain the full 30 tablets.

10. The U.S. Food and Drug Administration ("FDA") requires that PrEP medication be dispensed once and pursuant to a legitimate prescription. Gilead therefore does not allow

repackaging or reselling of PrEP tablets that have been returned after they were dispensed. The unauthorized repackaging or resale of prescription-only PrEP medication presents efficacy and safety concerns, including preventing tampering and contamination by unsanitary handling conditions. If a bottle of PrEP medication is returned, Gilead or its agent destroys the bottle and any tablets remaining in the bottle. Likewise, Gilead does not allow PrEP medication that has been dispensed to a consumer from being redispensed to another consumer.

11. Gilead also requires that all authorized distributors and other members of the authorized distribution chain follow all recalls. To facilitate execution of recalls, PrEP tablets are manufactured and packaged with a specific lot number, serialization number, and expiration date. The lot and serialization numbers allow Gilead to track and monitor PrEP medication in the event any safety or quality issue arises. If Gilead identifies an issue with a particular product lot, it can make a targeted recall of the affected lot, rather than having to pull all of its product off the market. This is preferable from a quality assurance and public safety standpoint because a "market-wide" recall can confuse consumers, cause them to dispose of unaffected medication, create market shortages, or otherwise endanger the very individuals that the recall was designed to protect.

12. When conducting a recall, Gilead works with the FDA to inform them of the issue and align on the specific actions to be taken on the recalled product. For each affected lot, Gilead provides a direct notification to all consignees for the affected lot number, including distributors and health care customers. This notification advises them of the issue and what action is necessary. An individual who receives PrEP medication outside the original container will not know the lot number associated with their bottle of medication and therefore will not be able to know whether the product is within the scope of any potential recall.

13. Through these and other controls, Gilead seeks to safeguard the health of recipients of PrEP medication, the effectiveness of the product, and the reputation that it has established over 30 years. Gilead's quality control efforts in the United States and around the world foster consumers' expectation that Gilead's PrEP medication will be of the highest safety, reliability, and quality.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   November 2, 2020
               San Jose, California

*John DeVitto*
_____

John G. DeVitto