**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| GILEAD SCIENCES, INC.; GILEAD SCIENCES IRELAND UC,<br><br>  Plaintiffs,<br><br>  v.<br><br>AJC MEDICAL GROUP, INC.; ALLIANCE MEDICAL CENTER, INC.; ALLIED HEALTH ORGANIZATION, INC.; BAIKAL MARKETING GROUP, INC.; A BETTER YOU WELLNESS CENTER, LLC; 3RD STEP RECOVERY GROUP, INC. D/B/A CONTINENTAL WELLNESS CENTER; COMMUNITY HEALTH MEDICAL CENTER LLC; DOCTORS UNITED, INC. D/B/A DOCTORS UNITED GROUP; FLORIMED MEDICAL CENTER CORP.; JUAN JESUS SALINA, M.D. CORP.; LABS4LESS LLC; PHYSICIAN PREFERRED PHARMACY, INC.; POSITIVE HEALTH ALLIANCE, INC.; PRIORITY HEALTH MEDICAL CENTER, INC.; TESTING MATTERS INC.; UNITED CLINICAL LABORATORY LLC; UNITED PHARMACY LLC; WELL CARE LLC; TAMARA ALONSO; JEAN ALEXANDRE; CHENARA ANDERSON; MYRIAM AUGUSTINE; TWIGGI BATISTA; ARSEN BAZYLENKO; MICHAEL BOGDAN; BARBARA BRYANT; AUGUSTINE CARBON; JENNIFER JOHN CARBON; KHADIJAH CARBON; ALEJANDRO CASTRO; JOHN CATANO; JEAN CHARLOT; SHONTA DARDEN; ALEXANDER EVANS; MARIA FREEMAN; JESULA GABO; SHAJUANDRINE GARCIA; BARBARA GIBSON; KERLINE JOSEPH; VIERGELA JOSEPH; ANDRE KERR; GARY KOGAN; CASSANDRA LOUISSAINT; CORA MANN; NICK MYRTIL; IFEOMA NWOFOR; ERIK JOSEPH PAVAO; WILLIE PEACOCK; MICHAEL PIERCE; MICHEL POITEVIEN; JEAN RODNEY; TATIANA ROZENBLYUM; JUAN JESUS SALINA; DIMITRY SHAPOSHNIKOV; ROMAN SHEKHET; KIRILL VESSELOV; MIKHAIL VESSELOV; TOMAS WHARTON,<br><br>  Defendants. | Civil Action No. __ |

**DECLARATION OF JOEL GALLANT**

I, Joel Gallant, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am Executive Director, HIV Medical Affairs, at Gilead Sciences, Inc. ("Gilead"). I submit this declaration in support of Gilead's and Gilead Sciences Ireland UC's Motion for a Temporary Restraining Order and Preliminary Injunction.

2. I have personal knowledge of the matters set forth in this declaration.

**Credentials**

3. I have worked at Gilead since 2017. In my role as Executive Director, HIV Medical Affairs, I am involved in HIV-related medical education as well as internal and external research on HIV prevention and treatment as part of Gilead's Medical Affairs division, which supports the research efforts of academic institutions, clinical investigators, community organizations, and research networks worldwide.

4. Before joining Gilead, I served on the faculty of the Johns Hopkins University School of Medicine, where I researched, wrote, and taught about HIV infection and therapy for more than twenty years. I have also held appointments at the Johns Hopkins University Bloomberg School of Public Health and at the University of New Mexico School of Medicine.

5. I have studied HIV treatment and prevention for more than three decades. I have conducted many clinical trials of HIV therapies, including trials involving TRUVADA® and DESCOVY®, and have published more than a hundred peer-reviewed articles on HIV treatment and prevention in scientific journals and other publications.

6. I am also a licensed physician and have extensive experience treating HIV patients and individuals at risk of contracting HIV. From 2001 to 2013, I served as the Associate Director of the Johns Hopkins AIDS Service, a program that provides medical care to people living with or at risk of contracting HIV and AIDS. Immediately prior to joining Gilead, I spent

2

four years running the Southwest CARE Center, a clinic in New Mexico that treats people with HIV and/or hepatitis C, where individuals were regularly prescribed TRUVADA® when medically necessary.  I have personally prescribed TRUVADA® countless times since it was approved by the FDA.

7.  I received an M.D. from the University of California, San Francisco in 1985, and a Master of Public Health in 1990 from the Johns Hopkins School of Hygiene & Public Health.  I completed a post-M.D. internship and residency in internal medicine at Yale New Haven Hospital, serving as Chief Resident and an instructor at Yale University School of Medicine.  I also completed a fellowship in infectious diseases at the Johns Hopkins University School of Medicine.

**Background on TRUVADA® and DESCOVY®**

8.  Pre-exposure prophylaxis ("PrEP") is a method of HIV prevention whereby high-risk, HIV-negative individuals take medication to decrease their risk of contracting HIV through sex or injection drug use.

9.  Gilead has developed and manufactures the first, and, until October 2020, the only FDA-approved PrEP medications on the market in the United States:  TRUVADA for PrEP® and DESCOVY for PrEP®.  When taken as prescribed and directed, each is highly effective at preventing HIV from taking hold in individuals exposed to the virus.  As the U.S. Centers for Disease Control and Prevention ("CDC") recognizes, studies show that PrEP medication is 99% effective when taken as directed.

10.  TRUVADA®, first approved by the FDA for PrEP in 2012, comes as a blue tablet containing, as its active ingredients, 200 mg of emtricitabine and 300 mg of tenofovir disoproxil fumarate.  DESCOVY®, first approved by the FDA for PrEP in 2019, comes as a blue tablet

containing, as its active ingredients, 200 mg of emtricitabine and 25 mg of tenofovir alafenamide.

11. The FDA has approved Prescribing Information for TRUVADA® and DESCOVY® that comes as a package insert with the medication. The Prescribing Information is a document that summarizes information about, among other things, the drug's usage, administration, and risks. Copies of the FDA's latest Prescribing Information sheets for TRUVADA® and DESCOVY® are attached as Exhibit 1 and Exhibit 2 respectively.

12. As the FDA-approved Prescribing Information reflects, both TRUVADA® and DESCOVY® are sold in bottles containing 30 tablets. The FDA-recommended dosage for both is one tablet per day, taken orally with or without food.

13. TRUVADA® is approved for use by all adults and adolescents at risk of contracting HIV. DESCOVY®, on the other hand, is approved only for men and transgender women. Its effectiveness has not yet been evaluated with respect to preventing HIV transmission through receptive vaginal sex or injection drug use.

**Determining Whether PrEP Medication Is Medically Necessary**

14. Like all prescription drugs, PrEP medication is not appropriate for everyone. To ensure that it will be safe and effective, healthcare providers must determine that PrEP medication is medically necessary before prescribing it.

15. In addition to the FDA-approved labeling, the CDC has issued guidelines to assist healthcare providers in determining whether and under what circumstances to prescribe PrEP medication. A copy of the most recent version of those guidelines is attached as Exhibit 3.

16. As the CDC recommends, a healthcare provider should begin by assessing whether the individual is at risk of acquiring HIV. *See* Ex. 3 at 33. In doing so, a provider

should ask about the individual's sexual behavior over the past six months, including information about the frequency of sex, the type of sex engaged in (for instance, vaginal, oral, receptive anal, and/or insertive anal), the gender and HIV status of sex partners, and condom use. *See id.* at 33-34. In addition, a healthcare provider should ask about any recent diagnoses of bacterial sexually transmitted infections (STIs), such as chlamydia, syphilis, or gonorrhea; ask about alcohol abuse and the use of illicit injection or non-injection drugs; and consider the individual's epidemiological context, such as the prevalence of HIV in the individual's particular community, demographic population, and sexual network. *See id.* at 33-35.

17. After interviewing the individual and assessing the individual's risk of HIV infection, the provider should discuss with the individual which HIV prevention method to use. *See id.* at 35. Where the risk of HIV infection is low, for example, consistent and correct condom use alone may suffice, and, in such a situation, the provider should discuss with the individual whether that option is feasible and realistic. But if the individual is at significant risk for HIV, PrEP medication should be considered.

18. In particular, the CDC recommends that healthcare providers should consider PrEP medication for three categories of individuals.

- First, the CDC recommends that PrEP medication should be considered for adult, HIV-negative men who disclose that they a) are not in a monogamous partnership with a recently tested, HIV-negative man, b) have had any male sex partners in the past six months, and c) have, in the past six months, either had anal sex without a condom or been diagnosed with or reported having a bacterial STI. *Id.* at 36.

5

- Second, the CDC recommends that PrEP medication should be considered for HIV-negative adults, male or female, who a) are not in a monogamous partnership with a recently tested, HIV-negative partner; b) have had any sex with opposite-sex partners in the past six months; and c) either (i) infrequently use condoms during sex with at least one partner whose HIV status is unknown and is at substantial risk of HIV infection, (ii) are in an ongoing sexual relationship with an HIV-positive partner, *or* (iii) have had a bacterial STI diagnosed or reported in the past six months.  *Id.*

- Third, because HIV can also be acquired through injection drugs, the CDC recommends PrEP medication for any HIV-negative adult who, within the prior six months, has (a) injected any drugs that were not prescribed by a clinician and (b) shared injection or drug preparation equipment.  *Id.* at 37-38.

19. However, if there is no indication that an individual is at risk of HIV infection, or if the individual specifically asks not to be prescribed PrEP medication, no reasonable healthcare provider would determine that PrEP medication is medically necessary and prescribe it.  That an individual is low-income or homeless, for instance, is not sufficient basis to prescribe PrEP medication without some indication that the person is also at risk of HIV infection.

**Testing to Ensure That PrEP Is Prescribed Safely and Consistent with FDA and CDC Instruction**

20. Although TRUVADA® and DESCOVY® are generally safe and highly effective at preventing HIV infection, the use of each can pose risks to certain types of individuals, as the label warnings for both medications disclose.  Therefore, the FDA instructs healthcare providers, before prescribing either medication, to conduct tests to determine whether the individual falls

6

into a potentially at-risk category. These tests help to ensure that TRUVADA® and DESCOVY® are used safely and to minimize any potential risk from use.

21. Consistent with the FDA's Prescribing Information for both TRUVADA® and DESCOVY®, the CDC requires that healthcare providers test an individual for HIV before prescribing PrEP medication. *See* Ex. 3 at 38; Ex. 1 at 1; Ex. 2 at 1. This is because, as the Prescribing Information for TRUVADA® and DESCOVY® cautions, an HIV-positive individual who takes either medication alone risks allowing the virus to develop resistance to drugs used to treat HIV, which could limit potential treatment options. Ex. 1 at 1; Ex. 2 at 1.

22. In accordance with the CDC's guidelines, prescribers typically test for HIV by administering a rapid blood test consisting of a quick finger stick, which can deliver a result within minutes. *See* Ex. 3 at 38. But because rapid blood tests sometimes do not detect HIV during the acute stage of infection, the CDC further instructs healthcare providers, before prescribing PrEP medication, to ask the individual about current or recent symptoms of acute HIV infection and ask about any behavior that may have led to recent HIV exposure. *See id.* at 39.

23. The CDC, also in accordance with the FDA-required labeling for both TRUVADA® and DESCOVY®, further instructs that healthcare providers must repeat an HIV test at least once every three months while the individual is on the medication. *See* Ex. 3 at 38; Ex. 1 at 1; Ex. 2 at 1. If an individual taking TRUVADA® or DESCOVY® tests positive for HIV or has symptoms suggestive of acute HIV infection, the drug regimen should immediately be changed to a full HIV treatment regimen. Regular HIV testing allows providers to ensure that PrEP medication remains safe and effective for the individual on it and to avoid HIV drug resistance.

24. In addition to directing prescribers to screen for HIV, the FDA also instructs prescribers to test for chronic hepatitis B before or when prescribing PrEP medication. The drugs in TRUVADA® and DESCOVY® actively suppress replication of the hepatitis B virus. Thus, as the warning labels for TRUVADA® and DESCOVY® disclose, individuals with chronic hepatitis B who start and then stop either medication could experience a severe (and potentially fatal) exacerbation of their symptoms, such as liver decompensation and liver failure. *See id.* An individual with chronic hepatitis B can still take PrEP medication, but per FDA requirements, that individual will need to be closely monitored, with both clinical and laboratory follow-up, for at least several months if they stop treatment. A hepatitis B test is therefore essential before or when starting an individual on PrEP medication.

25. PrEP medication may also carry certain risks for individuals with kidney issues. Accordingly, for TRUVADA®, the FDA instructs prescribers, both prior to starting and during the use of the medication, to evaluate an individual's kidney function by assessing estimated creatinine clearance, urine glucose, urine protein, and (if the individual has chronic kidney disease) serum phosphorus. Ex. 1 at 1. The FDA provides the same instruction for DESCOVY®, except that the initial assessment can be performed at the time DESCOVY® is initiated. Ex. 2 at 1. The FDA does not recommend prescribing TRUVADA® if the individual's estimated creatine clearance is below 60 mL/min. Ex. 1 at 1. DESCOVY® is FDA-approved for use in individuals with an estimated creatinine clearance as low as 30 mL/min. Ex. 2 at 1.

26. The CDC additionally recommends that healthcare providers prescribing PrEP medication test the individual for other common STIs, specifically, syphilis, chlamydia, and gonorrhea. *See* Ex. 3 at 44. Although these tests are not necessary in order to prescribe either TRUVADA® or DESCOVY®, they are medically important, as an individual who is at risk for

8

HIV is also at risk for other STIs. STI testing generally requires a blood test, urine test, and throat and rectal swabs; for gonorrhea testing in women, testing can also entail the collection of vaginal specimens.

27. In sum, the above-described tests and assessments allow the healthcare provider to prescribe PrEP medication in a safe and effective manner. A healthcare provider who does not properly conduct these tests before prescribing PrEP medication, and regularly over the course of use, potentially places the individual who receives the medication at risk of serious illness or even death.

**Prescribing PrEP Medication**

28. After determining that PrEP medication is appropriate for an individual (including performing the testing outlined above), the healthcare provider will prescribe a 90-day supply of medication or a 30-day supply with two refills. As appropriate, a healthcare provider may prescribe either TRUVADA® or DESCOVY®, but should never prescribe both at the same time. Prescribing both simultaneously may be dangerous, as it increases the risk that individuals will take more than the FDA-recommended daily dosage of tenofovir and emtricitabine. Dosages in excess of the recommended limits are not approved by the FDA and are potentially hazardous. For this reason, a healthcare provider should not prescribe PrEP medication without first asking whether the individual is already taking either TRUVADA® or DESCOVY®.

29. The CDC states that a healthcare provider initiating a PrEP medication regimen must educate the individual about how to take the medication, the proper dosage, and what to do if a dose is missed. *See* Ex. 3 at 55. An individual who does not take either TRUVADA® or DESCOVY® as directed or does not adhere to the recommended dosage may undermine the medication's ability to effectively prevent HIV infection, thereby placing the individual at risk of

infection. *Id.* at 53-55. Non-adherence also poses a danger of HIV transmission to the individual's sexual partners, and thus endangers not just individual safety but also public health. The CDC therefore urges healthcare providers to actively support medication adherence by individuals who are prescribed PrEP medication. *Id.* at 55.

30. The CDC also recommends that, after prescribing PrEP medication, healthcare providers should follow up with the individual every three months (and possibly more frequently at the outset of treatment) to screen for HIV and other STIs, conduct other necessary tests, assess the individual's continued risk of HIV infection and adherence, and answer any questions. *See* Ex. 3 at 47-48. As a matter of good medical practice, a healthcare provider should continue prescribing PrEP medication for as long as the individual remains at risk of HIV infection. PrEP medication can be discontinued if the individual is no longer at risk of HIV infection. PrEP medication should also be discontinued if the individual demonstrates a consistent failure to adhere to the prescribed regimen. This again reinforces the need for the healthcare provider to actively monitor the individual's use of PrEP medication, general life situation, and risk behavior to ensure that PrEP medication remains medically necessary and appropriate. A healthcare provider's failure to do so can expose the individual and others to potential harm.

31. In addition, a pharmacist filling a prescription for PrEP medication (or any other prescription) has a legal and ethical responsibility to determine that the prescription is legitimate. Thus, as a matter of federal and state law and basic medical ethics, a pharmacist who knows that a PrEP medication prescription is fraudulent, was not issued for a legitimate medical purpose, or was intended for someone other than the recipient listed on the prescription must not fill it. Likewise, a pharmacist who knows that the individual has a current prescription for one form of PrEP medication must not dispense another.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   November 2, 2020
               Foster City, California

_____
Joel Gallant, MD, MPH