## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

GILEAD SCIENCES, INC.; GILEAD SCIENCES
IRELAND UC,

        Plaintiffs,

    v.

AJC MEDICAL GROUP, INC.; ALLIANCE
MEDICAL CENTER, INC.; ALLIED HEALTH
ORGANIZATION, INC.; BAIKAL MARKETING
GROUP, INC.; A BETTER YOU WELLNESS
CENTER, LLC; 3RD STEP RECOVERY GROUP,
INC. D/B/A CONTINENTAL WELLNESS
CENTER; COMMUNITY HEALTH MEDICAL
CENTER LLC; DOCTORS UNITED, INC. D/B/A
DOCTORS UNITED GROUP; FLORIMED
MEDICAL CENTER CORP.; JUAN JESUS
SALINA, M.D. CORP.; LABS4LESS LLC;
PHYSICIAN PREFERRED PHARMACY, INC.;
POSITIVE HEALTH ALLIANCE, INC.;
PRIORITY HEALTH MEDICAL CENTER, INC.;
TESTING MATTERS INC.; UNITED CLINICAL
LABORATORY LLC; UNITED PHARMACY
LLC; WELL CARE LLC; TAMARA ALONSO;
JEAN ALEXANDRE; CHENARA ANDERSON;
MYRIAM AUGUSTINE; TWIGGI BATISTA;
ARSEN BAZYLENKO; MICHAEL BOGDAN;
BARBARA BRYANT; AUGUSTINE CARBON;
JENNIFER JOHN CARBON; KHADIJAH
CARBON; ALEJANDRO CASTRO; JOHN
CATANO; JEAN CHARLOT; SHONTA DARDEN;
ALEXANDER EVANS; MARIA FREEMAN;
JESULA GABO; SHAJUANDRINE GARCIA;
BARBARA GIBSON; KERLINE JOSEPH;
VIERGELA JOSEPH; ANDRE KERR; GARY
KOGAN; CASSANDRA LOUISSAINT; CORA
MANN; NICK MYRTIL; IFEOMA NWOFOR;
ERIK JOSEPH PAVAO; WILLIE PEACOCK;
MICHAEL PIERCE; MICHEL POITEVIEN; JEAN
RODNEY; TATIANA ROZENBLYUM; JUAN
JESUS SALINA; DIMITRY SHAPOSHNIKOV;
ROMAN SHEKHET; KIRILL VESSELOV;
MIKHAIL VESSELOV; TOMAS WHARTON,

        Defendants.

Civil Action No. __

## DECLARATION OF EMILIO GARCIA

I, Emilio Garcia, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am the Owner and President of Saint Michael Consulting Group ("SMG"), a risk management and private investigation firm in Miramar, Florida.  I am also licensed as a private investigator in the State of Florida.  I submit this declaration in support of Gilead Science Inc.'s and Gilead Sciences Ireland UC's (together, "Gilead") Motion for a Temporary Restraining Order and Preliminary Injunction.

2.      I have personal knowledge of the matters set forth in this declaration.

## I.    **Credentials**

3.      SMG is a consulting firm that offers businesses support through an array of services, which include risk assessment, litigation consulting, fraud investigation, and intellectual property consulting.  As SMG's President, I am responsible for leading, managing, and directing all investigations conducted by SMG.

4.      Prior to establishing SMG in 2009, for approximately nine years I was the Director of Investigations for the International Federation of Phonographic Industries ("IFPI"), an organization that represents the interests of the recording industry.  Prior to my work with the IFPI, I worked with the Drug Enforcement Administration ("DEA") for 26 years, first as a Special Agent, and later, as a Country Attaché and Supervisory Special Agent.

5.      Over the course of my career in law enforcement and private investigations, I have worked closely with numerous of witnesses who have reported criminal activity, including individuals of varied ethnicities, races, social and financial status, including individuals who are homeless or earn little income.  By virtue of this experience, I have developed a strong ability to judge witness credibility.

II.  **Investigation Background**

6.      SMG was retained to investigate allegations that several Florida healthcare providers, laboratory testing facilities, and pharmacies were abusing Gilead's Advancing Access® Medication Assistance Program ("MAP") for two of Gilead's human immunodeficiency virus ("HIV") prevention drugs, TRUVADA for PrEP® and DESCOVY for PrEP® (together, "PrEP medication").  I understand that this program was implemented to increase access to HIV-prevention drugs for low-income individuals.  *See* Declaration of Annette Sebastiani ("Sebastiani Decl.") ¶ 10.  My work included an investigation into the following entities and their management: A Better You Wellness Center, LLC ("Better You Wellness"), AJC Medical Group, Inc. ("AJC Medical"), Alliance Medical Center, Inc. ("Alliance Medical"), Allied Health Organization, Inc. ("Allied Health"), Baikal Marketing Group Inc. ("Baikal Marketing"), 3rd Step Recovery Group, Inc. d/b/a Continental Wellness Center ("Continental Wellness"), Community Health Medical Center LLC ("Community Health"), Doctors United, Inc. d/b/a Doctors United Group ("Doctors United"), Florimed Medical Center Corp. ("Florimed"), Juan Jesus Salina, M.D. Corp. ("Salina M.D. Corp."), Labs4Less LLC ("Labs4Less"), Physician Preferred Pharmacy, Inc. ("Physician Preferred"), Positive Health Alliance, Inc. ("Positive Health"), Priority Health Medical Center Inc. ("Priority Health"), Testing Matters, Inc. ("Testing Matters"), United Clinical Laboratory, LLC ("United Labs"), United Pharmacy LLC ("United Pharmacy"), and Well Care LLC ("Well Care") (collectively, "Entity Defendants").

7.      As part of my investigation, I used each Entity Defendant's National Provider Identity ("NPI") number to query NPI Profile, a searchable public database maintained by the

U.S. Government of all HIPAA-covered healthcare providers.[1]  NPI numbers are unique identifiers assigned to each HIPAA-covered provider by the Center for Medicare and Medicaid's National Plan & Provider Enumerator System.  NPI Profile provides various types of information that each listed entity has supplied about itself to the U.S. Government, such as business addresses, contact information, and authorized officials.  I, along with my team members, also visited and photographed several of Defendants' purported business addresses in Florida.

8.      My investigation found that there is considerable overlap in the management and operations of the Entity Defendants, including in how these Defendants conduct their business with respect to the MAP.

9.      In my experience, these types of overlapping and opaque corporate structures are the hallmarks of a business created to defraud.  A legitimate business typically seeks to leverage the synergies of a shared business name, rather than obscure the true nature of its relationship with its affiliates and subsidiaries.

10.     In connection with this investigation, I also listened to recordings of calls from the Recruit Whistleblower to Gilead reporting fraud and abuse of the MAP.  I met with the Recruit Whistleblower on multiple occasions, evaluated his credibility, and investigated his claims, which included surveillance of two locations he described.  The information the Recruit Whistleblower reported in his calls to Gilead was consistent with what he told me during our meetings.  I found him to be highly credible, and his account was both reliable and supported by evidence, including my own observations based on my surveillance of the Defendants' vehicles and employees.

---

[1] "HIPAA-covered providers" refers to individuals and entities that must comply with the Health Insurance Portability and Accountability Act ("HIPAA").

III.    **SUMMARY OF FINDINGS REGARDING OVERLAPPING RELATIONSHIPS AMONG DEFENDANTS**

11.    Enrollment records and statements from whistleblowers indicate that the Defendants are engaged in a complex scheme, which entails recruiting individuals who are homeless or earn little income for the purpose of improperly prescribing them PrEP medication and fraudulently enrolling them in the MAP so Defendants can submit claims for undeserved payment through Gilead's MAP.

12.    Evidence demonstrates that these entities use the same modus operandi to carry out the fraudulent scheme, and public information indicate that there are extensive relationships and connections among the Entity Defendants and their management.

13.    These connections among Defendants include the following, and are discussed in further detail in Sections IV-V below:

  a.    Seven Defendants—Alliance Medical, Community Health, Continental Wellness Center, Baikal Marketing, Labs4Less, Priority Health, and Well Care—share the same business address as current and former clinics operated by Defendant Positive Health.  *See infra* Section IV.

  b.    Defendant Gary Kogan is currently both the Executive Director of Positive Health and an Officer at Defendant Labs4Less.  He is also employed by the City of North Miami Police Department, which employs Defendants Cora Mann and Shonta Darden, two of the corporate officers at Positive Health.  *See infra* ¶¶ 52, 75.

  c.    Defendant Erik Joseph Pavao is both the authorized official listed for Defendant Community Health in the NPI Profile database, and the individual whom the Recruit Whistleblower identified as a "supervisor" at Positive Health.  *See infra* ¶¶ 68, 107.

  d.    Dr. Jean Francois Rodney is identified in the NPI Profile database as the Medical Director for Defendants Baikal Marketing and Alliance Medical. In addition, a Fort Pierce clinic operated by Defendant Priority Health is registered under Dr. Rodney's medical license.  *See infra* ¶¶ 60, 64, 80.

  e.    Mario Schauer is the Director of Communications at Defendant Allied Health, and was formerly employed as the marketing and public relationships specialist for Defendant Doctors United.  *See infra* ¶ 29.

5

f.    Defendant Mikhail Vesselov is a Managing Member of Defendants United Pharmacy and United Labs and the co-founder and former Manager of Defendant Labs4Less.  He co-manages United Labs with his son and business partner, Defendant Kirill Vesselov, who is also the Manager of Defendant Community Health.  *See infra* ¶¶ 69, 75, 82, 86, 89

14.    My investigation also uncovered that Defendant Jennifer John Carbon, a former corporate officer at Defendant Doctors United and the Registered Agent for Defendant AJC Medical—as well as the wife and mother of the current President and Vice President of Doctors United, respectively—was recently convicted for committing healthcare fraud in South Florida.[2] That scheme has striking similarities to the scheme undertaken to defraud Gilead that is at issue here.

## III.    FINDINGS REGARDING DOCTORS UNITED AND ITS AFFILIATES

15.    My investigation indicates that eight entity Defendants are affiliated or related entities, and/or subject to common ownership or control:  (i) Doctors United; (ii) AJC Medical; (iii) Allied Health; (iv) Better You Wellness; (v) Florimed; (vi) Salina M.D. Corp.; (vii) Testing Matters, a purported laboratory testing service provider; and (viii) Defendant Physician Preferred (collectively, "Doctors United Defendants").  Physician Preferred is a contract pharmacy for the 340B clinics[3] operated by Doctors United, Allied Health, and Florimed.

16.    My specific findings regarding each Defendant are set forth below.

---

[2] *See* United States v. Carbon, No. 1:18-cr-20690 (S.D. Fla. Filed Aug. 20, 2018); Ben Conarck, *Florida scam tricked service members into buying meds, tests they didn't need*, Miami Herald, Feb. 4, 2020, available at https://taskandpurpose.com/news/florida-scam-military-meds-tricare.

[3] The government's 340B Program is described in the Declaration of Donna Quan.  I understand that contract pharmacies are third-party pharmacies that contract with specific 340B entities to provide pharmacy services to the 340B entity and the individuals to whom the 340B entity provides healthcare services.  *See* Quan Decl. ¶ 6.

A.    **Doctors United**

17.    Defendant Doctors United is a For-Profit Corporation with its principal place of business at 1498 NW 54 Street, Suite C, Miami, Florida.  Ex. 1.

18.    The latest Florida Division of Corporations filing from March 2020 lists Defendant Augustine Carbon as the President of Doctors United and Defendant Khadijah Carbon as the company's Vice President.  *Id.*

19.    When Doctors United was constituted with the Florida Division of Corporation on September 14, 2016, the filing identified Defendant Jennifer John Carbon as President and Augustine Carbon as Vice President.  Ex. 2.  My investigation confirmed that Jennifer John Carbon is married to Augustine Carbon.  Defendant Khadijah Carbon is their daughter.

20.    Additional filings with the Florida Division of Corporations show that in May 2018, Defendant Jennifer John Carbon was removed as President.  Ex. 3.  In June 2018, Defendant Tomas Wharton was added as President; he was removed from this role in December 2018.  Ex. 4; Ex. 5.  Defendant Wharton is currently a corporate officer of Defendant Florimed, a company that operates a healthcare clinic. *See infra* ¶ 35.

21.    Legal filings show that, a month after Defendant Jennifer John Carbon was removed as a corporate officer of Doctors United, the U.S. Attorney's Office for the Southern District of Florida filed a criminal complaint charging her with conspiracy to commit healthcare fraud in connection with a multistate conspiracy to defraud TRICARE, the Department of Defense's health insurance program.  Ex. 6.  The Information filed by the United States alleges that Jennifer John Carbon (i) received kickbacks for recruiting and referring patients; (ii) forged prescriptions that fraudulently represented that a certain doctor had prescribed the compounded

medication when, in fact, that was not true[4]; and (iii) caused certain pharmacies to file false claims in order to maximize reimbursement from TRICARE. *Id.* at 4–6. These charges related to a separate medical clinic business operated by Jennifer John Carbon named Comfort Medical Center LLC ("Comfort Medical"). *Id.* According to Florida corporate records, Comfort Medical is still an actively registered LLC. Defendants Augustine Carbon and Khadijah Carbon are listed as the current Manager and Managing Member, respectively, of Comfort Medical. Ex. 7. Augustine Carbon was also a Manager of Comfort Medical at the same time that Jennifer John Carbon used the company to commit healthcare fraud. Ex. 8. According to state filings, Comfort Medical's principal place of business is also the same address as the principal place of business for Defendants Doctors United and AJC Medical. *See* Ex. 1; Ex. 7; Ex. 12.

22. Public filings confirm that Jennifer John Carbon pleaded guilty to one count of Conspiracy to Receive Health Care Kickbacks in violation of 18 U.S.C § 371. *See United States v. Carbon*, No. 1:18-cr-20690, ECF No. 27 (S.D. Fla. Filed Aug. 20, 2018). Mrs. Carbon began serving her sentence on September 6, 2019 and was released from federal custody in September 2020. *See id.*, ECF No. 47.

23. The current website for Defendant Doctors United (https://www.dughealth.org) identifies six locations, with five in southern Florida. The website also identifies an affiliate, "Salinas," which is located at 4212 W. 16 Ave, Hialeah, Florida. A screenshot of the website dated September 27, 2020 is attached as Ex. 9.

---

[4] I understand that an employee of Doctors United has reported to Gilead that Doctors United personnel are forging prescriber signatures in a similar manner. *See* Sebastiani Declaration ¶ 38.

24.     Two former websites for Defendant Doctors United (www.mydug.org and www.doctorsunitedgroup.com) currently redirect users to a website for Defendant Allied Health (https://alliedhealth.org/), a company that operates multiple healthcare clinics throughout Florida.

**B.     AJC Medical Group, Inc.**

25.     Defendant AJC Medical is a For-Profit corporation that was formed in 2016.  Ex. 10.  Although AJC Medical filed for dissolution with the Florida Secretary of State on June 28, 2019, the NPI Profile database indicates that the company is still active.  Ex. 11; Ex. 12. Defendant Dr. Jean Charlot is listed as the company's Medical Director and the sole corporate officer.  *Id.*

26.     Defendant AJC Medical has multiple connections to the Carbon family and Doctors United.  First, Defendant Jennifer John Carbon—who was recently incarcerated for healthcare fraud—was listed as AJC Medical's Registered Agent.  Ex. 10.

27.     Second, Defendant AJC Medical and Doctors United share the same location: 1498 NW 54 Street, Suite C, Miami, Florida.  *See* Ex. 1; Ex. 12. They also share that location with Comfort Medical— the healthcare clinic that was the subject of the fraud charges against Defendant Jennifer John Carbon.  *See infra* ¶ 21.

**C.     Allied Health**

28.     Defendant Allied Health is a Not-For-Profit corporation that filed for incorporation on January 24, 2020 with the stated purpose of providing "comprehensive STD panel (urine and blood) tests" for "those less fortunate."  Ex. 13.  The corporation's principal place of business is 14001 NW 4 Street, Suite B, Sunrise, Florida 33325.  *Id.*  Defendant Alejandro Castro is listed as the President and the sole corporate officer.  *Id.*

29.     Mario Schauer identifies himself as the current Director of Communications of Defendant Allied Health on his LinkedIn page.  Mr. Schauer's LinkedIn page also indicates that he was formerly employed as the marketing and public relationships specialist for Defendant Doctors United.  A screenshot of his LinkedIn page taken September 29, 2020 is attached as Ex. 14.

30.     Defendant Allied Health's company website identifies eleven locations affiliated with Allied Health, with the majority of them located in southern Florida, including a corporate office at 14001 NW 4th Street, Suite B, Sunrise, Florida and a clinic named "A Better You," located at 3529 North Pine Island Road, Sunrise, Florida.  A screenshot of the website listing those locations, dated September 27, 2020, is attached as Ex. 15.

31.     In addition, as noted above, two former websites for Defendant Doctors United (www.mydug.org and www.doctorsunitedgroup.com) currently redirect users to the website for Allied Health (https://alliedhealth.org/).

**D.     Better You Wellness**

32.     Defendant Better You Wellness is a limited liability company incorporated in 2017 with its current principal place of business at 3529 N. Pine Island Road, Sunrise, Florida 3331.  Ex. 16, Ex. 17.  This address is an exact match for the address of the "A Better You" clinic listed as a clinic location on the Allied Health website.  *See* Ex. 15.

33.     According to the latest filings with the Florida Secretary of State, Defendant Myriam Augustine is the current Authorized Member, President, CEO, and CFO for Better You Wellness.  Ex. 17.

**E.      Florimed Medical Center**

34.      Defendant Florimed is a For-Profit corporation with its current principal place of business at 311 NE 8th Street, Suite 110, Homestead, Florida 33030.  Ex. 18.

35.      According to the latest filings with the Florida Secretary of State, the company's sole corporate officer is Defendant Tomas Wharton.  *Id.*  Defendant Wharton is also a former President of Defendant Doctors United.  *See infra* ¶ 20.

**D.      Juan Jesus Salina, M.D. Corp.**

36.      Salina M.D. Corp. was incorporated in Florida in April 2003.  Ex. 19.  According to its March 2020 filing with the Florida Secretary of State, Defendant Juan Jesus Salina is the sole Officer and Director.  Ex. 20.

37.      Salina M.D. Corp.'s current principal place of business is 4212 W. 16 Ave, Hialeah, Florida.  *Id.*  This street address matches the location of "Salinas," a provider Defendant Doctors United identifies as an affiliate partner on its website.  *See* Ex. 9 at 11.

**E.      Physician Preferred Pharmacy Inc.**

38.      The HRSA database identifies Defendant Physician Preferred as a contract pharmacy for Florimed and for every single registered Doctors United and Allied Health location.  *See* Quan Decl. ¶ 9.

39.      Physician Preferred was incorporated in Florida on December 15, 2017.  Ex. 21.  According to its January 2020 filing with the Florida Secretary of State, the pharmacy's principal place of business is 2700 North State Road 7, Margate, Florida 33063.  Ex. 22.

40.      The filing identifies Defendant Twiggi Batista as the Director and sole corporate officer at Physician Preferred.  *Id.*  Last year, Mrs. Batista, who is thirty-four years old, was

arrested in West Palm Beach for a DUI while driving a white 2018 Bentley.[5]  Property records indicate that Defendant Batista lives at a residence owned by Defendant Michael Bogdan, the CEO of Defendant Testing Matters and a former employee of Defendant Doctors United. Defendant Bogdan also has a white 2018 Bentley registered in his name.  Ex. 23.

        F.      **Testing Matters Inc.**

      41.      The NPI registered address for Defendant Testing Matters is 14001 NW 4th Street, Sunrise, Florida.  Ex. 24.  This matches the street address listed in the HRSA database as an Allied Health clinic location. Quan Decl., Ex. A at 20.

      42.      The website for Testing Matters also lists a testing station at 2150 W. 76th Street, Suite 100, Hialeah, Florida 33016.  This address is identical to the address listed on the Doctors United website for one of its clinics.  *See* Ex. 9 at 8.  A screenshot of the Testing Matters website taken on October 27, 2020 is attached as Ex. 25.

      43.      Defendant Michael Bogdan is identified as the Authorized Official and CEO for Testing Matters in the NPI Profile database.  Ex. 24.  As noted above, Defendant Bogdan shares a residence with Defendant Twiggi Batista, the owner of Defendant Physician Preferred.  *See supra* ¶ 40.

      44.      Defendant Bogdan was also listed as the "primary contact" for a clinic formerly operated by Defendant Doctors United in Pompano Beach, Florida, which is listed on the HRSA database.  Ex. 26.

---

[5] *See* Wendy Rhodes, *West Palm Beach Daily* (May 16, 2019), available at https://www.palmbeachdailynews.com/news/20190516/pharmacy-owner-charged-with-dui-told-palm-beach-cop-she-thought-she-was-in-miami.

IV.    **FINDINGS REGARDING POSITIVE HEALTH AND ITS AFFILIATES**

45.     My investigation revealed a web of overlapping and interconnected relationships between Defendant Positive Health; seven of the Defendant healthcare providers (Alliance Medical, Baikal Marketing, Community Health, Continental Wellness, Labs4Less, Priority Health, and Well Care); Defendant United Labs, a laboratory testing service provider; and Defendant United Pharmacy, one of Positive Health's 340B contract pharmacies (collectively, "Positive Health Defendants").  *See* Quan Decl. ¶ 10.

46.     My decades of experience as a DEA agent and an investigator lead me to conclude that the connections detailed below are not mere coincidences and that the Positive Health Defendants are affiliated or related entities, and/or subject to common ownership or control.

47.     These conclusions are further corroborated by the statements made by the Recruit Whistleblower, who visited three different clinics, including ones operated by Alliance Medical Center and Baikal Marketing, and was made to understand that each of these clinics is operated by Positive Health.

48.     My specific findings regarding each entity are summarized below.

A.    **Positive Health**

49.     Defendant Positive Health has been listed as a Not-for-Profit Corporation with the Florida Secretary of State since March 20, 2019.  Ex. 27.  Its principal place of business is listed as 730 West Hallandale Beach Blvd., Suite #109, Hallandale, Florida.  Ex. 28.

50.     The latest Florida Division of Corporations filing from April 2020 identifies Defendant Cora Lee Mann as Positive Health's President and Director; Defendant Dimitry Shaposhnikov as its Treasurer and Director; and Defendant Shonta Rene Darden as its Secretary

and Director.  *Id.*  My investigation uncovered that Cora Mann and Shonta Rene Darden are both

currently employed by the North Miami Police Department.  Ex. 29; Ex. 30.

51.     Business records indicate that Mr. Shaposhnikov is President and CEO of a

software company named FrandMe.  Ex. 31.   The website for Defendant Labs4Less is hosted on

FrandMe's website. *See infra* ¶ 72.  Mr. Shaposhnikov also has a relationship with local South

Florida law enforcement as the current Director for the Aventura Police Foundation.  Ex. 32.

52.      NPI Profile identifies Defendant Gary Gershon Kogan as the current Executive

Director for Positive Health.  A screenshot of NPI Profile taken on October 12, 2020 is attached

as Ex. 33.  Defendant Kogan is also an Officer for Defendant Labs4Less.  *See infra* ¶ 75.  Like

Defendants Mann and Darden, he is employed by the City of North Miami Police Department.

Ex. 34.

53.     A search of vehicles registrations reveals that Defendant Positive Health has ten

passenger vans registered in its name: (1) a 2018 Volvo Platinum S60, License Plate Number

NQZF56; (2) a 2014 Ford E350 Econoline, License Plate Number IS79WR; (3) a 2014 Ford

E350 Econoline, License Plate Number NTQC48; (4) a 2016 Ford T-350 Transit, License Plate

Number NTQA27; (5) a 2017 KIA Sedona, License Plate Number NXPD81; (6) a 2019 KIA

Sedona, License Plate Number NVHB20; (7) a 2019 KIA Sedona, License Plate Number

NTGZ32; (8) a 2019 KIA Sedona, License Plate Number PCCH88; (9) a 2017 KIA Sedona,

License Plate Number PCCD77; and (10) a 2019 Chevrolet Express, License Plate Number

PGQF36.  Ex. 35.

54.     The Positive Health website (https://positivehealthalliance.org) lists nine locations

in Florida:

      a.     730 W. Hallandale Beach Blvd, #109, Hallandale, Florida 33009

b. 720 N. Ocean Street Jacksonville, Florida 32202

c. 6245 Miramar Parkway, #102 Miramar, Florida 33025

d. 2500 Metrocentre Boulevard, West Palm Beach, Florida 33407

e. 3951 N. Haverhill Rd, #116-117 West Palm Beach, Florida 33417

f. 3677 Central Avenue, Suite B, Fort Myers, Florida 33901

g. 91 12th Street South, Jacksonville Beach, Florida 32250

h. 2005 W. Reynolds Street, Plant City, Florida 33563

i. 2121 W. Pensacola Street, Suite B2, Tallahassee, Florida 32304.

The website also indicates that a location will be opening in Atlanta, Georgia shortly. A screenshot of the web page taken on October 28, 2020 is attached as Ex. 36.

55. The United States Health Resources & Services Administration ("HRSA") maintains a searchable public database, which provides information regarding entities that are enrolled in the federal government's 340B Program. The database includes information on the location of clinics that participate in the 340B Program, as well as their dates of enrollment.

56. According to the HRSA database, Positive Health has a number of inoperative clinics that were recently terminated, including one located at 4055 North Andrews Avenue, Fort Lauderdale, Florida, which began participating in the 340B Program on January 1, 2020 and was terminated on April 1, 2020 with a listed reason of "[b]usiness decision by the Covered Entity." *See* Quan Decl., Ex. A at 24. Positive Health also had a registered location at 3660 Central Ave., Unit 6, Fort Myers, Florida, which began participating in the 340B Program on May 8, 2020 and was terminated on October 1, 2020 with a listed reason of "[b]usiness decision by the Covered Entity." *Id.*, Ex. A at 24.

B.     __Alliance Medical Center__

57.     Defendant Alliance Medical is incorporated in Florida as a For-Profit

Corporation, with the mailing address 6245 Miramar Parkway, Suite #102, Miramar, Florida

33023.  Ex. 37.  This street address matches the address listed on Defendant Positive Health's

website as a Positive Health clinic location.  *See* Ex. 36.

58.     On October 2, 2020, SMG took photographs at Alliance Medical's business

address. Although "6245 Miramar Parkway" is the address listed as a Positive Health location,

the sign installed above the door reads "Alliance Medical Center."  It appears to be a temporary,

makeshift sign.  A photograph of the exterior of the building is shown below:



59.     According to Alliance Medical's most recent filing with the Florida Secretary of

State, the current President is Defendant Jean Jethro Alexandre.  Ex. 37.

60.     NPI Profile indicates that the Medical Director for Alliance Medical is Defendant

Dr. Jean Francois Rodney.  A screenshot taken from NPI Profile on October 13, 2020 is attached

as Ex. 38. Defendant Rodney is also the Medical Director for Defendant Baikal Marketing, and a clinic operated by Defendant Priority Health in Fort Pierce is registered under Dr. Rodney's medical license. *See supra* ¶¶ 64, 80.

### C.   Baikal Marketing Group Inc.

61.     Defendant Baikal Marketing is a For-Profit corporation, with its principal place of business is currently listed as 3029 NE 188 Street #319, Miami, Florida 33180. Ex. 39. This address corresponds to a residential condominium.

62.     The NPI registered address for Baikal Marketing is 2500 Metrocentre Boulevard, Suite 7, W. Palm Beach, Florida 33407. A screenshot of its NPI Profile taken on October 13, 2020 is attached as Ex. 40. This street address matches the address listed on Defendant Positive Health's website as one of Positive Health's clinic locations. *See supra* ¶ 54.

63.     Defendant Arsen Bazylenko is identified in the company's latest filing with the Florida Secretary of State as the President of Baikal Marketing. Ex. 39. Defendant Bazylenko plead guilty or no contest to several criminal charges, including resisting arrest and larceny. Ex. 41. His spouse, Defendant Tatiana Rozenblyum, is listed on the filing as the Secretary of Baikal Marketing. Ex. 39.

64.     NPI Profile indicates that, like Defendant Alliance Medical, Baikal Marketing's Medical Director is Doctor Jean Francois Rodney. Ex. 40.

65.     My review of the public social media for Defendant Bazylenko shows that that he "friends" on Facebook with Defendant Erik Joseph Pavao of Defendants Community Health and Positive Health, Defendant Dimitry Shaposhnikov of Defendant Positive Health, and Defendants Augustine and Khadija Carbon of Defendant Doctors United.

D.      **Community Health Medical Center LLC**

66.     The NPI registered address of Defendant Community Health is 3951 North Haverhill Road, Suite 117, West Palm Beach, Florida, 33417.  A screenshot of NPI Profile taken on October 13, 2020 is attached as Ex. 42.  This street address matches the address listed on Defendant Positive Health's website as one of Positive Health's clinic locations.  *See* supra ¶ 54. The principal place of business listed on the company's filings with the State matches that street address, but is located at Suite 120.  Ex. 43.  This also matches the address for United Pharmacy. *See* supra ¶ 88.

67.     My review of records maintained by the Florida Agency for Health Care Administration did not reveal any healthcare facilities under the name of Community Health anywhere in the state.  However, the agency records indicate that there is a Positive Health facility at the "3951 North Haverhill Road" address.

68.     NPI Profile identifies Defendant Erik Joseph Pavao as the manager for Community Health.  Ex. 42.  Defendant Pavao has a long record of criminal offenses, including burglary, conversion, and grand theft auto.  Ex. 44.  He was also identified as a supervisor for Positive Health by the Recruit Whistleblower.  *See supra* ¶ 107.

69.     Defendant Kirill Vesselov is listed as the Manager of Community Health in the Florida Secretary of State records.  Ex. 43.   Based on my investigation, I have determined that Kirill Vesselov is the son of Defendant Mikhail Vesselov.  Mikhail Vesselov is the current Registered Agent and Managing Member of Defendant United Pharmacy.  *See infra* ¶¶ 89.  He is also the co-founder and former Manager of Defendant Labs4Less.  *See infra* ¶ 75.  Mikhail and Kirill Vesselov are also co-managers of Defendants United Labs.  *See supra* ¶ 86.

18

70.     Defendant Community Health was administratively dissolved on September 25th, 2020.  Ex. 43.

E.     **Continental Wellness Center**

71.     Defendant Continental Wellness is a For-Profit corporation located at 4055 N. Andrews Avenue, Oakland Park, Florida 33309.  Ex. 45.  This street address matches the address listed in the HRSA database for a former 340B clinic operated by Defendant Positive Health.  *See* Quan Decl., Ex. A at 24.

72.     According to Continental Wellness' most recent filings with the Florida Secretary of State, Defendant Maria Freeman is the corporation's current President, Defendant Barbara Gibson is the current Vice President, and the Defendant Chenara Anderson is the current Secretary.  Ex. 45.

F.     **Labs4Less LLC**

73.     Defendant Labs4Less was formed as a Limited Liability Corporation in January 2018.  Ex. 46.  In its January 2020 Florida Division of Corporations filing, Defendant Labs4Less lists its address as 730 W. Hallandale Beach Boulevard, #109 Hallandale, Florida 33009.  Ex. 47.  This street address matches the address listed with the Florida Secretary of State as Positive Health's principal place of business.  *See supra* ¶ 49.

74.     On October 2, 2020, SMG took photographs of the business listed at this address.. Although "730 W. Hallandale Beach Boulevard" is the address listed as a Positive Health location, the sign installed above the door reads "Labs4Less." A photograph of the exterior of the building is below:



75.     Defendant Labs4Less was founded by Defendants Mikhail Vesselov and Gary Kogan.  Ex. 46.  Mr. Vesselov is currently one of two Managing Members of United Pharmacy and United Labs.  *See supra.* ¶¶ 86, 89.  In Labs4Less's January 2020 renewal with the Florida Division of Corporation, Mr. Vesselov was removed as a manager of Labs4Less.  Ex. 47. Defendant Kogan is currently the sole manager of Labs4Less.  He is also the Executive Director of Defendant Positive Health.  *See supra* ¶ 52.

76.     The Labs4Less company website is a webpage hosted on the domain for FrandMe (https://frandme.com/labs4less), a company owned by Defendant Dmitry Shaposhnikov, who is also a corporate officer for Defendant Positive Health.  A screenshot of the Labs4Less website taken on September 27, 2020 is attached as Ex. 48.

77.     During the course of my investigation, I reviewed the public social media accounts for Labs4Less and its managers.  These accounts indicate a relationship between Labs4Less and the other Defendants.  Labs4Less maintains a public social media account on Instagram, which includes a number of posts referencing the public Instagram account for

Positive Health.  The Labs4Less Instagram account also includes a post from December 24, 2019, which purports to show photos taken at a Positive Health Christmas Party:



### G.   Priority Health Medical Center, Inc.

78.    Defendant Priority Health was constituted as a For-Profit corporation with the Florida Division of Corporation on November 18, 2019.  Ex. 49.  The company's principal place of business is listed as 3660 Central Avenue, #6 in Fort Myers, Florida.  Ex. 50.  This street address matches the address listed in the HRSA database for a former Positive Health 340B clinic.  *See* Quan Decl., Ex. A at 24.

79.    The company's most recent filing identifies Defendant Nick J. Myrtil as the sole Officer and Director of Priority Health.  Ex. 50.  My investigation revealed that Defendant Nick Myrtil is a nineteen-year old male.  In my experience as an investigator, naming a nineteen-

old as a corporate officer—particularly as a company's sole officer—raises suspicions because someone at that age is unlikely to have the financial resources and educational background to found and operate a healthcare business with multiple locations.

80.    A local business permit was issued to a clinic that Priority Health opened in Fort Pierce on March 20, 2020. Ex. 51.  The business permit lists a medical license, ME84415, which is registered to Defendant Dr. Jean Francois Rodney.[6]  Dr. Rodney is also listed in NPI Profile as the Medical Director for Defendants Baikal Marketing and Alliance Health.  *See infra* ¶¶ 60, 64.

**H.    Well Care LLC**

81.    Well Care LLC was formed as a Limited Liability Corporation on September 29, 2017.  Ex. 52.

82.    The NPI registered address of Defendant Well Care LLC is 720 N. Ocean Street Jacksonville, Florida 32202.  This street address matches the address listed on Defendant Positive Health's website as one of Positive Health's clinic locations.  *See supra* ¶ 54.  A screenshot of NPI Profile taken on October 13, 2020 is attached as Ex. 53.

83.    Defendant Well Care refers to itself as "Well Care – PHA" (which I take to stand for "Positive Health Alliance") on its public Facebook page, and refers patients to a Positive Health hotline for testing appointments:

---

[6] I understand that every medical doctor is assigned a unique medical license number.  The Florida Department of Health offers a public license verification service that allows for searching for an individual doctor by name, address, or license number. I used the medical license number listed on the business permit to search the Department of Health's database.  A screenshot of the database taken on September 28th, 2020 is attached as Ex. 52.



84.     The company's filings with the Secretary of State identify Defendant Willie M. Peacock as the Authorized Member of Well Care and Defendant Shajaundrine "Shay" Garcia as the company's Manager.  Ex. 54.

**I.      United Labs**

85.     Defendant United Labs is a limited liability corporation with its principal place of business at 2257 Vista Parkway, #2, West Palm Beach, Florida, 33411.  Ex. 55.

86.     According to its latest filing with the Florida Secretary of State, United Labs is run by two Managing Members: Defendant Kirill Vesselov, the Manager of Defendant

23

Community Health, and his father, Defendant Mikhail Vesslov, the current Manager of Defendant United Pharmacy and the founder and former Manager of Defendant Labs4Less.  *Id.*

**J.      United Pharmacy LLC**

87.      Defendant United Pharmacy is a contract pharmacy for all of the Positive Health 340B clinics, including the clinics with locations that match the addresses of the other Positive Health Defendants.  *See* Quan Decl. ¶ 10.

88.      The NPI registered address of Defendant United Pharmacy is 3951 Haverhill Road, Suite 120-121, West Palm Beach, Florida.  A screenshot taken from NPI Profile on September 25th, 2020 is attached as Ex. 56.  This address is the same street address, three suites away, from one of Defendant Positive Health's clinic locations (which is also the NPI registered address for Community Health).  *See supra* ¶ 54.  It also matches the address for Community Health.  *See supra* ¶ 66.

89.      My investigation into Defendant United Pharmacy also revealed the existence of a close connection between this pharmacy and another Positive Health affiliate, Defendant Labs4Less.  United Pharmacy's latest filing with the Florida Division of Corporation shows that the company has two Managing Members: Defendants Roman Shekhet and Mikhail Vesselov.  Ex. 57.  As noted above, Defendant Mikhail Vesselov founded Labs4Less and was listed as one of its Managers until 2020.  *See supra* ¶ 75.  He is also the current Manager for United Labs.  *See supra* ¶ 86.

90.     My review of asset records and public data indicates that Defendant Mikhail Vesselov operates a network of pharmacies, medical clinics, and drug treatment centers throughout the United States.  He is registered as owning or participating in several companies with his son, Defendant Kirill Vesselov.  *See, e.g.*, Ex. 58; Ex. 59; Ex. 60.   As discussed above, Kirill Vesselov is the Co-Manager of Defendants Community Health and United Labs. *See supra* ¶¶ 69, 86.

## IV.     THE RECRUIT WHISTLEBLOWER

### A.     The Whistleblower's Account

91.     I was informed by Gilead that a man who is homeless, referred to as the Recruit Whistleblower, had contacted Gilead's agents to report suspected abuse of the MAP in South Florida.[7]  Gilead asked me to reach out to the Recruit Whistleblower and investigate his allegations.[8]

92.     In June 2020, I contacted the Recruit Whistleblower and identified myself as an investigator on behalf of Gilead.  The Recruit Whistleblower agreed to meet with me in person on June 18th in Fort Lauderdale.  I subsequently met with him three more times: July 7, 2020, August 6, 2020, September 23, 2020, and October 14, 2020.  Over the course of these meetings, the Recruit Whistleblower explained to me his experience with clinics affiliated with Positive Health, and his observations regarding how Positive Health and its affiliates recruit individuals for "wellness checks" to generate a large number of MAP enrollments.

---

[7] I understand that a detailed summary of the allegations reported by the Recruit Whistleblower is included in the Declaration of Annette Sebastiani submitted in support of Gilead's Motion for a Temporary Restraining Order and Preliminary Injunction.

[8] Due to privacy and safety concerns, this Declaration does not identify the Recruit Whistleblower by name.

93.     Based on our interactions, it is clear to me that the Recruit Whistleblower's decision to report Defendants' conduct is motivated by his belief that Defendants are engaged in wrongdoing that places the public at risk.  the Recruit Whistleblower has admitted that he has gone to Defendants' clinics on numerous occasions and received PrEP medication that he does not want or need.  He has also admitted that he has, on occasion, sold the PrEP medication he received to Defendants' van drivers or other persons identified by those van drivers.  However, the Recruit Whistleblower has explained that he has only done so out of necessity, as he is homeless.  Nevertheless, he believes Defendants are using him and other vulnerable individuals for their own illicit profit, and he felt compelled to act by coming forward to Gilead.

94.     Based upon my years of experience working with informants, I found the Recruit Whistleblower's account to be credible and consistent.  Indeed, my own investigation of Defendants corroborated many of the details that the Recruit Whistleblower reported.  The information he provided to me is summarized below.

95.     Positive Health routinely sends passenger vans to recruit "patients" from locations throughout the Fort Lauderdale area where persons who are homeless or earn little income can be found.  At these locations, van drivers working for Positive Health offer persons who are homeless or earn little income ten dollars in exchange for agreeing to be driven to one of the Positive Health clinics.  The Recruit Whistleblower identified the Fort Lauderdale Bus Terminal at 101 NW 1st Ave in Fort Lauderdale and a soup kitchen located at 1 NW 33rd Terrace in Fort Lauderdale as two sites visited frequently by recruiters.

96.     Individuals who accept the drivers' offer ("recruits") are driven to healthcare clinics in passenger vans that are typically marked with the Positive Health logo.  The Recruit Whistleblower identified one of these vans as a silver Kia minivan with the license plate number

26

NTGZ32.  This vehicle is one of nine passenger vans registered to Defendant Positive Health.
*See* Ex. 35 at 7.

97.     These drivers take recruits for so-called "wellness checks" at multiple clinics
during a single day.  Each recruit receives either cash or a gift card from Positive Health for
every clinic he or she visits. Photographs of gift cards the Recruit Whistleblower received from
Positive Health in connection with appointments are shown below:



98.     Generally, after receiving a cursory "wellness check," that includes a blood test,
the recruits are prescribed PrEP medication and enrolled in Gilead's MAP.  As the Recruit
Whistleblower explained, these "wellness checks" are a pretextual "hook" used to prescribe
recruits PrEP medication and enroll them in the MAP.  The healthcare providers will prescribe
PrEP medication even if the recruit insists that he or she has no intention of taking the
medication.  The doctor or nurse nominally checking the patient also does not ask the recruit
about preexisting medical conditions or whether the recruit is taking other medications.

99.     The Recruit Whistleblower also observed new recruits being placed on the phone
with Gilead's agents to finalize their MAP enrollment.  Clinic staff then "coach[ed]" these new
MAP enrollees through the validation process, including instructing recruits to tell Gilead that

they want to take PrEP medication and that they have not already been prescribed the medication by any other healthcare provider.

100.    Once an individual is enrolled in the MAP, Positive Health arranges for the recruit's prescriptions to be sent directly to a Positive Health clinic.  Recruits receive another ten dollars when they are driven back to the clinic to pick up their medication.

101.    After the recruits have picked up their medication, they frequently sell the medication.  Positive Health van drivers or other individuals identified by van drivers will sometimes seek to purchase the medication for a small amount of cash.  The van drivers encourage recruits to sell their PrEP tablets, telling them: "You probably don't want to take that medication, but if you want to sell it, I'll buy it."  The drivers also warn the recruits that they should not take the PrEP medication because of the medication's side effects and encourage them to sell the medication instead.

102.    The van drivers sometimes tell the recruits prior to their "wellness check" that when they return to the van, someone will be there to buy back the medication.  In one instance, the Recruit Whistleblower recalled that the driver, Ike, introduced the passengers to a woman who paid each recruit, including the Recruit Whistleblower, in exchange for his or her bottle of medication.  On another occasion, the Positive Health driver paid the Recruit Whistleblower twenty dollars for the medication the Recruit Whistleblower had just picked up.  The Recruit Whistleblower has also heard recruits openly discussing selling their prescription bottles while waiting at the clinic.

103.    Positive Health enrolled the Recruit Whistleblower in the MAP twice, first in 2019 and again in 2020.  During his original enrollment, he informed the nurse practitioner who examined him that he did not fall into any of the risk groups for HIV and did not intend to take

the medication.  The nurse practitioner responded that if the Recruit Whistleblower "didn't sign up by law he can't give the Recruit Whistleblower $10" and asked whether he was going to be a "good patient and comply."  Only then did the Recruit Whistleblower agree to enroll.

104.    I showed the Recruit Whistleblower the MAP enrollment forms that were submitted to Gilead purportedly on his behalf.  He confirmed that the signatures of his name, which appear in the financial information and HIPAA release sections of the enrollment forms, are not his actual signature, and that he did not authorize anyone to sign the forms on his behalf.

105.    The Recruit Whistleblower has never taken PrEP medication and has no intention of doing so.  Throughout his enrollment in the MAP, he has informed the clinics and the clinic personnel that he does not intend to take the medication.  Nonetheless, the Positive Health Defendants have continued to enroll him and refill his prescription.  I understand this to be a direct violation of the policies that govern the MAP, and contrary to the certifications prescribers must make to Gilead in connection with enrolling individuals in the MAP.  *See* Sebastiani Decl. ¶¶ 22–26.

106.    Although he does not use the medication dispensed to him, the Recruit Whistleblower has returned to the clinics to pick up his prescriptions in order to receive cash or a gift card.   He has visited clinics operated by the Positive Health Defendants for this purpose on at least five separate occasions since December 2019.  Since December 2019, the Recruit Whistleblower has visited the Baikal Marketing clinic located in West Palm Beach on Metrocentre Boulevard, the Alliance Medical clinic located in Miramar, and the Positive Health Alliance clinic located at 730 W Hallandale Beach in Hallandale Florida.  It is his understanding that each of these locations is affiliated with Defendant Positive Health.

107.    The Recruit Whistleblower reported that he is typically driven to these appointments by a woman named "Lee" or a man named "Ike."  The Recruit Whistleblower stated that he had also spoken and texted with "Erik," whom he identified as "Lee's" supervisor. The Recruit Whistleblower provided me with the telephone numbers for two of the Positive Health employees he communicated with: "Lee" and "Erik."  Telephone records indicate that these phone numbers belong to LeShawna Randall and Defendant Erik Joseph Pavao, respectively.  I obtained a photograph of Mrs. Randall from publicly available sources online and based on that photo, the Recruit Whistleblower was able to confirm her identity.  Mrs. Randall has been convicted of multiple criminal offenses, including robbery.  Ex. 61.   As described above, Defendant Pavao also has a significant criminal record.  *See* Ex. 44.

108.    Between December 2019 and October 2020, the Recruit Whistleblower picked up at least six bottles of PrEP medication from clinics associated with the Positive Health Defendants.  These prescriptions were dispensed in either a white, green, or brown generic pharmacy bottle.  None of these prescription bottles bore Gilead labels, contained a desiccant, or were accompanied by a package insert with warnings and instructions for use.  I understand this to be a violation of federal laws that govern the packaging and distribution of prescription medications.  *See* Declaration of Carey Nakamura ¶¶ 9–20.

109.    The Recruit Whistleblower provided me with the prescription bottles he picked up from the Positive Health Defendants' clinics in July, August, September, and October 2020.  All four prescription bottles are generic, translucent pharmacy bottles that do not contain desiccants or and were not dispensed with package inserts.  In addition, the labels do not contain Gilead branding, usage warnings, lot numbers or batch information.  Each prescription bottle indicates it

was filled by Defendant United Pharmacy.  The Recruit Whistleblower's receipts indicate that

his blood tests were processed by Defendant United Labs. *See* Ex. 62.



**Bottle #1: Prescription received 07/07/20**          **Bottle #2: Prescription received 08/06/20**



31

**Bottle # 3: Prescription received 9/1/20      Bottle # 4: Prescription 10/14/20**



**Pill #1: Medication received 08/06/20      Pill #2: Medication received 10/14/20**

110.    In September 2020, the Recruit Whistleblower was approached by an employee of Defendant Doctors United who attempted to recruit the Whistleblower to go to a Doctors United location in Sunrise, Florida for a "wellness check."  He explained to the Doctors United agent that he was already enrolled in the MAP through Positive Health.  The Doctors United employee told the Recruit Whistleblower that he was familiar with Positive Health, explaining ***"Doctors United and Positive Health and everybody else all use the same Pharmacy that delivers directly to their offices."***

111.    Also in September 2020, employees of Defendant Allied Health approached the Recruit Whistleblower and offered him fifteen dollars if he would agree to go to an Allied Health clinic for an STD screening.  the Recruit Whistleblower accepted a flyer, but did not agree to visit the clinic at that time.  He recalled that he visited Allied Health for a "wellness check-up" in 2019.  A photograph of the flyer is below:



112.    On or about October 26, 2020, the Recruit Whistleblower was recruited from the

Fort Lauderdale Bus Terminal by an individual who claimed to be working for Defendant Better

You Wellness, which the Recruit Whistleblower understood to be affiliated with Defendant

Allied Health.  The recruiter offered the Whistleblower $10 for signing up for a PrEP

prescription and advised him that signing up would not require a photo ID.  This time, the

Recruit Whistleblower was not taken to a clinic for a "wellness check." Instead, he simply

provided a fake name, a fake social security number, and fake birth date and an employee of

Better You Wellness/Allied Health took a photograph of him.  He did not provide any form of

photo ID.  He also did not sign any paperwork or authorize anyone else to sign paperwork on his

behalf.

33

B.    **Further Investigation Verifies Whistleblower's Claims**

113.    My subsequent investigation, including surveillance, also corroborated the Recruit Whistleblower's description of the two locations he described as recruiting sites for Defendants' van drivers.

114.    On October 2, 2020 at approximately 8:50 am, I arrived at a bus terminal in Fort Lauderdale (101 NW 1st Ave) that the Recruit Whistleblower identified as a recruiting site.  A few minutes later, I observed two vehicles with Positive Health emblems parked next to each other on the same street as the bus terminal: a white van with dark tinted windows (license plate #PGQ-F36), and a beige Kia Sedona (license plate # PCC-D77).  Both vans are registered to Defendant Positive Health.  Ex. 35 at 9, 11.



**Photo taken 10/02/2020**

115.    Shortly after I arrived, I observed a male enter the white van.  A photo is shown below:



**Photo taken 10/02/2020**

116.    At approximately 9:15, the white van departed.  I followed the vehicle and observed it park in the strip mall identified as 6245 Miramar Parkway, directly in front of office No. 101, which was marked as "Alliance Medical Center."  This address also matches the NPI-registered address for Defendant Alliance Medical.  There, a male exited the van and entered Office No. 101.

117.    Later that day, I conducted surveillance at Life Net for Families, the soup kitchen that the Recruit Whistleblower identified as another recruiting site.  This soup kitchen is located at 1 NW 33rd Terrace in Fort Lauderdale.

118.    When I arrived, I observed two white vans parked near Life Net for Families. One of these white vans (license plate # NXY-V29) is registered to Defendant Better You Wellness.  *See* Ex. 63.  The driver of that van, a young male, appeared to be speaking with the individuals leaving the soup kitchen.

119.    Soon after, the van registered to Better You Wellness (license plate # NXY-V29) departed.  Approximately an hour later, I observed the same van arrive at the Fort Lauderdale bus terminal.  The beige Kia Sedona (license plate # PCC-D77) belonging to Positive Health was still parked at the terminal.



I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on this 2nd day of November, 2020.

*emilio garcia*

Emilio Garcia