# EXHIBIT 1

# 2020 FLORIDA PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# P16000075745

**Entity Name:** DOCTORS UNITED, INC

**FILED**
**Mar 24, 2020**
**Secretary of State**
**8821652276CC**

**Current Principal Place of Business:**

1498 NW 54 STREET
SUITE C
MIAMI, FL 33142

**Current Mailing Address:**

1498 NW 54 STREET
SUITE C
MIAMI, FL 33142 UN

**FEI Number:** 83-1850558

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

LAW OFFICE OF CHRISTINE KING, PA
6116 NW 7TH AVENUE
MIAMI, FL 33127 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: CHRISTINE KING                                    03/24/2020
Electronic Signature of Registered Agent                        Date

**Officer/Director Detail :**

| | | | |
|---|---|---|---|
| Title | PRESIDENT/CEO | Title | VP |
| Name | CARBON, AUGUSTINE | Name | CARBON, KHADIJAH |
| Address | 1498 NW 54 STREET SUITE C | Address | 1498 NW 54 STREET SUITE C |
| City-State-Zip: | MIAMI FL 33142 | City-State-Zip: | MIAMI FL 33142 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: KHADIJAH CARBON                    VICE PRESIDENT        03/24/2020
Electronic Signature of Signing Officer/Director Detail                Date