# EXHIBIT 3

**2018 FLORIDA PROFIT CORPORATION AMENDED ANNUAL REPORT**

DOCUMENT# P16000075745

**Entity Name:** DOCTORS UNITED, INC

**FILED**
**May 30, 2018**
Secretary of State
CC4956124157

**Current Principal Place of Business:**

1498 NW 54 STREET
SUITE C
MIAMI, FL 33142

**Current Mailing Address:**

1498 NW 54 STREET
SUITE C
MIAMI, FL 33142 UN

**FEI Number:** 81-3853090

**Certificate of Status Desired:** Yes

**Name and Address of Current Registered Agent:**

VHB MEDICAL MANAGEMENTS
1498 NW 54 STREET
SUITE C
MIAMI, FL 33142 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: VICTORIA BARNHART                                  05/30/2018
Electronic Signature of Registered Agent                         Date

**Officer/Director Detail :**

| | | | |
|---|---|---|---|
| Title | P | Title | SECRETARY |
| Name | NORVIL, VENESSIA MARIE ARNP | Name | CARBON, AUGUSTIN |
| Address | 1498 NW 54 STREET SUITE C | Address | 1498 NW 54 STREET SUITE C |
| City-State-Zip: | MIAMI FL 33142 | City-State-Zip: | MIAMI FL 33142 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: AUGUSTIN CARBON                 SECRETARY                 05/30/2018
Electronic Signature of Signing Officer/Director Detail                            Date