# EXHIBIT 4

P16000075745

Continuum Medical Group
15800 Pembroke Pines Blvd.
Suite 832
Hollywood, FL 33027

_____
(City/State/Zip/Phone #)

☐ PICK-UP   ☐ WAIT   ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____   Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only



200314547942

06/18/18--01016--012  **35.00

S TALLEN
JUN 20 2018

FILED
18 JUN 18 PH 2:36



Articles of Amendment
to
Articles of Incorporation
of

DOCTORS UNITED, INC

(Name of Corporation as currently filed with the Florida Dept. of State)

P16000757-15

(Document Number of Corporation (if known))

Pursuant to the provisions of section 607.1006, Florida Statutes, this *Florida Profit Corporation* adopts the following amendment(s) to its Articles of Incorporation:

### A. If amending name, enter the new name of the corporation:

N/A

_The new name must be distinguishable and contain the word "corporation," "company," or "incorporated" or the abbreviation "Corp.," "Inc.," or "Co.," or the designation "Corp," "Inc," or "Co". A professional corporation name must contain the word "chartered," "professional association," or the abbreviation "P.A."_

### B. Enter new principal office address, if applicable:
(Principal office address **MUST BE A STREET ADDRESS**)

N/A

### C. Enter new mailing address, if applicable:
(Mailing address **MAY BE A POST OFFICE BOX**)

N/A

FILED 18 JUN 18 PM 2:36

### D. If amending the registered agent and/or registered office address in Florida, enter the name of the new registered agent and/or the new registered office address:

_Name of New Registered Agent_   N/A

(Florida street address)

_New Registered Office Address:_ _____, Florida _____
                                    (City)              (Zip Code)

### New Registered Agent's Signature, if changing Registered Agent:
*I hereby accept the appointment as registered agent. I am familiar with and accept the obligations of the position.*

_Signature of New Registered Agent, if changing_

Page 1 of 4

If amending the Officers and/or Directors, enter the title and name of each officer/director being removed and title, name, and address of each Officer and/or Director being added:
*(Attach additional sheets, if necessary)*
*Please note the officer/director title by the first letter of the office title:*

P = President; V= Vice President; T= Treasurer; S= Secretary; D= Director; TR= Trustee; C = Chairman or Clerk; CEO = Chief Executive Officer; CFO = Chief Financial Officer.  If an officer/director holds more than one title, list the first letter of each office held. President, Treasurer, Director would be PTD.

*Changes should be noted in the following manner. Currently John Doe is listed as the PST and Mike Jones is listed as the V. There is a change, Mike Jones leaves the corporation, Sally Smith is named the V and S. These should be noted as John Doe, PT as a Change, Mike Jones, V as Remove, and Sally Smith, SV as an Add.*

Example:

| | | |
|---|---|---|
| X Change | PT | John Doe |
| X Remove | V | Mike Jones |
| X Add | SV | Sally Smith |

| Type of Action (Check One) | Title | Name | Address |
|---|---|---|---|
| 1) ___ Change<br>___ Add<br>X Remove | P | NORVIL, VENESSIA MARIE | 1498 N.W. 54 STREET<br>SUITE C<br>MIAMI, FL 33142 |
| 2) ___ Change<br>X Add<br>___ Remove | P | TOMAS WHARTON, M.D. | 1498 N.W. 54 STREET<br>SUITE C<br>MIAMI, FL 33142 |
| 3) ___ Change<br>___ Add<br>___ Remove | | | |
| 4) ___ Change<br>___ Add<br>___ Remove | | | |
| 5) ___ Change<br>___ Add<br>___ Remove | | | |
| 6) ___ Change<br>___ Add<br>___ Remove | | | |

**E. If amending or adding additional Articles, enter change(s) here:**
   (Attach *additional sheets, if necessary*).   *(Be specific)*

N/A

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____


**F. If an amendment provides for an exchange, reclassification, or cancellation of issued shares, provisions for implementing the amendment if not contained in the amendment itself:**
   (*if not applicable, indicate N/A*)

N/A

_____

_____

_____

_____

_____

_____

_____

The date of each amendment(s) adoption: 06/13/2018 , if other than the date this document was signed.

Effective date if applicable: 06/13/2018

*(no more than 90 days after amendment file date)*

Note: If the date inserted in this block does not meet the applicable statutory filing requirements, this date will not be listed as the document's effective date on the Department of State's records.

**Adoption of Amendment(s)**     **(CHECK ONE)**

☐ The amendment(s) was/were adopted by the shareholders. The number of votes cast for the amendment(s) by the shareholders was/were sufficient for approval.

☐ The amendment(s) was/were approved by the shareholders through voting groups. *The following statement must be separately provided for each voting group entitled to vote separately on the amendment(s):*

"The number of votes cast for the amendment(s) was/were sufficient for approval

by _____."
           *(voting group)*

☐ The amendment(s) was/were adopted by the board of directors without shareholder action and shareholder action was not required.

■ The amendment(s) was/were adopted by the incorporators without shareholder action and shareholder action was not required.

Dated JUNE 13, 2018

Signature _____

(By a director, president or other officer – if directors or officers have not been selected, by an incorporator – if in the hands of a receiver, trustee, or other court appointed fiduciary by that fiduciary)

AUGUSTIN CARBON

(Typed or printed name of person signing)

SECRETARY

(Title of person signing)