# EXHIBIT 5

PILDO00075745

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP     ☐ WAIT     ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____     Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only



600322239136

12/21/18--01011--011  **35.00



FILED
2018 DEC 21 PM 1:37

JAN 0 5 2019
I ALBRITTON

## COVER LETTER

**TO:** Amendment Section
Division of Corporations

**NAME OF CORPORATION:** DOCTORS UNITED, INC

**DOCUMENT NUMBER:** P16000075745

The enclosed *Articles of Amendment* and fee are submitted for filing.

Please return all correspondence concerning this matter to the following:

VICTORIA BARNHART
_____
Name of Contact Person

VHB MEDICAL MANAGMENT MANAGEMENT
_____
Firm/ Company

15800 PINES BOULEVARD, SUITE 332
_____
Address

PEMBROKE PINES, FL 33027
_____
City/ State and Zip Code

ADMIN@CONTINUUM-MED.COM
_____
E-mail address: (to be used for future annual report notification)

For further information concerning this matter, please call:

VICTORIA BARNHART                          at ( 954 )  362-5432
_____          _____
Name of Contact Person                     Area Code & Daytime Telephone Number

Enclosed is a check for the following amount made payable to the Florida Department of State:

☑ $35 Filing Fee  ☐ $43.75 Filing Fee &   ☐ $43.75 Filing Fee &   ☐ $52.50 Filing Fee
                    Certified Copy          Certified Copy            Certificate of Status
                                            (Additional copy is       Certified Copy
                                            enclosed)                 (Additional Copy
                                                                      is enclosed)

**Mailing Address**                        **Street Address**
Amendment Section                          Amendment Section
Division of Corporations                   Division of Corporations
P.O. Box 6327                              Clifton Building
Tallahassee, FL 32314                      2661 Executive Center Circle
                                           Tallahassee, FL 32301

Articles of Amendment
to
Articles of Incorporation
of

DOCTORS UNITED, INC
_____
(**Name of Corporation as currently filed with the Florida Dept. of State**)

P16000075745
_____
(Document Number of Corporation (if known))

Pursuant to the provisions of section 607.1006, Florida Statutes, this ***Florida Profit Corporation*** adopts the following amendment(s) to its Articles of Incorporation:

**A.  If amending name, enter the new name of the corporation:**

_____ *The new name must be distinguishable and contain the word "corporation," "company," or "incorporated" or the abbreviation "Corp.," "Inc.," or Co.," or the designation "Corp.," "Inc.," or "Co". A professional corporation name must contain the word "chartered," "professional association," or the abbreviation "P.A."*

**B.  Enter new principal office address, if applicable:**
*(Principal office address __MUST BE A STREET ADDRESS__ )*

**C.  Enter new mailing address, if applicable:**
*(Mailing address __MAY BE A POST OFFICE BOX__)*

**D.  If amending the registered agent and/or registered office address in Florida, enter the name of the new registered agent and/or the new registered office address:**

*Name of New Registered Agent* _____

_____
*(Florida street address)*

*New Registered Office Address:* _____, Florida_____
                                        *(City)*                           *(Zip Code)*

**New Registered Agent's Signature, if changing Registered Agent:**
*I hereby accept the appointment as registered agent.   I am familiar with and accept the obligations of the position.*

_____
*Signature of New Registered Agent, if changing*

If amending the Officers and/or Directors, enter the title and name of each officer/director being removed and title, name, and address of each Officer and/or Director being added:

*(Attach additional sheets, if necessary)*

*Please note the officer/director title by the first letter of the office title:*

*P = President; V= Vice President; T= Treasurer; S= Secretary; D= Director; TR= Trustee; C = Chairman or Clerk; CEO = Chief Executive Officer; CFO = Chief Financial Officer. If an officer/director holds more than one title, list the first letter of each office held. President, Treasurer, Director would be PTD.*

*Changes should be noted in the following manner. Currently John Doe is listed as the PST and Mike Jones is listed as the V. There is a change. Mike Jones leaves the corporation, Sally Smith is named the V and S. These should be noted as John Doe, PT as a Change, Mike Jones, V as Remove, and Sally Smith, SV as an Add.*

**Example:**

| | | |
|---|---|---|
| X Change | PT | John Doe |
| X Remove | V | Mike Jones |
| X Add | SV | Sally Smith |

| Type of Action<br>(Check One) | Title | Name | Address |
|---|---|---|---|
| | P | TOMAS WHARTON, M.D. | 1498 N.W. 54 STREET |
| 1) ___ Change | _____ | _____ | |
| ____ Add | | | SUITE C |
| X ___ Remove | | | MIAMI FL 33142 |
| 2) ____ Change | _____ | _____ | _____ |
| ____ Add | | | _____ |
| ____ Remove | | | _____ |
| 3) ____ Change | _____ | _____ | _____ |
| ____ Add | | | _____ |
| ____ Remove | | | _____ |
| 4) ____ Change | _____ | _____ | _____ |
| ____ Add | | | _____ |
| ____ Remove | | | _____ |
| 5) ____ Change | _____ | _____ | _____ |
| ____ Add | | | _____ |
| ____ Remove | | | _____ |
| 6) ____ Change | _____ | _____ | _____ |
| ____ Add | | | _____ |
| ____ Remove | | | _____ |

**E.  If amending or adding additional Articles, enter change(s) here**:
(Attach *additional sheets, if necessary).    (Be specific)*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**F.  If an amendment provides for an exchange, reclassification, or cancellation of issued shares,**
**provisions for implementing the amendment if not contained in the amendment itself:**
(*if not applicable, indicate N/A*)

_____

_____

_____

_____

_____

_____

_____

_____

**Page 3 of 4**

The date of each amendment(s) adoption: _____11/01/2018_____, if other than the date this document was signed.

**Effective date if applicable:** _____12/01/2018_____

*(no more than 90 days after amendment file date)*

**Note:** If the date inserted in this block does not meet the applicable statutory filing requirements, this date will not be listed as the document's effective date on the Department of State's records.

**Adoption of Amendment(s)**          **(CHECK ONE)**

☑ The amendment(s) was/were adopted by the shareholders. The number of votes cast for the amendment(s) by the shareholders was/were sufficient for approval.

☐ The amendment(s) was/were approved by the shareholders through voting groups. *The following statement must be separately provided for each voting group entitled to vote separately on the amendment(s):*

"The number of votes cast for the amendment(s) was/were sufficient for approval

by _____."

   *(voting group)*

☐ The amendment(s) was/were adopted by the board of directors without shareholder action and shareholder action was not required.

☐ The amendment(s) was/were adopted by the incorporators without shareholder action and shareholder action was not required.

Dated ___12/1/18_____

Signature ___[signature]_____

(By a director, president or other officer – if directors or officers have not been elected, by an incorporator – if in the hands of a receiver, trustee, or other court appointed fiduciary by that fiduciary)

THOMAS WHARTON, M.D.
_____
(Typed or printed name of person signing)

PRESIDENT
_____
(Title of person signing)