# EXHIBIT 7

# 2020 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L13000004965

**Entity Name:** COMFORT MEDICAL CENTER, LLC

**FILED**
**Sep 09, 2020**
**Secretary of State**
**0754411211CC**

**Current Principal Place of Business:**

1498 NW 54 STREET
SUITE C
MIAMI, FL 33142

**Current Mailing Address:**

716 NW 62 STREET
MIAMI, FL 33150 US

**FEI Number:** 46-1743882

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

CARBON, KHADIJAH
6116 NW 7TH AVE
MIAMI, FL 33127 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: CARBON KHADIJAH                                    09/09/2020
               Electronic Signature of Registered Agent                Date

**Authorized Person(s) Detail :**

| | | | |
|---|---|---|---|
| Title | MGR | Title | MGMR |
| Name | CARBON, AUGUSTINE | Name | CARBON, KHADIJAH |
| Address | 1498 NW 54TH STREET SUITE C | Address | 1498 NW 54TH STREET SUITE C |
| City-State-Zip: | MIAMI FL 33142 | City-State-Zip: | MIAMI FL 33142 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: CARBON KHADIJAH                          MGMR              09/09/2020
               Electronic Signature of Signing Authorized Person(s) Detail              Date