# EXHIBIT 8

# 2018 FLORIDA LIMITED LIABILITY COMPANY REINSTATEMENT

DOCUMENT# L13000004965

**Entity Name:** COMFORT MEDICAL CENTER, LLC

**FILED**
**Mar 22, 2018**
**Secretary of State**
**CR0005627392**

**Current Principal Place of Business:**

1498 NW 54TH STREET
SUITE C
MIAMI, FL 33142

**Current Mailing Address:**

1498 NW 54TH STREET
SUITE C
MIAMI, FL 33142 US

**FEI Number:** 46-1743882

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

JOHN CARBON, JENNIFER
1498 NW 54TH STREET
SUITE C
MIAMI, FL 33142 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: JENNIFER JOHN CARBON                03/22/2018
Electronic Signature of Registered Agent              Date

**Authorized Person(s) Detail :**

| | | | |
|---|---|---|---|
| Title | MGR | Title | MGMR |
| Name | CARBON, AUGUSTINE | Name | JOHN CARBON, JENNIFER |
| Address | 1498 NW 54TH STREET SUITE C | Address | 1498 NW 54TH STREET SUITE C |
| City-State-Zip: | MIAMI FL 33142 | City-State-Zip: | MIAMI FL 33142 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: JENNIFER JOHN CARBON        MGMR        03/22/2018
Electronic Signature of Signing Authorized Person(s) Detail              Date