# EXHIBIT 9

— Home  Services ⌄  About Us ⌄  COVID-19  Employee login  Book an appointment

WE NOW OFFER *FREE COVID-19 TESTING *(click here to get tested*)*

# KNOW YOUR STATUS
# FREE HIV
# & HEPC TESTING
# FREE COVID-19 TESTING

DUG expertise and state-of-the-art facility guarantee that you will achieve personal goal, experience heightened self-confidence and have the potential of living a longer healthier life.

Get in touch

# Why choose Doctors United

Get in touch

  

### Service to those unable to pay

DUGhealth offers programs to help uninsured patients who can't afford to pay their medical bills and don't qualify for government aid.

Get in touch

### Quality of Care

DUGhealth Case Managers are available to provide wrap around services to assist patients with every aspect of care i.e. linkage of services and or government agencies.

Get in touch

### Need a ride? Free transportation

Get door-to-doctor transportation service when you need to see your primary care physician or specialist for regularly scheduled appointments or last-minute visits.

Get in touch




# About DUG

Doctors United Group (DUGhealth) is a non-profit organization that helps navigate the many challenges that patients face who are newly diagnosed or living with HIV/AIDS/STDs by providing a multitude of services regardless of ability to pay. DUGhealth seeks to offer our patients an integral selection of service for their well-being and comfort. DUGhealth services now includes testing and treatment service for STD's and HIV to everyone who needs to get tested or requires treatment.

# How we help

**FREE COVID-19 Testing**

Free for uninsured

**FREE STD testing and**



**FREE STD testing and treatment**

Some restrictions may apply



**PrEP/ PEP free medication to uninsured and under-insured copay assistant for insured**



**FREE rapid HIV testing walk-in welcome at any location and same day treatment**

Onsite or home visit call to schedule an appointment



**FREE Wellness testing**

STD labs included



**FREE Rapid testing for HEPC**

At any location



**EMERGENCY! | EMERGENCY! | EMERGENCY! Exposed to HIV? Need**

**PEP non-insured, under insured (co-pay assistant) weekday night or weekend**

Call 1 (877) DUG-MEDS option #1 (877.384.6337) day or night 24/7



# Our locations

**Fort Lauderdale**

Miami 54th

Miami 62nd

Hialeah

Homestead

Orlando

## 3215 NW 10th Terrace Suite 209B

**Fort Lauderdale FL 33309**



# Affiliate Parters

**SALINAS**

ALCA Medical Center I

ALCA Medical Center II

## 4212 W 16th Avenue

**Hialeah FL 33012**



# Our locations

Fort Lauderdale

Miami 54th

Miami 62nd

Hialeah

Homestead

Orlando

## 1498 NW 54th Street

**Miami FL 33142**



# Affiliate Parters

SALINAS

ALCA Medical Center I

ALCA Medical Center II

## 7000 SW 97th Ave Suite 210

**Miami FL 33173**



# Our locations

Fort Lauderdale

Miami 54th

Miami 62nd

Hialeah

Homestead

Orlando

## Corporate Office
## 714 NW 62nd Street

**Miami FL 33150**



# Affiliate Parters

SALINAS

ALCA Medical Center I

ALCA Medical Center II

## 9778 SW 24th Street

**Miami FL 33165**



# Our locations

Fort Lauderdale

Miami 54th

Miami 62nd

**Hialeah**

Homestead

Orlando

## 2150 West 76th Street Suite 100

**Hialeah FL 33016**



# Affiliate Parters

SALINAS

ALCA Medical Center I

**ALCA Medical Center II**

## 9778 SW 24th Street

**Miami FL 33165**



## Our locations

Fort Lauderdale

Miami 54th

Miami 62nd

Hialeah

Homestead

Orlando

### 974 Old Dixie Highway

**Homestead FL 33030**



## Affiliate Parters

SALINAS

ALCA Medical Center I

ALCA Medical Center II

### 9778 SW 24th Street

**Miami FL 33165**



## Our locations

Fort Lauderdale

Miami 54th

Miami 62nd

Hialeah

Homestead

Orlando

### 3300 W Colonial Dr Suite 142

**Orlando FL 33028**



## Affiliate Parters

SALINAS

ALCA Medical Center I

ALCA Medical Center II

### 9778 SW 24th Street

**Miami FL 33165**





# Affiliate Parters

**SALINAS**

## 4212 W 16th Avenue

**Hialeah FL 33012**

ALCA Medical Center I

ALCA Medical Center II



## Do you still have questions?

Fill out this form and ask any questions you might, we will get back to you as soon as possible.

First name

Last name

Email

Phone

Message

Submit