# EXHIBIT 10

# Electronic Articles of Incorporation
# For

AJC MEDICAL GROUP, INC

P16000015422
FILED
February 16, 2016
Sec. Of State
nculligan

The undersigned incorporator, for the purpose of forming a Florida profit corporation, hereby adopts the following Articles of Incorporation:

## Article I
The name of the corporation is:
  AJC MEDICAL GROUP, INC

## Article II
The principal place of business address:
  1498 NW 54 STREET
  SUITE C
  MIAMI, FL.   33142

The mailing address of the corporation is:
  1498 NW 54 STREET
  SUITE C
  MIAMI, FL.   33142

## Article III
The purpose for which this corporation is organized is:
  ANY AND ALL LAWFUL BUSINESS.

## Article IV
The number of shares the corporation is authorized to issue is:
  1000000

## Article V
The name and Florida street address of the registered agent is:
  JENNIFER L JOHN-CARBON
  1498 NW 54 STREET
  MIAMI, FL.   33142

I certify that I am familiar with and accept the responsibilities of registered agent.

Registered Agent Signature:   JENNIFER JOHN-CARBON

## Article VI

P16000015422
FILED
February 16, 2016
Sec. Of State
nculligan

The name and address of the incorporator is:

JENNIFER JOHN-CARBON
1498 NW 54 STREET
SUITE C
MIAMI, FL 33142

Electronic Signature of Incorporator:   JENNIFER JOHN-CARBON

I am the incorporator submitting these Articles of Incorporation and affirm that the facts stated herein are true.  I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S.  I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of this corporation and every year thereafter to maintain "active" status.

## Article VII

The initial officer(s) and/or director(s) of the corporation is/are:

Title:   PRES
JEAN R CHARLOT
 1498 NW 54 STREET SUITE C
MIAMI, FL.   33142

## Article VIII

The effective date for this corporation shall be:

02/16/2016