# EXHIBIT 11

**FILED**
**Jun 28, 2019**
**Secretary of State**

# ARTICLES OF DISSOLUTION

Pursuant to section 607.1401, Florida Statutes, this Florida corporation submits the following Articles of Dissolution:

FIRST:   The name of the corporation as currently filed with the Florida Department of State:

AJC MEDICAL GROUP, INC

SECOND:   The document number of the corporation: P16000015422

THIRD:   The file date of the articles of incorporation: February 16, 2016

FOURTH:   None of the corporation's shares have been issued.

FIFTH:   No debt of the corporation remains unpaid.

SIXTH:   The net assets of the corporation remaining after winding up have been distributed to the shareholders, if shares were issued.

SEVENTH:   A majority of the incorporators authorized the dissolution.

I submit this document and affirm that the facts stated herein are true. I am aware that any false information submitted in a document to the Department of State constitutes a third degree felony as provided for in section 817.155, Florida Statutes.

Signature:   JEAN ROBERT CHARLOT              PRESIDENT
Electronic Signature of Signing Officer, Director, Incorporator or Authorized Representative