# EXHIBIT 12

NPPES NPI Registry 

# Provider Information for 1780044982

Search  /  Back to Results  /  NPI View

**Please Note:** Issuance of an NPI does not ensure or validate that the Health Care Provider is Licensed or Credentialed. For more information please refer to NPI: What You Need to Know

AJC MEDICAL GROUP
Organization Subpart: NO

NPI: 1780044982

Last Updated: 2016-06-29
Certification Date:

## Details

| Name | Value |
| --- | --- |
| NPI | 1780044982 |
| Enumeration Date | 2016-03-01 |
| NPI Type | 2- Organization |
| Status | Active |
| Authorized Official Information | Name: DR. JEAN R CHARLOT MD<br>Title: MEDICAL DIRECTOR<br>Phone: 305-603-8200 |
| Mailing Address | 1498 NW 54TH ST STE C<br>MIAMI, FL 33142-3861<br>United States<br><br>Phone: 305-603-8200 \| Fax: 305-603-8461<br>View Map |
| Primary Practice | 1498 NW 54TH ST STE C |

# NPPES NPI Registry

| | |
|---|---|
| | Phone: 305-603-8200 \| Fax: 305-603-8461<br>View Map 🗗 |
| Health Information Exchange | | Endpoint Type | Endpoint | Endpoint Description | Use | Content Type | Affiliation | Endpoint Location |
| Other Identifiers | | Issuer | | State | | Number | | |
| Taxonomy | | Primary Taxonomy | Selected Taxonomy | State | License Number |
| | | Yes | 193200000X MULTI-SPECIALTY GROUP 207Q00000X - Family Medicine | | |
| | | No | 193200000X MULTI-SPECIALTY GROUP 363LA2200X - Nurse Practitioner Adult Health | | |
| | | No | 193200000X MULTI-SPECIALTY GROUP 363LP2300X - Nurse Practitioner Primary Care | | |



A federal government website managed by the
**U.S. Centers for Medicare & Medicaid Services**
7500 Security Boulevard, Baltimore, MD 21244