# EXHIBIT 13

# Electronic Articles of Incorporation For

ALLIED HEALTH ORGANIZATION INC

N20000000900
FILED
January 24, 2020
Sec. Of State
ccave

The undersigned incorporator, for the purpose of forming a Florida not-for-profit corporation, hereby adopts the following Articles of Incorporation:

## Article I
The name of the corporation is:
ALLIED HEALTH ORGANIZATION INC

## Article II
The principal place of business address:
14001 NW 4 STREET
SUITE B
SUNRISE, FL. US  33325

The mailing address of the corporation is:
14001 NW 4 STREET
SUITE B
SUNRISE, FL. US  33325

## Article III
The specific purpose for which this corporation is organized is:
PROVIDE A  COMPREHENSIVE  STD PANEL (URINE AND BLOOD) TESTS FOR SEVERAL SEXUALLY TRANSMITTED DISEASES AND OTHER PANELS NECESSARY PLUS BASIC AND HUMAN SOCIAL SERVICE NEEDS TO THOSE LESS FORTUNATE

## Article IV
The manner in which directors are elected or appointed is:
AS PROVIDED FOR IN THE BYLAWS.

## Article V
The name and Florida street address of the registered agent is:
ALEJANDRO  CASTRO
14001 NW 4 STREET
SUITE B
SUNRISE, FL.   33325

I certify that I am familiar with and accept the responsibilities of registered agent.

Registered Agent Signature:   ALEJANDRO CASTRO

N20000000900
FILED
January 24, 2020
Sec. Of State
ccave

## Article VI

The name and address of the incorporator is:

ALEJANDRO CASTRO
14001 NW 4 STREET SUITE B
102
SUNRISE

Electronic Signature of Incorporator:   ALEJANDRO CASTRO

I am the incorporator submitting these Articles of Incorporation and affirm that the facts stated herein are true.  I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S.  I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of this corporation and every year thereafter to maintain "active" status.

## Article VII

The initial officer(s) and/or director(s) of the corporation is/are:

Title:   P
ALEJANDRO  CASTRO
14001 NW 4 STREET SUITE B
SUNRISE, FL.   33325-000  US

## Article VIII

The effective date for this corporation shall be:

01/24/2020