# EXHIBIT 14

# Mario Schauer

Director Of Communications at Allied Health Organization Inc.
Miami

## Contactar

www.linkedin.com/in/mario-schauer-8020a878 (LinkedIn)
Www.marioschsuer.com (Company)

## Aptitudes principales

Microsoft Office
Oratoria
Servicio de atención al cliente

## Languages

Español (Native or Bilingual)
Ingles (Native or Bilingual)

## Certifications

Expertis como Orador

## Publications

Rompiendo el Tabú

## Extracto

www.marioschauer.com

---

## Experiencia

**Allied Health Organization Inc.**
Director Of Communications
marzo de 2020 - Present (7 meses)
Sunrise, Florida, United States

**RETOBT Corp.**
Founder & CEO
enero de 2007 - Present (13 años 9 meses)
www.retobt.com

Una empresa socialmente responsable generadora de proyectos educativos orientados a la salud sexual y preventiva.

Writer – Blogger – TV Producer – Social Activist – Public Speaker – Public Figure
• HIV and LGBT advocate for Latin-Americans and Hispanics in the USA
• Writer – LA VIDA CON SIDA Book Read in 23 countries, sold at Amazon, Barnes&Noble and free download in www.retobt.com - The English version comes out in 2018 for USA, Australia, United Kingdom, Italy and more.
• Web Page development.

**DUG Doctors United Group**
Marketing And Public Relations Specialist
mayo de 2019 - marzo de 2020 (11 meses)
3215 NW 10th Terrace Fort Lauderdale FL 33309  Phone Number (954) 530-3586

Manage the marketing department, provide STD & HIV testing and treatment options regardless of the ability to pay, we cover Palm Beach, Broward and Dade county's.

**UTH Florida University**

Public Relations & Marketing
mayo de 2016 - julio de 2018 (2 años 3 meses)
Miami, Florida

Develop marketing strategies for brand positioning and manage Public Relations online.
• Develop strategic alliances with media to promote the university. (CNN en Español, Telemundo, Univision, TV Azteca Miami)
• Create and develop social media campaigns. (Hispanic Month)
• Develop internal programs for future professionals such as scholarship opportunities and business development projects for students.
• Brand Positioning Strategy with a sponsorship program for 1 scholarship per country in the American continent.
• Manage the Blog and News & Press section.
• Translate specific documentation (Degrees, Transcripts, etc.)
• Approve and reject scholarships to students who apply.

Universidad Tecnologica de Honduras
Dir. Capacitacion Estudiantil
enero de 2013 - abril de 2014 (1 año 4 meses)
Organización de equipo de Debates
Coordinación de Capacitaciones Estudiantiles
Ejecución de eventos de Debates y Oratoria
Entrenamiento de Oradores y personas en el arte del Debate.

Teleunsa Canal 30
Productor TV
marzo de 2005 - diciembre de 2011 (6 años 10 meses)
Produccion de Cafe Caliente, Pide tu Música, Alza tu Voz y Al fondo de la Naranja.
Host de los programas de television producidos.
Elaboración de Guión y coordinación de invitados al programa.
Pre y Post producción del proyecto en vivo y pre grabados.

———