# EXHIBIT 15

 

# Our Locations



## Allied Health Locations

### Contact Number (844) 593-2160

# Corporate Office



**Our Corporate Office is open on regular office hours of attention, from 9 to 5 Monday to Friday.**

To contact us: (844) 593-2160 / (954) 400-0472

email info@alliedhealth.org

# Miami-Dade Area

# Miami Office



10651 SW 88th Street Miami, FL 33176

**Suite 207**

# Palmetto Bay Office



9725 SW 184 Street Palmetto Bay, FL 33157

# Hialeah Office

1435 W 49th Place Hialeah, FL 33012

**Suite 403**

# Sunrise Office



A Better You – 3529 North Pine Island Rd. Sunrise, FL 33351

# Orlando Office 1



**1310 W Colonial Dr #28 Orlando, FL 32804**

# Orlando Office 2

**Proud Affiliate**



**6889 W Colonial Dr. Orlando, FL 32818**

# Lantana Office



6252 S Congress Ave. Lantana, FL 33462 Suite J-2

# Sanford Office



905 w Historic Goldsboro Blvd. Sanford, FL 32771

# Tampa Office

**1551 N Florida Ave. Tampa, FL 33613**

**SUITE E1**

# Jacksonville Office



**1185 Lane Ave. S Jacksonville, FL 32205**

**SUITE 6**

> "For rural area access, our Telemedicine and mobile phlebotomist services are available."



www.alliedhealth.org

For more information to access our services, please click on the link below.

Contact Us

# Your Ally for Life

Contact Us For More Information



Home

About Us

Services

Info

Contact Us

Log In



© 2020  Corporate Office 14001 NW 4 St. Suite B Sunrise FL 33325