# EXHIBIT 16

# L170000592 80

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP    ☐ WAIT    ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____   Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only

**N. SAMS**

**MAR 16 2017**



**100296038821**

03/06/17--01040--020  **155.00





**FLORIDA DEPARTMENT OF STATE**
Division of Corporations

FILED
17 MAR -6 PM 12: 03

March 8, 2017

MYRIAM AUGUSTIN
10211 PINES BLVD #115
PEMBROKE PINES, FL  33026

SUBJECT: A BETTER YOU WELLNESS CENTER, LLC
Ref. Number: W17000019445

We have received your document for A BETTER YOU WELLNESS CENTER, LLC and your check(s) totaling $155.00.  However, the enclosed document has not been filed and is being returned for the following correction(s):

You must submit Articles of Organization for the resulting Florida limited liability company along with the Articles of Conversion.  The Articles of Organization must be signed by a member or an authorized representative of a member.

The section of the conversion must have the signature of on Behalf of Other Business Entity signed also.

Please return the corrected original and one copy of your document, along with a copy of this letter, within 60 days or your filing will be considered abandoned.

If you have any questions concerning the filing of your document, please call (850) 245-6052.

Nadira D McClees-Sams
Regulatory Specialist II            Letter Number: 517A00004476
New Filing Section

www.sunbiz.org

Division of Corporations - P.O. BOX 6327 -Tallahassee, Florida 32314

# COVER LETTER

**TO:** New Filing Section
Division of Corporations

**SUBJECT:** _A BETTER YOU WELLNESS CENTER LLC_
(Name of Resulting Florida Limited Company)

The enclosed Articles of Conversion, Articles of Organization, and fees are submitted to convert an "Other Business Entity" into a "Florida Limited Liability Company" in accordance with s. 605.1045, F.S.

Please return all correspondence concerning this matter to:

_MYRIAM AUGUSTIN_
(Contact Person)

_A BETTER YOU WELLNESS CENTER INC._
(Firm/Company)

_10211 PINES BLVD. #115_
(Address)

_PEMBROKE PINES FL, 33026_
(City, State and Zip Code)

_ABUWellness@gmail.com_
E-mail Address: (to be used for future annual report notifications)

For further information concerning this matter, please call:

_MYRIAM Augustine_ at (_754_) _264-5133_
(Name of Contact Person)     (Area Code) (Daytime Telephone Number)

Enclosed is a check for the following amount: (All checks processed by this office must be payable in US dollars and drawn on a bank located in the United States)

☐ $150.00 Filing Fees      ☑ $155.00 Filing Fees      ☐ $180.00 Filing Fees      ☐ $185.00 Filing Fees,
($25 for Conversion         and Certificate of          and Certified Copy          Certified Copy, and
& $125 for Articles         Status                                                 Certificate of Status
of Organization)

**STREET ADDRESS:**
New Filing Section
Division of Corporations
Clifton Building
2661 Executive Center
Circle Tallahassee, FL
32301

**MAILING ADDRESS:**
New Filing Section
Division of Corporations
P. O. Box 6327
Tallahassee, FL 32314

INHS11 (2/17)

FILED

17 MAR -6 PM 12

SECRETARY
TALLAHASSEE

## Articles of Conversion
### For
### "Other Business Entity"
### Into
### Florida Limited Liability Company

The Articles of Conversion **and attached Articles of Organization** are submitted to convert the following **"Other Business Entity" into a Florida Limited Liability Company** in accordance with s.605.1045, Florida Statutes.

1. The name of the "Other Business Entity" immediately prior to the filing of the Articles of Conversion is: _A BETHER YOU Wellness Center Inc_.
   (Enter Name of Other Business Entity)

2. The "Other Business Entity" is a _____ _Inc_ _____.
   (Enter entity type. Example: corporation, limited partnership, general partnership, common law or business trust, etc.)

First organized, formed or incorporated under the laws of _FLORIDA_
   (Enter state, or if a non-U.S. entity, the name of the country)
on _5/25/16_.
   (date of organization, formation or incorporation)

3. The name of the Florida Limited Liability Company as set forth in the **attached Articles of Organization**:
_A BETTER YOU Wellness Center, LLC_.
   (Enter Name of Florida Limited Liability Company)

4. If not effective on the date of filing, enter the effective date: _2/27/17_.
**(The effective date: 1) cannot be prior to date of receipt or filed date nor more than 90 calendar days after the date this document is filed by the Florida Department of State; AND 2) must be the same as the effective date listed in the attached Articles of Organization, if an effective date is listed therein.)**
**Note:** If the date inserted in this block does not meet the applicable statutory filing requirements, this date will not be listed as the document's effective date on the Department of State's records.

5. The plan of conversion has been approved in accordance with all applicable statutes.

6. The "Converted or Other Business Entity" has agreed to pay any members having appraisal rights the amount to which such members are entitled under ss. 605.1006 and 605.1061-605.1072, F.S.

Signed this __16__ day of __MARCH__ 20__17__.

**Signature of Authorized Representative of Limited Liability Company:**

Signature of Authorized Representative: _/s/_
Printed Name: __MYRIAM AUGUSTINE__ Title: __MANAGER__

**Signature(s) on behalf of Other Business Entity:** [See below for required signature(s)]

Signature: _/s/_
Printed Name: __MYRIAM AUGUSTINE__ Title: __PRESIDENT__

Signature: _____
Printed Name: _____ Title: _____

Signature: _____
Printed Name: _____ Title: _____

Signature: _____
Printed Name: _____ Title: _____

Signature: _____
Printed Name: _____ Title: _____

Signature: _____
Printed Name: _____ Title: _____

### If Florida Corporation:
Signature of Chairman, Vice Chairman, Director, or Officer.
If Directors or Officers have not been selected, an Incorporator must sign.

### If Florida General Partnership or Limited Liability Partnership:
Signature of one General Partner.

### If Florida Limited Partnership or Limited Liability Limited Partnership:
Signatures of **ALL** General Partners.

### All others:
Signature of an authorized person.

### Fees:

| | |
|---|---|
| Articles of Conversion: | $25.00 |
| Fees for Florida Articles of Organization: | $125.00 |
| Certified Copy: | $30.00 (Optional) |
| Certificate of Status: | $5.00 (Optional) |

_A Better You Wellness Center, LLC._
(Must contain the words "Limited Liability Company," "L.L.C.," or "LLC.")

**ARTICLE II - Address:**
The mailing address and street address of the principal office of the Limited Liability Company is:

**Principal Office Address:**

7808 NW 17th PL
Pembroke Pines Fl 33024

**Mailing Address:**

7808 NW 17th PL
Pembroke Pines Fl 33024

**ARTICLE III - Registered Agent, Registered Office, & Registered Agent's Signature:**
(The Limited Liability Company cannot serve as its own Registered Agent. You must designate an individual or another business entity with an active Florida registration.)

The name and the Florida street address of the registered agent are:

Kethy Cleophas
Name

7777 Davie Rd Ext Ste 105B
Florida street address (P.O. Box **NOT** acceptable)

Hollywood       FL  33024
City                        Zip

*Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent as provided for in Chapter 605, F.S..*

Registered Agent's Signature (REQUIRED)

| Title: | Name and Address: |
|---|---|
| "AMBR" = Authorized Member | |
| "MGR" = Manager | |
| | |
| COO/MGR | Myriam Augustine |
| | 7808 NW 17th Pl |
| | Pembroke Pines Fl, 33024 |

(Use attachment if necessary)

**ARTICLE V:** Effective date, if other than the date of filing: _____ . (OPTIONAL)
**(If an effective date is listed, the date must be specific and cannot be more than five business days prior to or 90 calendar days after the date of filing.)**
Note: If the date inserted in this block does not meet the applicable statutory filing requirements, this date will not be listed as the document's effective date on the Department of State's records.

**ARTICLE VI:** Other provisions, if any.

_____
_____
_____

**REQUIRED SIGNATURE:** _/s/ MMA_

Signature of a member or an authorized representative of a member.
This document is executed in accordance with section 605.0203 (1) (b), Florida Statutes. I am aware that any false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S.

_Myriam Augustine_
Typed or printed name of signee

**Filing Fees**
$125.00 Filing Fee for Articles of Organization and Designation of Registered Agent
$ 30.00 Certified Copy (Optional)      $  5.00 Certificate of Status (Optional)