# EXHIBIT 17

# 2020 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L17000059280

**Entity Name:** A BETTER YOU WELLNESS CENTER, LLC.

**FILED**
**May 19, 2020**
**Secretary of State**
**3191978403CC**

## Current Principal Place of Business:

3529 N. PINE ISLAND RD
SUNRISE, FL 33351

## Current Mailing Address:

3529 N. PINE ISLAND RD
SUNRISE, FL 33351 US

**FEI Number:** 82-0828874

**Certificate of Status Desired:** No

## Name and Address of Current Registered Agent:

MELENDEZ, DENISE
7777 DAYIE RD EXT
STE 105B
HOLLYWOOD, FL 33024 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: DENISE MELENDEZ                                                                                          05/19/2020
                    Electronic Signature of Registered Agent                                                                    Date

## Authorized Person(s) Detail :

Title             AMBR, PRESIDENT, CEO, CFO
Name          AUGUSTINE, MYRIAM
Address      3529 N. PINE ISLAND RD
City-State-Zip:  SUNRISE  FL  33351

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: MYRIAM AUGUSTINE                                  AMBR                                          05/19/2020
                    Electronic Signature of Signing Authorized Person(s) Detail                                             Date