# EXHIBIT 18

**2020 FLORIDA PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# P15000011192

Entity Name: FLORIMED MEDICAL CENTER CORP.

**FILED**
**Mar 23, 2020**
Secretary of State
1495270010CC

**Current Principal Place of Business:**

311 NE 8 ST.
HOMESTEAD, FL 33030

**Current Mailing Address:**

311 NE 8 ST
HOMESTEAD, FL 33030 US

FEI Number: 47-3443632

Certificate of Status Desired: No

**Name and Address of Current Registered Agent:**

WHARTON, TOMAS
311 NE 8 ST.
HOMESTEAD, FL 33030 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

Electronic Signature of Registered Agent                                   Date

**Officer/Director Detail :**

| | |
|---|---|
| Title | PSTD |
| Name | WHARTON, TOMAS |
| Address | 311 NE 8 ST. |
| City-State-Zip: | HOMESTEAD FL 33030 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: TOMAS WHARTON MD          CEO                    03/23/2020

Electronic Signature of Signing Officer/Director Detail                                Date