# EXHIBIT 19

# Electronic Articles of Incorporation
## For

JUAN JESUS SALINA, M.D. CORP.

P03000037413
FILED
April 02, 2003
Sec. Of State

The undersigned incorporator, for the purpose of forming a Florida profit corporation, hereby adopts the following Articles of Incorporation:

## Article I
The name of the corporation is:
   JUAN JESUS SALINA, M.D. CORP.

## Article II
The principal place of business address:
   4212 W. 16 AVE.
   HIALEAH, FL. US  33012

The mailing address of the corporation is:
   4212 W. 16 AVE.
   HIALEAH, FL. US  33012

## Article III
The purpose for which this corporation is organized is:
   ANY AND ALL LAWFUL BUSINESS.

## Article IV
The number of shares the corporation is authorized to issue is:
   500 SHARES AT NO PAR VALUE

## Article V
The name and Florida street address of the registered agent is:
   JUAN J SALINA
   4212 W. 16 AVE.
   HIALEAH, FL.   33012

I certify that I am familiar with and accept the responsibilities of registered agent.

**P03000037413**
**FILED**
**April 02, 2003**
**Sec. Of State**

Registered Agent Signature:   JUAN J. SALINA

# Article VI

The name and address of the incorporator is:

JUAN J. SALINA
1433 W. 38 PL.
HIALEAH, FL 33012

Incorporator Signature:   JUAN J. SALINA

# Article VII

The initial officer(s) and/or director(s) of the corporation is/are:

Title:   P
JUAN J SALINA
1433 W. 38 PL.
HIALEAH, FL.   33012  US