# EXHIBIT 20

**2020 FLORIDA PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# P03000037413

**Entity Name:** JUAN JESUS SALINA, M.D. CORP.

**FILED**
**Mar 23, 2020**
**Secretary of State**
**9926060081CC**

**Current Principal Place of Business:**

4212 W. 16 AVE.
HIALEAH, FL 33012

**Current Mailing Address:**

4212 W. 16 AVE.
HIALEAH, FL 33012 US

**FEI Number:** 33-1051668

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

SALINA, JUAN J
4212 W. 16 AVE.
HIALEAH, FL 33012 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Electronic Signature of Registered Agent                                                                                    Date

**Officer/Director Detail :**

| | |
|---|---|
| Title | P |
| Name | SALINA, JUAN J |
| Address | 14410 SABAL DR |
| City-State-Zip: | HIALEAH FL 33014 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered*.

SIGNATURE: JUAN JESUS SALINA                       PRESIDENT                       03/23/2020

Electronic Signature of Signing Officer/Director Detail                                                                Date