# EXHIBIT 21

DEC/17/2015/THU 12:30 PM        FAX No.                    P. 001/005



P080000085455



Florida Department of State
Division of Corporations
Electronic Filing Cover Sheet

**Note: Please print this page and use it as a cover sheet.** Type the fax audit
number (shown below) on the top and bottom of all pages of the document.

(((H15000297783 3)))

||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||

H150002977833ABC9

**Note:** DO NOT hit the REFRESH/RELOAD button on your browser from this
page. Doing so will generate another cover sheet.

```
To:
        Division of Corporations
        Fax Number    : (850)617-6380

From:
        Account Name  : EXPRESS CORPORATE FILING SERVICE INC.
        Account Number : I20000000146
        Phone         : (305)444-4994
        Fax Number    : (305)444-4977
```

**Enter the email address for this business entity to be used for future
annual report mailings. Enter only one email address please.**

Email Address:_____



## COR AMND/RESTATE/CORRECT OR O/D RESIGN
## PHYSICIAN PREFERRED PHARMACY, INC.

| Certificate of Status | 0 |
|---|---|
| Certified Copy | 0 |
| Page Count | 05 |
| Estimated Charge | $35.00 |

DEC 1 8 2015

C LEWIS

Electronic Filing Menu        Corporate Filing Menu        Help

DEC/17/2015/THU 12:30 PM                    FAX No.                     P. 002/005

F i l e d
SECRETARY OF STATE
DIVISION OF CORPORATIONS

15 DEC 17 AM 10: 36

**Articles of Amendment**
**to**
**Articles of Incorporation**
**of**

Physician Preferred Pharmacy, Inc.

_____
**(Name of Corporation as currently filed with the Florida Dept. of State)**

P08000085455
_____
(Document Number of Corporation (if known)

Pursuant to the provisions of section 607.1006, Florida Statutes, this *Florida Profit Corporation* adopts the following amendment(s) to its Articles of Incorporation:

**A.** **If amending name, enter the new name of the corporation:**

_____*The new name must be distinguishable and contain the word "corporation," "company," or "incorporated" or the abbreviation "Corp.," "Inc.," or Co.," or the designation "Corp," "Inc," or "Co". A professional corporation name must contain the word "chartered," "professional association," or the abbreviation "P.A."*

**B.** **Enter new principal office address, if applicable:**
*(Principal office address MUST BE A STREET ADDRESS )*

**C.** **Enter new mailing address, if applicable:**
*(Mailing address MAY BE A POST OFFICE BOX)*

**D.** **If amending the registered agent and/or registered office address in Florida, enter the name of the new registered agent and/or the new registered office address:**

*Name of New Registered Agent*      Law Office of Albert J. Lazo, P.A.

                                     201 Alhambra Circle, Suite 701
                                          *(Florida street address)*

*New Registered Office Address:*     Coral Gables                    , Florida 33134
                                          *(City)*                              *(Zip Code)*

**New Registered Agent's Signature, if changing Registered Agent:**
*I hereby accept the appointment as registered agent.  I am familiar with and accept the obligations of the position.*

_____
*Signature of New Registered Agent, if changing*

Page 1 of 4

DEC/17/2015/THU 12:31 PM                    FAX No.                        P. 003/005

If amending the Officers and/or Directors, enter the title and name of each officer/director being removed and title, name, and address of each Officer and/or Director being added:

*(Attach additional sheets, if necessary)*

*Please note the officer/director title by the first letter of the office title:*

*P = President; V= Vice President; T= Treasurer; S= Secretary; D= Director; TR= Trustee; C = Chairman or Clerk; CEO = Chief Executive Officer; CFO = Chief Financial Officer. If an officer/director holds more than one title, list the first letter of each office held. President, Treasurer, Director would be PTD.*

*Changes should be noted in the following manner. Currently John Doe is listed as the PST and Mike Jones is listed as the V. There is a change. Mike Jones leaves the corporation, Sally Smith is named the V and S. These should be noted as John Doe, PT as a Change, Mike Jones, V as Remove, and Sally Smith, SV as an Add.*

**Example:**

| | | |
|---|---|---|
| X Change | PT | John Doe |
| X Remove | V | Mike Jones |
| _X_ Add | SV | Sally Smith |

| Type of Action (Check One) | Title | Name | Address |
|---|---|---|---|
| 1) ____ Change | P | Lori Kaplan | 2700 North State Road 7 |
| ____ Add | | | Margate, FL 33063 |
| _x_ Remove | | | |
| 2) ____ Change | P | Sam Byers | 2700 North State Road 7 |
| _x_ Add | | | Margate, FL 33063 |
| ____ Remove | | | |
| 3) ____ Change | | | |
| ____ Add | | | |
| ____ Remove | | | |
| 4) ____ Change | | | |
| ____ Add | | | |
| ____ Remove | | | |
| 5) ____ Change | | | |
| ____ Add | | | |
| ____ Remove | | | |
| 6) ____ Change | | | |
| ____ Add | | | |
| ____ Remove | | | |

DEC/17/2015/THU 12:31 PM                    FAX No.                        P. 004/005

**E.** If amending or adding additional Articles, enter change(s) here:
(Attach *additional sheets, if necessary).    (Be specific)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____


**F.** If an amendment provides for an exchange, reclassification, or cancellation of issued shares,
provisions for implementing the amendment if not contained in the amendment itself:
(*if not applicable, indicate N/A*)

_____

_____

_____

_____

_____

_____

_____

_____

Page 3 of 4

DEC/17/2015/THU 12:31 PM          FAX No.                    P. 005/005

DIVISION OF CORPORATIONS

15 DEC 17 AM 10: 36

**The date of each amendment(s) adoption:** _____December 17, 2015_____, if other than the date this document was signed.

**Effective date if applicable:** _____

*(no more than 90 days after amendment file date)*

Note: If the date inserted in this block does not meet the applicable statutory filing requirements, this date will not be listed as the document's effective date on the Department of State's records.

**Adoption of Amendment(s)          (CHECK ONE)**

☒ The amendment(s) was/were adopted by the shareholders. The number of votes cast for the amendment(s) by the shareholders was/were sufficient for approval.

☐ The amendment(s) was/were approved by the shareholders through voting groups. *The following statement must be separately provided for each voting group entitled to vote separately on the amendment(s):*

"The number of votes cast for the amendment(s) was/were sufficient for approval

by _____"

*(voting group)*

☐ The amendment(s) was/were adopted by the board of directors without shareholder action and shareholder action was not required.

☐ The amendment(s) was/were adopted by the incorporators without shareholder action and shareholder action was not required.

Dated___December 17, 2015_____

Signature_____

(By a director, president or other officer – if directors or officers have not been selected, by an incorporator – if in the hands of a receiver, trustee, or other court appointed fiduciary by that fiduciary)

Sara Byers

_____
(Typed or printed name of person signing)

President

_____
(Title of person signing)