# EXHIBIT 22

# 2020 FLORIDA PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# P08000085455

**Entity Name:** PHYSICIAN PREFERRED PHARMACY, INC.

**FILED**
**Jan 15, 2020**
Secretary of State
9835805567CC

**Current Principal Place of Business:**

2700 NORTH STATE ROAD 7
MARGATE, FL 33063

**Current Mailing Address:**

2700 NORTH STATE ROAD 7
MARGATE, FL 33063 US

**FEI Number:** 26-3373758

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

ROBYN LYNN SZTYNDOR, ESQ
2700 NORTH STATE ROAD 7
MARGATE, FL 33063 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: ROBYN LYNN SZTYNDOR                01/15/2020
           Electronic Signature of Registered Agent                Date

**Officer/Director Detail :**

| | |
|---|---|
| Title | P |
| Name | BATISTA, TWIGGI |
| Address | 2700 NORTH STATE ROAD 7 |
| City-State-Zip: | MARGATE FL 33063 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: TWIGGI BATISTA                CEO                01/15/2020
           Electronic Signature of Signing Officer/Director Detail                Date