# EXHIBIT 23

FOR LICENSED INVESTIGATOR PURPOSES ONLY     EHSR42 FL-Vehicles-Search-202010161403

:

**2018 BENTLEY BENTAYGA (Florida)**

**2018 BENTLEY** -Series: **ACTIVITY EDITION~BLACK ED**   -Model: **BENTAYGA**
VIN: **SJAAC2ZV9JC021081**
Body Style: **SUV** -Vehicle Type: **Truck**
Weight: **5379** lbs -Length: **202.4"**
Color: **White**
Most Current Tag #: **FL EHSR42** Valid from: **(08/25/2018 to 09/16/2022)**

Doors: **4**
MSRP: **$195,000**
Plant: **CREWE, ENGLAND**
Restraint Type: **DRIVER AND PASSENGER FRONT AIRBAGS AND DRIVER'S KNEE AIRBAG W/ OCCUPANT SENSING DEACTIVATION, FRONT AND REAR SIDE AIRBAGS AND SIDE CURTAIN AIRBAGS.**
Gross Vehicle Weight Range: **7001-8000**
Gross Vehicle Weight Rating: **7165**
Height: **68.6**
Width: **87.5**
Wheel Base: **117.9**
Wheel Dimensions: **21.0**
Max Payload: **1786**
Drive Type: **AWD**
Fuel: **GAS 22.5 Gallon**
Engine: **6.0L W12 TWIN TURBO**
Transmission: **8 Speed AUTOMATIC**

   

**Most CurrentOwner/Registrant/Lien Information- 08/25/2018 to 09/16/2020**

| Title Holders | Registrant |
|---|---|
| Title Number: **0132075936**<br>State Titled In: **FL**<br>Original Title Date: **08/25/2018**<br>Title Transfer Date: **08/25/2018**<br><br>**Lien Holders**<br>**BENTLEY FINANCIAL SERVICES**<br><br>**Lessors**<br>**PORSCHE LEASING**<br>**1 PORSCHE DR, ATLANTA, GA 30354-1654 (FULTON COUNTY)** | **MICHAEL FRANCIS BOGDAN**<br>Registered: **08/25/2018 to 09/16/2020**<br>DOB: **09/1977**, Born **43** years ago<br><br>Addresses Registered to While owned by MICHAEL FRANCIS BOGDAN<br>**12580 SW 20TH ST, DAVIE, FL 33325-5802 (BROWARD COUNTY) (08/25/2018 to 09/08/2020)**<br><br>**Vehicle Tag History**<br>License Plate: **FL EHSR42** Valid from: **(08/25/2018 to 09/16/2022)** |