# EXHIBIT 24



# Provider Information for 1942545421



**Please Note: Issuance of an NPI does not ensure or validate that the Health Care Provider is Licensed or Credentialed. For more information please refer to** NPI: What You Need to Know

TESTING MATTERS INC

Other Name: Former Legal Business Name: CHANGE WITHIN INC
Organization Subpart: NO

NPI: 1942545421

Last Updated: 2019-03-07
Certification Date:

## Details

| Name | Value |
|---|---|
| NPI | 1942545421 |
| Enumeration Date | 2012-12-10 |
| NPI Type | 2- Organization |
| Status | Active |
| Authorized Official Information | Name: MICHAEL BOGDAN<br>Title: CEO<br>Phone: 888-272-1633 |
| Mailing Address | 14001 NW 4TH ST<br>SUNRISE, FL 33325-6206<br>United States<br><br>Phone: 888-272-1633 \| Fax: 954-342-2507<br>View Map |

NPPES NPI Registry

United States

Phone: 888-272-1633 | Fax: 954-342-2507
View Map

Health Information Exchange

| Endpoint Type | Endpoint | Endpoint Description | Use | Content Type | Affiliation | Endpoint Location |
|---|---|---|---|---|---|---|

Other Identifiers

| Issuer | | State | Number |
|---|---|---|---|
| Other | CLIA | | 10D2047594 |
| Other | MEDICARE | FL | IU761A |

Taxonomy

| Primary Taxonomy | Selected Taxonomy | State | License Number |
|---|---|---|---|
| Yes | 291U00000X - Clinical Medical Laboratory | FL | 800027098 |



A federal government website managed by the
U.S. Centers for Medicare & Medicaid Services
7500 Security Boulevard, Baltimore, MD 21244