# EXHIBIT 25



MENU

 888.272.1633



## Draw Stations

With several public draw stations located throughout the region Testing Matters makes it easy and convenient to have your blood drawn. Below you will find the locations closest to you. Please check in as new locations are opening all the time.

## Dade



2150 W 76th St., Suite 100

Hialeah, FL 33016

Phone: 888-272-1633

info@labtmt.com

## Broward



500 SE 15 St., Suite 106

Ft. Lauderdale, FL 33316

Phone: 888-272-1633

info@labtmt.com

## Palm Beach



875 Military Trail Suite 102

Jupiter, FL 33458

Phone: 888-272-1633

info@labtmt.com



Home   About   Services   Contact   Accreditations

888.272.1633

14001 NW 4th Street
Sunrise, FL 33325  Info@Labtmt.Com

© Copyright 2020 Testing Matters, All rights reserved

Web Design by Web Designer Express