# EXHIBIT 26



# HRSA Office of Pharmacy Affairs 340B OPAIS

## STD330602 Doctors United Group Inc (Terminated)

Print

### Main Details

**Name**
Doctors United Group Inc

**Subdivision Name**

**Type**
Sexually Transmitted Diseases

**340B ID**
STD330602

**Grant Number**
NH25PS004342

**Nature of Support**

In-Kind products or services (see note below; must have been purchased with section 318 funds)

Note: In-kind contributions may be in the form of real property, equipment, supplies and other expendable property, and goods and services directly benefiting and specifically identifiable to the project or program.

**Please Describe the "in-kind" Support**

**Time period section 318 funding or in-kind support was received**

### Additional Details

**Current Program Status**
Terminated

**Registration Date**
10/15/2019

**Participating Start Date**
1/1/2020

**Participating Approval Date**
11/20/2019

**Last Recertification Date**
5/2/2020

**Notice of Funding Opportunity (NOFO) Number**

**Termination Date**
10/1/2020

**Termination Reason**
Site closure

### Addresses

**Street Address**
2025-A North Dixie Highway
Pompano Beach, FL 33060

**Billing Address**
Doctors United Group Inc
3215 NW 10th Terrace
Suite 209-B
Oakland Park, FL 33301

### Contacts

**Authorizing Official**
Doctor United Group Inc
Augustine Carbon, President
(305) 206-6196

**Primary Contact**

Doctors United Group Inc
Michael Bogdan, Mgr
(954) 552-1003



Tuesday, October 27, 2020 11:42 AM

ApexusAnswers@340bpvp.com | 1-888-340-2787

OMB Number: 0915-0327, Expiration: 11/30/2022

Viewers & Players | Privacy Policy | Disclaimers | Accessibility | Freedom of Information Act | No Fear Act |

USA.gov | WhiteHouse.gov |