# EXHIBIT 29



Since 1978, Safespace Foundation, Inc., a 501(c)(3) non-profit organization, has been dedicated to providing safety and support to victims of domestic violence and their children. In addition to our community education and local and national outreach efforts, we also provide funding and support for services and programs in collaboration with the Advocates for Victims Program in Miami Dade County.

## Executive Board

**JEANNETTE GAROFALO**
PRESIDENT
P. O. Box 530521 Miami, FL 33153
info@safespacefoundation.org
(305) 785-1797

**ALICIA CONSUEGRA**
VICE-PRESIDENT
Alicia's Village, Inc.
alicia@builderstitlecompany.com
(305) 661-4097

**ELIZABETH BAKER, ESQ.**
Immediate Past-President
Hinshaw & Culbertson LLP
ebaker@hinshawlaw.com
305-794-0878

**CORA MANN, DETECTIVE**
TREASURER
North Miami Beach Police Dept.
cora.mann@nmbpd.org
(305) 948-2940 x 2531 (O)

**NEDA GHOMESHI**
Secretary of the Board
Akerman LLP
neda.ghomeshi@akerman.com
(954) 331 4133

## Board Members

**SUSAN MATOS**
Susanmatos1@gmail.com
(786) 319-8690

**BETTINA RODRIGUEZ-AGUILERA**
bettinara12@aol.com
(305) 316-3746

**APRIL MCCLELLAN**

State Attorney's Office

aprilmcclellan@miamisao.com

305 547-0148

**LINDSEY FINCH**

Attorney-at-Law

lindseyafinch@gmail.com

650-380-9540

**RENEE DARDEN**

North Miami Beach Police Dept.

rdarden@nmbpd.org

(305) 948-2940

**PEGGY RUDOLPH**

Co-Founder & Past President

Departed This Life

**ELLEN BIRDWELL**

LN_Birdwell@aol.com

(786) 382-4313

**JANINE MENENDEZ**

SECRETARY

Attorney-at-Law

janinemenendez@gmail.com

954-593-5338

