# EXHIBIT 30



**6 SOUTH FLORIDA**  LOCAL  WEATHER  VIDEO  ENTERTAINMENT  INVESTIGATIONS  RES…  90°

TRENDING  Schools and COVID  Today's Survey  Voter Guide  Reopenings  Trump COVID  Hurricane Season  Who's Hiring?  Cor…  1 WEATHER A

NEW YORK

# South Florida Police Travel to New York for NYPD Officer's Funeral

By Cherine Akbari and Angela Pellerano • Published December 26, 2014 • Updated on December 26, 2014 at 6:34 pm



Several South Florida law enforcement agencies will participate in funeral services for police officers who were killed in the line of duty. NBC 6's Angela Pellerano reports.

Several South Florida law enforcement agencies will participate in funeral services for police officers who were killed in the line of duty.

North Miami Beach Police Detective Cora Mann and Sargeant Sergio Garcia are both heading to New York for the funeral service for NYPD Officer Rafael Ramos. On December 20th, Ramos was ambushed along with Officer Wenjian Liu while sitting in their patrol vehicle in Brooklyn.

"It's my way of showing that North Miami Beach is hurting like the officers in New York City," Detective Mann said. "We are all brothers and sisters."

Local

**FORT LAUDERDALE** • 41 MINS AGO
### 33rd Annual Las Olas Art Festival Returns with New Social Distancing Protocols



**Trending Stories**


**MIAMI-DADE COUNTY**
2 MAST Academy Students Test Positive for Coronavirus, Schooling Moved Back Online


**MIAMI-DADE COUNTY**
Miami-Dade Schools' Dashboard Keeps Track of Student, Employee COVID Cases


**SUPREME COURT**
WATCH: Barrett's Supreme Court Hearing Opens With Focus on Health Care


**BOTTLED WATER**
Popular Bottled Water Brands Contain Toxic 'Forever Chemicals,' Consumer Reports...


**DECISION 2020**
Guide to Florida's 2020 General Election: What Will Be on the Ballot?

SPONSORED



MI-DADE COUNTY • 2 HOURS AGO

mi-Dade Schools' Dashboard Keeps Track of Student, Employee VID Cases



They will join Hollywood Police Lieutenant Diana Pereira and Officer Dudney Walker, who are traveling to New York City as part of the Hollywood Police Department Honor Guard.

"The men and women of the Hollywood Police Department are honored and always ready to support fellow Police Officers, and to show our respect to those who have fallen in the line of duty," said Hollywood Police Chief Frank Fernandez. "It is important for our community to express its deepest condolences to the families of Police Officers who have made the ultimate sacrifice."

Officer Javier Ortiz from Miami's Fraternal Order of Police described the mood in New York following the murder of the two officers.

"I've gone to New York several times and I've never seen it this quiet," Ortiz said. "Speaking to police officers actively working the streets, it's a very somber mood."

More than 25,000 police officers and officials from across the country are expected to attend Ramos' funeral on Saturday.

This article tagged under:

NEW YORK • HOLLYWOOD • POLICE • NORTH MIAMI BEACH • NYPD

• AGEFUL

Unsold Car Clearance Sale Going On In New Jersey *Sponsored*

• SMARTASSET

20 Questions to Tell If You're  *Sponsored*