# EXHIBIT 31

# 2020 FLORIDA PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# P14000025449

**Entity Name:** FRANDME, INC.

**FILED**
**Jun 10, 2020**
**Secretary of State**
**0568707223CC**

**Current Principal  Place of Business:**

20900 NE 30TH AVE, SUITE 410
AVENTURA, FL  33180

**Current Mailing Address:**

20900 NE 30TH AVE, SUITE 410
AVENTURA,  FL  33180  US

**FEI Number: 47-3041763**

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

TOBIN & REYES, P.A.
225 N.E. MIZNER BOULEVARD, SUITE 510
BOCA RATON, FL  33432  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Electronic Signature of Registered Agent                                        Date

## Officer/Director Detail :

| | | | |
|---|---|---|---|
| Title | CTO/PRESIDENT | Title | CEO/VP |
| Name | SHAPOSHNIKOV, DIMITRY | Name | GOLDMAN, ARNOLD |
| Address | 20900 NE 30TH AVE SUITE 410 | Address | 20900 NE 30TH AVE SUITE 410 |
| City-State-Zip: | AVENTURA FL  33180 | City-State-Zip: | AVENTURA FL  33180 |
| | | | |
| Title | COO/VP | Title | ADVISOR |
| Name | DAVIS, DEBI | Name | PATSIOKAS, STELL |
| Address | 20900 NE 30TH AVE SUITE 410 | Address | 20900 NE 30TH AVE SUITE 410 |
| City-State-Zip: | AVENTURA FL  33180 | City-State-Zip: | AVENTURA FL  33180 |
| | | | |
| Title | CFO/TREASURER/SECRETARY | | |
| Name | MOONEY, THOMAS  III | | |
| Address | 20900 NE 30TH AVE SUITE 410 | | |
| City-State-Zip: | AVENTURA FL  33180 | | |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: THOMAS MOONEY                    CFO                    06/10/2020

Electronic Signature of Signing Officer/Director Detail                    Date