# EXHIBIT 32

# Electronic Articles of Incorporation
# For

AVENTURA POLICE FOUNDATION, INC.

N20000002245
FILED
February 24, 2020
Sec. Of State
tscott

The undersigned incorporator, for the purpose of forming a Florida not-for-profit corporation, hereby adopts the following Articles of Incorporation:

## Article I
The name of the corporation is:
AVENTURA POLICE FOUNDATION, INC.

## Article II
The principal place of business address:
20900 NE 30TH AVENUE
SUITE 400
AVENTURA, FL. US  33180

The mailing address of the corporation is:
20900 NE 30TH AVENUE
SUITE 400
AVENTURA, FL. US  33180

## Article III
The specific purpose for which this corporation is organized is:
TO PROVIDE THE AVENTURA POLICE DEPARTMENT WITH CRITICAL RESOURCESTHAT ENHANCE LAW ENFORCEMENT PROGRAMS, COMMUNITY PARTNERSHIPS AND THE LIVESOF THE OFFICERS THAT SERVE OUR COMMUNITY.

## Article IV
The manner in which directors are elected or appointed is:
AS PROVIDED FOR IN THE BYLAWS.

## Article V
The name and Florida street address of the registered agent is:
BRYAN  PEGUES
19200 W COUNTRY CLUB DR
AVENTURA, FL.   33180

I certify that I am familiar with and accept the responsibilities of registered agent.

Registered Agent Signature:   BRYAN PEGUES

N20000002245
FILED
February 24, 2020
Sec. Of State
tscott

## Article VI

The name and address of the incorporator is:

BRYAN PEGUES
19200 W COUNTRY CLUB DR

AVENTURA, FL 33180

Electronic Signature of Incorporator:   BRYAN PEGUES

I am the incorporator submitting these Articles of Incorporation and affirm that the facts stated herein are true. I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S. I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of this corporation and every year thereafter to maintain "active" status.

## Article VII

The initial officer(s) and/or director(s) of the corporation is/are:

Title:   C
GARY  PYOTT
3610 YACHT CLUB DRIVE, SUITE 304
AVENTURA, FL.   33180  US

Title:   VC
SHERIL  HENNEY
3153 ROYAL PALM AVENUE
MIAMI BEACH, FL.   33140  US

Title:   SEC
DIMITRY  SHAPOSHNIKOV
20900 NE 30TH AVENUE #410
AVENTURA, FL.   33180  US

Title:   T
LEVINSON  JEFFREY
17701 BISCAYNE BLVD.
AVENTURA, FL.   33160  US

## Article VIII

The effective date for this corporation shall be:

02/19/2020