# EXHIBIT 33

NPPES NPI Registry 

# Provider Information for 1689239857

Search / Back to Results / NPI View

**Please Note:** Issuance of an NPI does not ensure or validate that the Health Care Provider is Licensed or Credentialed. For more information please refer to NPI: What You Need to Know

POSITIVE HEALTH ALLIANCE INC
Organization Subpart: NO

NPI: 1689239857

Last Updated: 2019-05-03
Certification Date:

## Details

| Name | Value |
| --- | --- |
| NPI | 1689239857 |
| Enumeration Date | 2019-05-03 |
| NPI Type | 2- Organization |
| Status | Active |
| Authorized Official Information | Name: MR. GARY GERSHON KOGAN<br>Title: EXECUTIVE DIRECTOR<br>Phone: 305-525-2975 |
| Mailing Address | 730 W HALLANDALE BEACH BLVD STE 109<br>HALLANDALE BEACH, FL 33009-5300<br>United States<br><br>Phone: 305-525-2975 \| Fax: 954-237-8574<br>View Map |
| Primary Practice | 730 W HALLANDALE BEACH BLVD STE 109 |

# NPPES NPI Registry

| | |
|---|---|
| | Phone: 305-525-2975 \| Fax: 954-237-8574<br>View Map |
| Health Information Exchange | Endpoint Type \| Endpoint \| Endpoint Description \| Use \| Content Type \| Affiliation \| Endpoint Location |
| Other Identifiers | Issuer \| State \| Number |
| Taxonomy | Primary Taxonomy \| Selected Taxonomy \| State \| License Number<br>Yes \| 261Q00000X - Clinic/Center \| \|<br>No \| 193400000X SINGLE SPECIALTY GROUP<br>207QA0505X - Family Medicine Adult Medicine \| \| |



A federal government website managed by the
**U.S. Centers for Medicare & Medicaid Services**
7500 Security Boulevard, Baltimore, MD 21244