# **EXHIBIT 34**



# CITY OF NORTH MIAMI BEACH
# POLICE DEPARTMENT
A STATE ACCREDITED LAW ENFORCEMENT AGENCY

William Hernandez  
Chief of Police

"Excelsior Status"

September 27, 2018

I have been in the Security and Law Enforcement sector for over 23 years, with a specific emphasis on investigations. I had the pleasure of meeting with Dimitry Shaposhnikov. Mr. Shaposhnikov demonstrated to my agency how Frandme assists law enforcement in code red situations at our local schools with better communication and improving response times.

The application can be extremely helpful to law enforcement and the community in critical threat situations where accurate information and timely communication are crucial. I have yet to see an application out there that incorporates the recent threats we face into our developing digital world, that can be user friendly and at the same time addressing law enforcement, student, and parent needs. I highly recommend this application.

Kind regards,  
Sgt. Gary Kogan