# EXHIBIT 35

FOR LICENSED INVESTIGATOR PURPOSES ONLY        POSITIVE HEALTH ALLIANCE INC-Vehicles-Search-202006231447

**9 Results Found** for vehicles in the United States registered or titled to a business named **POSITIVE HEALTH ALLIANCE INC**.:

<u>Subject 1 of 9</u> :
**2018 VOLVO S60 (Florida)**

**2018 VOLVO** -Series: **PLATINUM** -Model: **S60**
VIN: **LYV402HM6JB159985**
Body Style: **SEDAN** -Vehicle Type: **P**
Weight: **3703** lbs -Length: **185.6"**
Color: **Unknown**
Most Current Tag #: **FL NQZF56** Valid from: **(04/07/2020 to 06/30/2022)**

Doors: **4**
MSRP: **$41,150**
Plant: **CHENGDU, CHINA**
Restraint Type: **DRIVER AND FRONT PASSENGER FRONT AND SIDE AIRBAGS WITH PASSENGER SENSING DEACTIVATION, AND FRONT AND REAR SIDE CURTAIN AIRBAGS.**
Gross Vehicle Weight Range: **4001-5000**
Gross Vehicle Weight Rating: **4720**
Height: **58.4**
Width: **82.6**
Wheel Base: **112.4**
Wheel Dimensions: **18.0 X 8.0**
Max Payload: **1149**
Drive Type: **FWD**
Fuel:**GAS 17.8 Gallon**
Engine:**2.0L INLINE4 TURBO**
Transmission: **8 Speed AUTOMATIC**

**Most CurrentOwner/Registrant/Lien Information- 04/07/2020 to 06/30/2022**

| Title Holders / Lien Holders / Lessors | Registrant |
|---|---|
| **Title Holders**<br>**POSITIVE HEALTH ALLIANCE INC**<br>**730 W HALLANDALE BEACH BLVD, HALLANDALE BEACH, FL 33009-5328 (BROWARD COUNTY)**<br>Title Number: **0128914915**<br>State Titled In: **FL**<br>Original Title Date: **04/17/2020**<br>Title Transfer Date: **04/17/2020**<br><br>**Lien Holders**<br>None Found<br><br>**Lessors**<br>None Found<br><br>**Title Holders**<br>**POSITIVE HEALTH ALLIANCE INC**<br>**730 W HALLANDALE BEACH BLVD STE 109, HALLANDALE BEACH, FL 33009-5300 (BROWARD COUNTY)**<br>Title Number: **0128914915**<br>State Titled In: **FL**<br>Original Title Date: **04/07/2020**<br>Title Transfer Date: **04/07/2020**<br><br>**Lien Holders**<br>None Found<br><br>**Lessors**<br>None Found | **Registrant**<br>**POSITIVE HEALTH ALLIANCE INC**<br>Registered: **04/07/2020** to **06/30/2022**<br><br>**Addresses Registered to While owned by POSITIVE HEALTH ALLIANCE INC**<br>**730 W HALLANDALE BEACH BLVD, HALLANDALE BEACH, FL 33009-5328 (BROWARD COUNTY) (04/17/2020)**<br>**730 W HALLANDALE BEACH BLVD STE 109, HALLANDALE BEACH, FL 33009-5300 (BROWARD COUNTY) (04/07/2020)**<br><br>**Vehicle Tag History**<br>License Plate: **FL NQZF56** Valid from: **(04/07/2020 to 06/30/2022)** |

**PreviousOwner/Registrant/Lien Information- 11/05/2018 to 03/25/2020**

| Title Holders / Lien Holders / Lessors | Registrant |
|---|---|
| **Title Holders**<br>**DEBORAH HELENE QUALTERS**<br>**545 N COUNTRY CLUB DR, LAKE WORTH, FL 33462-1000 (PALM BEACH COUNTY)**<br>Title Number: **0128914915**<br>State Titled In: **FL**<br>Original Title Date: **11/19/2018**<br>Title Transfer Date: **11/19/2018**<br><br>**Lien Holders**<br>None Found<br><br>**Lessors**<br>None Found<br><br>**Title Holders**<br>**DEBORAH HELENE QUALTERS**<br>**545 N COUNTRY CLUB DR, LAKE WORTH, FL 33462-1000 (PALM BEACH COUNTY)** | **Registrant**<br>**DEBORAH HELENE QUALTERS**<br>Registered: **11/05/2018** to **03/25/2020**<br>DOB: **03/1948**, Born **72** years ago<br><br>**Addresses Registered to While owned by DEBORAH HELENE QUALTERS**<br>**545 N COUNTRY CLUB DR, LAKE WORTH, FL 33462-1000 (PALM BEACH COUNTY) (11/05/2018 to 03/19/2019)**<br><br>**Vehicle Tag History**<br>License Plate: **FL ESQP03** Valid from: **(03/19/2019 to 03/25/2020)** |

|  |  |
|---|---|
| Title Number:<br>**0128914915**<br>State Titled In: **FL**<br>Original Title Date: **11/05/2018**<br>Title Transfer Date: **11/05/2018**<br><br>**Lien Holders**<br>None Found<br><br>**Lessors**<br>None Found |  |

**PreviousOwner/Registrant/Lien Information- 10/27/2017 to 06/30/2019**

| | |
|---|---|
| **Title Holders**<br>**SIXT RENT A CAR**<br>**1850 SE 17TH ST STE 207, FORT LAUDERDALE, FL 33316-3058 (BROWARD COUNTY)**<br>Title Number:<br>**0128914915**<br>State Titled In: **FL**<br>Original Title Date: **10/27/2017**<br>Title Transfer Date: **10/27/2017**<br><br>**Lien Holders**<br>None Found<br><br>**Lessors**<br>None Found | **Registrant**<br>**SIXT RENT A CAR**<br>Registered: **10/27/2017** to **06/30/2019**<br><br>**Addresses Registered to While owned by SIXT RENT A CAR**<br>**1501 NW 49TH ST, FORT LAUDERDALE, FL 33309-3723 (BROWARD COUNTY) (03/06/2018)**<br>**1850 SE 17TH ST STE 207, FORT LAUDERDALE, FL 33316-3058 (BROWARD COUNTY) (10/27/2017)**<br><br>**Vehicle Tag History**<br>License Plate: **FL AEXV90** Valid from: **(03/06/2018 to 06/30/2019)** |

Subject 2 of 9 :
**2014 FORD ECONOLINE (Florida)**

**2014 FORD** -Series: **E350 SUPER DUTY WAGON**  -Model: **ECONOLINE**
VIN: **1FBNE3BLXEDA32281**
Body Style: **FULL-SIZE** -Vehicle Type: **8**
Weight: **6028** lbs -Length: **216.7"**
Color: **Unknown**
Most Current Tag #: **FL IS79WR** Valid from: **(03/11/2020)**

Doors: **3**
MSRP: **$33,560**
Plant: **AVON LAKE, OHIO**
Restraint Type: **DUAL FRONT AIRBAGS WITH PASSENGER AIRBAG DEACTIVATION SWITCH**
Gross Vehicle Weight Range: **8501-9000**
Gross Vehicle Weight Rating: **8800**
Height: **83.4**
Width: **95.7**
Wheel Base: **138**
Wheel Dimensions: **16.0 X 7.0**
Max Payload: **2810**
Drive Type: **RWD**
Fuel:**FLEX FUEL 33 Gallon**
Engine:**5.4L V8 NATURALLY ASPIRATED**
Transmission: **4 Speed AUTOMATIC**

**Most CurrentOwner/Registrant/Lien Information- 03/11/2020 to 06/30/2022**

| | |
|---|---|
| **Title Holders**<br>**POSITIVE HEALTH ALLIANCE INC**<br>**730 W HALLANDALE BEACH BLVD STE 109, HALLANDALE BEACH, FL 33009-5300 (BROWARD COUNTY)**<br>Title Number:<br>**0113603456**<br>State Titled In: **FL**<br>Original Title Date: **03/11/2020**<br>Title Transfer Date: **03/11/2020**<br><br>**Lien Holders**<br>None Found<br><br>**Lessors**<br>None Found | **Registrant**<br>**POSITIVE HEALTH ALLIANCE INC**<br>Registered: **03/11/2020** to **06/30/2022**<br><br>**Addresses Registered to While owned by POSITIVE HEALTH ALLIANCE INC**<br>**730 W HALLANDALE BEACH BLVD STE 109, HALLANDALE BEACH, FL 33009-5300 (BROWARD COUNTY) (03/11/2020)**<br><br>**Vehicle Tag History**<br>License Plate: **FL IS79WR** Valid from: **(03/11/2020)** |

**PreviousOwner/Registrant/Lien Information- 05/06/2015 to 06/30/2018**

| | |
|---|---|
| **Title Holders**<br>**NEW OBJECTIVES LLC**<br>**8144 OKEECHOBEE BLVD STE A, WEST PALM BEACH, FL 33411-2004 (PALM BEACH COUNTY)**<br>Title Number:<br>**0113603456**<br>State Titled In: **FL** | **Registrant**<br>**NEW OBJECTIVES LLC**<br>Registered: **05/06/2015** to **06/30/2018**<br><br>**Addresses Registered to While owned by NEW OBJECTIVES LLC**<br>**8144 OKEECHOBEE BLVD STE A, WEST PALM BEACH, FL 33411-2004 (PALM BEACH COUNTY) (05/06/2015 to 05/18/2017)** |

|  |  |
|---|---|
| Original Title Date: **10/14/2014**<br>Title Transfer Date: **10/14/2014**<br><br>**Lien Holders**<br>None Found<br><br>**Lessors**<br>None Found | **Vehicle Tag History**<br>License Plate: **FL DDNY13** Valid from: **(05/06/2015 to 06/30/2018)** |

**PreviousOwner/Registrant/Lien Information- 12/19/2013 to 12/31/2014**

| | |
|---|---|
| **Title Holders**<br>**PV HOLDING CORP**<br>**8600 HANGAR BLVD, ORLANDO, FL 32827-5430 (ORANGE COUNTY)**<br>Title Number:<br>**0113603456**<br>State Titled In: **FL**<br>Original Title Date: **12/12/2013**<br>Title Transfer Date: **12/12/2013**<br><br>**Lien Holders**<br>**BANK OF NEW YORK**<br><br>**Lessors**<br>None Found | **Registrant**<br>**PV HOLDING CORP**<br>Registered: **12/19/2013** to **12/31/2014**<br><br>**Addresses Registered to While owned by PV HOLDING CORP**<br>**8600 HANGAR BLVD, ORLANDO, FL 32827-5430 (ORANGE COUNTY) (12/19/2013)**<br><br>**Vehicle Tag History**<br>License Plate: **FL CIIZ12** Valid from: **(12/19/2013 to 12/31/2014)** |

Subject 3 of 9 :
**2014 FORD ECONOLINE (Florida)**

**2014 FORD** -Series: **E350 SUPER DUTY WAGON** -Model: **ECONOLINE**
VIN: **1FBNE3BL1EDA25896**
Body Style: **FULL-SIZE** -Vehicle Type: **8**
Weight: **6028** lbs -Length: **216.7"**
Color: **Unknown**

Most Current Tag #: **FL NTQC48** Valid from: **(03/13/2020)**

Doors: **3**
MSRP: **$33,560**
Plant: **AVON LAKE, OHIO**
Restraint Type: **DUAL FRONT AIRBAGS WITH PASSENGER AIRBAG DEACTIVATION SWITCH**
Gross Vehicle Weight Range: **8501-9000**
Gross Vehicle Weight Rating: **8800**
Height: **83.4**
Width: **95.7**
Wheel Base: **138**
Wheel Dimensions: **16.0 X 7.0**
Max Payload: **2810**
Drive Type: **RWD**
Fuel: **FLEX FUEL 33 Gallon**
Engine: **5.4L V8 NATURALLY ASPIRATED**
Transmission: **4 Speed AUTOMATIC**

**Most CurrentOwner/Registrant/Lien Information- 03/13/2020 to 12/31/2021**

| | |
|---|---|
| **Title Holders**<br>**POSITIVE HEALTH ALLIANCE INC**<br>**730 W HALLANDALE BEACH BLVD STE 109, HALLANDALE BEACH, FL 33009-5300 (BROWARD COUNTY)**<br>Title Number:<br>**0118967842**<br>State Titled In: **FL**<br>Original Title Date: **03/13/2020**<br>Title Transfer Date: **03/13/2020**<br><br>**Lien Holders**<br>None Found<br><br>**Lessors**<br>None Found | **Registrant**<br>**POSITIVE HEALTH ALLIANCE INC**<br>Registered: **03/13/2020** to **12/31/2021**<br><br>**Addresses Registered to While owned by POSITIVE HEALTH ALLIANCE INC**<br>**730 W HALLANDALE BEACH BLVD STE 109, HALLANDALE BEACH, FL 33009-5300 (BROWARD COUNTY) (03/13/2020)**<br><br>**Vehicle Tag History**<br>License Plate: **FL NTQC48** Valid from: **(03/13/2020)** |

**PreviousOwner/Registrant/Lien Information- 05/04/2015 to 12/31/2020**

| | |
|---|---|
| **Title Holders**<br>**THE RECOVERY TEAM INC**<br>**450 NORTHLAKE BLVD STE 11, NORTH PALM BEACH, FL 33408-5415 (PALM BEACH COUNTY)**<br>Title Number:<br>**0118967842**<br>State Titled In: **FL**<br>Original Title Date: **05/27/2015**<br>Title Transfer Date: **05/27/2015** | **Registrant**<br>**THE RECOVERY TEAM INC**<br>Registered: **05/04/2015** to **12/31/2020**<br><br>**Addresses Registered to While owned by THE RECOVERY TEAM INC**<br>**3951 N HAVERHILL RD STE 120, WEST PALM BEACH, FL 33417-8341 (PALM BEACH COUNTY) (12/11/2019)**<br>**450 NORTHLAKE BLVD STE 11, NORTH PALM BEACH, FL 33408-5415 (PALM BEACH COUNTY) (05/04/2015 to 03/29/2018)** |

| | |
|---|---|
| **Lien Holders**<br>ALLY BANK<br><br>**Lessors**<br>None Found<br>**Title Holders**<br>THE RECOVERY TEAM INC<br>450 NORTHLAKE BLVD STE 11, NORTH PALM BEACH, FL 33408-5415 (PALM BEACH COUNTY)<br>                              Title Number: **0118719855**<br>          State Titled In: **FL**<br>          Original Title Date: **05/04/2015**<br>          Title Transfer Date: **05/04/2015**<br><br>**Lien Holders**<br>ALLY BANK<br><br>**Lessors**<br>None Found | **Vehicle Tag History**<br>          License Plate: **FL ECTP06** Valid from: **(05/04/2015 to 12/31/2020)** |

Subject 4 of 9 :
**2016 FORD TRANSIT (Florida)**

**2016 FORD** -Series: **T-350**  -Model: **TRANSIT**
VIN: **1FBAX2CG9GKA67235**
Body Style: **FULL-SIZE** -Vehicle Type: **8**
Weight: **6134** lbs -Length: **237.6"**
Color: **Unknown**
Most Current Tag #: **FL NTQA27** Valid from: **(02/24/2020 to 12/31/2020)**

Doors: **3**
MSRP: **$38,285**
Plant: **KANSAS CITY, MISSOURI**
Restraint Type: **DUAL FRONT AND SIDE IMPACT AIRBAGS WITH ALL-ROW SIDE CURTAIN AIRBAGS.**
Gross Vehicle Weight Range: **9001-10000**
Gross Vehicle Weight Rating: **9000**
Height: **99.2**
Width: **97.4**
Wheel Base: **147.6**
Wheel Dimensions: **16.0 X 7.0**
Max Payload: **2800**
Drive Type: **RWD**
Fuel: **GAS 26 Gallon**
Engine: **3.5L V6 TWIN TURBO**
Transmission: **6 Speed AUTOMATIC**

**Most Current Owner/Registrant/Lien Information- 02/24/2020 to 12/31/2020**

| | |
|---|---|
| **Title Holders**<br>POSITIVE HEALTH ALLIANCE INC<br>730 W HALLANDALE BEACH BLVD STE 109, HALLANDALE BEACH, FL 33009-5300 (BROWARD COUNTY)<br>                              Title Number: **0126199442**<br>          State Titled In: **FL**<br>          Original Title Date: **02/24/2020**<br>          Title Transfer Date: **02/24/2020**<br><br>**Lien Holders**<br>None Found<br><br>**Lessors**<br>None Found | **Registrant**<br>POSITIVE HEALTH ALLIANCE INC<br>          Registered: **02/24/2020** to **12/31/2020**<br><br>**Addresses Registered to While owned by POSITIVE HEALTH ALLIANCE INC**<br>730 W HALLANDALE BEACH BLVD STE 109, HALLANDALE BEACH, FL 33009-5300 (BROWARD COUNTY) (02/24/2020)<br><br>**Vehicle Tag History**<br>          License Plate: **FL NTQA27** Valid from: **(02/24/2020 to 12/31/2020)** |

**Previous Owner/Registrant/Lien Information- 02/07/2017 to 12/31/2019**

| | |
|---|---|
| **Title Holders**<br>PALM HEALTHCARE CO INC<br>1177 GEORGE BUSH BLVD STE 400, DELRAY BEACH, FL 33483-7239 (PALM BEACH COUNTY)<br>                              Title Number: **0126199442**<br>          State Titled In: **FL**<br>          Original Title Date: **02/23/2017**<br>          Title Transfer Date: **02/23/2017**<br><br>**Lien Holders**<br>FORD MOTOR CREDIT<br><br>**Lessors**<br>None Found<br>**Title Holders**<br>PALM HEALTHCARE CO INC | **Registrant**<br>PALM HEALTHCARE CO INC<br>          Registered: **02/07/2017** to **12/31/2019**<br><br>**Addresses Registered to While owned by PALM HEALTHCARE CO INC**<br>1177 GEORGE BUSH BLVD STE 400, DELRAY BEACH, FL 33483-7239 (PALM BEACH COUNTY) (02/07/2017 to 12/23/2019)<br><br>**Vehicle Tag History**<br>          License Plate: **FL HWQV47** Valid from: **(12/08/2017 to 12/31/2019)** |

1177 GEORGE BUSH BLVD STE 400, DELRAY BEACH, FL 33483-7239 (PALM BEACH COUNTY)
Title Number: **0126199442**
State Titled In: **FL**
Original Title Date: **02/07/2017**
Title Transfer Date: **02/07/2017**

**Lien Holders**
FORD MOTOR CREDIT

**Lessors**
None Found

---

Subject 5 of 9 :
**2017 KIA SEDONA (Florida)**

**2017 KIA** -Series: **LX** -Model: **SEDONA**
VIN: **KNDMB5C14H6320136**
Body Style: **MINI-VAN** -Vehicle Type: **8**
Weight: **4411** lbs -Length: **201.4"**
Color: **Unknown**
Most Current Tag #: **FL NXPD81** Valid from: **(04/29/2020 to 06/30/2021)**

Doors: **4**
MSRP: **$28,900**
Plant: **SOHARI, SOUTH KOREA**
Restraint Type: **DRIVER AND PASSENGER FRONT AND SIDE AIRBAGS, PASSENGER SENSING DEACTIVATION, SIDE CURTAIN AIRBAGS FOR ALL ROWS AND SIDE CURTAIN AIRBAG ROLLOVER SENSOR.**
Gross Vehicle Weight Range: **6001-7000**
Gross Vehicle Weight Rating: **6085**
Height: **68.5**
Width: **89.3**
Wheel Base: **120.5**
Wheel Dimensions: **17.0 X 6.5**
Max Payload: **1642**
Drive Type: **FWD**
Fuel: **GAS 21.1 Gallon**
Engine: **3.3L V6 NATURALLY ASPIRATED**
Transmission: **6 Speed AUTOMATIC**

**Most CurrentOwner/Registrant/Lien Information- 04/29/2020 to 06/30/2021**

| Title Holders<br>**POSITIVE HEALTH ALLIANCE INC**<br>730 W HALLANDALE BEACH BLVD, HALLANDALE BEACH, FL 33009-5328 (BROWARD COUNTY)<br>Title Number: **0138368810**<br>State Titled In: **FL**<br>Original Title Date: **04/29/2020**<br>Title Transfer Date: **04/29/2020**<br><br>**Lien Holders**<br>None Found<br><br>**Lessors**<br>None Found | **Registrant**<br>**POSITIVE HEALTH ALLIANCE INC**<br>Registered: **04/29/2020** to **06/30/2021**<br><br>**Addresses Registered to While owned by POSITIVE HEALTH ALLIANCE INC**<br>730 W HALLANDALE BEACH BLVD, HALLANDALE BEACH, FL 33009-5328 (BROWARD COUNTY) (04/29/2020)<br><br>**Vehicle Tag History**<br>License Plate: **FL NXPD81** Valid from: **(04/29/2020 to 06/30/2021)** |

---

Subject 6 of 9 :
**2019 KIA SEDONA (Florida)**

**2019 KIA** -Series: **L** -Model: **SEDONA**
VIN: **KNDMA5C14K6534764**
Body Style: **MINI-VAN** -Vehicle Type: **8**
Weight: **4414** lbs -Length: **201.4"**
Color: **Unknown**
Most Current Tag #: **FL NVHB20** Valid from: **(05/07/2020 to 06/30/2021)**

Doors: **4**
MSRP: **$27,200**
Plant: **SOHARI, SOUTH KOREA**
Restraint Type: **DRIVER AND PASSENGER FRONT AND SIDE AIRBAGS, PASSENGER SENSING DEACTIVATION, SIDE CURTAIN AIRBAGS FOR ALL ROWS AND SIDE CURTAIN AIRBAG ROLLOVER SENSOR.**
Gross Vehicle Weight Range: **6001-7000**
Gross Vehicle Weight Rating: **6085**
Height: **68.5**
Width: **89.3**
Wheel Base: **120.5**
Wheel Dimensions: **17.0 X 7.0**
Max Payload: **1674**
Drive Type: **FWD**
Fuel: **GAS 21.1 Gallon**
Engine: **3.3L V6 NATURALLY ASPIRATED**
Transmission: **8 Speed AUTOMATIC**

**Most CurrentOwner/Registrant/Lien Information- 05/07/2020 to 06/30/2021**

| | |
|---|---|
| **Title Holders**<br>**POSITIVE HEALTH ALLIANCE INC**<br>730 W HALLANDALE BEACH BLVD STE 109, HALLANDALE BEACH, FL 33009-5300 (BROWARD COUNTY)<br>Title Number: **0134466425**<br>State Titled In: **FL**<br>Original Title Date: **05/07/2020**<br>Title Transfer Date: **05/07/2020**<br><br>**Lien Holders**<br>None Found<br><br>**Lessors**<br>None Found | **Registrant**<br>**POSITIVE HEALTH ALLIANCE INC**<br>Registered: **05/07/2020** to **06/30/2021**<br><br>**Addresses Registered to While owned by POSITIVE HEALTH ALLIANCE INC**<br>730 W HALLANDALE BEACH BLVD STE 109, HALLANDALE BEACH, FL 33009-5300 (BROWARD COUNTY) (05/07/2020)<br><br>**Vehicle Tag History**<br>License Plate: **FL NVHB20** Valid from: **(05/07/2020 to 06/30/2021)** |

**PreviousOwner/Registrant/Lien Information**

| | |
|---|---|
| **Title Holders**<br>Title Number: **0134466425**<br>State Titled In: **FL**<br>Original Title Date: **03/25/2020**<br>Title Transfer Date: **03/25/2020**<br><br>**Lien Holders**<br>None Found<br><br>**Lessors**<br>**REGIONAL ACCEPTANCE**<br>PO BOX 277760, SACRAMENTO, CA 95827-7760 (SACRAMENTO COUNTY) | **Registrant**<br>**None Found** |

**PreviousOwner/Registrant/Lien Information- 04/08/2019 to 03/04/2020**

| | |
|---|---|
| **Title Holders**<br>**MICHAEL ERNEST BOLLINGER**<br>6531 CALYPSO DR, ORLANDO, FL 32809-4934 (ORANGE COUNTY)<br>DOB: **03/1947**, Born **73** years ago<br>**DEBRA BOLLINGER**<br>6531 CALYPSO DR, ORLANDO, FL 32809-4934 (ORANGE COUNTY)<br>DOB: **10/1954**, Born **65** years ago<br>Title Number: **0134466425**<br>State Titled In: **FL**<br>Original Title Date: **05/03/2019**<br>Title Transfer Date: **05/03/2019**<br><br>**Lien Holders**<br>**REGIONAL ACCEPTANCE**<br><br>**Lessors**<br>None Found<br>**Title Holders**<br>**DEBRA BOLLINGER**<br>6531 CALYPSO DR, ORLANDO, FL 32809-4934 (ORANGE COUNTY)<br>**MICHAEL ERNEST BOLLINGER**<br>6531 CALYPSO DR, ORLANDO, FL 32809-4934 (ORANGE COUNTY)<br>Title Number: **0134466425**<br>State Titled In: **FL**<br>Original Title Date: **04/08/2019**<br>Title Transfer Date: **04/08/2019**<br><br>**Lien Holders**<br>**REGIONAL ACCEPTANCE**<br><br>**Lessors**<br>None Found | **Registrant**<br>**MICHAEL ERNEST BOLLINGER**<br>Registered: **04/08/2019** to **03/04/2020**<br>DOB: **03/1947**, Born **73** years ago<br><br>**Addresses Registered to While owned by MICHAEL ERNEST BOLLINGER**<br>6531 CALYPSO DR, ORLANDO, FL 32809-4934 (ORANGE COUNTY) (04/08/2019 to 05/03/2019)<br>**Registrant**<br>**DEBRA BOLLINGER**<br>Registered: **04/08/2019** to **03/04/2020**<br>DOB: **10/1954**, Born **65** years ago<br><br>**Addresses Registered to While owned by DEBRA BOLLINGER**<br>6531 CALYPSO DR, ORLANDO, FL 32809-4934 (ORANGE COUNTY) (04/08/2019 to 05/03/2019)<br><br>**Vehicle Tag History**<br>License Plate: **FL Z5TWM** Valid from: **(05/03/2019)** |

Subject 7 of 9 :
**2019 KIA SEDONA (Florida)**

**2019 KIA** -Series: **LX**  -Model: **SEDONA**
VIN: **KNDMB5C11K6503081**
Body Style: **MINI-VAN** -Vehicle Type: **8**
Weight: **4443** lbs -Length: **201.4"**
Color: **Unknown**
Most Current Tag #: **FL NTGZ32** Valid from: **(04/14/2020 to 06/30/2021)**

Doors: **4**
MSRP: **$30,000**
Plant: **SOHARI, SOUTH KOREA**
Restraint Type: **DRIVER AND PASSENGER FRONT AND SIDE AIRBAGS, PASSENGER SENSING DEACTIVATION, SIDE CURTAIN AIRBAGS FOR ALL ROWS AND SIDE CURTAIN AIRBAG ROLLOVER SENSOR.**
Gross Vehicle Weight Range: **6001-7000**
Gross Vehicle Weight Rating: **6085**
Height: **68.5 - 69.1**
Width: **89.3**
Wheel Base: **120.5**
Wheel Dimensions: **17.0 X 7.0**
Max Payload: **1582 - 1642**
Drive Type: **FWD**
Fuel: **GAS 21.1 Gallon**
Engine: **3.3L V6 NATURALLY ASPIRATED**
Transmission: **8 Speed AUTOMATIC**

**Most Current Owner/Registrant/Lien Information- 04/14/2020 to 06/30/2021**

| Title Holders / Lien Holders / Lessors | Registrant |
|---|---|
| **Title Holders**<br>**POSITIVE HEALTH ALLIANCE INC**<br>**730 W HALLANDALE BEACH BLVD STE 109, HALLANDALE BEACH, FL 33009-5300 (BROWARD COUNTY)**<br>Title Number: **0133653778**<br>State Titled In: **FL**<br>Original Title Date: **05/08/2020**<br>Title Transfer Date: **05/08/2020**<br><br>**Lien Holders**<br>None Found<br><br>**Lessors**<br>None Found<br><br>**Title Holders**<br>**POSITIVE HEALTH ALLIANCE INC**<br>**730 W HALLANDALE BEACH BLVD STE 109, HALLANDALE BEACH, FL 33009-5300 (BROWARD COUNTY)**<br>Title Number: **0133653778**<br>State Titled In: **FL**<br>Original Title Date: **04/14/2020**<br>Title Transfer Date: **04/14/2020**<br><br>**Lien Holders**<br>None Found<br><br>**Lessors**<br>None Found | **Registrant**<br>**POSITIVE HEALTH ALLIANCE INC**<br>Registered: **04/14/2020** to **06/30/2021**<br><br>**Addresses Registered to While owned by POSITIVE HEALTH ALLIANCE INC**<br>**730 W HALLANDALE BEACH BLVD STE 109, HALLANDALE BEACH, FL 33009-5300 (BROWARD COUNTY) (04/14/2020 to 05/08/2020)**<br><br>**Vehicle Tag History**<br>License Plate: **FL NTGZ32** Valid from: **(04/14/2020 to 06/30/2021)** |

**Previous Owner/Registrant/Lien Information- 11/10/2019 to 08/23/2020**

| Title Holders / Lien Holders / Lessors | Registrant |
|---|---|
| **Title Holders**<br>**DOUGLAS JAMES MARCELLO**<br>**19945 HIBISCUS DR, JUPITER, FL 33469-2189 (PALM BEACH COUNTY)**<br>**TRACY CHRISTINE MARCELLO**<br>**19945 HIBISCUS DR, JUPITER, FL 33469-2189 (PALM BEACH COUNTY)**<br>Title Number: **0133653778**<br>State Titled In: **FL**<br>Original Title Date: **11/10/2019**<br>Title Transfer Date: **11/10/2019**<br><br>**Lien Holders**<br>**CARMAX**<br><br>**Lessors**<br>None Found | **Registrant**<br>**DOUGLAS JAMES MARCELLO**<br>Registered: **11/10/2019** to **08/23/2020**<br><br>**Addresses Registered to While owned by DOUGLAS JAMES MARCELLO**<br>**19945 HIBISCUS DR, JUPITER, FL 33469-2189 (PALM BEACH COUNTY) (11/10/2019)**<br>**Registrant**<br>**TRACY CHRISTINE MARCELLO**<br>Registered: **11/10/2019** to **08/23/2020**<br><br>**Addresses Registered to While owned by TRACY CHRISTINE MARCELLO**<br>**19945 HIBISCUS DR, JUPITER, FL 33469-2189 (PALM BEACH COUNTY) (11/10/2019)**<br><br>**Vehicle Tag History**<br>License Plate: **FL HCAY47** Valid from: **(11/10/2019)** |

**Previous Owner/Registrant/Lien Information- 01/23/2019 to 06/30/2020**

| Title Holders | Registrant |
|---|---|
| **Title Holders**<br>**SIXT RENT A CAR** | **Registrant**<br>**SIXT RENT A CAR** |

| | |
|---|---|
| 1501 NW 49TH ST STE 100, FORT LAUDERDALE, FL 33309-3723 (BROWARD COUNTY)<br>　　　　　　　　　　　　　　　　Title Number:<br>**0133653778**<br>　　　　State Titled In: **FL**<br>　　　　Original Title Date: **01/23/2019**<br>　　　　Title Transfer Date: **01/23/2019**<br><br>**Lien Holders**<br>None Found<br><br>**Lessors**<br>None Found | Registered: **01/23/2019** to **06/30/2020**<br><br>**Addresses Registered to While owned by SIXT RENT A CAR**<br>**1501 NW 49TH ST STE 100, FORT LAUDERDALE, FL 33309-3723 (BROWARD COUNTY) (01/23/2019 to 05/17/2019)**<br><br>**Vehicle Tag History**<br>　　　　License Plate: **FL JBJB99** Valid from: **(05/17/2019 to 06/30/2020)** |

Subject 8 of 9 :
**2019 KIA SEDONA (Florida, Oklahoma)**

**2019 KIA** -Series: **LX**  -Model: **SEDONA**
VIN: **KNDMB5C12K6494181**
Body Style: **MINI-VAN** -Vehicle Type: **8**
Weight: **4443** lbs -Length: **201.4"**
Color: **Unknown**

Most Current Tag #: **FL PCCH88** Valid from: **(04/21/2020 to 06/30/2021)**

Doors: **4**
MSRP: **$30,000**
Plant: **SOHARI, SOUTH KOREA**
Restraint Type: **DRIVER AND PASSENGER FRONT AND SIDE AIRBAGS, PASSENGER SENSING DEACTIVATION, SIDE CURTAIN AIRBAGS FOR ALL ROWS AND SIDE CURTAIN AIRBAG ROLLOVER SENSOR.**
Gross Vehicle Weight Range: **6001-7000**
Gross Vehicle Weight Rating: **6085**
Height: **68.5 - 69.1**
Width: **89.3**
Wheel Base: **120.5**
Wheel Dimensions: **17.0 X 7.0**
Max Payload: **1582 - 1642**
Drive Type: **FWD**
Fuel:**GAS 21.1 Gallon**
Engine:**3.3L V6 NATURALLY ASPIRATED**
Transmission: **8 Speed AUTOMATIC**

**Most CurrentOwner/Registrant/Lien Information- 04/21/2020 to 06/30/2021**

| | |
|---|---|
| **Title Holders**<br>**POSITIVE HEALTH ALLIANCE INC**<br>**730 W HALLANDALE BEACH BLVD, HALLANDALE BEACH, FL 33009-5328 (BROWARD COUNTY)**<br>　　　　　　　　　　　　　　　　Title Number:<br>**0133048517**<br>　　　　State Titled In: **FL**<br>　　　　Original Title Date: **04/21/2020**<br>　　　　Title Transfer Date: **04/21/2020**<br><br>**Lien Holders**<br>None Found<br><br>**Lessors**<br>None Found | **Registrant**<br>**POSITIVE HEALTH ALLIANCE INC**<br>　　　　Registered: **04/21/2020** to **06/30/2021**<br><br>**Addresses Registered to While owned by POSITIVE HEALTH ALLIANCE INC**<br>**730 W HALLANDALE BEACH BLVD, HALLANDALE BEACH, FL 33009-5328 (BROWARD COUNTY) (04/21/2020)**<br><br>**Vehicle Tag History**<br>　　　　License Plate: **FL PCCH88** Valid from: **(04/21/2020 to 06/30/2021)** |

**PreviousOwner/Registrant/Lien Information**

| | |
|---|---|
| **Title Holders**<br>**ENTERPRISE RENT A CAR**<br>**14002 E 21ST ST STE 1500, TULSA, OK 74134-1424 (TULSA COUNTY)**<br>　　　　　　　　　　　　　　　　Title Number:<br>**0133048517**<br>　　　　State Titled In: **FL**<br>　　　　Original Title Date: **08/01/2019**<br>　　　　Title Transfer Date: **08/01/2019**<br><br>**Lien Holders**<br>None Found<br><br>**Lessors**<br>None Found | **Registrant**<br>**ENTERPRISE RENT A CAR**<br><br>**Addresses Registered to While owned by ENTERPRISE RENT A CAR**<br>**14002 E 21ST ST STE 1500, TULSA, OK 74134-1424 (TULSA COUNTY)**<br><br>**Vehicle Tag History**<br>　　　　License Plate: **FL LKVY80** Valid from: **(06/30/2020)** |

**PreviousOwner/Registrant/Lien Information- 11/28/2018 to 06/30/2020**

| | |
|---|---|
| **Title Holders**<br>**HERTZ**<br>**5400 BUTLER NATIONAL DR, ORLANDO, FL 32812-3024** | **Registrant**<br>**HERTZ**<br>　　　　Registered: **11/28/2018** to **06/30/2020** |

(ORANGE COUNTY)
**0133048517**
Title Number:
State Titled In: **FL**
Original Title Date: **11/28/2018**
Title Transfer Date: **11/28/2018**

**Lien Holders**
BANK OF NEW YORK

**Lessors**
None Found

**Addresses Registered to While owned by HERTZ**
PO BOX 24130, OKLAHOMA CITY, OK 73124-0130 (OKLAHOMA COUNTY) (11/28/2018 to 05/30/2019)

**Vehicle Tag History**
License Plate: **FL KBYN49** Valid from: (03/25/2019 to 06/30/2020)

---

Subject 9 of 9 :
**2017 KIA SEDONA (Florida, Oklahoma)**

**2017 KIA** -Series: **LX** -Model: **SEDONA**
VIN: **KNDMB5C10H6266866**
Body Style: **MINI-VAN** -Vehicle Type: **8**
Weight: **4411** lbs -Length: **201.4"**
Color: **Unknown**

Most Current Tag #: **FL PCCD77** Valid from: **(06/02/2020 to 06/30/2021)**

Doors: **4**
MSRP: **$28,900**
Plant: **SOHARI, SOUTH KOREA**
Restraint Type: **DRIVER AND PASSENGER FRONT AND SIDE AIRBAGS, PASSENGER SENSING DEACTIVATION, SIDE CURTAIN AIRBAGS FOR ALL ROWS AND SIDE CURTAIN AIRBAG ROLLOVER SENSOR.**
Gross Vehicle Weight Range: **6001-7000**
Gross Vehicle Weight Rating: **6085**
Height: **68.5**
Width: **89.3**
Wheel Base: **120.5**
Wheel Dimensions: **17.0 X 6.5**
Max Payload: **1642**
Drive Type: **FWD**
Fuel: **GAS 21.1 Gallon**
Engine: **3.3L V6 NATURALLY ASPIRATED**
Transmission: **6 Speed AUTOMATIC**

**Most Current Owner/Registrant/Lien Information- 06/02/2020 to 06/30/2021**

**Title Holders**
POSITIVE HEALTH ALLIANCE INC
730 W HALLANDALE BEACH BLVD STE 109, HALLANDALE BEACH, FL 33009-5300 (BROWARD COUNTY)
Title Number: **0124949209**
State Titled In: **FL**
Original Title Date: **06/02/2020**
Title Transfer Date: **06/02/2020**

**Lien Holders**
None Found

**Lessors**
None Found

**Registrant**
POSITIVE HEALTH ALLIANCE INC
Registered: **06/02/2020** to **06/30/2021**

**Addresses Registered to While owned by POSITIVE HEALTH ALLIANCE INC**
730 W HALLANDALE BEACH BLVD STE 109, HALLANDALE BEACH, FL 33009-5300 (BROWARD COUNTY) (06/02/2020)

**Vehicle Tag History**
License Plate: **FL PCCD77** Valid from: **(06/02/2020 to 06/30/2021)**

**Previous Owner/Registrant/Lien Information- 07/29/2017 to 04/14/2021**

**Title Holders**
ZHIKANG CHEN
15931 LISBON CT, WELLINGTON, FL 33414-1075 (PALM BEACH COUNTY)
DOB: **04/1960**, Born **60** years ago
Title Number: **0124949209**
State Titled In: **FL**
Original Title Date: **08/25/2017**
Title Transfer Date: **08/25/2017**

**Lien Holders**
None Found

**Lessors**
None Found

**Title Holders**
ZHIKANG CHEN
15931 LISBON CT, WELLINGTON, FL 33414-1075 (PALM BEACH COUNTY)
Title Number: **0124949209**
State Titled In: **FL**
Original Title Date: **07/29/2017**

**Registrant**
ZHIKANG CHEN
Registered: **07/29/2017** to **04/14/2021**
DOB: **04/1960**, Born **60** years ago

**Addresses Registered to While owned by ZHIKANG CHEN**
15931 LISBON CT, WELLINGTON, FL 33414-1075 (PALM BEACH COUNTY) (07/29/2017 to 02/27/2019)

**Vehicle Tag History**
License Plate: **FL Y69VYV** Valid from: **(02/27/2019 to 04/14/2021)**

|  |  |
|---|---|
| Title Transfer Date: **07/29/2017**<br><br>**Lien Holders**<br>None Found<br><br>**Lessors**<br>None Found |  |

**PreviousOwner/Registrant/Lien Information- 10/14/2016 to 06/30/2018**

| | |
|---|---|
| **Title Holders**<br>**HERTZ**<br>**5400 BUTLER NATIONAL DR, ORLANDO, FL 32812-3024 (ORANGE COUNTY)**<br>Title Number: **0124949209**<br>State Titled In: **FL**<br>Original Title Date: **10/13/2016**<br>Title Transfer Date: **10/13/2016**<br><br>**Lien Holders**<br>**BANK OF NEW YORK**<br><br>**Lessors**<br>None Found | **Registrant**<br>**HERTZ**<br>Registered: **10/14/2016** to **06/30/2018**<br><br>**Addresses Registered to While owned by HERTZ**<br>**PO BOX 24130, OKLAHOMA CITY, OK 73124-0130 (OKLAHOMA COUNTY) (10/14/2016 to 05/05/2017)**<br><br>**Vehicle Tag History**<br>License Plate: **FL AFTD46** Valid from: **(10/14/2016 to 06/30/2018)** |

FOR LICENSED INVESTIGATOR PURPOSES ONLY

PGQF36 FL-Vehicles-Search-20201029-113

**1 Result Found** for vehicles with License Plate **PGQF36** from **FL** in the United States.:

**2019 CHEVROLET EXPRESS G3500 (Florida)**

**2019 CHEVROLET** -Series: **LT** -Model: **EXPRESS G3500**
VIN: **1GAZGPFP0K1141561**
Body Style: **LWB~WAGON 3 Door** -Vehicle Type: **Truck**
Weight: **6408** lbs -Length: **244.1"**
Color: **White**

Most Current Tag #: **FL PGQF36** Valid from: **(07/15/2020 to 12/31/2020)**

Doors: **3**
MSRP: **$39,200**
Plant: **WENTZVILLE, MISSOURI**
Restraint Type: **DRIVER AND FRONT PASSENGER FRONT AND SIDE AIRBAGS WITH PASSENGER AIRBAG DEACTIVATION SWITCH, AND FRONT, REAR, AND THIRD ROW SIDE CURTAIN AIRBAGS.**
Gross Vehicle Weight Range: **9001-10000**
Gross Vehicle Weight Rating: **9600**
Height: **84.1**
Width: **79.2**
Wheel Base: **155**
Wheel Dimensions: **16.0 X 6.5**
Max Payload: **3164**
Drive Type: **RWD**
Fuel: **GAS 31 Gallon**
Engine: **4.3L V6 NATURALLY ASPIRATED**
Transmission: **8 Speed AUTOMATIC**



**Most Current Owner/Registrant/Lien Information- 06/18/2020 to 12/31/2020**

| Title Holders | Registrant |
|---|---|
| **POSITIVE HEALTH ALLIANCE**<br>730 W HALLANDALE BEACH BLVD, HALLANDALE BEACH, FL 33009-5328 (BROWARD COUNTY)<br><br>Title Number: **0132630267**<br>State Titled In: **FL**<br>Original Title Date: **07/15/2020**<br>Title Transfer Date: **07/15/2020**<br><br>**Lien Holders**<br>None Found<br><br>**Lessors**<br>None Found<br><br>**Title Holders**<br>**POSITIVE HEALTH ALLIANCE INC.**<br>730 W HALLANDALE BEACH BLVD, HALLANDALE BEACH, FL 33009-5328 (BROWARD COUNTY)<br><br>Title Number: **0132630267**<br>State Titled In: **FL**<br>Original Title Date: **10/18/2018**<br>Title Transfer Date: **06/19/2020**<br><br>**Lien Holders**<br>None Found<br><br>**Lessors**<br>None Found | **POSITIVE HEALTH ALLIANCE**<br>Registered: **06/18/2020** to **12/31/2020**<br><br>**Addresses Registered to While owned by POSITIVE HEALTH ALLIANCE**<br>730 W HALLANDALE BEACH BLVD, HALLANDALE BEACH, FL 33009-5328 (BROWARD COUNTY) (07/15/2020)<br><br>**Vehicle Tag History**<br>License Plate: **FL PGQF36** Valid from: **(07/15/2020 to 12/31/2020)**<br>Previous License Plate: **FL EVNK37** |

**Previous Owner/Registrant/Lien Information- 10/18/2018 to 12/31/2020**

| Title Holders | Registrant |
|---|---|
| Title Number: **0132630267**<br>State Titled In: **FL**<br>Original Title Date: **10/18/2018**<br>Title Transfer Date: **10/18/2018**<br><br>**Lien Holders**<br>BANK OF NEW YORK | **PV HOLDING**<br>Registered: **10/18/2018** to **12/31/2020**<br><br>**Addresses Registered to While owned by PV HOLDING**<br>8600 HANGAR BLVD, ORLANDO, FL 32827-5430 (ORANGE COUNTY) (10/18/2018 to 09/30/2019) |

FOR LICENSED INVESTIGATOR PURPOSES ONLY        PGQF36 FL-Vehicles-Search-20201029-1 13

| | |
|---|---|
| **THE BNY MELLON TRUST CO.**<br>**300 CENTRE POINTE DR, VIRGINIA BEACH, VA 23462-4415 (VIRGINIA BEACH CITY COUNTY)**<br><br>**Lessors**<br>**PV HOLDING CORP.**<br>**8600 HANGAR BLVD, ORLANDO, FL 32827-5430 (ORANGE COUNTY)** | <u>**Vehicle Tag History**</u><br>License Plate: **FL EVNK37** Valid from: **(10/18/2018 to 12/31/2020)** |