# EXHIBIT 36

HIV & STD Testing & Treatment CALL PHA TODAY! **(888) 752-2267**





# Locations

**Locations**     **On Map**

| | | |
|---|---|---|
| **Positive Health Alliance - Fort Myers, FL,** | 3677 Central Avenue, Suite B, Fort Myers, FL 33901, (239) 789-1798 | On Map |
| **Positive Health Alliance - Jacksonville Beach, FL** | 91 12th Street South, Jacksonville Beach, FL 32250 | On Map |
| **Positive Health Alliance - Hallandale, FL** | 730 W. Hallandale Beach Blvd, #109 Hallandale, FL 33009 | On Map |
| **Positive Health Alliance - Jacksonville, FL** | 720 N Ocean Street Jacksonville, Florida 32202 | On Map |
| **Positive Health Alliance - Miramar** | 6245 Miramar Parkway, #102 Miramar, Florida 33025 | On Map |
| **Positive Health Alliance - West Palm Beach (45th St), FL** | 2500 Metrocentre Boulevard W West Palm Beach, FL 33407 | On Map |
| **Positive Health Alliance - West Palm Beach (Haverhill), FL** | 3951 N Haverhill Road, #116-117 West Palm Beach, FL 33417 | On Map |
| **Positive Health Alliance - Plant City, FL** | 2005 W. Reynolds Street, Plant City, FL 33563 | On Map |
| **Positive Health Alliance - Tallahassee, FL** | 2121 W Pensacola Street, Suite B2, Tallahassee, FL 32304 | On Map |
| **Positive Health Alliance - Sunrise, FL** | Coming soon! | On Map |
| **Positive Health Alliance - Orlando, FL** | Coming soon! | On Map |
| **Positive Health Alliance - Atlanta, GA** | Coming soon! | On Map |



HIV & STD Testing & Treatment CALL PHA TODAY! **(888) 752-2267**



Careers

© 2020 Positive Health Alliance. All Rights Reserved.



