# EXHIBIT 37

# 2020 FLORIDA PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# P15000027293

**Entity Name:** ALLIANCE MEDICAL CENTER,INC.

**FILED**
**May 13, 2020**
**Secretary of State**
**0081616601CC**

**Current Principal Place of Business:**

6245 MIRAMAR PKWY
SUITE 101
MIRAMAR, FL 33023

**Current Mailing Address:**

6245 MIRAMAR PKWY
SUITE 102
MIRAMAR, FL 33023 US

**FEI Number:** 37-1781256

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

POITEVIEN, MICHAEL
6245 MIRAMAR PKWY
UNIT 2
MIRAMAR, FL 33023 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: POITEVIEN MICHAEL                                    05/13/2020
           Electronic Signature of Registered Agent              Date

**Officer/Director Detail :**

| | |
|---|---|
| Title | PRESIDENT |
| Name | ALEXANDRE, JEAN JETHRO |
| Address | 6245 MIRAMAR PKWY SUITE 102 |
| City-State-Zip: | MIRAMAR FL 33023 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: JEAN J ALEXANDRE                          PRESIDENT                 05/13/2020
           Electronic Signature of Signing Officer/Director Detail              Date