# EXHIBIT 38

# Alliance Medical Center Inc in Miramar - Clinic / Center Location, Contact

Home (//npino.com)  /  Primary Care Clinics (//npino.com/primary-clinics/)
  /  Florida (//npino.com/primary-clinics/fl/)
  /  Miramar (//npino.com/primary-clinics/fl/miramar/)

Alliance Medical Center Inc - NPI 1700270139

**Alliance Medical Center Inc** (ALLIANCE MEDICAL CENTER INC) is a Clinic / Center in **Miramar, Florida**. Primary care clinics acts as principal point of healthcare services to patients of all ages - evaluation and treatment is usually provided by general practitioners and family medicine doctors. The NPI Number for Alliance Medical Center Inc is **1700270139**.

The current location address for Alliance Medical Center Inc is **6245 Miramar Pkwy, Suite 101, Miramar, Florida** and the contact number is **954-613-4715** and fax number is 954-613-4722. The mailing address for Alliance Medical Center Inc is 6245 Miramar Pkwy, Suite 102, Miramar, Florida - 33023-3964 (mailing address contact number - 954-613-4715).


J.CREW
SOMETHING NEW For you.
Shop now

**Provider Profile Details:**

| | |
|---|---|
| **Clinic Name** | Alliance Medical Center Inc |
| **Provider Organization** | ALLIANCE MEDICAL CENTER INC |
| **Address** | 6245 Miramar Pkwy, Suite 101, Miramar<br>Florida, 33023-3964 |

| | |
|---|---|
| Phone Number | **954-613-4715** |
| Fax Number | 954-613-4722 |
| Authorized Official Name | **Dr. Jean Rodney** |
| Authorized Official Title/Position | Medical Director |
| Authorized Official Contact Number | 305-300-6278 |

### NPI Number Details:

| | |
|---|---|
| NPI Number | **1700270139** |
| Provider Enumeration Date | 03/24/2015 |
| Last Update Date | 07/28/2015 |

### Provider Business Mailing Address Details:

| | |
|---|---|
| Address | 6245 Miramar Pkwy, Suite 102 |
| City | Miramar |
| State | Florida |
| Zip | 33023-3964 |
| Phone Number | 954-613-4715 |
| Fax Number | 954-613-4722 |

### Provider's Primary Taxonomy Details:

| | |
|---|---|
| Type | Ambulatory Health Care Facilities |
| Speciality | Clinic/center |
| Taxonomy | 261Q00000X |

**Definition:**
A facility or distinct part of one used for the diagnosis and treatment of outpatients. "Clinic/Center" is irregularly defined, sometimes being limited to organizations serving specialized treatment requirements or distinct patient/client groups (e.g., radiology, poor, and public health).



**Provider's Other Legacy Identifiers:**

| Identifier | Identifier Type | Identifier State | Identifier Issuer |
|---|---|---|---|
| 268377600 | Medicaid | FL | |

SPONSORED SEARCHES 

alliance medical center miramar    medical clinic website

alliance clinic in miramar fl    medical health care

**Post Comments / Review Below**





ALSO ON **NPINO.COM**

Alere Emotional Health Llc in West Palm Beach, Florida

**Alere Emotional Health Llc in West Palm …**

5 months ago • 1 comment

Alere Emotional Health Llc is a behavioral health agency in West Palm …

R.chandra, M.d.,p.c. in Pittsburgh, Pennsylvania

**R.chandra, M.d.,p.c. in Pittsburgh, …**

3 months ago • 1 comment

R.chandra, M.d.,p.c. is a Pediatric Clinic - Pediatric Gastroenterology in …

Shrenik G Shah Md Pc in Bloomfield, New Jersey

**Shrenik G Shah Md Pc in Bloomfield, New …**

4 months ago • 1 comment

Shrenik G Shah Md Pc is a Primary Care Clinic in Bloomfield, New Jersey. …

**0 Comments** NPINo.com Disqus' Privacy Policy 1 Login

Recommend Tweet Share Sort by Best

Start the discussion…

LOG IN WITH

OR SIGN UP WITH DISQUS ?

Name

Be the first to comment.

Subscribe Add Disqus to your siteAdd DisqusAdd Do Not Sell My Data

Search Clinics

Custom Search Search

Clinic Location on Map

Watch Weekdays

Drew brings her infectious brand of humor and positivity to Daytime!

LEARN MORE

More Primary Care Clinics in Miramar, FL

**CINTEX MEDICAL CENTER LLC (//npino.com/primary-clinic/1003049529-cintex-medical-center-llc/)**
Family Medicine Clinic
**NPI Number: 1003049529 (//npino.com/primary-clinic/1003049529-cintex-medical-center-llc/)**
**Address:** 6245 Miramar Pkwy, Suite 101, Miramar, FL, 33023
**Phone:** 954-364-4393    **Fax:** 954-364-4296

**UNITED BAPTIST GROUP OF BROWARD (//npino.com/primary-clinic/1003911223-united-baptist-group-of-broward/)**
General Practice Clinic
**NPI Number: 1003911223 (//npino.com/primary-clinic/1003911223-united-baptist-group-of-broward/)**
**Address:** 14359 Miramar Pkwy, Suite 347, Miramar, FL, 33027
**Phone:** 954-478-6299    **Fax:** --

**WELLNESS MEDICAL CLINIC AND GERIATRIC CENTER INC (//npino.com/primary-clinic/1033395041-wellness-medical-clinic-and-geriatric-center-inc/)**
Primary Care Clinic
**NPI Number: 1033395041 (//npino.com/primary-clinic/1033395041-wellness-medical-clinic-and-geriatric-center-inc/)**
**Address:** 12741 Miramar Pkwy, Building 2, Suite 104, Miramar, FL, 33027
**Phone:** 954-392-9993    **Fax:** 954-392-5559

**VOHRA HEALTH SERVICES, PA, P.C. (//npino.com/primary-clinic/1033437116-vohra-health-services%2C-pa%2C-p.c./)**
Family Medicine Clinic
**NPI Number: 1033437116 (//npino.com/primary-clinic/1033437116-vohra-health-services%2C-pa%2C-p.c./)**
**Address:** 3601 Sw 160th Ave, Suite #250, Miramar, FL, 33027
**Phone:** 305-866-9951    **Fax:** 877-284-8933

**SERGIO A BELTRAN MD PA (//npino.com/primary-clinic/1043303605-sergio-a-beltran-md-pa/)**
Internal Medicine Clinic
**NPI Number: 1043303605 (//npino.com/primary-clinic/1043303605-sergio-a-beltran-md-pa/)**
**Address:** 4542 Sw 124th Ter, , Miramar, FL, 33027
**Phone:** 305-829-5653    **Fax:** --

**PEGASUS MEDICAL & REHAB CENTER INC (//npino.com/primary-clinic/1043690456-pegasus-medical-%26-rehab-center-inc/)**
Family Medicine Clinic
**NPI Number: 1043690456 (//npino.com/primary-clinic/1043690456-pegasus-medical-%26-rehab-center-inc/)**
**Address:** 7763 Miramar Pkwy, , Miramar, FL, 33023
**Phone:** 954-604-2572    **Fax:** 954-212-5918

### Primary Care Clinics

### What is a Clinic or Center?
A facility or distinct part of one used for the diagnosis and treatment of outpatients. "Clinic/Center" is irregularly defined, sometimes being limited to organizations serving specialized treatment requirements or distinct patient/client groups (e.g., primary care, radiology, poor, and public health).

### What is a Primary Care Clinic?
Primary care clinics provide day-to-day healthcare services to patients. Primary care acts as the principal point of continuous healthcare for patients and also coordinates specialist care as may be required by the patient. Primary care is usually provided by general practitioners, family medicine doctors."

**What is a NPI Number? :** The National Provider Identifier (NPI) is a unique identification number for covered health care providers. The NPI is a 10-position, intelligence-free numeric identifier (10-digit number). This means that the numbers do not carry other information about healthcare providers, such as the state in which they live or their medical specialty. The NPI must be used in lieu of legacy provider identifiers in the HIPAA standards transactions. Covered health care providers and all health plans and health care clearinghouses must use the NPIs in the administrative and financial transactions adopted under HIPAA (Health Insurance Portability and Accountability Act).

**Where NPI should be used?** : The NPI must be used in place of legacy provider identifiers, such as a Unique Provider Identification Number (UPIN), Online Survey Certification & Reporting (OSCAR) and National Supplier Clearinghouse (NSC) in HIPAA standard transactions. There are two categories of health care providers for NPI enumeration purposes. Entity Type 1 providers are individual providers who render health care (e.g., physicians, dentists, nurses). Sole proprietors and sole proprietorships are Entity Type 1 (Individual) providers. Organization health care providers (e.g., hospitals, home health agencies, ambulance companies) are considered Entity Type 2 (Organization) providers.

**Who must obtain NPI?** : All health care providers who are HIPAA-covered entities, whether they are individuals (e.g., physicians, nurses, dentists, chiropractors, physical therapists, or pharmacists) or organizations (e.g., hospitals, home health agencies, clinics, nursing homes, residential treatment centers, laboratories, ambulance companies, group practices, Health Maintenance Organizations [HMOs], suppliers of durable medical equipment, pharmacies) must obtain an NPI. The NPI will be used by HIPAA-covered entities (e.g., health plans, health care clearinghouses, and certain health care providers) to identify health care providers in HIPAA standard transactions. A covered health care provider, under HIPAA, is any health care provider who transmits health information in electronic form in connection with a transaction for which the Secretary of Health and Human Services has adopted a standard, even if the health care provider uses a business associate to do so.

All Physicians (//npino.com/lookup/)

All Dentists (//npino.com/dentists/)

Hospitals (//npino.com/hospitals/)

Pharmacies (//npino.com/pharmacies/)