# EXHIBIT 39

# 2020 FLORIDA PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# P19000058853

**Entity Name:** BAIKAL MARKETING GROUP INC

**FILED**
**Jan 16, 2020**
**Secretary of State**
**2168194751CC**

**Current Principal Place of Business:**

3029 NE 188 ST
#319
MIAMI, FL 33180--481

**Current Mailing Address:**

3029 NE 188 ST
#319
MIAMI, FL 33180--481 UN

**FEI Number:** 84-2592255

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

BAZYLENKO, ARSEN
3029 NE 188 ST
 #319
MIAMI, FL 33180-4818 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Electronic Signature of Registered Agent                                                                                        Date

**Officer/Director Detail :**

| | | | | |
|---|---|---|---|---|
| Title | P | | Title | SEC |
| Name | BAZYLENKO, ARSEN | | Name | ROZENBLYUM, TATIANA |
| Address | 3029 NE 188 ST #319 | | Address | 3029 NE 188 ST #319 |
| City-State-Zip: | MIAMI FL 33180--481 | | City-State-Zip: | MIAMI FL 33180--481 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: ARSEN BAZYLENKO                                    PRESIDENT                        01/16/2020

Electronic Signature of Signing Officer/Director Detail                                                                    Date