# EXHIBIT 40

# Provider Information for 1265065429

Search (/registry/) / Back to Results / NPI View

**Please Note:** Issuance of an NPI does not ensure or validate that the Health Care Provider is Licensed or Credentialed. For more information please refer to NPI: What You Need to Know (https://www.cms.gov/Outreach-and-Education/Medicare-Learning-Network-MLN/MLNProducts/Downloads/NPI-What-You-Need-To-Know.pdf)

BAIKAL MARKETING GROUP INC.

Organization Subpart: NO

NPI: 1265065429

Last Updated: 2020-02-17
Certification Date: 2020-02-17

## Details

| Name | Value |
| --- | --- |
| NPI | 1265065429 |
| Enumeration Date | 2020-02-17 |
| NPI Type | 2- Organization |
| Status | Active |
| Authorized Official Information | Name: DR. JEAN FRANCOIS RODNEY MD<br>Title: MEDICAL DIRECTOR<br>Phone: 561-855-4678 |

| Name | Value |
|---|---|
| Mailing Address | 2500 METROCENTRE BLVD STE 7<br>WEST PALM BEACH, FL 33407-3107<br>United States<br><br>Phone: 561-855-4678 \| Fax:<br>View Map (/registry/map-view?q=2500 METROCENTRE BLVD STE 7, WEST PALM BEACH, FL, 334073107, United States) |
| Primary Practice Address | 2500 METROCENTRE BLVD STE 7<br>WEST PALM BEACH, FL 33407-3107<br>United States<br><br>Phone: 561-855-4678 \| Fax: 561-855-4705<br>View Map (/registry/map-view?q=2500 METROCENTRE BLVD STE 7, WEST PALM BEACH, FL, 334073107, United States) |
| Health Information Exchange | <table><tr><th>Endpoint Type</th><th>Endpoint</th><th>Endpoint Description</th><th>Use</th><th>Content Type</th><th>Affiliation</th><th>Endpoint Location</th></tr></table> |
| Other Identifiers | <table><tr><th>Issuer</th><th>State</th><th>Number</th></tr></table> |
| Taxonomy | <table><tr><th>Primary Taxonomy</th><th>Selected Taxonomy</th><th>State</th><th>License Number</th></tr><tr><td>Yes</td><td>193200000X MULTI-SPECIALTY GROUP<br>207R00000X - Internal Medicine</td><td></td><td></td></tr></table> |

(http://hhs.gov)  A federal government website managed by the
U.S. Centers for Medicare & Medicaid Services (http://cms.hhs.gov)
7500 Security Boulevard, Baltimore, MD 21244