# EXHIBIT 41

**Court Case No.:** M-97-020716

** This case is not eligible to be paid online. For more information, please contact the Clerk's Office at (305) 275-1155 **

## Case Information

| | | |
|---|---|---|
| **State Case No.:** 13-1997-CO-020716-0001-XX | **Name:** BAZYLENKO, ARSEN | **Date of Birth:** 05/17/1968 |
| **Date Filed:** 04/29/1997 | **Date Closed:** 05/29/1997 | |
| **Warrant Type:** | **Warrant Amount:** $0.00 | |
| **Assessment Amount:** $0.00 | **Balance Due:** $0.00 | **Stay Due Date:** 06/30/1997 |
| **Judge:** SERAPHIN FRED | **Defense Attorney:** | |
| **File Section:** M003 | **File Location:** DESTROYED | **Box No:** |
| **ALT Section:** M003 | **ALT/Backup Judge:** SERAPHIN, FRED | |
| **Defendant in Jail:** N | **Defendant Release to:** | |
| **Bond Amount:** $0.00 | **Bond Status:** | |

## Hearing

## Charges

### Total Of Charges: 1

EXPORT TO CSV

| Seq No. | Charge | Charge Type | Disposition |
|---|---|---|---|
| 1 | PETIT LARCENY, THEFT | COUNTY ORDINANCE | WH ADJ W/FINE & COST |

## Dockets

   DISCLAIMER:  Official Records Of Criminal Cases Prior To July, 2004  May Not Be Available Online.

### Total Of Dockets: 10

EXPORT TO CSV

| View Image | Seq. No. | Date | Book/Page | Docket |
|---|---|---|---|---|
| | 12 | 07/10/1997 | | COURT FEE PAYMENT 108.00 RECEIPT # 0305620 |
| | 10 | 07/01/1997 | | REPORT RE: PAYMENT OF FINE SET FOR 07/25/1997 AT 10:15 |
| | 9 | 05/29/1997 | | ASSD FINE 0.00 COST 108.00 REST'N 0.00 PAID FINE 0.00 COST 108.00 REST'N 0.00 BAL FINE 0.00 COST 0.00 REST'N 0.00 |
| | 8 | 05/29/1997 | | CLOSING JUDGE THOMAS, TERETHA L |
| | 7 | 05/29/1997 | | AMT/ 500 DISCHARGED 05/29/1997 POWER/722139 |
| | 6 | 05/29/1997 | | STAY GRANTED - DUE 06/30/1997 |
| | 4 | 05/05/1997 | | ALTERNATE JUDGE THOMAS, TERETHA L |
| | 3 | 05/05/1997 | | ARRAIGNMENT HEARING SCHEDULED FOR 05/29/1997 AT 14:00 |
| | 2 | 04/29/1997 | | BOND RECEIVED POWER/RECEIPT #7722139 |
| | 1 | 04/27/1997 | | AMT/ 500 ISSUED 04/27/1997 POWER/722139 |

Court Case No.: B-01-043542

** This case is not eligible to be paid online. For more information, please contact the Clerk's Office at (305) 275-1155 **

## Case Information

| | | |
|---|---|---|
| State Case No.: 13-2001-MO-043542-0001-XX | Name: BAZYLENKO, ARSEN | Date of Birth: 05/17/1968 |
| Date Filed: 07/27/2001 | Date Closed: 11/21/2001 | |
| Warrant Type: | Warrant Amount: $0.00 | |
| Assessment Amount: $0.00 | Balance Due: $0.00 | Stay Due Date: |
| Judge: SERAPHIN FRED | Defense Attorney: | |
| File Section: M003 | File Location: DESTROYED | Box No: |
| ALT Section: M003 | ALT/Backup Judge: SERAPHIN, FRED | |
| Defendant in Jail: N | Defendant Release to: | |
| Bond Amount: $0.00 | Bond Status: | |

## Hearing
## Charges
### Total Of Charges: 1
EXPORT TO CSV

| Seq No. | Charge | Charge Type | Disposition |
|---|---|---|---|
| 1 | RESIST ARR W/O VIOL | MUNICIPAL ORDINANCE | WH ADJ-SUSP ENT SENT |

## Dockets
DISCLAIMER: Official Records Of Criminal Cases Prior To July, 2004 May Not Be Available Online.

### Total Of Dockets: 15
EXPORT TO CSV

| View Image | Seq. No. | Date | Book/Page | Docket |
|---|---|---|---|---|
| | 26 | 11/21/2001 | | WAIVER OF RIGHTS |
| | 25 | 11/21/2001 | | CAB AMT/ 500 DISCHARGED 11/21/2001  POWER/564903 |
| | 24 | 11/21/2001 | | CLOSING JUDGE HERNANDEZ, IVAN |
| | 21 | 10/31/2001 | | REPORT RE: SOUNDING SET FOR 11/21/2001  AT 10:00 |
| | 20 | 10/31/2001 | | TRIAL HEARING SCHEDULED FOR 11/26/2001  AT 09:30 |
| | 17 | 10/05/2001 | | CAB AMT/ 500 VACATED 10/05/2001  POWER/564903 |
| | 15 | 10/01/2001 | | MOTION TO SET ASIDE BOND ESTR AND BENCH WARRANT FILED 10/05/2001  SET FOR 10/05/2001  AT 14:24 GRANTED |
| | 14 | 09/26/2001 | | CAB AMT/ 500 ESTREATED 09/26/2001  POWER/564903 |
| | 8 | 08/07/2001 | | ALTERNATE JUDGE HERNANDEZ, IVAN |
| | 7 | 08/07/2001 | | ARRAIGNMENT HEARING SCHEDULED FOR 08/23/2001  AT 09:00 |
| | 6 | 08/07/2001 | | SECTION CHANGE/ JUDGE MILLS-FRANCIS, KAREN SECTION |
| | 5 | 08/07/2001 | | ALTERNATE JUDGE MILLS-FRANCIS, KAREN |
| | 3 | 07/27/2001 | | CONSOLIDATED WITH TRAFFIC CASE # 7351AZG,7353AZG |
| | 2 | 07/25/2001 | | BOND RECEIVED POWER/RECEIPT # 564903  AMOUNT 500.00 |
| | 1 | 07/22/2001 | | CAB AMT/ 500 ISSUED 07/22/2001  POWER/564903 |