# EXHIBIT 42

# Provider Information for 1447895925

Search (/registry/)  /  Back to Results  /  NPI View

**Please Note:** Issuance of an NPI does not ensure or validate that the Health Care Provider is Licensed or Credentialed. For more information please refer to NPI: What You Need to Know (https://www.cms.gov/Outreach-and-Education/Medicare-Learning-Network-MLN/MLNProducts/Downloads/NPI-What-You-Need-To-Know.pdf)

### COMMUNITY HEALTH MEDICAL CENTER LLC
Organization Subpart: NO

NPI: 1447895925

Last Updated:           2019-11-08
Certification Date:

## Details

| Name | Value |
| --- | --- |
| NPI | 1447895925 |
| Enumeration Date | 2019-11-08 |
| NPI Type | 2- Organization |
| Status | Active |
| Authorized Official Information | Name: MR. ERIK JOSEPH PAVAO<br>Title: MANAGER<br>Phone: 561-305-2562 |

| Name | Value |
|---|---|
| Mailing Address | 3951 N HAVERHILL RD STE 117<br>WEST PALM BEACH, FL 33417-8349<br>United States<br><br>Phone: 561-249-7879 \| Fax: 561-328-9082<br>View Map (/registry/map-view?q=3951 N HAVERHILL RD STE 117, WEST PALM BEACH, FL, 334178349, United States) |
| Primary Practice Address | 3951 N HAVERHILL RD STE 117<br>WEST PALM BEACH, FL 33417-8349<br>United States<br><br>Phone: 561-249-7879 \| Fax: 561-328-9082<br>View Map (/registry/map-view?q=3951 N HAVERHILL RD STE 117, WEST PALM BEACH, FL, 334178349, United States) |
| Health Information Exchange | | Endpoint Type | Endpoint | Endpoint Description | Use | Content Type | Affiliation | Endpoint Location | |
| Other Identifiers | | Issuer | State | Number | |
| Taxonomy | | Primary Taxonomy | Selected Taxonomy | State | License Number |<br>\| Yes \| 251K00000X - Public Health or Welfare \| \| \| |



(http://hhs.gov)

A federal government website managed by the U.S. Centers for Medicare & Medicaid Services (http://cms.hhs.gov)

7500 Security Boulevard, Baltimore, MD 21244