# EXHIBIT 43



Department of State  /  Division of Corporations  /  Search Records  /  Search by Entity Name  /

# Detail by Entity Name

Florida Limited Liability Company
COMMUNITY HEALTH MEDICAL CENTER, LLC

### Filing Information

| | |
|---|---|
| **Document Number** | L19000252769 |
| **FEI/EIN Number** | NONE |
| **Date Filed** | 10/08/2019 |
| **Effective Date** | 10/07/2019 |
| **State** | FL |
| **Status** | INACTIVE |
| **Last Event** | ADMIN DISSOLUTION FOR ANNUAL REPORT |
| **Event Date Filed** | 09/25/2020 |
| **Event Effective Date** | NONE |

### Principal Address

3951 N HAVERHILL RD
STE 120
WEST PALM BEACH, FL 33417

### Mailing Address

3951 N HAVERHILL RD
STE 120
WEST PALM BEACH, FL 33417

### Registered Agent Name & Address

VESSELOV, KIRILL
3951 N HAVERHILL RD
STE 120
WEST PALM BEACH, FL 33417

### Authorized Person(s) Detail

**Name & Address**

Title MGR

VESSELOV, KIRILL
3951 N HAVERHILL RD, STE 120
WEST PALM BEACH, FL 33417

### Annual Reports

No Annual Reports Filed

### Document Images

| | |
|---|---|
| 10/08/2019 -- Florida Limited Liability | View image in PDF format |

Florida Department of State, Division of Corporations