# EXHIBIT 44







