# EXHIBIT 45

# 2019 FLORIDA PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# P10000003648

**Entity Name:** 3RD STEP RECOVERY GROUP, INC

**FILED**
Mar 14, 2019
Secretary of State
2483289374CC

**Current Principal Place of Business:**

4055 N. ANDREWS AVENUE
OAKLAND PARK, FL 33309

**Current Mailing Address:**

PO BOX 14303
FORT LAUDERDALE, FL 33302 US

**FEI Number:** 27-1656201

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

FREEMAN, MARIA
4055 N. ANDREWS AVENUE
OAKLAND PARK, FL 33309 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

Electronic Signature of Registered Agent    Date

**Officer/Director Detail :**

| | |
|---|---|
| Title | P |
| Name | FREEMAN, MARIA |
| Address | 4055 N. ANDREWS AVENUE |
| City-State-Zip: | OAKLAND PARK FL 33309 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered*.

SIGNATURE: MARIA FREEMAN          PRESIDENT          03/14/2019

Electronic Signature of Signing Officer/Director Detail    Date