# **EXHIBIT 46**

# Electronic Articles of Organization For Florida Limited Liability Company

L18000003858
FILED 8:00 AM
January 04, 2018
Sec. Of State
cmwood

## Article I

The name of the Limited Liability Company is:

LABS4LESS LLC

## Article II

The street address of the principal office of the Limited Liability Company is:

4108 S OCEAN BLVD
HIGHLAND BEACH, FL.   33487

The mailing address of the Limited Liability Company is:

4108 S OCEAN BLVD
HIGHLAND BEACH, FL.   33487

## Article III

The name and Florida street address of the registered agent is:

GARY  KOGAN
4108 S OCEAN BLVD
HIGHLAND BEACH, FL.   33487

Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity.  I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.

Registered Agent Signature:   GARY KOGAN

## Article IV

The name and address of person(s) authorized to manage LLC:

Title: MGR
GARY KOGAN
4108 S OCEAN BLVD
HIGHLAND BEACH, FL. 33487

Title: MGR
MIKHAIL VESSELOV
4108 S OCEAN BLVD
HIGHLAND BEACH, FL. 33487

L18000003858
FILED 8:00 AM
January 04, 2018
Sec. Of State
cmwood

## Article V

The effective date for this Limited Liability Company shall be:

01/04/2018

Signature of member or an authorized representative

Electronic Signature: GARY KOGAN

I am the member or authorized representative submitting these Articles of Organization and affirm that the facts stated herein are true. I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S. I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of the LLC and every year thereafter to maintain "active" status.