# EXHIBIT 47

# 2020 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L18000003858

**Entity Name:** LABS4LESS LLC

**FILED**
**Jan 20, 2020**
**Secretary of State**
**1862685315CC**

**Current Principal Place of Business:**

730 W. HALLANDALE BEACH BLVD
109
HALLANDALE BEACH, FL 33009

**Current Mailing Address:**

730 W. HALLANDALE BEACH
109
HALLANDALE BEACH, FL 33009 US

**FEI Number:** 82-3919344

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

KOGAN, GARY
730 W. HALLANDALE BEACH BLVD
109
HALLANDALE BEACH, FL 33009 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: GARY KOGAN                                                                      01/20/2020

Electronic Signature of Registered Agent                                                            Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | MGR |
| Name | KOGAN, GARY |
| Address | 730 W. HALLANDALE BEACH BLVD 109 |
| City-State-Zip: | HALLANDALE BEACH FL 33009 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: GARY KOGAN                                    MGR                              01/20/2020

Electronic Signature of Signing Authorized Person(s) Detail                                       Date