# EXHIBIT 48



| AVAILABLE LAB TESTS | FOR PHYSICIANS | FOR BUSINESS | FOR INDIVIDUALS | CONTACT US | CALL US NOW |

### JOIN LABS4LESS AND START SAVING

## WHO WE ARE

## "Extraordinary Service without the Extraordinary Price"
## Call us now (954)-237-8566

At Labs4Less® we are committed in changing the way you look at healthcare one client at a time, by bringing affordable health care solutions to our local communities and beyond. We want our customers to know there is an alternative to managing your healthcare. You are empowered to take control of your health, on your terms. If you have no insurance, a high deductible plan, a health savings account (HSA) or a flexible spending account we will have a solution to fit your budget.

Labs4Less® offers a revolutionary healthcare lab testing experience by providing thousands of standard lab tests in a convenient, affordable and customer focused manner. At Labs4Less® you don't need an appointment, and we're open during convenient, work-friendly hours, six days a week. Our test prices are the most affordable on the market. All prices are transparent - you know what the cost will be upfront. There are never any hidden fees. Testing is 100% discreet and confidential.

**Labs4Less® is able to offer direct access lab testing at unbeatable prices because we are not a franchise. We are not mandated to pay inflated royalty fee's or other wasteful dollars associated with the typical assembly line business plan. Therefore, we are able to pass the savings onto who really matters and that is you, OUR CUSTOMER.**

If you aren't using Labs4Less, you are simply paying too much.

## JOIN LABS4LESS AND START SAVING

## WE SPECIALIZE IN

General Health and Wellness

Pre-Operation labwork w/EKG

B12 shots *(ask about our loyalty card)*

Teen, Athlete, or Employer Drug Testing

Heart Health

Food Sensitivity & Intolerance

Allergy Testing

Testosterone Maintenance

Breast Cancer Screening

DOT Certified Drug/Alcohol Testing

Cholesterol Maintenance

Diabetes Management

STD Testing

DNA Paternity Testing (court approved)

Fighter/MMA Panel

Immigration

And Much More…

730 West Hallandale Beach Boulevard Suite 109, Hallandale Beach, FL, USA

info@labs4less.life

954-237-8566

© 2018 Labs4Less. All rights reserved.



JOIN LABS4LESS AND START SAVING