# **EXHIBIT 49**

# Electronic Articles of Incorporation
# For

PRIORITY HEALTH MEDICAL CENTER INC

P19000089341
FILED
November 18, 2019
Sec. Of State
smbellenger

The undersigned incorporator, for the purpose of forming a Florida profit corporation, hereby adopts the following Articles of Incorporation:

## Article I
The name of the corporation is:
PRIORITY HEALTH MEDICAL CENTER INC

## Article II
The principal place of business address:
3660 CENTRAL AVE
6
FORT MYERS, FL. 33901

The mailing address of the corporation is:
3660 CENTRAL AVE
6
FORT MYERS, FL. 33901

## Article III
The purpose for which this corporation is organized is:
TEST AND TREAT CLINIC

## Article IV
The number of shares the corporation is authorized to issue is:
100

## Article V
The name and Florida street address of the registered agent is:
NICK J MYRTIL
11211 S MILITARY TRAIL
5022
BOYNTON, FL. 33436

I certify that I am familiar with and accept the responsibilities of registered agent.

Registered Agent Signature: NICK J MYRTIL

## Article VI

P19000089341
FILED
November 18, 2019
Sec. Of State
smbellenger

The name and address of the incorporator is:

    NICK J MYRTIL
    3660 CENTRAL AVE
    6
    FORT MYERS FL 33901

Electronic Signature of Incorporator:   NICK J MYRTIL

I am the incorporator submitting these Articles of Incorporation and affirm that the facts stated herein are true.  I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S.  I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of this corporation and every year thereafter to maintain "active" status.

## Article VII

The initial officer(s) and/or director(s) of the corporation is/are:

    Title:   P
    NICK J MYRTIL
    3660 CENTRAL AVE UNIT 6
    FT MYERS, FL.   33901

## Article VIII

The effective date for this corporation shall be:

    11/18/2019