# EXHIBIT 50

# 2020 FLORIDA PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# P19000089341

**Entity Name:** PRIORITY HEALTH MEDICAL CENTER INC

**FILED**
**Mar 25, 2020**
**Secretary of State**
**7909829553CC**

**Current Principal Place of Business:**

3660 CENTRAL AVE
6
FORT MYERS, FL 33901

**Current Mailing Address:**

3660 CENTRAL AVE
6
FORT MYERS, FL 33901

**FEI Number:** 84-3779923

**Certificate of Status Desired:** Yes

**Name and Address of Current Registered Agent:**

MYRTIL, NICK J
11211 S MILITARY TRAIL
5022
BOYNTON, FL 33436 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Electronic Signature of Registered Agent                                      Date

**Officer/Director Detail :**

| | |
|---|---|
| Title | P |
| Name | MYRTIL, NICK J |
| Address | 3660 CENTRAL AVE UNIT 6 |
| City-State-Zip: | FT MYERS FL 33901 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: NICK MYRTIL                    OWNER                    03/25/2020

Electronic Signature of Signing Officer/Director Detail                                      Date