# EXHIBIT 51

# Public License Information

Renew

| | |
|---|---|
| License Number: | 21-00031834 |
| Business Control: | 0048974 |
| Location ID: | 000018036 |

## Business Information

| | |
|---|---|
| Business Name: | PRIORITY HEALTH MEDICAL CENTER INC |
| Business Address: | 1900 NEBRASKA AVE 01 FT PIERCE FL 34950 |
| Mailing Address: | 391 NE 27TH AVE BOYNTON BEACH FL 33435 |
| Owner Name: | PRIORITY HEALTH MEDICAL CENTER |
| Date Opened: | 03/12/2020 |
| Business Phone: | (786) 250-9490 |
| Contractor Flag: | |
| Type of Ownership: | CP |
| Status: | Active |

## Business Officers

| Name | Title | City,State,Zip | Phone | Email ID |
|---|---|---|---|---|
| MYRTIL, NICK J | MANAGER/MEMBER | BOYNTON BEACH FL 33435 | | |

Showing 1 to 1 of 1 entries

## License Information

| | |
|---|---|
| Classification: | 112B - MEDICAL CLINICS, OFFICES ETC. |
| License Status, Date: | ACTIVE, 08/04/2020 |
| Application Issue Date: | 08/03/2020, 08/27/2020 |
| License Valid Thru Date: | 09/30/2021 |

## Additional Requirements

| Description | Document Number | Expiration Date |
|---|---|---|
| FLORIDA HEALTH | ME84415 | 1312022 |
| HEALTH CARE ADMIN | N/A | 9302030 |

Showing 1 to 2 of 2 entries