# EXHIBIT 52

 Department of Health

## JEAN FRANCOIS RONY RODNEY

## License Number: ME84415

*Data As Of*

| | |
|---|---|
| **Profession** | Medical Doctor |
| **License** | ME84415 |
| **License Status** | CLEAR/ACTIVE |
| **Qualifications** | Dispensing Practitioner |
| **License Expiration Date** | 1/31/2022 |
| **License Original Issue Date** | 03/07/2002 |
| **Address of Record** | 6388 Silver Star Rd |
| | Suite 1 C |
| | PINE HILLS, FL 32818 |
| **Controlled Substance Prescriber (for the Treatment of Chronic Non-malignant Pain)** | Yes |
| **Discipline on File** | No |
| **Public Complaint** | No |

The information on this page is a secure, primary source for license verification provided by the Florida Department of Health, Division of Medical Quality Assurance. This website is maintained by Division staff and is updated immediately upon a change to our licensing and enforcement database.