# EXHIBIT 53

# L17000204464

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP   ☐ WAIT   ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____   Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only



400303823174

400303823174
09/29/17--01002--002  **155.00



COVER LETTER

TO: New Filing Section
Division of Corporations

SUBJECT: __WELL CARE__
Name of Limited Liability Company

The enclosed Articles of Organization and fee(s) are submitted for filing.

Please return all correspondence concerning this matter to the following:

__Shay Garcia__
Name of Person

__WELL Care__
Firm/Company

__309 N.E Marion St__
Address

__Madison FL 32340__
City/State and Zip Code

__FGLO2010@y.mail.com__
E-mail address: (to be used for future annual report notification)

For further information concerning this matter, please call:

__850__ at (__851__) __5820__
Name of Person    Area Code    Daytime Telephone Number

Enclosed is a check for the following amount:

☐ $125.00 Filing Fee  ☐ $130.00 Filing Fee & Certificate of Status  ☑ $155.00 Filing Fee & Certified Copy (additional copy is enclosed)  ☐ $160.00 Filing Fee, Certificate of Status & Certified Copy (additional copy is enclosed)

**Mailing Address**
New Filing Section
Division of Corporations
P.O. Box 6327
Tallahassee, FL 32314

**Street Address**
New Filing Section
Division of Corporations
Clifton Building
2661 Executive Center Circle
Tallahassee, FL 32301

ARTICLES OF ORGANIZATION FOR FLORIDA LIMITED LIABILITY COMPANY

ARTICLE I - Name:
The name of the Limited Liability Company is:

__WELL Care LLC_____
(Must contain the words "Limited Liability Company," "L.L.C.," or "LLC.")

ARTICLE II - Address:
The mailing address and street address of the principal office of the Limited Liability Company is:

Principal Office Address:            Mailing Address:
309 N.E. MArion St                    309 N.E. Morton St
Madison  FL 32340                     Madison FL 32340

ARTICLE III - Registered Agent, Registered Office, & Registered Agent's Signature:
(The Limited Liability Company cannot serve as its own Registered Agent. You must designate an individual or another business entity with an active Florida registration.)

The name and the Florida street address of the registered agent are:

Shajuandrine Gracia
Name

~~309 N.E. Marion St~~   280 N W Alpaca Lane
Florida street address (P.O. Box NOT acceptable)    Madison FL 32340

Madison       FL       32340
City          State    Zip

Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent as provided for in Chapter 605, F.S..

Shajuandrine Gracia
Registered Agent's Signature (REQUIRED)

(CONTINUED)

ARTICLE IV-
The name and address of each person authorized to manage and control the Limited Liability Company:

Title:
"AMBR" = Authorized Member
"MGR" = Manager

_MGR_

Name and Address:

Shay Garcia
280 LNW Alpaca Lane
Miniucci FL 32340

(Use attachment if necessary)

ARTICLE V: Effective date, if other than the date of filing: _____. (OPTIONAL)
(If an effective date is listed, the date must be specific and cannot be more than five business days prior to or 90 days after the date of filing.)
Note: If the date inserted in this block does not meet the applicable statutory filing requirements, this date will not be listed as the document's effective date on the Department of State's records.

ARTICLE VI: Other provisions, if any.

_____
_____
_____

REQUIRED SIGNATURE:

_[signature]_
Signature of a member or an authorized representative of a member.
This document is executed in accordance with section 605.0203 (1) (b), Florida Statutes.
I am aware that any false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S.

_Shajilandrine Gracia_
Typed or printed name of signee

Filing Fees:
$125.00 Filing Fee for Articles of Organization and Designation of Registered Agent
$ 30.00 Certified Copy (Optional)
$  5.00 Certificate of Status (Optional)