# EXHIBIT 54

# Provider Information for 1922638741

Search (/registry/) / Back to Results / NPI View

**Please Note:** Issuance of an NPI does not ensure or validate that the Health Care Provider is Licensed or Credentialed. For more information please refer to NPI: What You Need to Know (https://www.cms.gov/Outreach-and-Education/Medicare-Learning-Network-MLN/MLNProducts/Downloads/NPI-What-You-Need-To-Know.pdf)

> WELL CARE LLC
> Organization Subpart: NO

NPI: 1922638741

Last Updated: 2020-01-21
Certification Date: 2020-01-21

## Details

| Name | Value |
| --- | --- |
| NPI | 1922638741 |
| Enumeration Date | 2020-01-21 |
| NPI Type | 2- Organization |
| Status | Active |
| Authorized Official Information | Name: SHAJUANDRINE GARCIA<br>Title: OFFICE MANAGER<br>Phone: 850-673-8780 |

| Name | Value | | | | | |
|---|---|---|---|---|---|---|
| Mailing Address | 309 NE MARION ST<br>MADISON, FL 32340-2511<br>United States<br><br>Phone: 850-673-8780 \| Fax:<br>View Map (/registry/map-view?q=309 NE MARION ST, MADISON, FL, 323402511, United States) | | | | | |
| Primary Practice Address | 720 N OCEAN ST<br>JACKSONVILLE, FL 32202-3043<br>United States<br><br>Phone: 904-355-8844 \| Fax: 904-355-8845<br>View Map (/registry/map-view?q=720 N OCEAN ST, JACKSONVILLE, FL, 322023043, United States) | | | | | |
| Health Information Exchange | **Endpoint Type** | **Endpoint** | **Endpoint Description** | **Use** | **Content Type** | **Affiliation** | **Endpoint Location** |
| Other Identifiers | **Issuer** | | **State** | | **Number** | |
| Taxonomy | **Primary Taxonomy** | | **Selected Taxonomy** | | **State** | **License Number** |
| | Yes | | 261Q00000X - Clinic/Center | | | |



A federal government website managed by the
U.S. Centers for Medicare & Medicaid Services (http://cms.hhs.gov)
7500 Security Boulevard, Baltimore, MD 21244

(http://hhs.gov)