# EXHIBIT 55

# 2020 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L14000142737

**Entity Name:** UNITED CLINICAL LABORATORY LLC

**FILED**
**Jan 10, 2020**
**Secretary of State**
**6859869632CC**

**Current Principal Place of Business:**

2257 VISTA PARKWAY
#2
WEST PALM BEACH, FL 33411

**Current Mailing Address:**

2257 VISTA PARKWAY
#2
WEST PALM BEACH, FL 33411

**FEI Number:** 47-1814607

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

VESSELOV, KIRILL
2257 VISTA PARKWAY
#2
WEST PALM BEACH, FL 33411 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Electronic Signature of Registered Agent                                      Date

**Authorized Person(s) Detail :**

| | | | |
|---|---|---|---|
| Title | MGRM | Title | MGRM |
| Name | VESSELOV, KIRILL | Name | VESSELOV, MIKHAIL |
| Address | 2257 VISTA PARKWAY #2 | Address | 2257 VISTA PARKWAY #2 |
| City-State-Zip: | WEST PALM BEACH FL 33411 | City-State-Zip: | WEST PALM BEACH FL 33411 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: KIRILL VESSELOV                                      MGRM                  01/10/2020

Electronic Signature of Signing Authorized Person(s) Detail                                      Date