# EXHIBIT 56

# Provider Information for 1760624571

Search (/registry/)  /  Back to Results  /  NPI View

**Please Note:** Issuance of an NPI does not ensure or validate that the Health Care Provider is Licensed or Credentialed. For more information please refer to NPI: What You Need to Know (https://www.cms.gov/Outreach-and-Education/Medicare-Learning-Network-MLN/MLNProducts/Downloads/NPI-What-You-Need-To-Know.pdf)

UNITED PHARMACY LLC

Other Name:  Doing Business As: UNITED PHARMACY LLC
Organization Subpart: NO

NPI: 1760624571

Last Updated:   2019-09-27
Certification Date:

## Details

| Name | Value |
| --- | --- |
| NPI | 1760624571 |
| Enumeration Date | 2009-03-26 |
| NPI Type | 2- Organization |
| Status | Active |

| Name | Value |
|---|---|
| Authorized Official Information | Name: MIKHAIL VESSELOV<br>Title: PRESIDENT<br>Phone: 561-616-9000 |
| Mailing Address | 3951 HAVERHILL RD N SUITE 120-121<br>WEST PALM BEACH, FL 33417-8154<br>United States<br><br>Phone: 561-616-9000 \| Fax: 561-616-9087<br>View Map (/registry/map-view?q=3951 HAVERHILL RD N, WEST PALM BEACH, FL, 334178154, United States) |
| Primary Practice Address | 3951 HAVERHILL RD N SUITE 120-121<br>WEST PALM BEACH, FL 33417-8154<br>United States<br><br>Phone: 561-616-9000 \| Fax: 561-616-9087<br>View Map (/registry/map-view?q=3951 HAVERHILL RD N, WEST PALM BEACH, FL, 334178154, United States) |
| Health Information Exchange | <table><tr><th>Endpoint Type</th><th>Endpoint</th><th>Endpoint Description</th><th>Use</th><th>Content Type</th><th>Affiliation</th><th>Endpoint Location</th></tr></table> |
| Other Identifiers | <table><tr><th>Issuer</th><th></th><th>State</th><th>Number</th></tr><tr><td>Other</td><td>NCPDP PROVIDER IDENTIFICATION NUMBER</td><td></td><td>1043936</td></tr><tr><td>MEDICAID</td><td></td><td>FL</td><td>00111501</td></tr><tr><td>MEDICAID</td><td></td><td>FL</td><td>00111500</td></tr></table> |

| Name | Value | | | |
|---|---|---|---|---|
| Taxonomy | **Primary Taxonomy** | **Selected Taxonomy** | **State** | **License Number** |
| | Yes | 3336C0003X - Pharmacy Community/Retail Pharmacy | FL | PH23965 |
| | No | 3336L0003X - Pharmacy Long Term Care Pharmacy | | |
| | No | 332B00000X - Durable Medical Equipment & Medical Supplies | | |
| | No | 333600000X - Pharmacy | | |



(http://hhs.gov) A federal government website managed by the U.S. Centers for Medicare & Medicaid Services (http://cms.hhs.gov)
7500 Security Boulevard, Baltimore, MD 21244