# EXHIBIT 57

# 2020 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L08000093543

**Entity Name:** UNITED PHARMACY LLC

**FILED**
**Jan 10, 2020**
**Secretary of State**
**3465822087CC**

**Current Principal Place of Business:**

3951 N. HAVERHILL RD.
SUITE 120-121
WEST PALM BEACH, FL 33417

**Current Mailing Address:**

3951 N. HAVERHILL RD.
SUITE 120-121
WEST PALM BEACH, FL 33417

**FEI Number:** 26-3975548

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

VESSELOV, MIKHAIL
3951 N. HAVERHILL RD.
SUITE 120-121
WEST PALM BEACH, FL 33417 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Electronic Signature of Registered Agent                                                                                                         Date

**Authorized Person(s) Detail :**

| | | | |
|---|---|---|---|
| Title | MGRM | Title | MGRM |
| Name | SHEKHET, ROMAN | Name | VESSELOV, MIKHAIL |
| Address | 3951 N. HAVERHILL RD. SUITE 120-121 | Address | 3951 N. HAVERHILL RD. SUITE 120-121 |
| City-State-Zip: | WEST PALM BEACH FL 33417 | City-State-Zip: | WEST PALM BEACH FL 33417 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: MIKHAIL VESSELOV                                   MGRM                          01/10/2020

Electronic Signature of Signing Authorized Person(s) Detail                                                                              Date