# EXHIBIT 58

# State of Indiana
# Office of the Secretary of State

## Certificate of Organization
## of
# 190 E. ELLIS ROAD LLC

I, CONNIE LAWSON, Secretary of State, hereby certify that Articles of Organization of the above Domestic Limited Liability Company have been presented to me at my office, accompanied by the fees prescribed by law and that the documentation presented conforms to law as prescribed by the provisions of the Indiana Business Flexibility Act.

NOW, THEREFORE, with this document I certify that said transaction will become effective Tuesday, November 15, 2016.



In Witness Whereof, I have caused to be affixed my signature and the seal of the State of Indiana, at the City of Indianapolis, November 15, 2016

*Connie Lawson*

CONNIE LAWSON
SECRETARY OF STATE

201611151166990 / 7438851

To ensure the certificate's validity, go to https://bsd.sos.in.gov/PublicBusinessSearch

> APPROVED AND FILED
> CONNIE LAWSON
> INDIANA SECRETARY OF STATE
> 11/15/2016 11:27 AM

## ARTICLES OF ORGANIZATION

Formed pursuant to the provisions of the Indiana Business Flexibility Act

## ARTICLE I - NAME AND PRINCIPAL OFFICE ADDRESS

| | |
|---|---|
| **BUSINESS ID** | 201611151166990 |
| **BUSINESS TYPE** | Domestic Limited Liability Company |
| **BUSINESS NAME** | 190 E. Ellis Road LLC |
| **PRINCIPAL OFFICE ADDRESS** | 1004 W. 1st Street, Bloomington, IN, 47404, USA |

## ARTICLE II - REGISTERED OFFICE AND ADDRESS

| | |
|---|---|
| **NAME** | Kirill Vesselov |
| **ADDRESS** | 1004 W. 1st Street, Bloomington, IN, 47404, USA |

## ARTICLE III - PERIOD OF DURATION AND EFFECTIVE DATE

| | |
|---|---|
| **PERIOD OF DURATION** | Perpetual |
| **EFFECTIVE DATE** | 11/15/2016 |

## ARTICLE IV - PRINCIPAL(S)

| | |
|---|---|
| **TITLE** | Manager |
| **NAME** | Kirill Vesselov |
| **ADDRESS** | 1004 W. 1st Street, Bloomington, IN, 47404, USA |

| | |
|---|---|
| **TITLE** | Manager |
| **NAME** | Mikhail Vesselov |
| **ADDRESS** | 1004 W. 1st Street, Bloomington, IN, 47404, USA |

## MANAGEMENT INFORMATION

| | |
|---|---|
| **THE LLC WILL BE MANAGED BY MANAGER(S)** | Yes |

>  **APPROVED AND FILED**
>  CONNIE LAWSON
>  INDIANA SECRETARY OF STATE
>  11/15/2016 11:27 AM

| SIGNATURE |
|---|

THE SIGNATOR(S) REPRESENTS THAT THE REGISTERED AGENT NAMED IN THE APPLICATION HAS CONSENTED TO THE APPOINTMENT OF REGISTERED AGENT.

THE UNDERSIGNED, DESIRING TO FORM A LIMITED LIABILITY COMPANY PURSUANT TO THE PROVISIONS OF THE INDIANA BUSINESS FLEXIBILITY ACT EXECUTES THESE ARTICLES OF ORGANIZATION.

IN WITNESS WHEREOF, THE UNDERSIGNED HEREBY VERIFIES, SUBJECT TO THE PENALTIES OF PERJURY, THAT THE STATEMENTS CONTAINED HEREIN ARE TRUE, THIS DAY **November 15**, **2016**

**SIGNATURE**          Kirill Vesselov

**TITLE**              Manager

Business ID : 201611151166990
Filing No. :   7438851