# EXHIBIT 59

**2020 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# L12000104110

**Entity Name:** KMG HOLDINGS, LLC.

**FILED**
**Jan 10, 2020**
**Secretary of State**
**0070536868CC**

**Current Principal Place of Business:**

1305 EAST ATLANTIC BOULEVARD
POMPANO BEACH, FL 33060

**Current Mailing Address:**

1305 EAST ATLANTIC BOULEVARD
POMPANO BEACH, FL 33060

**FEI Number:** 35-2457273

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

VESSELOV, MIKHAIL
1305 E. ATLANTIC AVENUE
POMPANO BEACH, FL
POMPANO BEACH, FL 33060 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Electronic Signature of Registered Agent                                                      Date

**Authorized Person(s) Detail :**

| | | | |
|---|---|---|---|
| Title | MGRM | Title | MGRM |
| Name | VESSELOV, MIKHAIL | Name | VESSELOV, KIRILL |
| Address | 1305 E ATLANTIC BLVD | Address | 1305 E. ATLANTIC BLVD |
| City-State-Zip: | POMPANO BEACH FL 33060 | City-State-Zip: | POMPANO BEACH FL 33060 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: KIRILL VESSELOV        MGRM        01/10/2020

Electronic Signature of Signing Authorized Person(s) Detail                                    Date