# EXHIBIT 60

# Electronic Articles of Organization For Florida Limited Liability Company

L16000184748
FILED 8:00 AM
October 04, 2016
Sec. Of State
ndmccleessam

## Article I

The name of the Limited Liability Company is:

UNITED CLINICAL HOLDINGS LLC

## Article II

The street address of the principal office of the Limited Liability Company is:

3951 HAVERHILL RD N
STE 120-121
WEST PALM BEACH, FL.   33417

The mailing address of the Limited Liability Company is:

3951 HAVERHILL RD N
STE 120-121
WEST PALM BEACH, FL.   33417

## Article III

The name and Florida street address of the registered agent is:

KIRILL  VESSELOV
3951 HAVERHILL RD N
STE 120-121
WEST PALM BEACH, FL.   33417

Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity.  I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.

Registered Agent Signature:   KIRILL VESSELOV

## Article IV

The name and address of person(s) authorized to manage LLC:

Title: MGR
KIRILL VESSELOV
3951 HAVERHILL RD N, STE 120-121
WEST PALM BEACH, FL. 33417

Title: MGR
MIKHAIL VESSELOV
3951 HAVERHILL RD N
WEST PALM BEACH, FL. 33417

L16000184748
FILED 8:00 AM
October 04, 2016
Sec. Of State
ndmccleessam

## Article V

The effective date for this Limited Liability Company shall be:

10/03/2016

Signature of member or an authorized representative

Electronic Signature: KIRILL VESSELOV

I am the member or authorized representative submitting these Articles of Organization and affirm that the facts stated herein are true.  I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S. I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of the LLC and every year thereafter to maintain "active" status.