# EXHIBIT 61

**** FILED: BROWARD COUNTY, FL Howard C. Forman, CLERK 4/30/2015 10:56:49 AM.****

[✓] 17th Judicial Circuit in and for Broward County
[ ] In the County Court in and for Broward County

DIVISION:
[✓] Criminal
[ ] Traffic
[ ] Other

# ORDER

Filed in Open Court,
CLERK OF THE CIRCUIT COURT
ON  APR 3 0 2015
BY

THE STATE OF FLORIDA VS.

Lashawna Randall
DEFENDANT

CASE NUMBER NUMBER
08-001623CF10B

CHARGE: I) Robbery (Strong Arm)
II) Agg. Batt.

Lashawna Randall is to remain in the custody of the Broward Sheriff's office until the pending matter is resolved / until further notice/order by this court.

DONE AND ORDERED THIS 30th DAY OF April 20 15, IN BROWARD COUNTY, FLORIDA.

JUDGE
Merrigan

COPIES:  BSO - SAO

112-62 BLANK ORDER

**** FILED: BROWARD COUNTY, FL Howard C. Forman, CLERK 5/4/2015 11:31:05 AM.****

IN THE CIRCUIT COURT OF THE 17th JUDICIAL CIRCUIT,
IN AND FOR BROWARD COUNTY, FLORIDA

STATE OF FLORIDA,   CASE NO. 07-23601CF10B
                                       08-1623CF10B
**Plaintiff,**

vs.   DIVISION: FE
         JUDGE: MERRIGAN, Jr.

LASHAWNA RANDALL,

**Defendant.**
_____/

**ORDER ON DEFENDANT'S MOTION TO CORRECT SENTENCING ERROR**

THIS CAUSE having come on to be heard upon the Defendant's Motion to Correct Sentencing Error 3.800(b)(2) on 1-7-14 and the Court having considered same, and being fully advised in the premises, it is hereby,

ORDERED AND ADJUDGED that the Defendant's Motion to Correct Sentencing Error is hereby **DENIED**. See attached a copy of the State's Response.

DONE AND ORDERED in Chambers on May 4, 2014, at Fort Lauderdale, Broward County, Florida.

_____
EDWARD H. MERRIGAN, Jr.
CIRCUIT JUDGE

Copies furnished:
A.S.A. –Morgan Rood, Esq.
Defendant's Atty-Tatjana Ostapoff, Esq. & Monique Rolla, Esq.