# EXHIBIT 62

United Clinical Laboratory
7 Vista Parkway Ste 2. WEST PALM BEACH FL 33
Phone:1(844)2914292 FAX: 1(844)2914293
CLIA: 10D2092863

Refer#:     Med.Re
Patient:
DOB :
Collected : 06-23-20 00:
Received: 06-24-20 07:0
Reported : 07-01-20 15:

#109

-237-8574

| Normal | Abnormal | Range |
|---|---|---|
| | | 136 - 145 |
| 136 | | |
| | | 3.5 - 5.1 |
| 3.9 | | |
| | | 98 - 107 |