# **EXHIBIT 63**

**1 Result Found** for vehicles with License Plate **NXYV29** from **FL** in the United States.:

**2017 FORD TRANSIT (Possible Current Vehicle) (Florida, Oklahoma)**

| | |
|---|---|
| **2017 FORD** -Series: **T-350** -Model: **TRANSIT**<br>VIN: **1FBZX2ZMXHKA20667**<br>Body Style: **LOW ROOF~WAGON** -Vehicle Type: **Truck**<br>Weight: **6034** lbs -Length: **237.6"**<br>Color: **White**<br><br>Most Current Tag #: **FL NXYV29** Valid from: **(06/01/2020 to 12/31/2020)** | Doors: **3**<br>MSRP: **$38,015**<br>Plant: **KANSAS CITY, MISSOURI**<br>Restraint Type: **DUAL FRONT AND SIDE IMPACT AIRBAGS WITH ALL-ROW SIDE CURTAIN AIRBAGS.**<br>Gross Vehicle Weight Range: **8501-9000**<br>Gross Vehicle Weight Rating: **9000**<br>Height: **82.4**<br>Width: **97.4**<br>Wheel Base: **147.6**<br>Wheel Dimensions: **16.0 X 7.0**<br>Max Payload: **2800**<br>Drive Type: **RWD**<br>Fuel:**FLEX FUEL 26 Gallon**<br>Engine:**3.7L V6 NATURALLY ASPIRATED**<br>Transmission: **6 Speed AUTOMATIC** |

**Most Current Owner/Registrant/Lien Information- 05/23/2020 to 05/23/2021**

| | |
|---|---|
| **Title Holders**<br>**A BETTER YOU WELNESS CENTER**<br>**3529 N PINE ISLAND RD, SUNRISE, FL 33351-6638 (BROWARD COUNTY)**<br><br>Title Number: **0124949674**<br>State Titled In: **FL**<br>Original Title Date: **10/13/2016**<br>Title Transfer Date: **06/18/2020**<br><br>**Lien Holders**<br>None Found<br><br>**Lessors**<br>None Found<br>**Title Holders**<br>**A BETTER YOU WELNESS CENTER**<br>**3529 N PINE ISLAND RD, SUNRISE, FL 33351-6638 (BROWARD COUNTY)**<br><br>Title Number: **0124949674**<br>State Titled In: **FL**<br>Original Title Date: **10/13/2016**<br>Title Transfer Date: **06/05/2020**<br><br>**Lien Holders**<br>None Found<br><br>**Lessors**<br>None Found | **Registrant**<br>**A BETTER YOU WELLNESS CENTER LLC**<br>Registered: **05/23/2020** to **05/23/2021**<br><br>**Addresses Registered to While owned by A BETTER YOU WELLNESS CENTER LLC**<br>**3529 N PINE ISLAND RD, SUNRISE, FL 33351-6638 (BROWARD COUNTY) (05/23/2020)**<br><br>**Vehicle Tag History**<br>License Plate: **FL NXYV29** Valid from: **(06/01/2020 to 12/31/2020)**<br>Previous License Plate: **FL CSD3920**<br>License Plate: **FL CSD3920** Valid from: **(05/23/2020 to 05/23/2021)** |

**Previous Owner/Registrant/Lien Information- 12/18/2018 to 12/31/2020**

| | |
|---|---|
| **Title Holders**<br>**JAIME L ALDEGUER**<br>**4027 EASTRIDGE CIR, POMPANO BEACH, FL 33064-1842 (BROWARD COUNTY)**<br>**JAIME L ALDEGUER**<br>**4027 EASTRIDGE CIR, POMPANO BEACH, FL 33064-1842 (BROWARD COUNTY)**<br><br>Title Number: **0124949674**<br>State Titled In: **FL**<br>Original Title Date: **10/17/2017**<br>Title Transfer Date: **10/17/2017**<br><br>**Lien Holders**<br>None Found<br><br>**Lessors** | **Registrant**<br>**JAIME L ALDEGUER**<br>Registered: **12/18/2018** to **12/31/2020**<br>DOB: **09/26/1950**, Born **70** years ago<br><br>**Addresses Registered to While owned by JAIME L ALDEGUER**<br>**4027 EASTRIDGE CIR, POMPANO BEACH, FL 33064-1842 (BROWARD COUNTY) (10/02/2017 to 12/26/2019)**<br>**Registrant**<br>**JAIME L ALDEGUER**<br>Registered: **12/18/2018** to **12/31/2020**<br><br>**Addresses Registered to While owned by JAIME L ALDEGUER**<br>**4027 EASTRIDGE CIR, POMPANO BEACH, FL 33064-1842 (BROWARD COUNTY) (12/18/2018 to 12/26/2019)**<br><br>**Vehicle Tag History** |

| None Found | License Plate: **FL IXFC93** Valid from: **(12/18/2018 to 12/31/2020)** <br><br> License Plate: **FL CAV4901** Valid from: **(10/02/2017 to 10/31/2017)** <br><br> Previous License Plate: **FL IXFC93** |
|---|---|

**Previous Owner/Registrant/Lien Information- 11/28/2016 to 12/31/2017**

| <u>Title Holders</u><br>**ENTERPRISE RENT A CAR**<br>**14002 E 21ST ST STE 1500, TULSA, OK 74134-1424 (TULSA COUNTY)**<br><br>Title Number: **0124949674**<br>State Titled In: **FL**<br>Original Title Date: **10/13/2016**<br>Title Transfer Date: **10/13/2016**<br><br><u>Lien Holders</u><br>None Found<br><br><u>Lessors</u><br>**EAN HOLDINGS LLC**<br>**1512 W 4TH ST # STO, ONTARIO, OH 44906-1838 (RICHLAND COUNTY)**<br>**21503 SPRING PLAZA DR, SPRING, TX 77388-1419 (HARRIS COUNTY)**<br>**6929 N LAKEWOOD AVE # 100, CINCINNATI, OH 45241 (HAMILTON COUNTY)** | <u>Registrant</u><br>**ENTERPRISE RENT A CAR**<br>Registered: **11/28/2016** to **12/31/2017**<br><br><u>Addresses Registered to While owned by ENTERPRISE RENT A CAR</u><br>**14002 E 21ST ST STE 1500, TULSA, OK 74134-1424 (TULSA COUNTY) (11/28/2016)**<br><u>Registrant</u><br>**EAN HOLDINGS LLC**<br><br><u>Addresses Registered to While owned by EAN HOLDINGS LLC</u><br>**14002 E 21ST ST STE 1150, TULSA, OK 74134-1410 (TULSA COUNTY) (11/28/2016)**<br><br><u>Vehicle Tag History</u><br>License Plate: **FL CTJJ51** Valid from: **(11/28/2016 to 12/31/2017)** |
|---|---|