**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| GILEAD SCIENCES, INC.; GILEAD SCIENCES IRELAND UC, <br><br> Plaintiffs, <br><br> v. <br><br> AJC MEDICAL GROUP, INC.; ALLIANCE MEDICAL CENTER, INC.; ALLIED HEALTH ORGANIZATION, INC.; BAIKAL MARKETING GROUP, INC.; A BETTER YOU WELLNESS CENTER, LLC; 3RD STEP RECOVERY GROUP, INC. D/B/A CONTINENTAL WELLNESS CENTER; COMMUNITY HEALTH MEDICAL CENTER LLC; DOCTORS UNITED, INC. D/B/A DOCTORS UNITED GROUP; FLORIMED MEDICAL CENTER CORP.; JUAN JESUS SALINA, M.D. CORP.; LABS4LESS LLC; PHYSICIAN PREFERRED PHARMACY, INC.; POSITIVE HEALTH ALLIANCE, INC.; PRIORITY HEALTH MEDICAL CENTER, INC.; TESTING MATTERS INC.; UNITED CLINICAL LABORATORY LLC; UNITED PHARMACY LLC; WELL CARE LLC; TAMARA ALONSO; JEAN ALEXANDRE; CHENARA ANDERSON; MYRIAM AUGUSTINE; TWIGGI BATISTA; ARSEN BAZYLENKO; MICHAEL BOGDAN; BARBARA BRYANT; AUGUSTINE CARBON; JENNIFER JOHN CARBON; KHADIJAH CARBON; ALEJANDRO CASTRO; JOHN CATANO; JEAN CHARLOT; SHONTA DARDEN; ALEXANDER EVANS; MARIA FREEMAN; JESULA GABO; SHAJUANDRINE GARCIA; BARBARA GIBSON; KERLINE JOSEPH; VIERGELA JOSEPH; ANDRE KERR; GARY KOGAN; CASSANDRA LOUISSAINT; CORA MANN; NICK MYRTIL; IFEOMA NWOFOR; ERIK JOSEPH PAVAO; WILLIE PEACOCK; MICHAEL PIERCE; MICHEL POITEVIEN; JEAN RODNEY; TATIANA ROZENBLYUM; JUAN JESUS SALINA; DIMITRY SHAPOSHNIKOV; ROMAN SHEKHET; KIRILL VESSELOV; MIKHAIL VESSELOV; TOMAS WHARTON, <br><br> Defendants. | Civil Action No. __ |

## DECLARATION OF GEOFFREY POTTER

I, Geoffrey Potter, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a partner of the law firm Patterson Belknap Webb & Tyler LLP, attorneys for Plaintiffs Gilead and Gilead Sciences Ireland UC (together, "Gilead"). I make this declaration on personal knowledge in support of Gilead's Expedited Motions for a Temporary Restraining Order and Preliminary Injunction, Expedited Discovery Order, and HIPAA Protective and Confidentiality Order.

2. On Monday November 2, 2020, I sent by FedEx First Overnight, with delivery scheduled for 8 a.m. on Tuesday, November 3, 2020, a letter to the known business and/or residential address of each Defendant named in the complaint to this case, notifying them that on behalf of Gilead, I would be filing with the Court on November 3, 2020, Gilead's Expedited Motions for a Temporary Restraining Order and Preliminary Injunction, Expedited Discovery Order, and HIPAA Protective and Confidentiality Order. Each letter enclosed a copy of Gilead's Complaint, Proposed Order to Show Cause, Memorandum of Law in Support of Gilead's Motions, and other materials being filed in support of Gilead's Motions. A copy of the letter sent to each Defendant is attached hereto as **Exhibit 1**. A chart listing the addresses to which each letter was sent is attached hereto as **Exhibit 2.**

3. I am available to appear before this Court at any time to address Gilead's Motions ether in person or by telephone or video. I can be reached directly by telephone at (917) 854-2310 or by email at gpotter@pbwt.com.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on:   November 2, 2020
                    New York, NY

_____
Geoffrey Potter