# Exhibit 1

# Patterson Belknap Webb & Tyler LLP

1133 Avenue of the Americas   New York, NY 10036-6710   212.336.2000   fax 212.336.2222   www.pbwt.com

November 2, 2020

Geoffrey Potter
Partner
(212) 336-2050
gpotter@pbwt.com

**By FedEx First Overnight Delivery**

«Defendant»
«Address1»
«Address2»

Re: **TIME SENSITIVE NOTICE**
*Gilead Sciences Inc. v. AJC Medical Group et al.* **(S.D. Fla.)**

Dear «Defendant»:

We represent Gilead Sciences Inc. and Gilead Sciences Ireland UC ("Gilead"), manufacturer of TRUVADA® and DESCOVY®.

Please be advised that on November 3, 2020, on behalf of Gilead, I will file Expedited Motions for a Temporary Restraining Order and Preliminary Injunction, an Expedited Discovery Order, and a HIPAA Protective and Confidentiality Order in the United States District Court, Southern District of Florida.

Enclosed are courtesy copies of the anticipated Complaint, Motions, Memorandum of Law, and other papers we intend to file in support of Gilead's Motions. If you plan to oppose the Motions, please immediately contact my partner Joshua Kipnees at (212) 336-2838 or jkipnees@pbwt.com, or the Clerk of Court at (305) 523-5100, who can provide the docket number and advise whether the Court has scheduled argument on the Motions.

Very truly yours,

Geoffrey Potter

Enclosures

12079189