# Exhibit 2

| Defendant | Service Address(es) |
|---|---|
| AJC Medical Group, Inc. | 1498 NW 54 Street, Suite C<br>Miami, FL 33142 |
| Alliance Medical Center, Inc. | 6245 Miramar Parkway, Suite 101<br>Hollywood, FL 33023 |
| Allied Health Organization, Inc. | 14001 NW 4 Street, Suite B<br>Fort Lauderdale, FL 33325 |
| Baikal Marketing Group, Inc. | 3029 NE 188 Street, #319<br>Miami, FL 33180 |
| A Better You Wellness Center, LLC | 3529 NW 88th Ave<br>Fort Lauderdale, FL 33351 |
| 3rd Step Recovery Group, Inc. d/b/a Continental Wellness Center | 3400 Powerline Road, Suite A<br>Fort Lauderdale, FL 33309 |
| Community Health Medical Center, LLC | 3951 North Haverhill Road, Suite 120<br>West Palm Beach, FL 33417 |
| Doctors United, Inc. d/b/a Doctors United Group | 1498 NW 54 Street, Suite C<br>Miami, FL 33142 |
| Florimed Medical Center Corp. | 311 NE 8 Street<br>Homestead, FL 33030 |
| Juan Jesus Salina, M.D. Corp. | 4212 W. 16th Avenue<br>Hialeah, FL 33012 |
| Labs4Less LLC | 730 W. Hallandale Beach Boulevard, Suite #109<br>Hallandale Beach, FL 33009 |
| Physician Preferred Pharmacy, Inc. | 2700 North State Road 7<br>Pompano Beach, FL 33063 |
| Positive Health Alliance, Inc. | 730 West Hallandale Beach Boulevard, Suite #109<br>Hallandale Beach, FL 33009 |
| Priority Health Medical Center, Inc. | 3660 Central Avenue, #6<br>Fort Myers, FL 33901 |
| Testing Matters Inc. | 14001 NW 4 Street<br>Fort Lauderdale, FL 33325 |
| United Clinical Laboratory LLC | 2257 Vista Parkway, #2<br>West Palm Beach, FL 33411 |
| United Pharmacy LLC | 3951 N. Haverhill Road, Suite 120-121<br>West Palm Beach, FL 33417 |
| Well Care LLC | 309 NE Marion Street<br>Madison, FL 32340 |
| Tamara Alonso | 12513 NW 7th Ln<br>Miami, FL 33182-2006 |
| Jean Alexandre | c/o Alliance Medical Center, Inc.<br>6245 Miramar Parkway, Suite 101<br>Hollywood, FL 33023 |

| Defendant | Service Address(es) |
|---|---|
| Chenara Anderson | 6090 N Sabal Palm Blvd Apt 311<br>Fort Lauderdale, FL 33319-2647<br><br>c/o 3rd Step Recovery Group, Inc. d/b/a Continental Wellness Center<br>3400 Powerline Road, Suite A<br>Fort Lauderdale, FL 33309 |
| Myriam Augustine | 11740 Hermitage Dr.<br>Fort Lauderdale, FL 33325-3510 |
| Twiggi Batista | 12580 SW 20th Street<br>Fort Lauderdale, FL 33325-5802 |
| Arsen Bazylenko | 2750 NE 183rd Street, Apt. 1707<br>North Miami Beach, FL 33160-2121<br><br>c/o Baikal Marketing Group, Inc.<br>3029 NE 188 Street, #319<br>Miami, FL 33180 |
| Michael Bogdan | 12580 SW 20th Street<br>Fort Lauderdale, FL 33325-5802 |
| Barbara Bryant | 1136 22nd St<br>West Palm Beach, FL 33407-5740 |
| Augustine Carbon | 3857 SW 164 Terrace<br>Hollywood, FL 33027<br><br>c/o Doctors United, Inc. d/b/a Doctors United Group<br>1498 NW 54 Street, Suite C<br>Miami, FL 33142 |
| Jennifer John Carbon | 3857 SW 164 Terrace<br>Hollywood, FL 33027<br><br>c/o AJC Medical Group, Inc.<br>1498 NW 54 Street, Suite C<br>Miami, FL 33142 |
| Khadijah Carbon | 3020 NW 96th Street<br>Miami, FL 33147-2340<br><br>c/o Doctors United, Inc. d/b/a Doctors United Group<br>1498 NW 54 Street, Suite C<br>Miami, FL 33142 |
| Alejandro Castro | c/o Allied Health Organization, Inc.<br>14001 NW 4 Street, Suite B<br>Fort Lauderdale, FL 33325 |
| John Catano | 4710 NW 122nd Dr.<br>Pompano Beach, FL 33076-2228 |

| Defendant | Service Address(es) |
|---|---|
| Jean Charlot | c/o AJC Medical Group, Inc.<br>1498 NW 54 Street, Suite C<br>Miami, FL 33142 |
| Shonta Darden | 222 NE 212TH Ter<br>Miami, FL 33179-1111<br><br>c/o Positive Health Alliance, Inc.<br>730 West Hallandale Beach Boulevard, Suite #109<br>Hallandale, FL 33009 |
| Alexander Evans | 1200 Sweetwater Club Blvd<br>Longwood, FL 32779-2150<br><br>4900 Solara Cir<br>Sanford, FL 32771-9553<br><br>2415 N Orange Ave Suite 400<br>Orlando, FL 32804-5505 |
| Maria Freeman | 1520 NW 4 Street<br>Fort Lauderdale, FL 33311<br><br>c/o 3rd Step Recovery Group, Inc. d/b/a Continental Wellness Center<br>3400 Powerline Road, Suite A<br>Fort Lauderdale, FL 33309 |
| Jesula Gabo | 9530 E Plum Harbor Way<br>Fort Lauderdale, FL 33321-6356 |
| Shajuandrine Garcia | 205 NE Shelby Ave<br>Madison, FL 32340-2526<br><br>c/o Well Care LLC<br>720 N. Ocean Street<br>Jacksonville, FL 32202 |
| Barbara Gibson | 601 Glenwood Ln<br>Fort Lauderdale, FL 33317-1915<br><br>c/o 3rd Step Recovery Group, Inc. d/b/a Continental Wellness Center<br>3400 Powerline Road, Suite A<br>Fort Lauderdale, FL 33309 |

| Defendant | Service Address(es) |
|---|---|
| Kerline Joseph | 3808 Crystal Lake Dr Apt 404<br>Pompano Beach, FL 33064-1357<br><br>5500 Celebration Point Way Apt 4-303<br>Pompano Beach, FL 33063-3988<br><br>1641 NW 9th St<br>Boca Raton, FL 33486-2008 |
| Viergela Joseph | 3215 23rd St SW<br>Lehigh Acres, FL 33976-3415<br><br>c/o Priority Health Medical Center, Inc.<br>3660 Central Avenue, #6<br>Fort Myers, FL 33901 |
| Andre Kerr | 3245 NW 102nd Ave<br>Fort Lauderdale, FL 33351-6931<br><br>c/o Positive Health Alliance<br>2500 Metrocentre Blvd, Ste 7<br>West Palm Beach, FL 33407 |
| Gary Kogan | 18051 Biscayne Blvd Apt 404<br>North Miami Beach, FL 33160-2507<br><br>c/o Labs4Less LLC<br>730 W. Hallandale Beach Boulevard, Suite #109<br>Hallandale, FL 33009 |
| Cassandra Louissaint | 16369 Compton Palms Dr<br>Tampa, FL 33647-1540<br><br>15501 Bruce B Downs Blvd Apt 2808<br>Tampa, FL 33647-1314<br><br>c/o Priority Health Medical Center, Inc.<br>3660 Central Avenue, #6<br>Fort Myers, FL 33901 |
| Cora Mann | 19814 NW 33rd Ct<br>Miami Gardens, FL 33056-2357<br><br>c/o Positive Health Alliance, Inc.<br>730 West Hallandale Beach Boulevard, Suite #109<br>Hallandale, FL 33009 |

| Defendant | Service Address(es) |
|---|---|
| Nick Myrtil | 11211 S Military Trl Apt<br>Boynton Beach, FL 33436-7227<br><br>c/o Priority Health Medical Center, Inc.<br>3660 Central Avenue, #6<br>Fort Myers, FL 33901 |
| Ifeoma Nwofor | 3922 SW 188th Ave<br>Hollywood, FL 33029-2723 |
| Erik Joseph Pavao | 16570 78th RD N<br>Loxahatchee, FL 33470-3087 |
| Willie Peacock | 219 SE Abernathy Way<br>Madison, FL 32340<br><br>c/o Well Care LLC<br>309 NE Marion Street<br>Madison, FL 32340 |
| Michael Pierce | 2609 NE 14th Ave Apt 106<br>Fort Lauderdale, FL 33334-4388<br><br>c/o 3rd Step Recovery Group, Inc. d/b/a Continental Wellness Center<br>3400 Powerline Road, Suite A<br>Fort Lauderdale, FL 33309 |
| Michel Poitevien | 1660 NE 170th St<br>Miami, FL 33162-2941<br><br>c/o Alliance Medical Center, Inc.<br>6245 Miramar Parkway, Suite 101<br>Hollywood, FL 33023 |
| Jean Rodney | 7825 Belvoir Dr Unit 5<br>Orlando, FL 32835-7902<br><br>c/o Alliance Medical Center, Inc.<br>6245 Miramar Parkway, Suite 101<br>Hollywood, FL 33023 |
| Tatiana Rozenblyum | 2750 NE 183rd Street, Apt. 1707<br>North Miami Beach, FL 33160-2121<br><br>c/o Baikal Marketing Group, Inc.<br>3029 NE 188 Street, #319<br>Miami, FL 33180 |

| Defendant | Service Address(es) |
|---|---|
| Juan Jesus Salina | 4212 W 16 Ave<br>Hialeah, FL 33012-7629<br><br>14410 Sabal Dr<br>Hialeah, FL 33014 |
| Dimitry Shaposhnikov | 2220 NE 7th St. # 11L<br>Hallandale, FL 33009<br><br>c/o Positive Health Alliance, Inc.<br>730 West Hallandale Beach Boulevard, Suite #109<br>Hallandale, FL 33009 |
| Roman Shekhet | 3848 Atlantic Ave Apt 2<br>Brooklyn, NY 11224-1277<br><br>c/o United Pharmacy LLC<br>3951 N. Haverhill Road, Suite 120-121<br>West Palm Beach, FL 33417 |
| Kirill Vesselov | 2564 S Ocean Blvd<br>Boca Raton, FL 33487-1810<br><br>c/o United Clinical Laboratory LLC<br>2257 Vista Parkway, #2<br>West Palm Beach, FL 33411 |
| Mikhail Vesselov | 2564 S Ocean Blvd<br>Boca Raton, FL 33487-1810<br><br>4108 S Ocean Blvd<br>Boca Raton, FL 33487-3321<br><br>c/o United Pharmacy LLC<br>3951 N. Haverhill Road, Suite 120-121 West Palm Beach, FL 33417 |
| Tomas Wharton | 8700 SW 97TH Ter<br>Miami, FL 33176-2935<br><br>c/o Florimed Medical Center Corp.<br>311 NE 8 Street Ste 110<br>Homestead, FL 33030-4734 |