**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| GILEAD SCIENCES, INC.; GILEAD SCIENCES IRELAND UC, <br><br>                Plaintiffs, <br><br>    v. <br><br> AJC MEDICAL GROUP, INC.; ALLIANCE MEDICAL CENTER, INC.; ALLIED HEALTH ORGANIZATION, INC.; BAIKAL MARKETING GROUP, INC.; A BETTER YOU WELLNESS CENTER, LLC; 3RD STEP RECOVERY GROUP, INC. D/B/A CONTINENTAL WELLNESS CENTER; COMMUNITY HEALTH MEDICAL CENTER LLC; DOCTORS UNITED, INC. D/B/A DOCTORS UNITED GROUP; FLORIMED MEDICAL CENTER CORP.; JUAN JESUS SALINA, M.D. CORP.; LABS4LESS LLC; PHYSICIAN PREFERRED PHARMACY, INC.; POSITIVE HEALTH ALLIANCE, INC.; PRIORITY HEALTH MEDICAL CENTER, INC.; TESTING MATTERS INC.; UNITED CLINICAL LABORATORY LLC; UNITED PHARMACY LLC; WELL CARE LLC; TAMARA ALONSO; JEAN ALEXANDRE; CHENARA ANDERSON; MYRIAM AUGUSTINE; TWIGGI BATISTA; ARSEN BAZYLENKO; MICHAEL BOGDAN; BARBARA BRYANT; AUGUSTINE CARBON; JENNIFER JOHN CARBON; KHADIJAH CARBON; ALEJANDRO CASTRO; JOHN CATANO; JEAN CHARLOT; SHONTA DARDEN; ALEXANDER EVANS; MARIA FREEMAN; JESULA GABO; SHAJUANDRINE GARCIA; BARBARA GIBSON; KERLINE JOSEPH; VIERGELA JOSEPH; ANDRE KERR; GARY KOGAN; CASSANDRA LOUISSAINT; CORA MANN; NICK MYRTIL; IFEOMA NWOFOR; ERIK JOSEPH PAVAO; WILLIE PEACOCK; MICHAEL PIERCE; MICHEL POITEVIEN; JEAN RODNEY; TATIANA ROZENBLYUM; JUAN JESUS SALINA; DIMITRY SHAPOSHNIKOV; ROMAN SHEKHET; KIRILL VESSELOV; MIKHAIL VESSELOV; TOMAS WHARTON, <br><br>                Defendants. | Civil Action No. __ |

## DECLARATION OF DONNA QUAN

I, Donna Quan, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am Senior Director, Data Forensics, at Gilead Sciences, Inc. ("Gilead").  I submit this declaration in support of Gilead's and Gilead Sciences Ireland UC's motion for a Temporary Restraining Order and Preliminary Injunction.

2.      I have personal knowledge of the matters set forth in this declaration.

## Credentials and Background

3.      I have held the position of Senior Director, Data Forensics, at Gilead since April 2019, and have worked at Gilead since 2005.  In my current role at Gilead, I established and oversee a data forensics function that works on identifying and mitigating the risk of fraudulent activity and duplicate discounting for all therapeutic areas implicating Gilead's portfolio, including Gilead medications for the treatment and prevention of human immunodeficiency virus ("HIV").  Before my current role, I was a Senior Director of Managed Markets Analytics for Gilead and led the development of U.S. payer contracting strategy and analytics across all therapeutic areas.

4.      By virtue of my employment at Gilead, I am intimately familiar with the data and other records related to the company's Advancing Access® Patient Support Program ("Advancing Access").  Advancing Access® operates a free-drug program, known as the Medication Assistance Program ("MAP"), for eligible individuals who lack insurance for TRUVADA for PrEP® and DESCOVY for PrEP® for HIV prevention (together, "PrEP medication"), and are otherwise unable to access alternative funding sources.  I am particularly

familiar with data concerning (a) enrollments in the MAP and (b) claims submitted by pharmacies seeking reimbursement for medication dispensed to MAP enrollees ("redemptions").

5.     The Defendants, by making false claims for reimbursements under the MAP, have stolen more than $43 million from Gilead.

**The Defendant 340B Clinics and Their Contract Pharmacies**

6.     Under the federal 340B Drug Pricing Program, drug manufacturers participating Medicaid—such as Gilead—agree to make their drugs available at significantly reduced prices to covered entities enrolled in the 340B Program.  The program, which is administered by the U.S. Health Resources and Services Administration ("HRSA"), is designed to expand patient access to essential medication at reduced costs.  HRSA maintains a searchable public database, which lists the entities that are enrolled in the 340B Program, their locations, and their contract pharmacies.  Contract pharmacies are third-party pharmacies that contract with specific 340B entities to provide pharmacy services to the 340B entity and the individuals to whom the 340B entity provides healthcare services.

7.     Defendants Allied Health Organization ("Allied Health"), 3rd Step Recovery Group d/b/a Continental Wellness Center ("Continental Wellness"), Doctors United Group ("Doctors United"), Florimed Medical Center ("Florimed"), and Positive Health Alliance ("Positive Health") are all registered 340B covered entities and, as such, can procure Gilead medications at discounted 340B prices.

8.     Defendant Physician Preferred Pharmacy ("Physician Preferred") has been registered as a contract pharmacy for all registered Allied Health, Doctors United, and Florimed clinic locations since they began participating in the 340B Program.

9.      Defendant United Pharmacy LLC ("United Pharmacy") has been registered as a contract pharmacy for all 19 Positive Health clinic locations registered with HRSA since they began participating in the 340B Program.

10.     Attached as Exhibit A is a summary of the 340B covered entity Defendants' clinics that are or were registered with HRSA, including information regarding the dates when those clinics participated in the 340B Program and the dates when Defendants Physician Preferred and/or United Pharmacy served as contract pharmacies for each such location.

11.     Gilead's records also show that many of the Defendants registered with HRSA operate out of the same premises as several of the other Defendants, indicating a close relationship between them.  For example, records indicate that Defendants Alliance Medical Center, Inc. ("Alliance Medical"), Defendant Baikal Marketing Group, Inc. ("Baikal Marketing"), and Defendant Well Care LLC ("Well Care") all operate at addresses that are identical to registered locations for Defendant Positive Health.

**The MAP**

12.     The MAP is a charitable, free-drug program that Gilead sponsors and oversees. Gilead has voluntarily created the program to help protect individuals at risk of exposure to HIV infection.  Under the MAP, uninsured individuals who enroll in the program obtain PrEP medication for free, and can continue obtaining the medication for free as long as they have a need for it and remain eligible for the MAP.

13.     As discussed in the Declaration of Annette Sebastiani ("Sebastiani Declaration"), Gilead fully funds the MAP by paying to pharmacies reimbursement based on Gilead's acquisition cost ("wholesale price") for PrEP medication, plus an additional amount to cover the

4

pharmacies' dispensing costs, for each bottle a pharmacy dispenses to a MAP enrollee. Although not all healthcare clinics pay Gilead's wholesale price for bottles of PrEP medication (due to, e.g., promotions, discounts, and federal price-reduction programs like the 340B Program), Gilead could not efficiently or effectively administer the MAP if it had to calculate each individual pharmacy's reimbursement payment based on the actual price the dispensing pharmacy paid for a particular bottle of PrEP medication.  Thus, consistent with the overarching goal of the MAP to maximize access to Gilead therapies, Gilead reimburses all MAP dispenses at Gilead's wholesale price, even when this amount exceeds the price the healthcare clinic paid the pharmacy to obtain the medication.

14.     Overall, the MAP has been a tremendous success.  Through this program, tens of thousands of patients have obtained PrEP medication for free.  Thousands of healthcare providers have enrolled eligible individuals in the MAP so that they can receive free PrEP medication as needed.

15.     Because the MAP is a voluntary program, Gilead has the unilateral right to suspend the cards given to MAP enrollees ("MAP cards") or place blocks on particular providers.  Although the Advancing Access® Patient Support Program has been in effect for more than 15 years, before learning of the Defendants' wrongful activities described herein and in the Sebastiani Declaration, Gilead has never had to suspend a single MAP card or exclude a healthcare provider from enrolling new individuals in the program because of fraud.

**The Defendants' Anomalous Prescribing and Redemption Claims**

16.     I reviewed the redemption records maintained by Advancing Access®.  These records show that since February 2018, and particularly in the past twelve months, the Defendants and their affiliates and providers have enrolled individuals in the MAP program and made redemption claims at rates that significantly exceed the enrollment activity of all other healthcare providers in Florida.  By way of illustration:

     a.     Between January 2019 and August 2020, the average MAP prescriber in Florida prescribed approximately 10 bottles of PrEP medication per month.  But certain prescribers employed by the Clinic Defendants[1]— including Defendants Tamara Alonso, Cassandra Louissaint, and Michel Poitevien—prescribed between 30 and 50 times that amount in multiple months during the same time period.

---

[1] The "Clinic Defendants" refers to AJC Medical Group, Inc.; Alliance Medical Center, Inc.; Allied Health Organization, Inc.; A Better You Wellness Center, LLC; Baikal Marketing Group, Inc.; 3rd Step Recovery Group, Inc. d/b/a Continental Wellness Center; Community Health Medical Center LLC; Doctors United, Inc. d/b/a Doctors United Group; Florimed Medical Center Corp.; Juan Jesus Salina, M.D. Corp.; Positive Health Alliance, Inc.; Priority Health Medical Center, Inc.; and Well Care LLC.

**Bottles of Medication Prescribed by High-Volume Prescriber Defendants**



b.     Due to the disproportionate number of individuals that the Defendants

have enrolled in the MAP, in the first five months of 2020, Defendants

Positive Health Alliance and Doctors United Group accounted for

approximately 45 percent all MAP redemptions originating from the State

of Florida.



17.     Defendants and their affiliates are also responsible for some of the highest MAP redemption numbers among prescribers nationwide.  In March 2020, for example, the Clinic Defendants alone were responsible for more than 15 percent of the nationwide redemptions paid under the MAP.

**The Data Reveals Defendants' Fraud**

18.     In view of the high volume of MAP enrollments and redemptions associated with Defendants, Gilead investigated further to better understand the activity underlying these numbers.  Gilead discovered numerous instances of fraudulent enrollment and redemption practices committed by the Defendants and their prescribers, discussed further below.

19.     PrEP medication is dispensed in bottles containing a 30-day supply of pills. Because MAP enrollees are able to pick up a refill as soon as 21 days after receiving a bottle, redemptions should occur every 21 to 30 days for a MAP enrollee who is consistently taking PrEP.

20.     However, there are many instances where Defendants have submitted redemptions for a particular MAP enrollee only days apart, and much sooner than 21 days after the preceding redemption.  This improper practice is known as "fraudulent multi-fill."

21.     To take one example, between January and April 2020, Defendant Tamara Alonso (of Defendant Doctors United) and Defendant Ifeoma Nwofor (of Defendant AJC Medical) purportedly dispensed PrEP medication through the MAP seven times to the same individual over a period of less than three months.[2]

**TABLE 1**:

| MAP Card | Date | Days Since Last Refill | Prescriber | Clinic Affiliation |
|---|---|---|---|---|
| 98847236409 | 28-Jan-20 | n/a | Tamara Alonso | Doctors United |
| 98847236409 | 17-Feb-20 | 20 | Tamara Alonso | Doctors United |
| 98847236409 | 21-Feb-20 | 4 | Tamara Alonso | Doctors United |
| 98847236409 | 9-Mar-20 | 17 | Ifeoma Nwofor | AJC Medical Group |
| 98847236409 | 13-Mar-20 | 4 | Tamara Alonso | Doctors United |
| 98847236409 | 6-Apr-20 | 24 | Ifeoma Nwofor | AJC Medical Group |
| 98847236409 | 14-Apr-20 | 8 | Tamara Alonso | Doctors United |

22. In another instance, in November and December 2019, Defendant Barbara Bryant of Defendant Positive Health purportedly dispensed PrEP medication through the MAP four times to the same individual over a period of six weeks.

---

[2] Additional examples of Defendants' fraudulent multi-fills are set forth in Exhibit B to this Declaration.

**TABLE 2:**

| MAP Card | Date | Days Since Last Refill | Prescriber | Clinic Affiliation | Medication |
|---|---|---|---|---|---|
| 98846759309 | 1-Nov-19 | n/a | Barbara Bryant | Positive Health | TRUVADA® |
| 98846759309 | 20-Nov-19 | 19 | Barbara Bryant | Positive Health | DESCOVY® |
| 98846759309 | 4-Dec-19 | 14 | Barbara Bryant | Positive Health | TRUVADA® |
| 98846759309 | 13-Dec-19 | 9 | Barbara Bryant | Positive Health | DESCOVY® |

23.     Defendants have sought to avoid scrutiny of this improper practice by alternating prescribers and pharmacies when purportedly dispensing multiple bottles of PrEP over a short time period to a single MAP enrollee.  For instance, when prescribing and dispensing four refills over the course of 42 days to a single individual [ID #98853569809], (an average rate of refill every 14 days), Defendant Andre Kerr (of Defendant Baikal Marketing) and a prescriber employed by Defendant Doctors United alternated prescriptions, and Defendants United Pharmacy and Physician Preferred took turns submitting redemptions for purportedly dispensed PrEP medication:

**TABLE 3:**

| MAP Card | Date | Days Since Last Refill | Prescriber | Clinic Affiliation | Pharmacy |
|---|---|---|---|---|---|
| 98853569809 | 6-Dec-19 | n/a | Chelsia Binns | Doctors United | Physician Preferred |
| 98853569809 | 11-Dec-19 | 5 | Andre Kerr | Baikal Marketing | United Pharmacy |
| 98853569809 | 30-Dec-19 | 19 | Chelsia Binns | Doctors United | Physician Preferred |
| 98853569809 | 17-Jan-20 | 18 | Andre Kerr | Baikal Marketing | United Pharmacy |

10

24.     Defendants have also alternated between prescribing TRUVADA® and DESCOVY® for the same MAP enrollee, allowing them to accelerate the rate of refills of PrEP medication.  For example, redemption data shows that Defendant Michael Pierce (of Defendant Continental Wellness) and Defendant Michel Poitevien (of Defendant Alliance Medical) alternated between prescribing TRUVADA® and DESCOVY® for a single individual four times over the course of a six-week period—even though there can be no legitimate medical reason to switch at that rate.

**TABLE 4:**

| MAP Card | Date | Days Since Last Refill | Prescriber | Clinic Affiliation | Medication |
|---|---|---|---|---|---|
| 96228786408 | 11-Feb-20 | n/a | Michael Pierce | Continental Wellness | TRUVADA® |
| 96228786408 | 24-Feb-20 | 13 | Michel Poitevien | Alliance Medical | DESCOVY® |
| 96228786408 | 10-Mar-20 | 15 | Michael Pierce | Continental Wellness | TRUVADA® |
| 96228786408 | 20-Mar-20 | 10 | Michel Poitevien | Alliance Medical | DESCOVY® |

25.     Redemption data also shows that Defendant Tamara Alonso (of Doctors United) and Defendant Ifeoma Nwofor (of Defendant AJC Medical) alternated between prescribing TRUVADA® and DESCOVY® for a single individual five times over the course of a six-week period.

11

**TABLE 5**

| MAP Card | Date | Days Since Last Refill | Prescriber | Clinic Affiliation | PrEP Medication |
|----------|------|------------------------|------------|--------------------|-----------------|
| 98847236409 | 28-Jan-20 | n/a | Tamara Alonso | Doctors United | TRUVADA® |
| 98847236409 | 17-Feb-20 | 20 | Tamara Alonso | Doctors United | DESCOVY® |
| 98847236409 | 21-Feb-20 | 4 | Tamara Alonso | Doctors United | TRUVADA® |
| 98847236409 | 9-Mar-20 | 17 | Ifeoma Nwofor | AJC Medical Group | DESCOVY® |
| 98847236409 | 13-Mar-20 | 4 | Tamara Alonso | Doctors United | TRUVADA® |

26.     In total, Defendants claimed at least 890 improper redemptions in connection with these fraudulent multi-fills, costing Gilead well in excess of $1 million.

**Thousands of Defendants' MAP Enrollees Have Failed to Reactivate Their Suspended MAP Cards to Continue Receiving PrEP**

27.     In recent months, Gilead has taken various measures to attempt to prevent fraud and abuse by Defendants.  These measures included deactivating thousands of MAP and PAP cards associated with individuals who were enrolled by suspicious prescribers associated with Defendants.  To reactivate their cards, these enrollees were required to pass uncomplicated validation checks, such as providing proof of identification and speaking directly with an Advancing Access® program specialist.  *See* Sebastiani Decl. ¶¶ 74–75.

28.     Legitimate MAP and PAP enrollees who actually take and rely upon Gilead medication should be seeking to have their cards reactivated so they can continue to receive their therapies.  Yet the vast majority of enrollees whose cards were suspended—comprising thousands of enrollees who had ostensibly been regularly taking Gilead medication for months—

did not even seek to reactivate their cards.  To date, only about 1,400 of the 10,800 suspended MAP and PAP cards have been reactivated.

29.     This includes hundreds of enrollees who, until their cards were suspended, had purportedly been picking up their prescription regularly each month.  For instance, records associated with one enrollee (MAP Card. No. #96188256108) show consistent redemptions each month over a 17-month period from February 2019 through June 2020 (when the card was suspended), including numerous fraudulent multi-fills.  But no attempt has been made to reactivate that individual's card since it was suspended.

**The Data Shows Defendants Are Actively Taking Further Measures to Avoid Detection**

30.     As the Sebastiani Declaration explains, a healthcare provider can complete a MAP enrollment form on behalf of an eligible individual.  As part of the enrollment application, the applicant's prescriber must make certain certifications regarding the applicant's treatment, including that (1) the prescribed medication is medically necessary for the enrollee, (2) the prescribed medication will be used by the enrollee as directed, (3) the prescriber will be supervising the enrollee's use of PrEP medication, and (4) the prescriber will verify continued use of the medication being prescribed.  Immediately after Advancing Access® approves the enrollment application, the new MAP enrollee is able to obtain free PrEP medication from any retail pharmacy, which can submit a redemption to MAP for the PrEP mediation it purportedly dispenses as a result.  Sebastiani Decl. ¶ 19.

31.     In addition to deactivating MAP and PAP cards for certain enrollees, Gilead started blocking certain suspicious prescribers affiliated with Defendants—including a number of prescribers that have themselves been named as Defendants—from enrolling new individuals in

the MAP or the PAP through the online enrollment portal.  *See* Sebastiani Decl. ¶ 77.  The blocked prescribers associated with Defendants can now enroll an applicant in the MAP or the PAP only by contacting the Advancing Access® call center, speaking to a program specialist, and meeting the enhanced validation checks.

32.     In response to these measures, however, the data shows that Defendants have found new ways to pivot their business to prescribers and clinics not subject to Gilead's heightened anti-fraud measures.

33.     ***First***, after Gilead blocked certain high-volume prescribers, including many of the Prescriber Defendants, from enrolling individuals in the MAP and PAP through the online enrollment portal, Defendants began using new, unblocked prescribers to process large volumes of new MAP enrollments—even though the blocked prescribers ultimately write those new enrollees' prescriptions for PrEP medication.  For instance, Defendant Alexander Evans, a prescriber for Defendant Allied Health, ***enrolled 1,177 individuals in the MAP and the PAP*** in the four-month period between May 2020 (when Gilead first began blocking high-volume prescribers, not including Evans, associated with the Clinic Defendants) and August 2020 (when Evans himself was blocked from enrolling individuals in the MAP and the PAP through the online portal).  This sudden spike in enrollments was remarkable, as Evans had enrolled only 157 individuals in the MAP and the PAP in the sixteen months preceding May 2020.  And after Evans was blocked from enrolling individuals through the online portal, his enrollment figures plummeted, with only nine enrollments processed in September 2020.

34.     Despite enrolling more than 1,000 individuals in the MAP and the PAP through Allied Health, Dr. Evans has never written a single prescription for Gilead medication dispensed

to any of those enrollees.  Instead, the prescriptions have been written by dozens of different prescribers.  These prescribers, who include several of the prescribers named as Defendants and other prescribers who were blocked from enrolling new applicants in the MAP and the PAP through the online portal, were affiliated with Clinic Defendants Doctors United, Positive Health, Alliance Medical, Baikal Marketing, Continental Wellness, and Priority Health.

35.     This practice of using unblocked prescribers to enroll MAP recruits, and using other, often blocked prescribers to write prescriptions, is not only an improper circumvention tactic; it is also a direct violation of the certifications the listed prescriber makes in connection with each MAP enrollment.  Gilead is defrauded every time an enrollment and related redemptions are premised on these false certifications.

36.     *Second*, Defendants who have attracted scrutiny from Gilead appear to have shifted their enrollment activity to other Defendants.  For example, after Gilead took steps to restrict certain prescribers associated with Defendant Doctors United from enrolling individuals in the MAP and the PAP through the online portal, the volume of enrollments from Allied Health skyrocketed, largely due to the enrollments processed by Defendant Alexander Evans.



**Defendants Have Greatly Profited, at Gilead's Expense, from their Fraudulent
Prescription and Redemption Practices**

    37.    By leveraging the MAP and the 340B Program, Defendants and their contract

pharmacies have been able to profit from their wrongful prescription and redemption practices.

16

38.     The 340B Clinic Defendants and their affiliates are enrolled in the 340B Program and, therefore, are able to purchase each bottle of TRUVADA® and DESCOVY® at a significant discount off of the wholesale price.

39.     All dispenses of TRUVADA® and DESCOVY® under the MAP—whether by a 340B Entity or other healthcare provider—are reimbursed by Gilead at Gilead's wholesale price, which is currently more than $1,800 per bottle.  That out-of-pocket cost is borne entirely by Gilead.

40.     Thus, each time a Defendant or its contract pharmacy dispenses TRUVADA® or DESCOVY® to a MAP enrollee, the Defendant's profit is more than $1,000 per bottle. Moreover, in addition to this reimbursement, Gilead pays the contract pharmacy a dispensing fee each time it dispenses medication to a MAP enrollee.  This fee, too, is an out-of-pocket cost borne exclusively by Gilead.  Each fraudulent redemption submitted by Defendants ultimately costs Gilead well over $2,000 per bottle of PrEP medication when these administrative fees are taken into account.

41.     Gilead payment records show that, between January 2018 and October 2020, Defendants have prescribed and purportedly dispensed tens of thousands of bottles of PrEP medication through the MAP.

        a.      Defendant **Positive Health** has bought **18,997 bottles** of PrEP medication at the discounted 340B price, which were then purportedly dispensed through the MAP.

17

b.      Defendant **Doctors United** has bought **10,191 bottles** of PrEP medication at the discounted 340B price, which were then purportedly dispensed through the MAP.

c.      Defendant **Allied Health** has bought **1,687 bottles** of PrEP medication at the discounted 340B price, which were then purportedly dispensed through the MAP.

d.      Defendant **Florimed** has bought **766 bottles** of PrEP medication at the discounted 340B price, which were then purportedly dispensed through the MAP.

e.      Defendant **Continental Wellness** has bought **717 bottles** of PrEP medication at the discounted 340B price, which were then purportedly dispensed through the MAP.

42.     By leveraging the heavily discounted 340B acquisition price that they pay to acquire PrEP medication and fraudulently claiming reimbursements through the MAP, Defendants have made profits totaling ***more than $43 million***.

43.     This is a conservative estimate that does not capture the full magnitude of Defendants' improper profits.  As described in the Sebastiani Declaration and the Declaration of Emilio Garcia, there is substantial evidence that Defendants are repurchasing bottles of already-dispensed PrEP from MAP enrollees for $10 a bottle and therefore amassing further profits in at least three ways.

44.     First, when the diverted bottles are returned to the pharmacy, re-dispensed, and a redemption claim is submitted under the MAP, Defendants are reimbursed at the full wholesale

18

price without having spent any money to acquire the medication, and obtain a total wrongful per-bottle profit of more than $1,800.

45.     Second, when Defendants obtain reimbursement from Gilead for dispensing PrEP medication that Defendants bought back from a recruit for $10, that Defendant obtains a total wrongful per-bottle profit equal to the wholesale price, which exceeds $1,800, less the $10 paid to repurchase the PrEP medication.

46.     Third, when Defendants resell repackaged PrEP medication on the black market that it has bought back from a recruit for $10, they receive and retain a wrongful per-bottle profit equal to the entire resale price, less the $10 paid to repurchase the PrEP medication.

47.     These profits to Defendants represent additional profits above and beyond the $43 million they have obtained through wrongful redemptions.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   November 2, 2020
               Fremont, California

*Donna Quan*
_____
Donna Quan

19

## <u>EXHIBIT A</u>

1.     According to HRSA's database, Defendant Allied Health has five locations in

Florida:

      a.     Allied Health has a registered location at 1310 W. Colonial Drive, #28,
            Orlando, Florida, which began participating in the 340B Program on
            August 3, 2020.

      b.     Allied Health has a registered location at 6889 W. Colonial Drive, #28,
            Orlando, Florida, which began participating in the 340B Program on
            August 3, 2020.

      c.     Allied Health has a registered location at 1435 W. 49th Place, #403,
            Hialeah, Florida, which began participating in the 340B Program on
            August 3, 2020.

      d.     Allied Health has a registered location at 10651 SW 88th Street, #207,
            Miami, Florida, which began participating in the 340B Program on August
            3, 2020.

      e.     Allied Health has a registered location at 14001 NW 4th Street, Suite B,
            Sunrise, Florida, which began participating in the 340B Program on
            August 6, 2020.

Defendant Physician Preferred has been registered as a contract pharmacy for each of these

locations since they began participating in the 340B Program.

2.     According to HRSA's database, Defendant Continental Wellness has one location

at 3400 NW 9 Avenue, Suite A, Oakland Park, Florida.  This clinic has been participating in the

340B Program since November 26, 2019.

3.     HRSA's database indicates that Defendant Doctors United has four current

locations in Florida, as well as one location that is no longer operating.  Each of those locations

identifies Defendant Physician Preferred as a contract pharmacy.

      a.     Doctors United has a registered location at 1498 NW 54th Street, Suite C,
            Miami, Florida, which began participating in the 340B Program on July 1,

2019.  Physician Preferred was registered as a contract pharmacy for this location from July 1, 2019 to May 1, 2020.

b.   Doctors United has a registered location at 3215 NW 10th Terrace, Suite 209-B, Oakland Park, Florida, which began participating in the 340B Program on July 1, 2019.  Physician Preferred was registered as a contract pharmacy for this location from July 1, 2019 to May 1, 2020.

c.   Doctors United has a registered location at 3300 W. Colonial Drive, Orlando, Florida, which began participating in the 340B Program on January 1, 2020.  Physician Preferred was registered as a contract pharmacy for this location from April 1, 2020 to May 1, 2020.

d.   Doctors United has a registered location at 4212 W. 16th Avenue, Hialeah, Florida, which began participating in the 340B Program on January 1, 2020.  Physician Preferred was registered as a contract pharmacy for this location from April 1, 2020 to May 1, 2020.

e.   Doctors United had a registered location at 2025-A North Dixie Highway, Pompano Beach, Florida, which began participating in the 340B Program on January 1, 2020 and was terminated on October 1, 2020 with a listed reason of "[s]ite closure."  Physician Preferred was registered as a contract pharmacy for this location from April 1, 2020 to October 1, 2020.

4.   According to HRSA's database, Defendant Florimed has one location at 311 N.E. 8th Street, Suite 110, Homestead, Florida.  That clinic has been participating in the 340B program since January 1, 2020.  Defendant Physician Preferred has been registered as a contract pharmacy for this location since April 1, 2020.

5.   Defendant Positive Health has nineteen locations listed in HRSA's database, with fourteen sites listed as currently operating.  Each of these locations identifies Defendant United Pharmacy as a contract pharmacy.

a.   Positive Health has a registered location at 730 W. Hallandale Beach Blvd., #109, Hallandale, Florida, which began participating in the 340B Program on July 1, 2019.  United Pharmacy has been registered as a contract pharmacy for this location since August 5, 2020.

21

b.      Positive Health has a registered location at 6245 Miramar Parkway, #102, Miramar, Florida, which began participating in the 340B Program on January 1, 2020.  United Pharmacy has been registered as a contract pharmacy for this location since January 1, 2020.

c.      Positive Health has a registered location at 906 W. Sunrise Blvd., Suite A, Fort Lauderdale, Florida, which began participating in the 340B Program on January 1, 2020.  United Pharmacy has been registered as a contract pharmacy for this location since January 1, 2020.

d.      Positive Health has a registered location at 509 US-1, #102, Lake Park, Florida, which began participating in the 340B Program on January 1, 2020.  United Pharmacy has been registered as a contract pharmacy for this location since January 1, 2020.

e.      Positive Health has a registered location at 3951 North Haverhill Rd., #116-117, West Palm Beach, Florida, which began participating in the 340B Program on January 1, 2020.  United Pharmacy has been registered as a contract pharmacy for this location since January 1, 2020.

f.      Positive Health has a registered location at 720 N. Ocean St., Jacksonville, Florida, which began participating in the 340B Program on May 8, 2020.  United Pharmacy has been registered as a contract pharmacy for this location since July 1, 2020.

g.      Positive Health has a registered location at 2500 Metrocentre Blvd., #7, West Palm Beach, Florida, which began participating in the 340B Program on May 8, 2020.  United Pharmacy has been registered as a contract pharmacy for this location since July 1, 2020.

h.      Positive Health has a registered location at 3677 Central Ave., Suite B, Fort Myers, Florida, which began participating in the 340B Program on May 8, 2020.  United Pharmacy has been registered as a contract pharmacy for this location since July 1, 2020.

i.      Positive Health has a registered location at 211 N. Ridgewood Ave., #114-115, Daytona Beach, Florida, which began participating in the 340B Program on August 18, 2020.  United Pharmacy has been registered as a contract pharmacy for this location since October 1, 2020.

j.      Positive Health has a registered location at 91 12th Street South, Jacksonville Beach, Florida, which began participating in the 340B Program on August 18, 2020.  United Pharmacy has been registered as a contract pharmacy for this location since October 1, 2020.

k.      Positive Health has a registered location at 2121 W. Pensacola St., #B2, Tallahassee, Florida, which began participating in the 340B Program on August 18, 2020.  United Pharmacy has been registered as a contract pharmacy for this location since October 1, 2020.

l.      Positive Health has a registered location at 2688 South Orlando Drive, Sanford, Florida, which began participating in the 340B Program on August 18, 2020.  United Pharmacy has been registered as a contract pharmacy for this location since October 1, 2020.

m.      Positive Health has a registered location at 2005 W. Reynolds Road, Tampa, Florida, which began participating in the 340B Program on August 18, 2020.  United Pharmacy has been registered as a contract pharmacy for this location since October 1, 2020.

n.      Positive Health has a registered location at 141 SE Avenue, #C, Belle Glade, Florida, which began participating in the 340B Program on October 1, 2020.  United Pharmacy has been registered as a contract pharmacy for this location since October 1, 2020.

o.      Positive Health had a registered location at 3167-69 West Atlantic Blvd., Pompano Beach, Florida, which began participating in the 340B Program on January 1, 2020 and was terminated on July 1, 2020 with a listed reason of "[n]ever implemented the 340B Program."  United Pharmacy was registered as a contract pharmacy for this location from January 1, 2020 to July 1, 2020.

p.      Positive Health had a registered location at 3173 West Atlantic Blvd., Pompano Beach, Florida, which began participating in the 340B Program on January 1, 2020 and was terminated on July 1, 2020 with a listed reason of "[n]ever implemented the 340B Program."  United Pharmacy was registered as a contract pharmacy for this location from January 1, 2020 to July 1, 2020.

q.      Positive Health had a registered location at 1511 Prosperity Farms Rd., Lake Park, Florida, which began participating in the 340B Program on January 1, 2020 and was terminated on July 1, 2020 with a listed reason of "[b]usiness decision by the Covered Entity."  United Pharmacy was registered as a contract pharmacy for this location from January 1, 2020 to July 1, 2020.

r.      Positive Health had a registered location at 4055 North Andrews Avenue, Fort Lauderdale, Florida, which began participating in the 340B Program on January 1, 2020 and was terminated on April 1, 2020 with a listed

23

reason of "[b]usiness decision by the Covered Entity."  United Pharmacy was registered as a contract pharmacy for this location from January 1, 2020 to April 1, 2020.

s.      Positive Health had a registered location at 3660 Central Ave., Unit 6, Fort Myers, Florida, which began participating in the 340B Program on May 8, 2020 and was terminated on October 1, 2020 with a listed reason of "[b]usiness decision by the Covered Entity."  United Pharmacy was registered as a contract pharmacy for this location from July 1, 2020 to October 1, 2020.

**EXHIBIT B: Multi-Fill Examples**

**TABLE 6:**

| MAP Card | Date | Days Since Last Refill | Prescriber | Clinic Affiliation | Pharmacy | Medication |
|---|---|---|---|---|---|---|
| 96184606808 | 5-Dec-19 | n/a | John Catano | Doctors United | Physician Preferred | TRUVADA® |
| 96184606808 | 13-Dec-19 | 8 | Michel Poitevien | Alliance Medical | United Pharmacy | DESCOVY® |
| 96184606808 | 31-Dec-19 | 18 | John Catano | Doctors United | Physician Preferred | TRUVADA® |
| 96184606808 | 20-Jan-20 | 20 | Michel Poitevien | Alliance Medical | United Pharmacy | DESCOVY® |

**TABLE 7:**

| MAP Card | Date | Days Since Last Refill | Prescriber | Clinic Affiliation | Pharmacy | Medication |
|---|---|---|---|---|---|---|
| 98869394509 | 31-Mar-20 | n/a | Cassandra Louissaint | Priority Health | United Pharmacy | TRUVADA® |
| 98869394509 | 7-Apr-20 | 7 | Cassandra Louissaint | Priority Health | United Pharmacy | TRUVADA® |

**TABLE 8:**

| MAP Card | Date | Days Since Last Refill | Prescriber | Clinic Affiliation | Pharmacy | Medication |
|---|---|---|---|---|---|---|
| 96227207508 | 4-Feb-20 | n/a | Tamara Alonso | Doctors United | Physician Preferred | TRUVADA® |
| 96227207508 | 5-Feb-20 | 1 | Michel Poitevien | Alliance Medical | United Pharmacy | DESCOVY® |
| 96227207508 | 3-Mar-20 | 27 | Michel Poitevien | Alliance Medical | United Pharmacy | DESCOVY® |
| 96227207508 | 13-Mar-20 | 10 | Tamara Alonso | Doctors United | Physician Preferred | TRUVADA® |
| 96227207508 | 27-Mar-20 | 14 | Tamara Alonso | Doctors United | Navarro Discount Pharmacy | DESCOVY® |

**TABLE 9:**

| MAP Card | Date | Days Since Last Refill | Prescriber | Clinic Affiliation | Pharmacy | Medication |
|---|---|---|---|---|---|---|
| 98833887109 | 14-Jan-20 | n/a | Tamara Alonso | Doctors United | Physician Preferred | TRUVADA® |
| 98833887109 | 20-Jan-20 | 6 | Jean Rodney | Alliance Medical/Priority Health | United Pharmacy | DESCOVY® |
| 98833887109 | 10-Feb-20 | 21 | Tamara Alonso | Doctors United | Physician Preferred | TRUVADA® |
| 98833887109 | 14-Feb-20 | 4 | Jean Rodney | Alliance Medical/Priority Health | United Pharmacy | DESCOVY® |

**TABLE 10:**

| MAP Card | Date | Days Since Last Refill | Prescriber | Clinic Affiliation | Pharmacy | Medication |
|---|---|---|---|---|---|---|
| 98840121609 | 31-Mar-20 | n/a | Tamara Alonso | Doctors United | Navarro Discount Pharmacy | DESCOVY® |
| 98840121609 | 2-Apr-20 | 2 | Tamara Alonso | Doctors United | Physician Preferred | TRUVADA® |
| 98840121609 | 27-Apr-20 | 25 | Tamara Alonso | Doctors United | Navarro Discount Pharmacy | DESCOVY® |
| 98840121609 | 5-May-20 | 8 | Tamara Alonso | Doctors United | Physician Preferred | TRUVADA® |

**TABLE 11:**

| MAP Card | Date | Days Since Last Refill | Prescriber | Clinic Affiliation | Pharmacy | Medication |
|---|---|---|---|---|---|---|
| 98855628209 | 17-Dec-19 | n/a | Tamara Alonso | Doctors United | Physician Preferred | TRUVADA® |
| 98855628209 | 19-Dec-19 | 2 | Jean Rodney | Priority Health/Alliance Medical | United Pharmacy | DESCOVY® |
| 98855628209 | 13-Jan-20 | 25 | Tamara Alonso | Doctors United | Physician Preferred | TRUVADA® |
| 98855628209 | 20-Jan-20 | 7 | Jean Rodney | Priority Health/Alliance Medical | United Pharmacy | DESCOVY® |

**TABLE 12:**

| MAP Card | Date | Days Since Last Refill | Prescriber | Clinic Affiliation | Pharmacy | Medication |
|---|---|---|---|---|---|---|
| 98867238809 | 17-Mar-20 | n/a | Viergela Joseph | Priority Health | United Pharmacy | DESCOVY® |
| 98867238809 | 20-Mar-20 | 3 | Viergela Joseph | Priority Health | United Pharmacy | DESCOVY® |