## IN THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

GILEAD SCIENCES, INC.;
GILEAD SCIENCES IRELAND UC,

    Plaintiffs,

v.

AJC MEDICAL GROUP, INC.; ALLIANCE MEDICAL CENTER, INC.; ALLIED HEALTH ORGANIZATION, INC.; BAIKAL MARKETING GROUP, INC.; A BETTER YOU WELLNESS CENTER, LLC; 3RD STEP RECOVERY GROUP, INC. D/B/A CONTINENTAL WELLNESS CENTER; COMMUNITY HEALTH MEDICAL CENTER LLC; DOCTORS UNITED, INC. D/B/A DOCTORS UNITED GROUP; FLORIMED MEDICAL CENTER CORP.; JUAN JESUS SALINA, M.D. CORP.; LABS4LESS LLC; PHYSICIAN PREFERRED PHARMACY, INC.; POSITIVE HEALTH ALLIANCE, INC.; PRIORITY HEALTH MEDICAL CENTER, INC.; TESTING MATTERS INC.; UNITED CLINICAL LABORATORY LLC; UNITED PHARMACY LLC; WELL CARE LLC; TAMARA ALONSO; JEAN ALEXANDRE; CHENARA ANDERSON; MYRIAM AUGUSTINE; TWIGGI BATISTA; ARSEN BAZYLENKO; MICHAEL BOGDAN; BARBARA BRYANT; AUGUSTINE CARBON; JENNIFER JOHN CARBON; KHADIJAH CARBON; ALEJANDRO CASTRO; JOHN CATANO; JEAN CHARLOT; SHONTA DARDEN; ALEXANDER EVANS; MARIA FREEMAN; JESULA GABO; SHAJUANDRINE GARCIA; BARBARA GIBSON; KERLINE JOSEPH; VIERGELA JOSEPH; ANDRE KERR; GARY KOGAN; CASSANDRA LOUISSAINT; CORA MANN; NICK MYRTIL; IFEOMA NWOFOR; ERIK JOSEPH PAVAO; WILLIE PEACOCK; MICHAEL PIERCE; MICHEL POITEVIEN; JEAN RODNEY; TATIANA ROZENBLYUM; JUAN JESUS SALINA; DIMITRY SHAPOSHNIKOV; ROMAN SHEKHET; KIRILL VESSELOV; MIKHAIL VESSELOV; TOMAS WHARTON,

    Defendants.

Case No. 1:20-cv-24523

## NOTICE OF ADDING ADDITIONAL DEFENDANTS

GILEAD SCIENCES, INC.; and GILEAD SCIENCES IRELAND UC ("Plaintiffs") hereby gives notice of adding the entities and persons listed below as Defendants in the instant matter.

### List of Additional Defendants

ALLIED HEALTH ORGANIZATION, INC.
BAIKAL MARKETING GROUP, INC.
A BETTER YOU WELLNESS CENTER, LLC
3RD STEP RECOVERY GROUP, INC. D/B/A CONTINENTAL WELLNESS CENTER
COMMUNITY HEALTH MEDICAL CENTER LLC
DOCTORS UNITED, INC. D/B/A DOCTORS UNITED GROUP
FLORIMED MEDICAL CENTER CORP.
JUAN JESUS SALINA, M.D. CORP.
LABS4LESS LLC
PHYSICIAN PREFERRED PHARMACY, INC.
POSITIVE HEALTH ALLIANCE, INC.
PRIORITY HEALTH MEDICAL CENTER, INC.
TESTING MATTERS INC.
UNITED CLINICAL LABORATORY LLC
UNITED PHARMACY LLC
WELL CARE LLC
TAMARA ALONSO
JEAN ALEXANDRE
CHENARA ANDERSON
MYRIAM AUGUSTINE
TWIGGI BATISTA
ARSEN BAZYLENKO
MICHAEL BOGDAN
BARBARA BRYANT
AUGUSTINE CARBON
JENNIFER JOHN CARBON
KHADIJAH CARBON
ALEJANDRO CASTRO
JOHN CATANO
EAN CHARLOT
SHONTA DARDEN
ALEXANDER EVANS;
MARIA FREEMAN
JESULA GABO
SHAJUANDRINE GARCIA
BARBARA GIBSON
KERLINE JOSEPH
VIERGELA JOSEPH
ANDRE KERR
GARY KOGAN

CASSANDRA LOUISSAINT
CORA MANN
NICK MYRTIL
IFEOMA NWOFOR
ERIK JOSEPH PAVAO
WILLIE PEACOCK
MICHAEL PIERCE
MICHEL POITEVIEN
JEAN RODNEY
TATIANA ROZENBLYUM
JUAN JESUS SALINA
DIMITRY SHAPOSHNIKOV
ROMAN SHEKHET
KIRILL VESSELOV;
MIKHAIL VESSELOV
TOMAS WHARTON

Dated November 3, 2020

Respectfully submitted,

SQUIRE PATTON BOGGS (US) LLP

/s/ P. Jan Kubicz
P. Jan Kubicz (FBN 84405)
jan.kubicz@squirepb.com
200 South Biscayne Boulevard, Suite 4700
Miami, FL 33131
T.: (305) 577-7000
F.: (305) 577-7001

/s/ Franklin G. Monsour
Franklin G. Monsour (*pro hac vice pending*)
franklin.monsour@squirepb.com
1211 Avenue of the Americas,
26th Floor New York, NY 10036
T.: (212) 872-9800

PATTERSON BELKNAP WEBB & TYLER LLP

/S/ Geoffrey Potter
Geoffrey Potter (*pro hac vice pending*
Jonah Knobler (*pro hac vice pending*)
Joshua Kipnees (*pro hac vice pending*)
Timothy A. Waters (*pro hac vice pending*)
R. James Madigan III (*pro hac vice pending*)
Jared S. Buszin (*pro hac vice pending*)
Devon Hercher (*pro hac vice pending*)
Jacob Chefitz (*pro hac vice pending*)
gpotter@pbwt.com
jknobler@pbwt.com
jkipnees@pbwt.com
twaters@pbwt.com
jmadigan@pbwt.com
jbuszin@pbwt.com
dhercher@pbwt.com
jchefitz@pbwt.com

1133 Avenue of the Americas
New York, NY 10036
Telephone: (917) 854-2310
Facsimile: (212) 336-2222
*Attorneys for Plaintiffs Gilead Sciences, Inc. and Gilead Sciences Ireland UC*