UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:20-cv-24523

| | |
|---|---|
| GILEAD SCIENCES, INC.; GILEAD SCIENCES IRELAND UC, | |
| Plaintiffs, | |
| v. | |
| ALLIANCE MEDICAL CENTER, INC., *et al.,* | |
| Defendants. | |

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Timothy Waters of the law firm of Patterson Belknap Webb & Tyler LLP, 1133 Avenue of the Americas, New York, NY 10036-6710, (212) 336-2000, for purposes of appearance as co-counsel on behalf of GILEAD SCIENCES, INC. and GILEAD SCIENCES IRELAND UC in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Timothy Waters to receive electronic filings in this case, and in support thereof states as follows:

1. Timothy Waters is not admitted to practice in the Southern District of Florida and is a member in good standing of the New York State Bar, the United States District Court for the the Southern District of New York, the Eastern District of New York and the Third Circuit Court of Appeals.

2. Movant, P. Jan Kubicz, Esquire, of the law firm of SQUIRE PATTON BOGGS (US) LLP, 200 South Biscayne Boulevard, Suite 4700, Miami, FL 33131, (305) 577 7000, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Timothy Waters has made payment of this Court's $200.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Timothy Waters, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Timothy Waters at twaters@pbwt.com and mcolitigation@pbwt.com.

WHEREFORE, P. Jan Kubicz, Esquire, moves this Court to enter an Order Timothy Waters, to appear before this Court on behalf of GILEAD SCIENCES, INC. and GILEAD SCIENCES IRELAND UC for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Timothy Waters.

12081158v.1

Date: November 3, 2020				Respectfully submitted,

				 /s/ P. Jan Kubicz
				P. Jan Kubicz (FBN 84405)
				(jan.kubicz@squirepb.com)
				SQUIRE PATTON BOGGS (US) LLP
				200 South Biscayne Boulevard, Suite 4700
				Miami, FL 33131
				T.: 305 577 7000
				F.: 305 577 7001

				*Attorneys for Gilead Sciences, Inc.*
				*and Gilead Sciences Ireland UC*

12081158v.1

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 1:20-cv-24523**

| |
|---|
| GILEAD SCIENCES, INC.; GILEAD SCIENCES IRELAND UC, <br><br>                       Plaintiffs, <br><br> v. <br><br> ALLIANCE MEDICAL CENTER, INC., *et al.,* <br><br>                       Defendants. |

**CERTIFICATION OF TIMOTHY WATERS, ESQ.**

      Timothy Waters, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the New York State Bar, the Southern District of New York, the Eastern District of New York and the Third Circuit Court of Appeals; and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

                                                          */s/ Timothy Waters*

                                                          Timothy Waters, Esq.

12081158v.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of November, 2020, I electronically filed this Motion with the Clerk of Court using the CM/ECF system.

/s/ P. Jan Kubicz

12081158v.1