**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| GILEAD SCIENCES, INC.; GILEAD SCIENCES IRELAND UC, <br><br> Plaintiffs, <br><br> v. <br><br> AJC MEDICAL GROUP, INC.; ALLIANCE MEDICAL CENTER, INC.; ALLIED HEALTH ORGANIZATION, INC.; BAIKAL MARKETING GROUP, INC.; A BETTER YOU WELLNESS CENTER, LLC; 3RD STEP RECOVERY GROUP, INC. D/B/A CONTINENTAL WELLNESS CENTER; COMMUNITY HEALTH MEDICAL CENTER LLC; DOCTORS UNITED, INC. D/B/A DOCTORS UNITED GROUP; FLORIMED MEDICAL CENTER CORP.; JUAN JESUS SALINA, M.D. CORP.; LABS4LESS LLC; PHYSICIAN PREFERRED PHARMACY, INC.; POSITIVE HEALTH ALLIANCE, INC.; PRIORITY HEALTH MEDICAL CENTER, INC.; TESTING MATTERS INC.; UNITED CLINICAL LABORATORY LLC; UNITED PHARMACY LLC; WELL CARE LLC; TAMARA ALONSO; JEAN ALEXANDRE; CHENARA ANDERSON; MYRIAM AUGUSTINE; TWIGGI BATISTA; ARSEN BAZYLENKO; MICHAEL BOGDAN; BARBARA BRYANT; AUGUSTINE CARBON; JENNIFER JOHN CARBON; KHADIJAH CARBON; ALEJANDRO CASTRO; JOHN CATANO; JEAN CHARLOT; SHONTA DARDEN; ALEXANDER EVANS; MARIA FREEMAN; JESULA GABO; SHAJUANDRINE GARCIA; BARBARA GIBSON; KERLINE JOSEPH; VIERGELA JOSEPH; ANDRE KERR; GARY KOGAN; CASSANDRA LOUISSAINT; CORA MANN; NICK MYRTIL; IFEOMA NWOFOR; ERIK JOSEPH PAVAO; WILLIE PEACOCK; MICHAEL PIERCE; MICHEL POITEVIEN; JEAN RODNEY; TATIANA ROZENBLYUM; JUAN JESUS SALINA; DIMITRY SHAPOSHNIKOV; ROMAN SHEKHET; KIRILL VESSELOV; MIKHAIL VESSELOV; TOMAS WHARTON, <br><br> Defendants. | Civil Action No. __ <br><br> **RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Plaintiffs Gilead Sciences, Inc. and Gilead Sciences Ireland UC states that:

1.      Gilead Sciences, Inc. does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

2.      Gilead Sciences Ireland UC is a wholly-owned subsidiary of Gilead Sciences, Inc.

DATED:      Miami, Florida
            November 2, 2020

Respectfully submitted,

SQUIRE PATTON BOGGS (US) LLP

/s/ P. Jan Kubicz
P. Jan Kubicz (FBN 84405)
jan.kubicz@squirepb.com
200 South Biscayne Boulevard, Suite 4700
Miami, FL 33131
T.: (305) 577-7000
F.: (305) 577-7001

/s/ Franklin G. Monsour
Franklin G. Monsour (*pro hac vice pending*)
franklin.monsour@squirepb.com
1211 Avenue of the Americas, 26th Floor
New York, NY 10036
T.:  (212) 872-9800

PATTERSON BELKNAP WEBB & TYLER LLP

/s/ Geoffrey Potter
Geoffrey Potter (*pro hac vice pending*)
Jonah Knobler (*pro hac vice pending*)
Joshua Kipnees (*pro hac vice pending*)
Timothy A. Waters (*pro hac vice pending*)
R. James Madigan III (*pro hac vice pending*)
Jared S. Buszin (*pro hac vice pending*)
Devon Hercher (*pro hac vice pending*)

Jacob Chefitz (*pro hac vice pending*)
gpotter@pbwt.com
jknobler@pbwt.com
jkipnees@pbwt.com
twaters@pbwt.com
jmadigan@pbwt.com
jbuszin@pbwt.com
dhercher@pbwt.com
jchefitz@pbwt.com
1133 Avenue of the Americas
New York, NY 10036
Telephone: (917) 854-2310
Facsimile: (212) 336-2222

*Attorneys for Plaintiffs Gilead Sciences, Inc. and
Gilead Sciences Ireland UC*