**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No. 20-24523-CIV-WILLIAMS**

GILEAD SCIENCES IRELAND UC, *et. al.*

      Plaintiffs,

vs.

AJC MEDICAL GROUP, INC.

      Defendants.

_____/

## ORDER OF REFERRAL AND NOTICE OF COURT PRACTICES AND PROCEDURES

      **THIS MATTER** is before the Court upon a *sua sponte* review of the record. Pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules for the Southern District of Florida, all discovery disputes and non-dispositive pretrial motions are **REFERRED** to Magistrate Judge Chris M. McAliley.  It is further **ORDERED** that the Parties shall adhere to the Federal Rules of Civil Procedure, the Local Rules for the Southern District of Florida, Judge Williams' Court Practices and Procedures, and Judge McAliley's Discovery Procedures.  Judge Williams' Court Practices and Procedures and Judge McAliley's Discovery Procedures are available at the Court's website: http://www.flsd.uscourts.gov/content/judge-kathleen-m-williams.

      Additionally, it is further **ORDERED** that **WITHIN TWENTY (20) DAYS** from the date that the last defendant responds to the complaint, the Parties shall file a joint conference report and a joint proposed scheduling order, as required by S.D. Fla. Local Rule 16.1(b).  As part of that filing, the Parties shall complete and submit the attached form proposing deadlines.

Non-compliance with any provision of this Order, the Federal Rules of Civil Procedure, the Local Rules, or this Court's Practices and Procedures may subject the offending party to **sanctions,** including **dismissal** of this case.  It is the duty of all counsel to take all actions necessary to comply with this Order.

**DONE AND ORDERED** in chambers in Miami, Florida, this <u>4th</u> day of November, 2020.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No. XX-XXXXX-CIV-WILLIAMS**

PARTY NAME,

      Plaintiff(s),

vs.

PARTY NAME,

      Defendant(s).

_____/

**SCHEDULE JOINTLY PROPOSED BY THE PARTIES**

THIS MATTER is set for trial for the week of [Month, Day, Year].  The Parties propose to adhere to the following schedule:

| | |
|---|---|
| [Month, Day, Year] | The Parties shall furnish their initial disclosures pursuant to Fed. R. Civ. P. 26.  The Parties are under a continuing obligation to furnish supplements within ten (10) days of receipt or other notice of new or revised information. |
| [Month, Day, Year] | The Parties shall file motions to amend pleadings or join Parties. |
| [Month, Day, Year] | The Plaintiff shall disclose experts, expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(a)(2). |
| [Month, Day, Year] | The Defendant shall disclose experts, expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(a)(2). |

3

[Month, Day, Year]          The Parties shall exchange rebuttal expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(a)(2).

[Month, Day, Year]          The Parties shall complete all discovery, including expert discovery.

[Month, Day, Year]          The Parties shall complete mediation and file a mediation report with the Court.

[Month, Day, Year]          The Parties shall file all dispositive pre-trial motions and memoranda of law.  The Parties shall also file any motions to strike or exclude expert testimony, whether based on Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), or any another basis.

[Month, Day, Year]          The Parties shall each file one motion *in limine*.  All motions *in limine* must be filed at least six (6) weeks before calendar call.

4

[Month, Day, Year]        The Parties shall file their joint pretrial stipulation, witness lists, and exhibit lists in accordance with Local Rule 16.1(d) and (e).  The Parties shall also file final proposed jury instructions or conclusions of law (for non-jury trials).

[Month, Day, Year]        The Parties shall submit their deposition designations.

By:        [**Attorney(s) for Plaintiff(s)**]                [**Attorney(s) for Defendant(s)**]