UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-24523-CIV-WILLIAMS/MCALILEY

GILEAD SCIENCES, INC., GILEAD
SCIENCES IRELAND UC,

      Plaintiffs,

vs.

CHROME FEDERAL CREDIT UNION,

      Defendant.

_____/

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*****, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

Pending before the Court is a Motion to Appear *Pro Hac Vice* for Jared

Buszin, Esq., Consent to Designation, and Request to Electronically  Receive Notices

of Electronic Filing, pursuant to the Special Rules Governing the Admission and

Practice of Attorneys in the United States District Court for the Southern District of

Florida  and  Section  2B  of  the  CM/ECF Administrative  Procedures, which the

Honorable Kathleen M. Williams referred to me. (ECF Nos. 18, 28).

Having reviewed the Motion, the pertinent portions of the record and the

applicable law, the Court hereby **ORDERS** that the Motion (ECF No. 18), is

**GRANTED**. Jared Buszin, Esquire, may appear and participate in this  action  on

behalf of Plaintiffs Gilead Sciences, Inc. and Gilead Sciences Ireland UC. The Clerk

shall  provide electronic notification of all electronic filings to Jared Buszin at

jbuszin@pbwt.com and mcolitigation@pbwt.com.

DONE and ORDERED in chambers at Miami, Florida this 4th day of November,

2020.

_____
CHRIS McALILEY
UNITED STATES MAGISTRATE JUDGE


cc:     Honorable Kathleen M. Williams
        Counsel of record