UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-24523-CIV-WILLIAMS/MCALILEY

GILEAD SCIENCES, INC., GILEAD
SCIENCES IRELAND UC,

    Plaintiffs,

vs.

AJC MEDICAL GROUP, INC., *et al.*

    Defendants.

_____/

**AMENDED ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

Pending before the Court is a Motion to Appear *Pro Hac Vice* for Franklin Monsour, Esq., Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing, pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures, which the Honorable Kathleen M. Williams referred to me. (ECF Nos. 14, 28).

Having reviewed the Motion, the pertinent portions of the record and the applicable law, the Court hereby **ORDERS** that the Motion (ECF No. 14), is **GRANTED**. Franklin Monsour, Esquire, may appear and participate in this action on behalf of Plaintiffs Gilead Sciences, Inc. and Gilead Sciences Ireland UC. The Clerk shall provide electronic notification of all electronic filings to Franklin Monsour

at franklin.monsour@squirepb.com.

DONE and ORDERED in chambers at Miami, Florida this 4th day of November, 2020.

_____
CHRIS McALILEY
UNITED STATES MAGISTRATE JUDGE

cc: Honorable Kathleen M. Williams
Counsel of record