IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
1:20-CV-24523-KMW

GILEAD SCIENCES, INC., GILEAD
SCIENCES IRELAND UC,

     Plaintiffs,

v.

AJC MEDICAL GROUP, INC., *et al.*

     Defendants.

_____/

**NOTICE OF APPEARANCE AND DESIGNATION OF EMAIL ADDRESSES**

     PLEASE TAKE NOTICE that Kyle B. Teal, Esq. of the law firm of Buchanan Ingersoll & Rooney PC, hereby files this Notice of Appearance and Designation of Email Addresses on behalf of Defendants, Florimed Medical Center Corp. and Dr. Tomas Wharton, and requests service of all pleadings, notices, motions, orders, and other documents in this proceeding.

     Primary Email Address:     kyle.teal@bipc.com
     Secondary Email Addresses:     angela.mcdonald@bipc.com

Dated: November 10, 2020

     Respectfully submitted,

     **Buchanan Ingersoll & Rooney PC**
     One Biscayne Tower
     2 South Biscayne Boulevard, Suite 1500
     Miami, FL 33131-1822
     Telephone: 305-766-4580

     By: */s/ Kyle B. Teal*
       Kyle B. Teal, FBN: 99193

     *Attorneys for Defendants, Florimed Medical Center Corp. and Dr. Tomas Wharton*

**CERTIFICATE OF SERVICE**

     I hereby certify that on November 10, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and through that filing served all counsel of record.

     By: */s/ Kyle B. Teal*
       Kyle B. Teal, FBN: 99193