UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:20—CV—24523—KMW

GILEAD SCIENCES, INC.,
GILEAD SCIENCES IRELAND UC,

    Plaintiffs,

v.

AJC MEDICAL GROUP, INC., *et al*.

    Defendants.
_____/

**DEFENDANTS, JUAN JESUS SALINA, M.D. CORP. AND JUAN JESUS SALINA'S, RESPONSE TO PLAINTIFFS' EXPEDITED MOTIONS FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION, EXPEDITED DISCOVERY ORDER, AND HIPAA PROTECTIVE AND CONFIDENTIALITY ORDER**

Pursuant to the Court's Order, dated 11.03.20 [DE 27], Defendants, Juan Jesus Salina, M.D. Corp. and Juan Jesus Salina ("Salina Corp." and "Dr. Salina," individually, and the "Salina Defendants," collectively) hereby respond to Plaintiffs, Gilead Sciences, Inc. and Gilead Sciences Ireland UC's (collectively, "Gilead Sciences"), Expedited Motion for a Preliminary Injunction.[1]

    1.    Through their Advancing Access® Patient Support Program,[2] Plaintiffs "give away," to eligible uninsured persons, two mediations—TRUVADA for PrEP® and DESCOVY for PrEP® (the "PrEP medications")—that Plaintiffs developed and manufactured, which purport to

---

[1] The full title of Plaintiffs' Expedited Motion is "Expedited Motion for a Temporary Restraining Order and Preliminary Injunction, Expedited Discovery Order, and HIPAA Protective and Confidentiality Order" (the "Expedited Motion"). The TRO has already been granted [DE 27] and the request for Expedited Discovery has already been denied [DE 47]. Therefore, the Salina Defendants address only the request for a Preliminary Injunction.

[2] The "Advancing Access" program has two components: a Patient Assistance Program ("PAP"), which provides free HIV *treatment* medication to eligible uninsured persons, and a Medication Assistance Program ("MAP"), which provides free HIV *prevention* mediation to eligible uninsured persons. Pls. Mem. Support Expedited Motion, at 6.

prevent HIV infections in persons who have been, or who are at risk of being, exposed to the HIV virus.

2. Plaintiffs allege three layers of fraud by two "interconnected networks," the relevant one of which allegedly operates under Defendant, Doctors United, Inc. First, persons are improperly recruited and paid to become patients. Second, those persons are referred to healthcare clinics, who prescribe them medically unnecessary and inappropriate PrEP medication. Third, the resulting prescriptions are sent to pharmacies, who repackage, and illegally buyback from the patients, Gilead's medication for sale on the black market.

3. The Salina Defendants operate a healthcare clinic. Part of their practice involves evaluating whether it is medically necessary and appropriate for patients, referred to Salina Corp. by Doctors United, Inc., to receive PrEP medication through the MAP, a task they perform exercising appropriate medical judgment. They have nothing to do with patient recruitment or filling or dispensing the PrEP medications, and they do not have or hold any PrEP medication.

4. Thus, the Salina Defendants do not oppose the entry of an "extremely narrow" Preliminary Injunction along the lines proposed by Plaintiffs, (Pls.' Mem. Support Expedited Mot., at 3), and they would focus on performing the other medical work they do at Salina Corp.[3]

5. The balance of the Expedited Motion seeks expedited discovery, which the Salina Defendants would oppose, and which the Court has already denied, and entry of a HIPAA protective and confidentiality order, which the Salina Defendants do not oppose.

---

[3] In any event, Plaintiffs claim they have the "unilateral right" to exclude any healthcare provider, such as the Salina Defendants, from participating in their Advancing Access® program, even without the entry of a Preliminary Injunction. Mem. Support Expedited Motion, at 4.

WHEREFORE, the Salina Defendants hereby indicate their non-opposition to the entry of a Preliminary Injunction along the lines proposed by Plaintiffs, as more fully discussed herein.

Respectfully submitted,

**KRAVITZ, TALAMO & LEYTON**
Attorneys for Defendants, Juan Jesus Salina, M.D. Corp. and Juan Jesus Salina
7600 West 20th Avenue; Suite 213
Hialeah, Florida 33016
Telephone: (305) 558-5300
Facsimile:   (305) 557-1934

By /s/ Daniel L. Leyton
**Daniel L. Leyton**
Florida Bar No. 0061824
leyton@ktl-law.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed electronically with the Clerk of Court for the Southern District of Florida, and it is also being served on all counsel of record by using the CM/ECF system this 11 day of November 2020.[4]

By /s/ Daniel L. Leyton
**Daniel L. Leyton**

---

[4] This response is being filed before noon on 11.11.20, as required by the Court's Order, dated 11.03.20 [DE 27].