UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:20-cv-24523-KMW

GILEAD SCIENCES, INC, ET AL

    Plaintiff's

V.

AJC MEDICAL GROUP, INC. ET AL

    Defendants.
_____/

## NOTICE OF LIMITED APPEARANCE

PLEASE TAKE NOTICE that Christine King., Esq., of the Law Offices of Christine King, P.A. hereby files this Notice of Limited Appearance and Designation of Email Address on behalf of Defendants, Augustine Carbon, Jennifer John Carbon, Khadijah Carbon, Dr. Juan Jesus Salina, M.D. Corp, Doctors United, Inc., d/b/a Doctors United Group, Tamara Alonso (collectively "Defendants").  At this time, the undersigned is appearing in this matter for purposes of filing Defendants Motion For Enlargement for Extension of Time To Respond to the Court's Show Cause Order.  The undersigned request service of pleadings, notices, motions, orders and other documents in this proceeding to:

**LAW OFFICE OF CHRISTINE KING, P.A.**
fordeking@live.com
Telephone: (305) 503-5336
Facsimile:  (305) 758-5777

## CERTIFICATE OF SERVICE

I hereby certify that on November 11, 2020, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing system.

By: /s/ **Christine M. King**
Christine M. King

## SERVICE LIST

Devon Hercher, Essq.,
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Am
New York, NY 10036
dhercher@pbwt.com

Franklin G. Monsour, Jr.
Squire Patton Boggs (US) LLP
1211 Avenue of the Americas 26th Floor
New York, NY 10036
Franklin.monsour@squirepb.com