# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

GILEAD SCIENCES, INC.;
GILEAD SCIENCES IRELAND UC,

        Plaintiffs,  Civil Action No. 1:20-cv-24523-KMW

v.

AJC MEDICAL GROUP, INC.; ALLIANCE MEDICAL CENTER, INC.; ALLIED HEALTH ORGANIZATION, INC.; BAIKAL MARKETING GROUP, INC.; A BETTER YOU WELLNESS CENTER, LLC; 3RD STEP RECOVERY GROUP, INC. D/B/A CONTINENTAL WELLNESS CENTER; COMMUNITY HEALTH MEDICAL CENTER LLC; DOCTORS UNITED, INC. D/B/A DOCTORS UNITED GROUP; FLORIMED MEDICAL CENTER CORP.; JUAN JESUS SALINA, M.D. CORP.; LABS4LESS LLC; PHYSICIAN PREFERRED PHARMACY, INC.; POSITIVE HEALTH ALLIANCE, INC.; PRIORITY HEALTH MEDICAL CENTER, INC.; TESTING MATTERS INC.; UNITED CLINICAL LABORATORY LLC; UNITED PHARMACY LLC; WELL CARE LLC; TAMARA ALONSO; JEAN ALEXANDRE; CHENARA ANDERSON; MYRIAM AUGUSTINE; TWIGGI BATISTA; ARSEN BAZYLENKO; MICHAEL BOGDAN; BARBARA BRYANT; AUGUSTINE CARBON; JENNIFER JOHN CARBON; KHADIJAH CARBON; ALEJANDRO CASTRO; JOHN CATANO; JEAN CHARLOT; SHONTA DARDEN; ALEXANDER EVANS; MARIA FREEMAN; JESULA GABO; SHAJUANDRINE GARCIA; BARBARA GIBSON; KERLINE JOSEPH; VIERGELA

1

JOSEPH; ANDRE KERR; GARY KOGAN; CASSANDRA LOUISSAINT; CORA MANN; NICK MYRTIL; IFEOMA NWOFOR; ERIK JOSEPH PAVAO; WILLIE PEACOCK; MICHAEL PIERCE; MICHEL POITEVIEN; JEAN RODNEY; TATIANA ROZENBLYUM; JUAN JESUS SALINA; DIMITRY SHAPOSHNIKOV; ROMAN SHEKHET; KIRILL VESSELOV; MIKHAIL VESSELOV; TOMAS WHARTON,

          Defendants.
_____/

### DECLARATION OF IFEOMA NWOFOR
### IN RESPONSE TO SHOW CAUSE ORDER AND
### OPPOSITION TO PLAINTIFFS' EXPEDITED MOTIONS FOR
### A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

I, Ifeoma Nwofor, pursuant to 28 U.S.C. § 1746, declare as follows:

1. My name is Ifeoma Nwofor, a Florida resident and a Registered Nurse Practitioner at Care 4 U Community Health Center.

2. I have personal knowledge of the matters set forth in this declaration.

3. I have been employed at Care 4 U Community Health Center as a Nurse Practitioner for over two (2) years. In addition to my employment at Care 4 U Community Health Center, I am also employed at GreenMed Senior Medical Center (Healthmax) as a Nurse Practitioner for over five (5) years.

4. I have never worked anywhere else in my capacity as a Florida registered nurse practitioner.

5. I have no business or professional relationship with AJC Medical Group, Inc., Alliance Medical Center, Inc.; Allied Health Organization, Inc., A Better You Wellness Center, LLC; Baikal Marketing Group, Inc.; 3rd Step Recovery Group, Inc., d/b/a Continental Wellness Center;

Community Health Medical Center, LLC; Doctors United, Inc. d/b/a Doctors United Group; Florimed Medical Center Corp.; Juan Juan Jesus Salina, M.D. Corp.; Positive Health Alliance, Inc.; Priority Health Medical Center, Inc., and Well Care, LLC., or any of the Defendant clinics listed in this lawsuit.

6. I also do not know Tamara Alonso or any of the other Prescriber Defendants listed in this case, namely Barbara Bryant, John Catano, Alexander Evans, Jesula Gabo, Kerline Joseph, Viergela Joseph, Andre Kerr, Cassandra Louissant, Michael Pierce, Michel Poitevien and Jean Rodney.

7. I also do not know nor have I ever had a working or professional relationship with any of the Pharmacy Defendants listed in this case, namely, Physician Preferred Pharmacy, Inc., United Pharmacy, LLC.

8. Care 4 U Health Center is a federally funded entity and engages in a federal program called 340B. Care 4 U is also affiliated with Gilead to provide Descovy and Truvada for Pre-Exposure Prophylaxis (PrEP) for HIV prevention, and Biktarvy for the actual management of HIV to eligible uninsured persons through Gilead's Advancing Access Medication Assistance Program (MAP) and Patient Assistance Program (PAP) respectively.

9. I have never engaged in a scheme with anyone to fraudulent bill Gilead for medication prescribed under PrEP and/or MAP.

10. The MAP card #98847236409 referenced by Gilead on pages 17 to 20 of Gilead's statement of facts, and in Gilead's complaints Exhibit C page 11 belongs to a client who established care with me at Care 4 U, on January 28, 2020, and not at AJC. I have never worked for AJCO.

3

11. His MAP enrollment was created at Care 4 U on January 28th, 2020. On the same day, I issued a prescription for Descovy tablet.

12. The prescription in question was filled by Care 4 U contracted pharmacy - Solera Specialty Pharmacy on the referenced dates - March 9, 2020 and April 6, 2020. Solera Specialty Pharmacy is completely independent of AJC or its affiliates or any of the named Pharmacy Defendants.

13. After the enrollment of the patient on January 28, 2020 through Care 4 U, that specific prescription was first filled on March 9, 2020, and refilled roughly a month later, on April 06, 2020.

14. The patient with MAP card #98847236409 was enrolled at Care 4 U by Gilead's Advancing Access on January 28, 2020. The prescription I issued was based on the enrollment at Care 4 U and not AJC Medical or any of its affiliates.

15. The prescriptions in question were both filled at Solera Specialty Pharmacy. Solera Specialty pharmacy has no affiliation with AJC Medical or any of its affiliates.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  November 11, 2020
Plantation, Florida

                  __*Ifeoma Nwofor*_____
                  Ifeoma Nwofor

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 11, 2020, I electronically filed the foregoing with the Clerk of Court using the Court's CM/ECF system. I also hereby certify that the foregoing document is being served this day on all counsel of record identified on the Service List in the manner specified, via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

    */s/ Owei Z. Belleh*
Owei Z. Belleh, Esq.
FBN.: 617598
The Belleh Law Group, PLLC
Iberia Bank Financial Center
150 S. Pine Island Road Suite 300
Plantation, Florida 33324
Tel: (888) 450-7999
Eservice: eservice@bellehlaw.com
owei@bellehlaw.com