**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**1:20-CV-24523-KMW**

GILEAD SCIENCES, INC.;
GILEAD SCIENCES IRELAND UC,

      Plaintiffs,

v.

AJC MEDICAL GROUP, INC.

      Defendants.

_____/

## MOTION FOR EXTENSION OF TIME

Defendants Allied Health Organization, Inc., A Better You Wellness Center, LLC, Alejandro Castro, Dr. Alexander Evans, and Myriam Augustine (collectively, the "Defendants") hereby request an extension of time to file their answer to the Court's Order to Show Cause for a Preliminary Injunction and state:

1.      On November 3, 2020, the Court entered a Temporary Restraining Order and Order to Show Cause for a Preliminary Injunction.  The TRO required Defendants to file a response on or before November 11, 2020 at 12:00pm.

2.      Defendants were served with complaint and the TRO on November 5, 2020.

3.      In response, the Defendants took immediate steps to comply with the TRO and to retain counsel.

4.      Defendants retained undersigned counsel yesterday, November 10, 2020.

5.      Undersigned counsel needs additional time to research the law and facts to respond to the Motion for Temporary Restraining Order.  While one day is not sufficient time to fully

respond, undersigned counsel will file a preliminary response and requests a brief extension of time until noon on November 12, 2020 to do so.

6.     Plaintiffs will not be prejudiced by this requested extension in that they have had significantly more time to prepare a factual and legal investigation, obtain affidavits and file a motion with the Court.

7.     Undersigned counsel spoke to Plaintiff's counsel about the requested extension and Plaintiffs' counsel does not agree to the requested relief.

**WHEREFORE,** Defendants Allied Health Organization, Inc., A Better You Wellness Center, LLC, Alejandro Castro, Dr. Alexander Evans, and Myriam Augustine respectfully request that this Honorable Court grant this Motion for Extension of Time to respond to the Court's Order to Show Cause for a Preliminary Injunction until noon on November 12, 2020, and grant such other and further relief as this Court deems just and proper.

Respectfully submitted,

**KOZYAK TROPIN & THROCKMORTON, LLP**
*Counsel for Defendant Allied Health Organization, Inc.; A Better You Wellness Center, LLC; Alejandro Castro; Alexander Evans; and Myriam Augustine*
2525 Ponce de Leon, 9th Floor
Coral Gables, Florida 33134
Telephone: (305) 372-1800
Facsimile: (305) 372-3508

By:   _/s/ Detra Shaw-Wilder_
          Detra Shaw-Wilder
          Florida Bar No. 037184
          Email: dps@kttlaw.com
          Javier A. Lopez
          Florida Bar No. 016727
          Email: jal@kttlaw.com
          Mindy Y. Kubs
          Florida Bar No. 0041009
          Email: myk@kttlaw.com

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 11, 2020, I electronically filed the foregoing document with the Clerk of the Court through the Florida ePortal and that the foregoing document was served by an automatic email generated by the Florida Courts e-Filing Portal.

By: */s/ Detra Shaw-Wilder*
Detra Shaw-Wilder