**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
1:20-CV-24523-KMW**

GILEAD SCIENCES, INC.;
GILEAD SCIENCES IRELAND UC,

      Plaintiffs,

v.

AJC MEDICAL GROUP, INC., *et al.*,

      Defendants.

_____/

**NOTICE OF APPEARANCE AND DESIGNATION OF EMAIL ADDRESSES**

      **NOTICE** is hereby given that Detra Shaw-Wilder, of the law firm of Kozyak Tropin & Throckmorton LLP, hereby appears as counsel for Defendants, ALLIED HEALTH ORGANIZATION, INC.; A BETTER YOU WELLNESS CENTER, LLC; ALEJANDRO CASTRO; ALEXANDER EVANS; AND MYRIAM AUGUSTINE and requests that any and all pleadings or other matters pertaining to this cause be directed to her on behalf of Defendants. Further, counsel designates the following email addresses for the purpose of service:

      **Detra Shaw-Wilder**      Primary email:      dps@kttlaw.com
                                  Secondary email:    ems@kttlaw.com

      Respectfully submitted,

      **KOZYAK TROPIN & THROCKMORTON, LLP**
      *Counsel for Defendants Allied Health Organization, Inc.,*
      *A Better You Wellness Center, LLC, Alejandro Castro,*
      *Alexander Evans & Myriam Augustine*
      2525 Ponce de Leon, 9th Floor
      Coral Gables, Florida 33134
      Telephone: (305) 372-1800
      Facsimile: (305) 372-3508

By: _/s/ Detra Shaw-Wilder_____
    Detra Shaw-Wilder
    Florida Bar No. 037184
    Email: dps@kttlaw.com
    Javier A. Lopez
    Florida Bar No. 016727
    Email: jal@kttlaw.com
    Mindy Y. Kubs
    Florida Bar No. 0041009
    Email: myk@kttlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 11, 2020, I electronically filed the foregoing document with the Clerk of the Court through the Florida ePortal and that the foregoing document was served by an automatic email generated by the Florida Courts e-Filing Portal.

By: _/s/ Detra Shaw-Wilder_____
    Detra Shaw-Wilder