IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
1:20-CV-24523-KMW

GILEAD SCIENCES, INC.;
GILEAD SCIENCES IRELAND UC,

    Plaintiffs,

v.

AJC MEDICAL GROUP, INC., *et al.*,

    Defendants.
_____/

## NOTICE OF APPEARANCE AND DESIGNATION OF EMAIL ADDRESSES

**NOTICE** is hereby given that Javier A. Lopez, of the law firm of Kozyak Tropin & Throckmorton LLP, hereby appears as counsel for Defendants, ALLIED HEALTH ORGANIZATION, INC.; A BETTER YOU WELLNESS CENTER, LLC; ALEJANDRO CASTRO; ALEXANDER EVANS; AND MYRIAM AUGUSTINE and request that any and all pleadings or other matters pertaining to this cause be directed to him on behalf of Defendants. Further, counsel designates the following email addresses for the purpose of service:

| | | |
|---|---|---|
| **Javier A. Lopez** | Primary email: | jal@kttlaw.com |
| | Secondary email: | ya@kttlaw.com |

    Respectfully submitted,

**KOZYAK TROPIN & THROCKMORTON LLP**
*Counsel for Defendants Allied Health Organization, Inc.;
A Better You Wellness Center, LLC; Alejandro Castro;
Alexander Evans; and Myriam Augustine*
2525 Ponce de Leon, 9th Floor
Coral Gables, Florida 33134
Telephone: (305) 372-1800
Facsimile: (305) 372-3508

By: */s/ Javier A. Lopez*
Detra Shaw-Wilder
Florida Bar No. 037184
Email: dps@kttlaw.com
Javier A. Lopez
Florida Bar No. 016727
Email: jal@kttlaw.com
Mindy Y. Kubs
Florida Bar No. 0041009
Email: myk@kttlaw.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on November 11, 2020, I electronically filed the foregoing document with the Clerk of the Court through the Florida ePortal and that the foregoing document was served by an automatic email generated by the Florida Courts e-Filing Portal.

By:*/s/ Javier A. Lopez*
Javier A. Lopez

12K2024