**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**1:20-CV-24523-KMW**

GILEAD SCIENCES, INC.;
GILEAD SCIENCES IRELAND UC,

    Plaintiffs,

v.

AJC MEDICAL GROUP, INC., *et al.*,

    Defendants.
_____/

## NOTICE OF APPEARANCE AND DESIGNATION OF EMAIL ADDRESSES

**NOTICE** is hereby given that Mindy Y. Kubs, of the law firm of Kozyak Tropin & Throckmorton LLP, hereby appears as counsel for Defendants, ALLIED HEALTH ORGANIZATION, INC.; A BETTER YOU WELLNESS CENTER, LLC; ALEJANDRO CASTRO; ALEXANDER EVANS; AND MYRIAM AUGUSTINE; and request that any and all pleadings or other matters pertaining to this cause be directed to her on behalf of Defendants. Further, counsel designates the following email addresses for the purpose of service:

| | | |
|---|---|---|
| **Mindy Y. Kubs** | Primary email: | myk@kttlaw.com |
| | Secondary email: | ems@kttlaw.com |

    Respectfully submitted,

**KOZYAK TROPIN & THROCKMORTON LLP**
*Counsel for Defendant Allied Health Organization, Inc.; A Better You Wellness Center, LLC; Alejandro Castro; Alexander Evans; and Myriam Augustine*
2525 Ponce de Leon, 9th Floor
Coral Gables, Florida 33134
Telephone: (305) 372-1800
Facsimile: (305) 372-3508

By: */s/ Mindy Y. Kubs*

        Detra Shaw-Wilder
        Florida Bar No. 037184
        Email: dps@kttlaw.com
        Javier A. Lopez
        Florida Bar No. 016727
        Email: jal@kttlaw.com
        Mindy Y. Kubs
        Florida Bar No. 0041009
        Email: myk@kttlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 11, 2020, I electronically filed the foregoing document with the Clerk of the Court through the Florida ePortal and that the foregoing document was served by an automatic email generated by the Florida Courts e-Filing Portal.

        By: */s/ Mindy Y. Kubs*
             Mindy Y. Kubs

12K2049