IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
1:20-CV-24523-KMW

GILEAD SCIENCES, INC., GILEAD
SCIENCES IRELAND UC,

    Plaintiffs,

v.

AJC MEDICAL GROUP, INC., *et al.*

    Defendants.

_____/

**UNOPPOSED MOTION FOR EXTENSION OF TIME, *NUNC PRO TUNC*, TO DEEM DECLARATION OF TOMAS WHARTON, M.D. TIMELY FILED**

    Defendants, Florimed Medical Center Corp. ("Florimed") and Dr. Tomas Wharton (collectively "Defendants" or "Dr. Wharton"), pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule 7.1, hereby move unopposed for an extension *nunc pro tunc* to deem timely filed the Declaration of Tomas Wharton, M.D., which is Exhibit A to Defendants' Response in Opposition to Plaintiffs' Expedited Motions for Temporary Restraining Order and Preliminary Injunction, Motion to Dissolve Temporary Restraining Order and Memorandum of Law in Support, DE-55.

    1.    On November 3, 2020, the Court issued a Temporary Restraining Order to Show Cause for a Preliminary Injunction (the "TRO"). The TRO required Defendants to file answering papers by noon yesterday. *See* DE-27 p. 5.

    2.    On November 5, 2020, Dr. Wharton was served with Plaintiffs' Complaint.

    3.    Late Monday night, on November 9th, Dr. Wharton retained the undersigned.

    4.    The undersigned worked diligently to prepare the answering papers, which were timely filed yesterday. *See* DE-55.

    5.    Due to logistical complications, Dr. Wharton's Declaration, Exhibit A to Defendants' answering papers, was filed at about 12:28 p.m. yesterday.

    6.    Accordingly, Dr. Wharton requests a half hour extension *nunc pro tunc* to ensure the Declaration is deemed timely filed in order to confirm that the Court will consider it in its analysis.

7. Plaintiffs do not object to Dr. Wharton's good faith request for an extension and would not be prejudiced by the granting of the request.

8. Pursuant to Rule 6(b)(1), the Court has discretion to extend the period of time for Plaintiffs to file their Response to render it timely filed. *See* Fed. R. Civ. P. 6(b)(1); *see also Manno v. Healthcare Revenue Recovery Group, LLC*, 11-61357-CIV, 2012 WL 12868293, at *3 (S.D. Fla. 2012); *Glover v. City of Pensacola*, 372 Fed. Appx. 952, 956 (11th Cir. 2010) (finding district court abused its discretion by not allowing late filing of response to summary judgment motion).

9. Good cause exists for the requested extension, due to the reasons provided in this Motion.

WHEREFORE, good cause having been shown, Defendants, Florimed Medical Center Corp. ("Florimed") and Dr. Tomas Wharton, respectfully request this Court enter an Order enlarging the time, *nunc pro tunc*, in order to deem timely filed the Declaration of Tomas Wharton, M.D., Exhibit A to the Response in Opposition to Plaintiffs' Expedited Motions for Temporary Restraining Order and Preliminary Injunction, Motion to Dissolve Temporary Restraining Order and Memorandum of Law in Support.

Respectfully submitted,

**Buchanan Ingersoll & Rooney PC**
One Biscayne Tower
2 South Biscayne Blvd., Suite 1500
Miami, Florida 33131
Telephone: (305) 766-4580

By: */s/ Kyle B. Teal*
Kyle B. Teal, Esq.
Florida Bar No. 99193
Kyle.Teal@bipc.com

## CERTIFICATE COMPLIANCE WITH LOCAL RULE 7.1(a)(3)

Pursuant to Local Rule 7.1(a)(3), undersigned counsel certifies that he conferred with counsel for Plaintiffs in a good faith effort to resolve the issues raised in this Motion and that Plaintiffs have indicated that they do not object to the requested relief.

*/s/ Kyle B. Teal*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 12, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and through that filing served all counsel of record.

*/s/ Kyle B. Teal*