**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

GILEAD SCIENCES, INC., GILEAD　　　　　CASE NO.: 1:20-cv-24523-KMW
SCIENCES IRELAND UC,

　　　　Plaintiffs,

v.

AJC MEDICAL GROUP, INC., ET AL.,

　　　　Defendants.
_____/

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that the undersigned has been retained as counsel of record for Defendants, Well Care, LLC, Willie Peacock, and Shajuandrine Garcia (the "Defendants"). Please direct copies of all future pleadings, papers, and/or inquiries regarding the Defendants to the undersigned.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on November 12, 2020, on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing and to all pro se parties, if any, via U.S. mail.

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted By:

　　　　　　　　　　　　　　　　　　　　**NOBLE LAW FIRM, P.A.**

　　　　　　　　　　　　　　　　　　　　/s/ Kenneth Noble
　　　　　　　　　　　　　　　　　　　　Kenneth R. Noble, III, Esq.
　　　　　　　　　　　　　　　　　　　　Florida Bar No. 0859451
　　　　　　　　　　　　　　　　　　　　6199 North Federal Highway
　　　　　　　　　　　　　　　　　　　　Boca Raton, Florida 33487
　　　　　　　　　　　　　　　　　　　　Telephone: 561.353.9300
　　　　　　　　　　　　　　　　　　　　Facsimile: 305.675.3383
　　　　　　　　　　　　　　　　　　　　Efile: ray@noblelawfirmpa.com