## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

GILEAD SCIENCES, INC., GILEAD                    CASE NO.: 1:20-cv-24523-KMW
SCIENCES IRELAND UC,

      Plaintiffs,

v.

AJC MEDICAL GROUP, INC., ET AL.,

      Defendants.

_____/

### RESPONSE OF NO OBJECTION TO ORDER TO SHOW CAUSE (ECF NO. 27)

Defendants, Well Care, LLC, Willie Peacock, and Shajuandrine Garcia (collectively, the "Defendants"), by and through counsel, pursuant to Fed. R. Civ. P. 65, responds to the Court's Order to Show Cause (ECF No. 27).

1.      On November 3, 2020, the Court entered a Temporary Restraining Order and Order to Show Cause for a Preliminary Injunction in favor of Plaintiffs, Gilead Sciences, Inc. and Gilead Sciences Ireland UC (collectively, the "Plaintiffs"). ECF No. 27.

2.      That Order requires the Defendants to show cause why the Temporary Restraining Order should not be converted into a preliminary injunction. ECF No. 27.

3.      The Defendants have no objection to the Temporary Restraining Order being converted into a Preliminary Injunction.

**WHEREFORE**, the Defendants respectfully respond to the Court's Order to Show Cause (ECF No. 27).

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on November 12, 2020 on all parties and counsel of record via transmission of Notices of Electronic Filing

generated by CM/ECF.

Respectfully Submitted By:
**NOBLE LAW FIRM, P.A.**

/s/ Kenneth Noble
Kenneth R. Noble, III, Esq.
Florida Bar No. 0859451
6199 North Federal Highway
Boca Raton, Florida 33487
Telephone: 561.353.9300
Facsimile: 305.675.3383
Efile: ray@noblelawfirmpa.com