IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
1:20-CV-24523-KMW

GILEAD SCIENCES, INC.; GILEAD SCIENCES IRELAND UC,

                      Gilead,

   v.

AJC MEDICAL GROUP, INC.; ALLIANCE MEDICAL CENTER, INC.; ALLIED HEALTH ORGANIZATION, INC.; BAIKAL MARKETING GROUP, INC.; A BETTER YOU WELLNESS CENTER, LLC; 3RD STEP RECOVERY GROUP, INC. D/B/A CONTINENTAL WELLNESS CENTER; COMMUNITY HEALTH MEDICAL CENTER LLC; DOCTORS UNITED, INC. D/B/A DOCTORS UNITED GROUP; FLORIMED MEDICAL CENTER CORP.; JUAN JESUS SALINA, M.D. CORP.; LABS4LESS LLC; PHYSICIAN PREFERRED PHARMACY, INC.; POSITIVE HEALTH ALLIANCE, INC.; PRIORITY HEALTH MEDICAL CENTER, INC.; TESTING MATTERS INC.; UNITED CLINICAL LABORATORY LLC; UNITED PHARMACY LLC; WELL CARE LLC; TAMARA ALONSO; JEAN ALEXANDRE; CHENARA ANDERSON; MYRIAM AUGUSTINE; TWIGGI BATISTA; ARSEN BAZYLENKO; MICHAEL BOGDAN; BARBARA BRYANT; AUGUSTINE CARBON; JENNIFER JOHN CARBON; KHADIJAH CARBON; ALEJANDRO CASTRO; JOHN CATANO; JEAN CHARLOT; SHONTA DARDEN; ALEXANDER EVANS; MARIA FREEMAN; JESULA GABO; SHAJUANDRINE GARCIA; BARBARA GIBSON; KERLINE JOSEPH; VIERGELA JOSEPH; ANDRE KERR; GARY KOGAN; CASSANDRA LOUISSAINT; CORA MANN; NICK MYRTIL; IFEOMA NWOFOR; ERIK JOSEPH PAVAO; WILLIE PEACOCK; MICHAEL PIERCE; MICHEL POITEVIEN; JEAN RODNEY; TATIANA ROZENBLYUM; JUAN JESUS SALINA; DIMITRY SHAPOSHNIKOV; ROMAN SHEKHET; KIRILL VESSELOV; MIKHAIL VESSELOV; TOMAS WHARTON,

                      Defendants.

## ORDER EXTENDING TEMPORARY RESTRAINING ORDER AND RESCHEDULING PRELIMINARY INJUNCTION HEARING

This matter is before the Court *sua sponte*. On November 3, 2020, Plaintiffs filed their motion for a temporary restraining order and a preliminary injunction, expedited discovery, and a HIPAA Protective and Confidentiality. [DE 3.] On that same day, the Court entered a Temporary Restraining Order, which required, *inter alia*, that: (a) Defendants respond to the motion for preliminary injunction by **November 11, 2020 at 12:00 PM**, (b) Plaintiffs file their replies by **November 13, 2020 at 5:00 PM**, and (3) the Parties appear for a telephonic preliminary injunction hearing on **November 16, 2020 at 10:00 AM**. [DE 27 at 5.]

To date, 35 of the 58 defendants have not responded to the motion for preliminary injunction.[1] The Parties have also sought additional time to submit their briefing. [DE 70.] The Court therefore finds good cause to extend the Temporary Restraining Order for an additional fourteen (14) days. *See* Fed. R. Civ. P. Rule 65(b)(2). An extension will afford the Parties an adequate opportunity to file their responses and replies to the motion for preliminary injunction and will allow the Court to avoid piecemeal resolution of the motion. Accordingly, the Temporary Restraining Order will now expire on **December 1, 2020**.

It is further **ORDERED AND ADJUDGED** that:

1. The preliminary injunction hearing set for **November 16, 2020 at 10:00 AM** is **RESCHEDULED** to **November 30, 2020 at 10:00 AM**. The hearing will be conducted via Zoom. The Court will provide the Parties with the access code and password at a later time.

---

[1] Counsel for Plaintiffs informed the Court that each of the defendants have now been served with the summonses, the complaint, the motion, and Temporary Restraining Order. [DE 49 at 3.]

2. Defendants shall file and serve their responses to the motion for preliminary injunction by **November 20, 2020 at 5:00 PM**. Plaintiffs shall file and serve their replies by **November 25, 2020 at 5:00 PM**.

3. Defendants who have already responded to the motion may file a supplemental response not to exceed fifteen (15) pages by **November 20, 2020 at 5:00 PM**. Plaintiffs may file a supplemental reply not to exceed fifteen (15) pages by **November 25, 2020 at 5:00 PM**.

4. The Parties may present a PowerPoint presentation during the preliminary injunction hearing. However, if a party intends to do so, by no later than **November 25, 2020 at 5:00 PM**, counsel for the party must: (a) file a copy of the final PowerPoint slides in the appropriate format on the docket, (b) email Chambers a copy of the final PowerPoint slides in PDF and PPT format, and (c) serve a copy of the final PowerPoint slides to all parties in the case.

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>12th</u> day of November, 2020.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE