**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| GILEAD SCIENCES, INC.; GILEAD SCIENCES IRELAND UC,<br><br>               Plaintiffs,<br><br>     v.<br><br>AJC MEDICAL GROUP, INC.; ALLIANCE MEDICAL CENTER, INC.; ALLIED HEALTH ORGANIZATION, INC.; BAIKAL MARKETING GROUP, INC.; A BETTER YOU WELLNESS CENTER, LLC; 3RD STEP RECOVERY GROUP, INC. D/B/A CONTINENTAL WELLNESS CENTER; COMMUNITY HEALTH MEDICAL CENTER LLC; DOCTORS UNITED, INC. D/B/A DOCTORS UNITED GROUP; FLORIMED MEDICAL CENTER CORP.; JUAN JESUS SALINA, M.D. CORP.; LABS4LESS LLC; PHYSICIAN PREFERRED PHARMACY, INC.; POSITIVE HEALTH ALLIANCE, INC.; PRIORITY HEALTH MEDICAL CENTER, INC.; TESTING MATTERS INC.; UNITED CLINICAL LABORATORY LLC; UNITED PHARMACY LLC; WELL CARE LLC; TAMARA ALONSO; JEAN ALEXANDRE; CHENARA ANDERSON; MYRIAM AUGUSTINE; TWIGGI BATISTA; ARSEN BAZYLENKO; MICHAEL BOGDAN; BARBARA BRYANT; AUGUSTINE CARBON; JENNIFER JOHN CARBON; KHADIJAH CARBON; ALEJANDRO CASTRO; JOHN CATANO; JEAN CHARLOT; SHONTA DARDEN; ALEXANDER EVANS; MARIA FREEMAN; JESULA GABO; SHAJUANDRINE GARCIA; BARBARA GIBSON; KERLINE JOSEPH; VIERGELA JOSEPH; ANDRE KERR; GARY KOGAN; CASSANDRA LOUISSAINT; CORA MANN; NICK MYRTIL; IFEOMA NWOFOR; ERIK JOSEPH PAVAO; WILLIE PEACOCK; MICHAEL PIERCE; MICHEL POITEVIEN; JEAN RODNEY; TATIANA ROZENBLYUM; JUAN JESUS SALINA; DIMITRY SHAPOSHNIKOV; ROMAN SHEKHET; KIRILL VESSELOV; MIKHAIL VESSELOV; TOMAS WHARTON,<br><br>               Defendants. | Civil Action No. 20-cv-24523-KMW |

## ORDER GRANTING PLAINTIFFS' MOTION FOR ENTRY OF AGREED PRELIMINARY INJUNCTION

This matter is before the Court on the Motion for Entry of Agreed Preliminary Injunction ("Motion"), filed by Plaintiffs Gilead Sciences, Inc. and Gilead Sciences Ireland UC (together, "Gilead"). [DE 84.] The Court, having reviewed the Stipulation and [Proposed] Order for Preliminary Injunction [DE 84-1], which has been executed by Gilead and Defendant Roman Shekhet, finds that the Motion [DE 84] should be **GRANTED**. Accordingly, it is hereby **ORDERED**:

1. Gilead's Motion for Entry of Agreed Preliminary Injunction [DE 84] is **GRANTED**.

2. The Stipulation and [Proposed] Order for Preliminary Injunction [DE 84-1] is **APPROVED** and **ADOPTED** as an Order of the Court.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 13th day of November, 2020.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record