UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO.: 1:20-cv-24523-KMW

**GILEAD SCIENCES, INC.,**
**GILEAD SCIENCES IRELAND UC,**

    **Plaintiffs,**

v.

**AJC MEDICAL GROUP, INC., ET AL.,**

    **Defendants.**
_____/

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby enters its appearance as counsel of record for Defendant **JENNIFER JOHN CARBON** in the above-styled case. Please direct copies of all future pleadings, papers, and/or inquiries regarding this Defendant to the undersigned, using the address and to both email addresses indicated below.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on all counsel of record *via* the courts' CM/ECF Electronic Filing System, and *via* U.S. Mail to all *pro se* parties, if any, on this 13th day of November, 2020.

    Respectfully Submitted,

    */s/ David A. Howard*
    David A. Howard, Esq.
    Florida Bar No. 956589
    25 SE 2nd Avenue, Suite 1105
    Miami, Florida 33131
    Tel.: (786) 360-6056
    Emails: david@davidhowardlaw.com
             davidlaw1100@gmail.com