UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:20-CV-24523-WILLIAMS

| | |
|---|---|
| GILEAD SCIENCES IRELAND UC, | : |
| Plaintiff, | : |
| v. | : |
| ALLIANCE MEDICAL CENTER, INC., et. al., | : |
| Defendant. | : |

## NOTICE OF PERMANENT APPEARANCE AS COUNSEL

PLEASE TAKE NOTICE that PAUL D. PETRUZZI, ESQ. and BEATRIZ VASQUEZ, ESQ. hereby enter their permanent appearance in the District Court as counsel for ALLIANCE MEDICAL CENTER INC, JEAN ALEXANDRE, MICHEL POITEVIEN and JEAN RODNEY. Please send all pleadings, correspondence, documents, and the like in this case to the undersigned. This appearance does not include an appeal, if any is necessary.

Respectfully submitted,

| | |
|---|---|
| **PAUL D. PETRUZZI** | **BEATRIZ VASQUEZ** |
| LAW OFFICES OF PAUL D. PETRUZZI, P.A. | LAW OFFICES OF PAUL D. PETRUZZI, P.A |
| 8101 Biscayne Blvd. | 8101 Biscayne Blvd. |
| Ph-701 | Ph-701 |
| Miami, FL 33138 | Miami, FL 33138 |
| Telephone: (305) 373-6773 | Telephone: (305) 373-6773 |
| Facsimile: (305) 373-3832 | Facsimile: (305) 373-3832 |
| Email: Petruzzi-law@msn.com | Email: Petruzzi-law@msn.com |
| By: /s/ Paul D. Petruzzi | By: /s/ Beatriz Vasquez |
| PAUL D. PETRUZZI, ESQ. | BEATRIZ VASQUEZ, ESQ. |
| Florida Bar No. 982059 | Florida Bar No. 1002875 |

-1-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 13, 2020, a true and correct copy of the foregoing was furnished by CM/ECF to all counsel of record.

By: **/s/   Paul D. Petruzzi**
**PAUL D. PETRUZZI, ESQ.**
Attorney for Defendants

By: **/s/   Beatriz Vasquez**
**BEATRIZ VASQUEZ, ESQ.**
Attorney for Defendants