IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| GILEAD SCIENCES, INC.; GILEAD SCIENCES IRELAND UC,<br><br>                          Gilead,<br><br>v.<br><br>AJC MEDICAL GROUP, INC.; ALLIANCE MEDICAL CENTER, INC.; ALLIED HEALTH ORGANIZATION, INC.; BAIKAL MARKETING GROUP, INC.; A BETTER YOU WELLNESS CENTER, LLC; 3RD STEP RECOVERY GROUP, INC. D/B/A CONTINENTAL WELLNESS CENTER; COMMUNITY HEALTH MEDICAL CENTER LLC; DOCTORS UNITED, INC. D/B/A DOCTORS UNITED GROUP; FLORIMED MEDICAL CENTER CORP.; JUAN JESUS SALINA, M.D. CORP.; LABS4LESS LLC; PHYSICIAN PREFERRED PHARMACY, INC.; POSITIVE HEALTH ALLIANCE, INC.; PRIORITY HEALTH MEDICAL CENTER, INC.; TESTING MATTERS INC.; UNITED CLINICAL LABORATORY LLC; UNITED PHARMACY LLC; WELL CARE LLC; TAMARA ALONSO; JEAN ALEXANDRE; CHENARA ANDERSON; MYRIAM AUGUSTINE; TWIGGI BATISTA; ARSEN BAZYLENKO; MICHAEL BOGDAN; BARBARA BRYANT; AUGUSTINE CARBON; JENNIFER JOHN CARBON; KHADIJAH CARBON; ALEJANDRO CASTRO; JOHN CATANO; JEAN CHARLOT; SHONTA DARDEN; ALEXANDER EVANS; MARIA FREEMAN; JESULA GABO; SHAJUANDRINE GARCIA; BARBARA GIBSON; KERLINE JOSEPH; VIERGELA JOSEPH; ANDRE KERR; GARY KOGAN; CASSANDRA LOUISSAINT; CORA MANN; NICK MYRTIL; IFEOMA NWOFOR; ERIK JOSEPH PAVAO; WILLIE PEACOCK; MICHAEL PIERCE; MICHEL POITEVIEN; JEAN RODNEY; TATIANA ROZENBLYUM; JUAN JESUS SALINA; DIMITRY SHAPOSHNIKOV; ROMAN SHEKHET; KIRILL VESSELOV; MIKHAIL VESSELOV; TOMAS WHARTON,<br><br>                          Defendants. | Civil Action No. 20-cv-24523-KMW |

12134716

## AMENDED STIPULATION AND [PROPOSED] ORDER EXTENDING TEMPORARY RESTRAINING ORDER

UPON THE STIPULATION AND AGREEMENT by and between the undersigned counsel for Plaintiffs Gilead Sciences, Inc. and Gilead Sciences Ireland, UC (together, "Plaintiffs" or "Gilead"), and counsel for Defendants Allied Health Organization, Inc. ("Allied Health"), A Better You Wellness Center, LLC ("Better You Wellness"), Myriam Augustine, Alejandro Castro, and Alexander Evans (together "Defendants"), it hereby is ORDERED as follows:

1. Allied Health, Better You Wellness, Myriam Augustine, Alejandro Castro, and Alexander Evans acknowledge having been served with the following documents and waive any defenses as to personal or subject matter jurisdiction with respect to these documents: (a) the Temporary Restraining Order and Order to Show Cause for a Preliminary Injunction entered by the Court on November 3, 2020 ("Temporary Restraining Order"); (b) the Complaint; (c) Gilead's Expedited Motions for a Temporary Restraining Order and Preliminary Injunction, Expedited Discovery Order, and a HIPAA Protective and Confidentiality Order ("Motions"); and (d) the Memorandum of Law, Proposed Orders, Declarations and related exhibits submitted in support of Gilead's Motions.

2. Nothing set forth in this Stipulation is intended to and shall not be deemed an admission to any findings of fact, a statement against interest, or an admission or finding of any wrongdoing on the part of the Defendants Allied Health, Better You Wellness, Myriam Augustine, Alejandro Castro, and Alexander Evans.

3. The Defendants preserve all defenses to the above-styled lawsuit (other than the jurisdictional defenses set forth in Paragraph 1) and any allegations advanced against the Defendants as a result of the pleadings and motions filed above-styled lawsuit.

12134716

4. The Defendants, however, are not opposed to extending the Court's Temporary Restraining Order to avoid the time and expense of a preliminary injunction hearing at this stage of the litigation.

5. The Temporary Restraining Order, pursuant to Fed. R. Civ. P. 65(b)(2), is hereby extended to January 21, 2021 (the "Extension Period") against Allied Health, Better You Wellness, Myriam Augustine, Alejandro Castro, and Alexander Evans, and their principals, agents, officers, directors, members, servants, employees, successors, assigns and all other persons in concert and participation with them. In the event that the Plaintiffs renew their motion for preliminary injunction, the Temporary Restraining Order shall remain in place for 14 days after the Extension Period as if the Temporary Restraining Order were issued by the Court on January 21, 2021 and Rule 65 shall apply as if the Temporary Injunction were issued on that date.

6. Allied Health, Better You Wellness, Myriam Augustine, Alejandro Castro, and Alexander Evans, and their principals, agents, officers, directors, members, servants, employees, successors, assigns and all other persons in concert and participation with them, pending the final hearing and determination of this action, are temporarily restrained from:

   a. Enrolling or seeking to enroll in Gilead's Advancing Access® Patient Assistance Program ("PAP") or Medication Assistance Program ("MAP") any individual who has been prescribed TRUVADA® or DESCOVY®;

   b. Seeking or accepting reimbursements, either directly or indirectly, for any TRUVADA® or DESCOVY® dispensed to any individual enrolled in Gilead's PAP or MAP;

12134716

    c. Dispensing TRUVADA® or DESCOVY® to individuals in packaging other than original, unopened containers from the manufacturer;

    d. Dispensing TRUVADA® or DESCOVY® to individuals unaccompanied by its FDA-approved labeling, package insert, lot number, serialization number, or expiration date;

    e. Selling, purchasing, or otherwise obtaining, TRUVADA® or DESCOVY® that had previously been filled or dispensed;

    f. Removing from their premises, or discarding, destroying, transferring or disposing in any manner, any information, computer files, electronic files, WhatsApp or text messages, business records (including but not limited to e-mail communications) or other documents relating to their assets and operations or relating in any way to any of the activities referred to in subparagraphs (a) through (e) above; and

    g. Assisting, aiding or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs (a) through (f) above.

7. Allied Health, Better You Wellness, Myriam Augustine, Alejandro Castro, and Alexander Evans, and their principals, agents, officers, directors, members, servants, employees, successors, assigns and all other persons in concert and participation with them, shall make arrangements to turn over to Gilead's designee, Mr. Emilio Garcia of SMG Consulting, within three business days of the entry of the Temporary Restraining Order all TRUVADA® or DESCOVY® that is in their possession, custody or control and that either (a) is no longer in its original, unopened container from the manufacturer, or (b) that had previously been filled or

12134716

dispensed, to be held by Gilead until further order of this Court. Mr. Garcia can be contacted by phone at 305-319-0482 or by email at emilio.garcia@smgconsultingservices.com to arrange for the medication to be promptly turned over and inventoried.

8. Nothing herein should be construed to prevent Allied Health, Better You Wellness, Myriam Augustine, Alejandro Castro, and Alexander Evans, and their principals, agents, officers, directors, members, servants, employees, successors, assigns and all other persons in concert and participation with them, from advising individuals who are enrolled or may wish to enroll in the MAP or PAP that, to obtain or continue obtaining any Gilead medication dispensed through the MAP or PAP, they should contact Gilead's Advancing Access® directly at 1-800-226-2056 to discuss continued coverage and access options.

9. Allied Health, Better You Wellness, Myriam Augustine, Alejandro Castro, and Alexander Evans shall produce to Gilead, within ten (10) business days of executing this Stipulation, a document or documents sufficient to show:

    a. the names, addresses, and contact information of all pharmacies, clinics, laboratories, or any other businesses, proprietorships, corporate entities or partnerships that since February 1, 2018, Allied Health, Better You Wellness, Myriam Augustine, Alejandro Castro, or Alexander Evans has, or had, a direct or indirect ownership interest in, or has directly or indirectly directed or controlled; or which is a direct or indirect predecessor or successor in interest, parent, subsidiary, or affiliate of Allied Health or Better You Wellness ("Document Order 1");

    b. all reimbursements or other remuneration received, either directly or indirectly, since February 1, 2018 by Allied Health, Better You Wellness,

5

12134716

Myriam Augustine, Alejandro Castro, Alexander Evans, or any pharmacy, clinic, laboratory, or any other business, proprietorship, corporate entity, or partnership identified in response to Document Order 1, on an entity-by-entity basis, for any TRUVADA® or DESCOVY® dispensed to any individual enrolled in Gilead's PAP or MAP ("Document Order 2");

c. The names, addresses, phone number and contact information for all directors, officers and other persons employed since February 1, 2018 by Allied Health, Better You Wellness, Myriam Augustine, Alejandro Castro, Alexander Evans, or any pharmacy, clinic, laboratory, or any other business, proprietorship, corporate entity, or partnership identified in response to Document Order 1 ("Document Order 3");

10. Gilead shall produce to the Defendants, within ten (10) business days of executing this Stipulation, a document or documents sufficient to identify all enrollees, based on information currently available to Gilead, which Gilead believes the Defendants improperly enrolled in Gilead's Advancing Access® Patient Assistance Program ("PAP") or Medication Assistance Program ("MAP").

11. Allied Health, Better You Wellness, Myriam Augustine, Alejandro Castro, and Alexander Evan do not waive the right to have to a hearing to challenge the issuance of a preliminary injunction after expiration of the Extension Period.

12. Gilead does not waive the right to pursue entry of a preliminary injunction after expiration of the Temporary Restraining Order. Gilead is entitled to seek an immediate preliminary injunction hearing after the expiration of the Extension Period without the need to obtain another Temporary Restraining Order from the Court.

13. This Stipulation may be executed in counterparts. Signatures transmitted electronically or by facsimile shall be deemed original.

Dated: November 12, 2020

**CONSENTED AND AGREED TO BY:**

| PATTERSON BELKNAP WEBB & TYLER LLP | KOZYAK TROPIN & THROCKMORTON LLP |
|---|---|
| By: *(signature)* <br> Geoffrey Potter (gpotter@pbwt.com) <br> Jonah Knobler (jknobler@pbwt.com) <br> Joshua Kipnees (jkipnees@pbwt.com) <br> Timothy A. Waters (twaters@pbwt.com) <br> R. James Madigan III (jmadigan@pbwt.com) <br> Jared S. Buszin (jbuszin@pbwt.com) <br> Devon Hercher (dhercher@pbwt.com) <br> Jacob Chefitz (jchefitz@pbwt.com <br><br> 1133 Avenue of the Americas <br> New York, New York 10036 <br> Telephone: (917) 854-2310 <br> Facsimile: (212) 336-2222 <br><br> **SQUIRE PATTON BOGGS (US) LLP** <br><br> P. Jan Kubicz (FBN 84405) <br> (jan.kubicz@squirepb.com) <br> 200 South Biscayne Boulevard, Suite 4700 <br> Miami, FL 33131 <br> T.: (305) 577-7000 <br> F.: (305) 577-7001 <br><br> Franklin G. Monsour <br> (franklin.monsour@squirepb.com) <br> 1211 Avenue of the Americas, 26th Floor <br> New York, NY 10036 <br> T.: (212) 872-9800 | By: *(signature)* <br> Detra Shaw-Wilder <br> (dps@kttlaw.com) <br><br> 2525 Ponce de Leon Boulevard, 9th Floor <br> Coral Gables, Florida 33134 <br> Telephone: (305) 377-0668 <br><br> *Attorneys for Allied Health Organization, Inc. A Better You Wellness Center, LLC, Myriam Augustine, Alejandro Castro, and Alexander Evans* |

12134716

| | |
|---|---|
| *Attorneys for Plaintiffs Gilead Sciences, Inc. and Gilead Sciences Ireland, UC* | |

SO ORDERED:

_____
HON. KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

12134716