UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:20-CV-24523-KMW

GILEAD SCIENCES, INC.; and
GILEAD SCIENCES IRELAND UC,

    Plaintiffs,

v.

MEDICAL CENTER, INC.; ALLIED HEALTH
ORGANIZATION, INC.; BAIKAL MARKETING
GROUP, INC.; A BETTER YOU WELLNESS
CENTER, LLC; 3RD STEP RECOVERY GROUP, INC.
D/B/A CONTINENTAL WELLNESS CENTER;
COMMUNITY HEALTH MEDICAL CENTER LLC;
DOCTORS UNITED, INC. D/B/A DOCTORS UNITED
GROUP; FLORIMED MEDICAL CENTER CORP.;
JUAN JESUS SALINA, M.D. CORP.; LABS4LESS LLC;
PHYSICIAN PREFERRED PHARMACY, INC.;
POSITIVE HEALTH ALLIANCE, INC.; PRIORITY HEALTH
MEDICAL CENTER, INC.; TESTING MATTERS INC.;
UNITED CLINICAL LABORATORY LLC; UNITED
PHARMACY LLC; WELL CARE LLC; TAMARA
ALONSO; JEAN ALEXANDRE; CHENARA ANDERSON;
MYRIAM AUGUSTINE; TWIGGI BATISTA; ARSEN
BAZYLENKO; MICHAEL BOGDAN; BARBARA BRYANT;
AUGUSTINE CARBON; JENNIFER JOHN CARBON;
KHADIJAH CARBON; ALEJANDRO CASTRO;
JOHN CATANO; JEAN CHARLOT; SHONTA DARDEN;
ALEXANDER EVANS; MARIA FREEMAN; JESULA GABO;
SHAJUANDRINE GARCIA; BARBARA GIBSON;
KERLINE JOSEPH; VIERGELA JOSEPH; ANDRE KERR;
GARY KOGAN; CASSANDRA LOUISSAINT; CORA MANN;
NICK MYRTIL; IFEOMA NWOFOR; ERIK JOSEPH PAVAO;
WILLIE PEACOCK; MICHAEL PIERCE; MICHEL POITEVIEN;
JEAN RODNEY; TATIANA ROZENBLYUM;
JUAN JESUS SALINA; DIMITRY SHAPOSHNIKOV;
ROMAN SHEKHET; KIRILL VESSELOV;
MIKHAIL VESSELOV; and TOMAS WHARTON,

    Defendants.
_____/

**NOTICE OF APPEARANCE**

David A. Rothstein, Esq. and Lorenz Michel Prüss of the law firm of Dimond Kaplan & Rothstein, P.A. hereby enter their appearance as counsel for Defendants Positive Health Alliance, Inc.; Barbara Bryant; Dimitry Shaposhnikov; Erik Joseph Pavao; Gary Kogan; Cassandra Louissaint; Cora Mann; Kerline Joseph; Andre Kerr; Shonta Darden; Jesula Gabo; and Shajuandrine Garcia. A copy of all future pleadings and correspondence in this matter should be sent to the undersigned counsel.

Respectfully submitted,

DIMOND KAPLAN & ROTHSTEIN, P.A.
*Attorneys for Defendants*
Offices at Grand Bay Plaza
2665 South Bayshore Drive, PH-2B
Miami, Florida  33133
Telephone:    (305) 374-1920
Facsimile:    (305) 374-1961

By: /s David A. Rothstein
    David A. Rothstein, Esq.
    Fla. Bar No.: 0056881

Primary E-Mail Address:    Drothstein@dkrpa.com
    Lorenz Michel Prüss, Esq.
    Fla. Bar No.: 581305
Primary E-Mail Address:    LPruss@dkrpa.com
Secondary E-Mail Address:    ZAlfaro@dkrpa.com

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that on November 16, 2020, a true and correct copy of the foregoing was filed with the Clerk of Court and served upon counsel of record using the CM/ECF system.

By: /s David A. Rothstein
    David A. Rothstein, Esq.

Page 2 of 2

DIMOND KAPLAN & ROTHSTEIN, P.A.
OFFICES AT GRAND BAY PLAZA. 2665 SOUTH BAYSHORE DRIVE. PENTHOUSE 2B. MIAMI, FL 33133 TEL. 305.374.1920