UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO.: 1:20-cv-24523-KMW

GILEAD SCIENCES, INC.,
GILEAD SCIENCES IRELAND UC,

Plaintiffs,

vs.

3rd STEP RECOVERY GROUP, INC D/B/A
CONTINENTAL WELLNESS CENTER, CHENARA
ANDERSON, MARIA FREEMAN, BARBARA
GIBSON AND MICHAEL PIERCE

Defendants,

_____/

## NOTICE OF APPEARANCE & DESIGNATION OF EMAIL ADDRESS

**THE LAW OFFICES OF FELDER & ASSOCIATES, P.A.**, enters its appearance as Counsel of record for Defendants, **3rd STEP RECOVERY GROUP, INC, D/B/A CONTINENTAL WELLNESS CENTER, CHENARA ANDERSON, MARIA FREEMAN, BARBARA GIBSON AND MICHAEL PIERCE** in the above-styled case. Please direct copies of all future pleadings, papers, and/or inquiries regarding this Defendant to the undersigned, using the address and to both email addresses indicated below.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on all counsel of record via the courts' CM/ECF Electronic Filing System, and via U.S. Mail to all *pro se* parties, if any, on this **16th** day of **November**, 2020.

LAW OFFICES OF FELDER & ASSOCIATES, P.A.
Attorneys for Defendants
2847 Hollywood Blvd., Suite 121
Hollywood, FL 33020
Phone: 305.864.0136
Fax: 954.862.6615
eservice@ufelderlaw.com
info@ufelderlaw.com

By: */s/ Ulysses Felder*
**Ulysses Felder, Esq.**
Florida Bar No.: 192708

**Brenda Fetherhuff, Esq.**
Florida Bar No.: 109449