**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**1:20-CV-24523-KMW**

GILEAD SCIENCES, INC.;
GILEAD SCIENCES IRELAND UC,

Plaintiffs,

vs.

AJC MEDICAL GROUP, INC., *et al*.

Defendants.

_____/

## NOTICE OF APPEARANCE AND DESIGNATION OF EMAIL ADDRESSES

PLEASE TAKE NOTICE that Cheyenne N. Riker hereby files his Notice of Appearance as Counsel for the Defendants, *United Clinical Laboratory LLC; United Pharmacy LLC; Community Health Medical Center LLC; Kirill Vesselov; Mikhail Vesselov; and Roman Shekhet* and requests that any and all pleadings or other matters pertaining to this cause be directed to him on behalf of the Defendants. Further, the undersigned designates the following email addresses for purpose of service:

Primary E-Mail Address:     cheyenneriker@gmail.com
Secondary E-Mail Address:   christyna@rxunited.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on November 17, 2020, on all counsel of record and with the Clerk of Court using CM/ECF.

/s/Cheyenne N. Riker
CHEYENNE N. RIKER
CHEYENNE N. RIKER, PLLC
Florida Bar Number: 1023406
2925 10th Avenue N.
Palm Springs, FL 33461
Primary: cheyenneriker@gmail.com
Secondary:christyna@rxunited.com