UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

GILEAD SCIENCES, INC.; GILEAD SCIENCES
IRELAND UC,

    Plaintiffs,

vs.     CASE NO. 1:20-cv-24523-KMW

AJC MEDICAL GROUP, INC.; et al.

    Defendants.

_____/

**DEFENDANTS, AUGUSTINE CARBON, KHADIJAH CARBON AND DOCTORS UNITED, INC. D/B/A DOCTORS UNITED GROUP, NOTICE OF APPEARANCE AND DESIGNATION OF E-MAIL ADDRESSES**

    Javier A. Reyes, Esq. of Bell Rosquete Reyes Esteban, PLLC, hereby enters his appearance as counsel for the Defendants, Augustine Carbon, Khadijah Carbon and Doctors United, Inc. d/b/a Doctors United Group, and respectfully request that all notices, correspondence, and pleadings, and any and all other pertinent dates pertaining to the above styled cause of action be forwarded to him and hereby designates the following e-mail addresses for purposes of receiving all filings in this action:

    Primary:    jreyes@brresq.com

    Alternate:    legal@brresq.com

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 19, 2020 a true and correct copy of the foregoing was delivered to all counsel of record via CM/ECF.

**BELL ROSQUETE REYES ESTEBAN, PLLC**
999 Ponce De Leon Blvd.
Suite 1120 - Penthouse
Coral Gables, Florida 33134
Telephone:   (305) 570-1610
Facsimile:   (305) 570-1599
Email:         jreyes@brresq.com

By: */s/ Javier A. Reyes*
Javier A. Reyes, Esq.
Florida Bar No. 688487
Henry P. Bell, Esq.
Florida Bar No. 90689
*Counsel for Defendants Augustine Carbon, Khadijah Carbon and Doctors United, Inc. d/b/a Doctors United Group*