UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-24523-CIV-WILLIAMS/MCALILEY

GILEAD SCIENCES, INC., GILEAD
SCIENCES IRELAND UC,

    Plaintiffs,

vs.

AJC MEDICAL GROUP, INC., *et al.*,

    Defendants.
_____/

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

    Pending before the Court is a Motion to Appear *Pro Hac Vice* for Belinda Johnson-Hurtado, Esq., Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing, pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures, which the Honorable Kathleen M. Williams referred to me. (ECF Nos. 24, 114).

    Having reviewed the Motion, the pertinent portions of the record and the applicable law, the Court hereby **ORDERS** that the Motion (ECF No. 114), is **GRANTED**. Belinda Johnson-Hurtado, Esquire, may appear and participate in this action on behalf of Defendants United Clinical Laboratory LLC, United Pharmacy

LLC, Community Health Medical Center LLC, Kirill Vesselov, Mikhail Vesselov and Roman Shekhet. The Clerk shall provide electronic notification of all electronic filings to Belinda Johnson-Hurtado at bhurtado@lawcjb.com.

DONE and ORDERED in chambers at Miami, Florida this 19th day of November, 2020.

_____
CHRIS McALILEY
UNITED STATES MAGISTRATE JUDGE

cc: Honorable Kathleen M. Williams
    Counsel of record