AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

SOUTHERN District of FLORIDA

GILEAD SCIENCES, INC.;
GILEAD SCIENCES Plaintiff(s),
IRELAND UC, V.

AJC MEDICAL GROUP, Defendant(s),
INC., et al.

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:20-CV-24523-KMW

Notice is hereby given that, subject to approval by the court, AUGUSTINE CARBON substitutes
(Party (s) Name)

HENRY P. BELL, ESQ. , State Bar No. 90689 as counsel of record in
(Name of New Attorney)

place of CHRISTINE KING, ESQ. .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: BELL ROSQUETE REYES ESTEBAN, PLLC
Address: 999 PONCE DE LEON BLV., STE. PH 1120, CORAL GABLES, FL 33134
Telephone: (305) 570-1610      Facsimile (305) 570-1599
E-Mail (Optional): hbell@brresq.com

I consent to the above substitution.
Date: 11-16-2020

(Signature of Party (s))

I consent to being substituted.
Date: 11-16-2020

(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 11/16/2020

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: November 19, 2020

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]