AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

SOUTHERN District of FLORIDA

GILEAD SCIENCES, INC.;
GILEAD SCIENCES       Plaintiff (s),
IRELAND UC, V.

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:20-CV-24523-KMW

AJC MEDICAL GROUP, Defendant (s),
INC., et al.

Notice is hereby given that, subject to approval by the court, KHADIJAH CARBON substitutes
(Party (s) Name)

HENRY P. BELL, ESQ. , State Bar No. 90689 as counsel of record in
(Name of New Attorney)

place of CHRISTINE KING, ESQ.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: BELL ROSQUETE REYES ESTEBAN, PLLC
Address: 999 PONCE DE LEON BLV., STE. PH 1120, CORAL GABLES, FL 33134
Telephone: (305) 570-1610      Facsimile (305) 570-1599
E-Mail (Optional): hbell@brresq.com

I consent to the above substitution.
Date: 11/16/20

*Khadijah Carbon*
(Signature of Party (s))

I consent to being substituted.
Date: 11/16/2020

*Christine M King*
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 11/16/2020

*H.P. Bell*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: November 19, 2020

*Chris M. McAliley*
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]