AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__SOUTHERN__ District of __FLORIDA__

GILEAD SCIENCES, INC.;
GILEAD SCIENCES   Plaintiff (s),
IRELAND UC,   V.

AJC MEDICAL GROUP,   Defendant (s),
INC., et al.

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:20-CV-24523-KMW

Notice is hereby given that, subject to approval by the court, __DOCTORS UNITED, INC. D/B/A DOCTORS UNITED GROUP__ substitutes
(Party (s) Name)

__HENRY P. BELL, ESQ.__, State Bar No. __90689__ as counsel of record in
(Name of New Attorney)

place of __CHRISTINE KING, ESQ.__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | BELL ROSQUETE REYES ESTEBAN, PLLC |
| Address: | 999 PONCE DE LEON BLV., STE. PH 1120, CORAL GABLES, FL 33134 |
| Telephone: | (305) 570-1610    Facsimile (305) 570-1599 |
| E-Mail (Optional): | hbell@brresq.com |

I consent to the above substitution.
Date: 11-16-2020

*Augustine Carbon*
(Signature of Party (s))

I consent to being substituted.
Date: 11-16-2020

*Christine M. King*
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 11/16/2020

*Henry P. Bell*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: November 19, 2020

*Chris McAliley*
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]