UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-24523-CIV-WILLIAMS/MCALILEY

GILEAD SCIENCES, INC., GILEAD
SCIENCES IRELAND UC,

    Plaintiffs,

vs.

AJC MEDICAL GROUP, INC., *et al.*,

    Defendants.
_____/

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

    Pending before the Court is a Motion to Appear *Pro Hac Vice* for Stephanie Halsted, Esq., Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing, pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures, which the Honorable Kathleen M. Williams referred to me. (ECF Nos. 24, 115).

    Having reviewed the Motion, the pertinent portions of the record and the applicable law, the Court hereby **ORDERS** that the Motion (ECF No. 115), is **GRANTED**. Stephanie Halsted, Esquire, may appear and participate in this action on behalf of Defendants United Clinical Laboratory LLC, United Pharmacy LLC, Community Health Medical Center LLC, Kirill Vesselov, Mikhail Vesselov and

Roman Shekhet. The Clerk shall provide electronic notification of all electronic filings to Stephanie Halsted at shalsted@lawcjb.com.

DONE and ORDERED in chambers at Miami, Florida this 20th day of November, 2020.

                                                  _____
                                                  CHRIS McALILEY
                                                  UNITED STATES MAGISTRATE JUDGE

cc:      Honorable Kathleen M. Williams
          Counsel of record