# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| GILEAD SCIENCES, INC.; GILEAD SCIENCES IRELAND UC,<br><br>                          Plaintiffs,<br><br>          v.<br><br>AJC MEDICAL GROUP, INC.; ALLIANCE MEDICAL CENTER, INC.; ALLIED HEALTH ORGANIZATION, INC.; BAIKAL MARKETING GROUP, INC.; A BETTER YOU WELLNESS CENTER, LLC; 3RD STEP RECOVERY GROUP, INC. D/B/A CONTINENTAL WELLNESS CENTER; COMMUNITY HEALTH MEDICAL CENTER LLC; DOCTORS UNITED, INC. D/B/A DOCTORS UNITED GROUP; FLORIMED MEDICAL CENTER CORP.; JUAN JESUS SALINA, M.D. CORP.; LABS4LESS LLC; PHYSICIAN PREFERRED PHARMACY, INC.; POSITIVE HEALTH ALLIANCE, INC.; PRIORITY HEALTH MEDICAL CENTER, INC.; TESTING MATTERS INC.; UNITED CLINICAL LABORATORY LLC; UNITED PHARMACY LLC; WELL CARE LLC; TAMARA ALONSO; JEAN ALEXANDRE; CHENARA ANDERSON; MYRIAM AUGUSTINE; TWIGGI BATISTA; ARSEN BAZYLENKO; MICHAEL BOGDAN; BARBARA BRYANT; AUGUSTINE CARBON; JENNIFER JOHN CARBON; KHADIJAH CARBON; ALEJANDRO CASTRO; JOHN CATANO; JEAN CHARLOT; SHONTA DARDEN; ALEXANDER EVANS; MARIA FREEMAN; JESULA GABO; SHAJUANDRINE GARCIA; BARBARA GIBSON; KERLINE JOSEPH; VIERGELA JOSEPH; ANDRE KERR; GARY KOGAN; CASSANDRA LOUISSAINT; CORA MANN; NICK MYRTIL; IFEOMA NWOFOR; ERIK JOSEPH PAVAO; WILLIE PEACOCK; MICHAEL PIERCE; MICHEL POITEVIEN; JEAN RODNEY; TATIANA ROZENBLYUM; JUAN JESUS SALINA; DIMITRY SHAPOSHNIKOV; ROMAN SHEKHET; KIRILL VESSELOV; MIKHAIL VESSELOV; TOMAS WHARTON,<br><br>                          Defendants. | Civil Action No. 20-cv-24523-KMW |

12138045v.3

## **NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Gilead Sciences, Inc. and Gilead Sciences Ireland UC (together, "Gilead"), by and through their counsel of record, hereby dismiss all claims in this lawsuit against Defendant Ifeoma Nwofor ("Defendant") without prejudice.

Dismissal without prejudice under Rule 41(a)(1)(A)(i) is proper because Defendant has not served an answer or a motion for summary judgment in this action.

Dated: November 20, 2020

Respectfully submitted,

SQUIRE PATTON BOGGS (US) LLP

/s/ P. Jan Kubicz
P. Jan Kubicz (FBN 84405)
jan.kubicz@squirepb.com
200 South Biscayne Boulevard, Suite 4700
Miami, FL 33131
T.: (305) 577-7000
F.: (305) 577-7001

/s/ Franklin G. Monsour
Franklin G. Monsour (*admitted pro hac vice*)
franklin.monsour@squirepb.com
1211 Avenue of the Americas, 26th Floor
New York, NY 10036
T.: (212) 872-9800

PATTERSON BELKNAP WEBB & TYLER LLP

/s/ Geoffrey Potter
Geoffrey Potter (*admitted pro hac vice*)
Jonah Knobler (*admitted pro hac vice*)
Joshua Kipnees (*admitted pro hac vice*)
Timothy A. Waters (*admitted pro hac vice*)

12138045v.3

        R. James Madigan III (*admitted pro hac vice*)
        Jared S. Buszin (*admitted pro hac vice*)
        Devon Hercher (*admitted pro hac vice*)
        Jacob Chefitz (*admitted pro hac vice*)
        gpotter@pbwt.com
        jknobler@pbwt.com
        jkipnees@pbwt.com
        twaters@pbwt.com
        jmadigan@pbwt.com
        jbuszin@pbwt.com
        dhercher@pbwt.com
        jchefitz@pbwt.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of November, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

        */s/ P. Jan Kubicz*