# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# 1:20-CV-24523-KMW

GILEAD SCIENCES, INC.; GILEAD SCIENCES IRELAND UC,

                Gilead,

   v.

AJC MEDICAL GROUP, INC.; ALLIANCE MEDICAL CENTER, INC.; ALLIED HEALTH ORGANIZATION, INC.; BAIKAL MARKETING GROUP, INC.; A BETTER YOU WELLNESS CENTER, LLC; 3RD STEP RECOVERY GROUP, INC. D/B/A CONTINENTAL WELLNESS CENTER; COMMUNITY HEALTH MEDICAL CENTER LLC; DOCTORS UNITED, INC. D/B/A DOCTORS UNITED GROUP; FLORIMED MEDICAL CENTER CORP.; JUAN JESUS SALINA, M.D. CORP.; LABS4LESS LLC; PHYSICIAN PREFERRED PHARMACY, INC.; POSITIVE HEALTH ALLIANCE, INC.; PRIORITY HEALTH MEDICAL CENTER, INC.; TESTING MATTERS INC.; UNITED CLINICAL LABORATORY LLC; UNITED PHARMACY LLC; WELL CARE LLC; TAMARA ALONSO; JEAN ALEXANDRE; CHENARA ANDERSON; MYRIAM AUGUSTINE; TWIGGI BATISTA; ARSEN BAZYLENKO; MICHAEL BOGDAN; BARBARA BRYANT; AUGUSTINE CARBON; JENNIFER JOHN CARBON; KHADIJAH CARBON; ALEJANDRO CASTRO; JOHN CATANO; JEAN CHARLOT; SHONTA DARDEN; ALEXANDER EVANS; MARIA FREEMAN; JESULA GABO; SHAJUANDRINE GARCIA; BARBARA GIBSON; KERLINE JOSEPH; VIERGELA JOSEPH; ANDRE KERR; GARY KOGAN; CASSANDRA LOUISSAINT; CORA MANN; NICK MYRTIL; IFEOMA NWOFOR; ERIK JOSEPH PAVAO; WILLIE PEACOCK; MICHAEL PIERCE; MICHEL POITEVIEN; JEAN RODNEY; TATIANA ROZENBLYUM; JUAN JESUS SALINA; DIMITRY SHAPOSHNIKOV; ROMAN SHEKHET; KIRILL VESSELOV; MIKHAIL VESSELOV; TOMAS WHARTON,

                Defendants.

## ORDER TO SHOW CAUSE

This matter is before the Court *sua sponte*. On November 12, 2020, the Court ordered Defendants to respond to Plaintiffs' motion for preliminary injunction by **November 20, 2020 at 5:00 PM**. [DE 80]. On November 13, 2020, counsel for Alliance Medical Center, Jean Alexandre, Michel Poitevien, and Jean Rodney made an appearance. [DE 100]. On November 16, 2020, counsel for Barbara Bryant, Shonta Darden, Jesula Gabo, Kerline Joseph, Andre Kerr, Gary Kogan, Cassandra Louissaint, Cora Mann, Erik Pavao, and Dimitry Shaposhnikov filed a notice of appearance. [DE 103].

To date, the above-referenced Defendants have not responded to the motion for preliminary injunction or sought additional time to do so.[1] Accordingly, Alliance Medical Center, Jean Alexandre, Michel Poitevien, Jean Rodney, Barbara Bryant, Shonta Darden, Jesula Gabo, Kerline Joseph, Andre Kerr, Gary Kogan, Cassandra Louissaint, Cora Mann, Erik Pavao, and Dimitry Shaposhnikov are **ORDERED TO SHOW CAUSE** by no later than **November 24, 2020 at 5:00 PM** as to why Plaintiffs' motion for preliminary injunction should not be granted by default as to these Defendants for failure to file a timely response.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 23rd day of November 2020.

---

[1] AJC Medical Group, Labs4less LLC, John Catano, Jean Charlot, and Viergela Joseph also have not responded to the motion. However, these Defendants have not appeared in the case. Counsel for Plaintiffs informed the Court that all Defendants have now been served with the summonses, the complaint, the motion for preliminary injunction, and the Temporary Restraining Order. [DE 49 at 3.]

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE