**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| GILEAD SCIENCES, INC.; GILEAD SCIENCES IRELAND UC,<br><br>                        Plaintiffs,<br><br>        v.<br><br>AJC MEDICAL GROUP, INC.; ALLIANCE MEDICAL CENTER, INC.; ALLIED HEALTH ORGANIZATION, INC.; BAIKAL MARKETING GROUP, INC.; A BETTER YOU WELLNESS CENTER, LLC; 3RD STEP RECOVERY GROUP, INC. D/B/A CONTINENTAL WELLNESS CENTER; COMMUNITY HEALTH MEDICAL CENTER LLC; DOCTORS UNITED, INC. D/B/A DOCTORS UNITED GROUP; FLORIMED MEDICAL CENTER CORP.; JUAN JESUS SALINA, M.D. CORP.; LABS4LESS LLC; PHYSICIAN PREFERRED PHARMACY, INC.; POSITIVE HEALTH ALLIANCE, INC.; PRIORITY HEALTH MEDICAL CENTER, INC.; TESTING MATTERS INC.; UNITED CLINICAL LABORATORY LLC; UNITED PHARMACY LLC; WELL CARE LLC; TAMARA ALONSO; JEAN ALEXANDRE; CHENARA ANDERSON; MYRIAM AUGUSTINE; TWIGGI BATISTA; ARSEN BAZYLENKO; MICHAEL BOGDAN; BARBARA BRYANT; AUGUSTINE CARBON; JENNIFER JOHN CARBON; KHADIJAH CARBON; ALEJANDRO CASTRO; JOHN CATANO; JEAN CHARLOT; SHONTA DARDEN; ALEXANDER EVANS; MARIA FREEMAN; JESULA GABO; SHAJUANDRINE GARCIA; BARBARA GIBSON; KERLINE JOSEPH; VIERGELA JOSEPH; ANDRE KERR; GARY KOGAN; CASSANDRA LOUISSAINT; CORA MANN; NICK MYRTIL; IFEOMA NWOFOR; ERIK JOSEPH PAVAO; WILLIE PEACOCK; MICHAEL PIERCE; MICHEL POITEVIEN; JEAN RODNEY; TATIANA ROZENBLYUM; JUAN JESUS SALINA; DIMITRY SHAPOSHNIKOV; ROMAN SHEKHET; KIRILL VESSELOV; MIKHAIL VESSELOV; TOMAS WHARTON,<br><br>                        Defendants. | Civil Action No. 20-cv-24523-KMW |

12142550

# [PROPOSED] ORDER GRANTING JOINT MOTION FOR ENTRY OF HIPAA PROTECTIVE AND CONFIDENTIALITY ORDER

This cause comes before the Court upon the Joint Motion for Entry of HIPAA Protective & Confidentiality Order ("Motion"), filed by Plaintiffs Gilead Sciences, Inc. and Gilead Sciences Ireland UC (together, "Gilead"), and Defendants Allied Health Organization, Inc., A Better You Wellness Center, LLC, Myriam Augustine, Alejandro Castro, and Alexander Evans (collectively, the "Allied Health Defendants").  The Court, having reviewed the Motion, finds that it should be GRANTED.  Accordingly, it is hereby ORDERED:

1. Gilead's and the Allied Health Defendants' Joint Motion for Entry of HIPAA Protective and Confidentiality Order is GRANTED.

2. Gilead's Proposed HIPAA Protective and Confidentiality Order filed November 3, 2020 (ECF Dkt. No. 3-4) is approved and adopted as an Order of the Court as to Gilead and the Allied Health Defendants.

DONE AND ORDERED in Chambers at _____, Florida, this \_\_\_ day of _____.

_____
United States District Judge

Copies furnished to: All Counsel of Record

12142550