PATTERSON BELKNAP WEBB & TYLER LLP 1133 AVENUE OF THE AMERICAS NEW YORK, NY 10036-6710

## AFFIDAVIT OF SERVICE

Client's File No.: _____
Civil Action #: 1:20-cv-24523-KMW
Date Filed: November 3, 2020

**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA**



GILEAD SCIENCES, INC., GILEAD SCIENCES IRELAND UC,

*Plaintiff*

vs

AJC MEDICAL GROUP, INC., et al.,

*Defendant*

STATE OF FLORIDA COUNTY OF BROWARD SS.:

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Florida

That on the following date: November 10, 2020, at the following time: 9:18 PM,

at 1498 NW 54TH STREET, SUITE C, MIAMI, FL 33142 deponent served the within Summons in a Civil Action, Complaint With Exhibits, Expedited Motions for TRO and PI, Expedited Discovery Order, and HIPAA Protective and Confidentiality Order, Civil Cover Sheet, Attorney Appearances, Corporate Disclosure Statement Pursuant to Federal Rule 7.1, Proposed Orders, Memorandum of Law in Support, Declarations of Geoffrey Potter, Annette Sebastiani, Emilio Garcia, Joel Gallant, Carey Nakamura and Gretchen Stroud with Exhibits, Declarations of Joanna Quan and John G. DeVitto, Clerks Notice of Judge Assignment, Notice of Adding Additional Defendants, Certificate of Notice (Service) and Temporary Restraining Order and Order to Show Cause for a Preliminary Injunction signed by Hon. Kathleen M. Williams, U.S.D.J. dated November 3, 2020.

[X] Papers so served were properly endorsed with the Civil Action # and date of filing.

Upon: AJC MEDICAL GROUP, INC.

[ ] **Individual** By delivering a true copy thereof to said recipient personally; deponent knew the person so served to be the individual described therein.

[ ] **Responsible Person** By delivering to and leaving with _____, _____ a true copy thereof, a person of suitable age and discretion. Said premises being the defendant / respondent's *Relationship*
[ ] dwelling place  [ ] place of business/employment  [ ] last known address within the State.  [ ] usual place of abode

**Mail** A copy thereof was deposited in a postpaid, properly addressed envelope, marked "Personal and Confidential" in a depository maintained by the U. S. P. S. and mailed to the above address on _____.

[ ] **Corporation LLC / LLP** By delivering to and leaving with _____ said individual to be _____ who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

[X] **Affixing To Door** By affixing a true copy thereof to the door, being the defendant/respondent's [ ] dwelling place  [X] place of business/employment
[ ] last known address within the State. [ ] usual place of abode

[ ] **Previous Attempts** Deponent previously attempted to serve the above named defendant/respondent on:

**Description of Recipient** Sex: ___ Color of skin ___ Color of hair: ___ Age: ___ Height: ___
Weight: ___ Other Features: ___

[ ] **WITNESS FEES** Subpoena Fee Tendered in the amount of $ ___

[ ] **MILITARY SERVICE** I asked the person spoken to whether defendant was in active military service of the United States in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

[X] **Other** Location is a business. Office was closed. DOCUMENTS POSTED - documents left below brown front door.

Sworn to before me on 11/16/2020

Krystal Bedgood
Comm. # HH036670
Expires: Sept. 13, 2024
Bonded Thru Aaron Notary

PROCESS SERVER / PRINT NAME BELOW SIGNATURE
Ramon Quiroz, # 1596/10018
PROCESS SERVER LICENSE # 10018

Work Order # 1448072