**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

CASE NO. 20-24523-CIV-CANNON/Otazo-Reyes

**GILEAD SCIENCES, INC.**, and
**GILEAD SCIENCES IRELAND UC,**

    Plaintiffs,

v.

**ALLIANCE MEDICAL CENTER, INC.**, *et al.,*

    Defendants.

_____/

**ORDER TO SHOW CAUSE**

**THIS CAUSE** came before the Court following the Status Conference Hearing held on January 19, 2021.

On January 14, 2021, the Court scheduled a Status Conference Hearing for Tuesday, January 19, 2021. The Court's Notice of Zoom Status Conference Hearing instructed all parties of record to make an appearance [ECF No. 291]. Despite having been duly notified, the following attorneys failed to make an appearance at the Status Conference Hearing: (1) Kenneth Ray Noble on behalf of defendants Well Care, LLC, Willie Peacock and Shajuandrine Garcia; (2) Ulysses L. Felder on behalf of defendants 3rd Step Recovery Group, Inc., Barbara Gibson, Chenara Anderson, Maria Freeman and Michael Pierce; (3) Bruce H. Vanderlaan on behalf of defendants Cassandra Louissant and Viergela Joseph; and (4) *pro se* defendants Baikal Marketing Group, Inc., Arsen Bazylenko and Tatiana Rozenblyum. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the attorneys and *pro se* defendants mentioned in this Order shall have until **Tuesday, January 26, 2021**, to show cause in writing why sanctions should not be imposed for their failure to appear at a scheduled Court hearing.

**DONE AND ORDERED** in Fort Pierce, Florida this 21st day of January 2021.

                                                                                     _____
                                                                                     **AILEEN M. CANNON**
                                                                                     **UNITED STATES DISTRICT JUDGE**

cc:   counsel of record