# Patterson Belknap Webb & Tyler LLP

1133 Avenue of the Americas    New York, NY 10036-6710    212.336.2000    fax 212.336.2222    www.pbwt.com

January 20, 2021

Jacob I. Chefitz
(212) 336-2474
jchefitz@pbwt.com

**By FedEx**

Wells Fargo Bank
4405 S Florida Ave
Lakeland, Fl, 33813

Re:   *Gilead Sciences Inc. v. AJC Medical Group et al.*, **No. 1:20-cv-24523-AMC (S.D. Fla.)**

Dear Sir or Madam:

We represent Plaintiffs Gilead Sciences Inc. and Gilead Sciences Ireland UC ("Gilead") in the above-referenced fraud and trademark matter, in which the defendants are accused of fraudulently obtaining and diverting Gilead's HIV prophylactic exposure prescription medication.

We enclose a subpoena requesting all account records for all accounts for which any of the entities or individuals listed in the attached Schedule A: (i) is or was a holder or owner of the account; (ii) is or was a beneficiary of the account; or (iii) had or has signatory authority on the account. We ask that you produce the requested documents to us by **February 3, 2021.** Please submit all documents electronically, via email, to jchefitz@pbwt.com.

When producing fund transfer records, please be sure to provide sufficient information to disclose the names, addresses, account numbers, and bank names and addresses for the individuals and entities that sent or received the funds.

Your immediate attention is required and very much appreciated. Please do not hesitate to contact me at (212) 336-2474 or jchefitz@pbwt.com should you have any questions, and thank you in advance for your cooperation.

Very truly yours,

/s/ Jacob I. Chefitz

Jacob I. Chefitz

Enclosure

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

| | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| | ) | |
| *Defendant* | ) | |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:

*(Name of person to whom this subpoena is directed)*

❒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

| Place: | Date and Time: |
|---|---|
| | |

❒ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

*CLERK OF COURT*

OR

_____          _____
*Signature of Clerk or Deputy Clerk*                    *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____, who issues or requests this subpoena, are:

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

　　　I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

❐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

❐ I returned the subpoena unexecuted because: _____

_____.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc.:

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

  **(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
    **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
    **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
      **(i)** is a party or a party's officer; or
      **(ii)** is commanded to attend a trial and would not incur substantial expense.

  **(2)** *For Other Discovery.* A subpoena may command:
    **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
    **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

  **(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

  **(2)** *Command to Produce Materials or Permit Inspection.*
    **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
    **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
      **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
      **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

  **(3)** *Quashing or Modifying a Subpoena.*
    **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
      **(i)** fails to allow a reasonable time to comply;
      **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
      **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
      **(iv)** subjects a person to undue burden.
    **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
       **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or
       **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
    **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
      **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
      **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

  **(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
    **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
    **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
    **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
    **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

  **(2)** *Claiming Privilege or Protection.*
   **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
      **(i)** expressly make the claim; and
      **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
   **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

---

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

**Patterson Belknap Webb & Tyler LLP**

1133 Avenue of the Americas   New York, NY 10036-6710   212.336.2000   fax 212.336.2222   www.pbwt.com

## SCHEDULE A

### Documents Requested

For every account for which any of the entities or individuals listed below (i) is or was a holder or owner of the account, (ii) is or was a beneficiary of the account, or (iii) had or has signatory authority on the account, produce a document or documents sufficient to show, from January 1, 2019 to the present, the account opening documents including the list of all individuals that have or have had signature authority over the account; the current balance amount and all transactions to or from the account, including the amount and date of transaction; the recipient's name and address; the payee's name and address; the recipient's account number and the name and address of the recipient's bank; the payee's account number and the name and address of the payee's bank; and copies of all wire or fund transfers and checks deposited into or drawn out of the account.

AJC Medical Group, Inc.
1498 NW 54 Street, Suite C
Miami, FL 33142
EIN: 81-1644852

Alliance Medical Center, Inc.
6245 Miramar Parkway, Suite 101
Hollywood, FL 33023
EIN: 37-1781256

Allied Health Organization, Inc.
14001 NW 4 Street, Suite B
Fort Lauderdale, FL 33325
EIN: 84-4224017

A Better You Wellness Center, LLC
3529 NW 88th Ave
Fort Lauderdale, FL 33351
EIN: 82-0828874

Baikal Marketing Group, Inc.
3029 NE 188 Street, #319
Miami, FL 33180
EIN: 84-2592255

3rd Step Recovery Group, Inc. d/b/a Continental Wellness Center
3400 Powerline Road, Suite A
Fort Lauderdale, FL 33309
EIN: 27-1656201

Community Health Medical Center LLC
3951 North Haverhill Road, Suite 120
West Palm Beach, FL 33417

Doctors United, Inc.
1498 NW 54 Street, Suite C
Miami, FL 33142
EIN: 83-1850558

Doctor United Group, Inc.
714 NW 62nd Street
Miami, FL 33150
EIN: 83-1850558

Florimed Medical Center Corp.
311 NE 8 Street
Homestead, FL 33030
EIN: 47-3443632

Juan Jesus Salina, M.D. Corp.
4212 W. 16th Avenue
Hialeah, FL 33012
EIN: 33-1051668

Physician Preferred Pharmacy, Inc.
2700 North State Road 7
Pompano Beach, FL 33063
EIN: 26-3373758

Priority Health Medical Center, Inc.
3660 Central Avenue, #6
Fort Myers, FL 33901
EIN: 84-3779923

Testing Matters Inc.
14001 NW 4 Street
Fort Lauderdale, FL 33325
EIN: 27-4653051

United Clinical Laboratory LLC
2257 Vista Parkway, #2
West Palm Beach, FL 33411
EIN: 47-1814607

United Pharmacy LLC
3951 N. Haverhill Road, Suite 120-121
West Palm Beach, FL 33417
EIN: 26-3975548

Allied's Outpost Inc.
14001 NW 4 Street
Suite C
Sunrise, FL 33325
EIN: 85-2995712

Beauty & Cellular Regeneration LLC
1200 Sweetwater Club Boulevard
Longwood, FL 32799

Better Health Clinics LLC
755 Monroe Rd Unit 470033
Lake Monroe, FL 32747
EIN: 85-1833227

Edinburgh Holdings LLC
1200 Sweetwater Club Blvd.
Longwood, FL 32799
EIN: 47-3266948

Evans Medical Strategic Consulting LLC
1200 Sweetwater Club Blvd.
Longwood, FL 32799
EIN: 83-4429598

Global International Retreat Inc.
3529 N Pine Island Rd
Suite 12-B
Sunrise, FL 33351

Essential Health Wellness Center, Inc.
3529 N. Pine Island Rd.
Sunrise, FL 33351

Dustin' In Heels Cleaning Services Inc.
7808 NW 17th Place
Pembroke Pines, FL 33028

Sweet Treats of Mia Co Inc
6815 Biscayne Blvd
103
Miami, FL 33138

Esnell Investment Group Inc.
19724 NW 32nd Court
Miami Gardens, FL 33056
EIN: 83-0868880

Jackson Anderson Holdings LLC
5079 N. Dixie Hwy
Unit 323
Oakland Park, FL 33334
EIN: 82-2266657

1119 Progresso LLC
5079 N. Dixie Hwy
Unit 323
Oakland Park, FL 33334
EIN: 45-3080192

Airam Construction Group LLC
5079 N. Dixie Hwy
Unit 323
Oakland Park, FL 33334

Airam Construction Group, Inc
5079 N. Dixie Hwy
Suite 323
Oakland Park, FL 33334
EIN: 65-0746019

Continental Community Outreach Corp
3400 NW 9th Avenue, Suite A
Oakland Park, FL 33309
EIN: 84-3929220

Jackson Anderson Real Estate Development Company
547 NW 9th Avenue
Suite 2
Fort Lauderdale, FL 33311
EIN: 27-1632818

Jackson Anderson Real Estate Development, INC
5079 N. Dixie Hwy
Suite 323
Oakland Park, FL 33334
EIN: 83-2082679

Quik Clinic Medical Center
4055 N. Andrews Avenue
Oakland Park, FL 33309
EIN: 27-1925103

CMA Investment Holdings
547 NW 9th Ave, STE 2
Ft Lauderdale, FL 33311
EIN: 45-0607637

Paradigm Management & Development Services, LLC
601 Glenwood Lane
Plantation, FL 33317
EIN: 65-1087030

Cathedral of Praise Worship Center, Inc
278 NE 35th Court
Oakland Park, FL 33334
EIN: 65-0001787

Cathedral Coalition of Ministries, Inc
278 NE 35th Court
Oakland Park, FL 33334
EIN: 65-1087026

Cathedral Community Coalition, Inc
278 NE 35th Court
Oakland Park, FL 33334
EIN: 65-0861943

Dominion International Life Center, Inc

Case 1:20-cv-24523-AMC   Document 303-1   Entered on FLSD Docket 01/22/2021   Page 10 of 19

12612 NW 14th Place
Sunrise, FL 33323
EIN: 65-1062570

Shekinah Glory Deliverance Ministries, Inc
811 NW 54th St
Miami, FL 33127
EIN: 65-0994241

Pilgrimage Health and Education Initiatives, Inc
601 Glenwood Lane
Plantation, FL 33317
EIN: 65-0814944

Alive and Well Community Partners LLC
18425 NW 2nd Ave
5th Floor PH7
Miami Gardens, FL 33169
EIN: 84-1953922

Changes Wellness Center LLC
31 W 20th Street
200
Riviera Beach, FL 3340

Just for Today Sober Living, Inc.
923 SW 16th Street
Ft. Lauderdale, FL 33315
EIN: 81-2785608

CFS Wellness and Med Spa
2633 E Commercial Blvd
Fort Lauderdale, FL 33308

Coral Springs Hyperbaric Oxygen and Wound Care Center LLC
8333 W. McNab
107
Tamarac, FL 33321
EIN: 85-1570836

Tampa-Hillsborough Action Plan, Inc. (THAP, Inc.)
5508 N. 50th Street Suite 7
Tampa, FL 33610-4804
EIN: 59-2823128

190 E. Ellis Road, LLC
1004 W. 1st Street
Bloomington, IN 47404

215 W 4th Street QOF, LLC
1004 W 1st Street
Bloomington, IN 47403

412 West 4th Street, LLC
1004 West 1st Street
Bloomington, IN 47403

416 West 4th Street, LLC
3951 Haverhill Rd. Suite 120-121
West Palm Beach, FL 3341

501 South Rogers Street, LLC
501 South Rogers Street
Bloomington, IN 47403

519 West 4th St. LLC
519 West 4th Street
Bloomington, IN 47404

611 East First Street, LLC
611 E. 1st Street
Bloomington, IN 47401

901 West First Street, LLC
3951 N Haverhill Rd, Ste 120-121
West Palm Beach, FL 33417

903 West First Street, LLC
903 West 1st Street
Bloomington, IN 47403

1000 W. 1st Street, LLC
1004 W 1st Street
Bloomington, IN 47403

1005 West 1st Street, LLC
1005 West 1st Street
Bloomington, IN 47403

1007 West First Street, LLC

412 West 4th Street
Bloomington, IN 47403

1008 West First Street, LLC
1008 West 1st Street
Bloomington, IN 47403

5660 West State Road 46, LLC
1004 West 1st Street
Bloomington, IN 47403

B-Town Recovery Residence, LLC
412 West 4th Street
Bloomington, IN 47403

Bloomington Gourmet Catering, LLC
5660 West State Road 46
Bloomington, IN 47404

Goyhberg Investments, LLC
3951 N Haverhill Rd. Suite 120-121
West Palm Beach, FL 33419
EIN: 84-4242990

Haven Behavioral Healthcare, LLC
3951 Haverhill Rd. Suite 120-121
West Palm Beach, FL 33417
EIN: 84-2094128

Haven Health Management, LLC
2925 10th Avenue N.
Palm Springs, FL 33461

Indiana Center for Recovery, LLC
3951 N Haverhill Rd. Suite 120-121
West Palm Beach, FL 33417

Bend, LLC
214 West 4th Street
Mishawaka, IN 46544

ICFR Residence, LLC
1004 W. 1st Street
Bloomington, IN 47404

Indiana Wellness Rx, LLC
637 S Walker Street, Suite 1
Bloomington, IN 47403

Innova Enterprises, LLC
605 E Huntington Dr., STE 204
Monrovia, CA 91016

K & F Investment Group Inc
2925 10th Avenue N.
Palm Springs, FL 33461
EIN: 46-1673306

KMG Holdings, LLC
2925 10th Avenue N.
Palm Springs, FL 33461
EIN: 35-2457273

KMG New Jersey, LLC
1150 Haddon Avenue, Suite 210
Collingswood, NJ 8108

Lab Guys, LLC
421 NE 13th Ave.
Pompano Beach, FL 33060

Lab Guys ll LLC
2925 10th Avenue N.
Palm Springs, FL 33461

Medstar Labratory of Florida, Inc
3951 Haverhill Rd. Suite 120-121
West Palm Beach, FL 33619
EIN: 30-0749485

Prevent Rx, LLC
906 W. Sunrise Blvd.
Fort Lauderdale, FL 33311
EIN: 84-3064932

Prevent Rx 2, LLC
3677 Central Ave, A
Fort Meyers, FL 33901
EIN: 84-3193984

Prevent Rx 3, LLC
906 W. Sunrise Blvd.
Fort Lauderdale, FL 33311
EIN: 84-4944133

Prevent Rx 4, LLC
906 W. Sunrise Blvd.
Fort Lauderdale, FL 33311
EIN: None listed

The Recovery Team, Inc.
509 Federal Hwy. Suite 202
Lake Park, FL 33403
EIN: 46-0921214

Recovery Team Behavioral Health
509 Federal Hwy. Suite 101
Lake Park, FL 33403
EIN: 82-3059957

Recovery Team New England, LLC
2925 10th Avenue N.
Palm Springs, FL 33461

Reno Laboratories LLC
510 Highland Rd.
Reno, NV 89521

The Haven Detox LLC
1325 N. Haverhill Rd.
West Palm Beach, FL 33417
EIN: 46-5692740

The Haven Detox of New Jersey, LLC
410 Turnersville Road
Gloucester Township, NJ 8021

Haven Detox MA, LLC
38 Brentwood Dr.
Holden, MA 1520

UDT Software
444 Boynton Beach Blvd.
Boynton Beach, FL 33435
EIN: 82-4634930

United Billing Solutions, LLC
2636 Old Okeechobee Road
West Palm Beach, FL 33409

United Central Service Company, Inc.
2925 10th Avenue N.
Palm Springs, FL 33461

United Clinical Laboratories of New Jersey, LLC
373 E US Route 46 West, Unit 111
Fairfield, NJ 7004

United Construction Partners, LLC
2925 10th Avenue N.
Palm Springs, FL 33461
EIN: 82-4946508

United Dialysis Center, Inc.
1311 E. Atlantic Blvd.
Pompano Beach, FL 33060
EIN: 47-2177368

Bloomington  MD Wellness , LLC
1004 W. 1st Street
Bloomington, IN 47403

ICFR RESIDENCE LLC
1004  W. 1st, Street
Bloomington, IN 47403

David Chiverton (aka David Stedroy Chiverton)
DOB: 06/17/1964
SSN:

Clevell Jennings (aka Clevell Brown Jennings)
DOB: 01/23/1967
SSN:

Rachelle Beaubrun
DOB: 06/01/1971
SSN:

Christine King (aka Christine Margaret Forde-King)
DOB: 03/15/1966

SSN: ███

Emma Lawrence
DOB: 02/06/1977
SSN: ███

Jason Joseph
DOB: 08/1973
SSN: ███

Ann Robin
DOB: 01/17/1968
SSN: ███

Calvanetta Franklin (aka Calvanetta Sheronda Franklin)
DOB: 10/19/1973
SSN: ███

Steve Taylor, Sr. (aka Steve Colin Taylor Sr.)
DOB: 04/30/1962
SSN: ███

Joseph Townsel:
DOB: 06/10/1972
SSN: ███

Tamara Alonso
DOB: 8/14/1968
SSN: ███

Jean Alexandre (aka Jean Jethro Alexandre)
DOB: 3/6/1981
SSN: ███

Chenara Anderson (aka Chenara Marie Anderson)
DOB: 04/11/1985
SSN: ███

Myriam Augustine
DOB: 09/23/1978
SSN: ███

Twiggi Batista (aka Twiggi Grey Batista)
DOB: 06/08/1984
SSN: ███

Arsen Bazylenko
DOB: 05/17/1968
SSN:

Michael Bogdan (aka Michael Francis Bogdan)
DOB: 09/16/1977
SSN:

Augustine Carbon
DOB: 07/25/1963
SSN:

Jennifer John Carbon (aka Jennifer Linda Carbon)
DOB: 11/10/1971
SSN:

Khadijah Carbon (aka Khadijah Gayle Carbon)
DOB: 10/14/1995
SSN:

Alejandro Castro (aka Alejandro Javier Castro)
DOB: 01/16/1992
SSN:

John Catano (aka John Jairo Catano MD)
DOB: 10/24/1957
SSN:

Jean Charlot (aka Jean Robert Charlot MD)
DOB: 09/26/1949
SSN:

Alexander Evans (aka Alexander Newton Evans MD)
DOB: 05/15/1971
SSN:

Maria Freeman (aka Maria Jackson Freeman; Maria Jackson Anderson; Maria Jackson Wynn)
DOB: 02/07/1961
SSN:

Barbara Gibson (aka Barbara Lee Gibson)
DOB: 08/13/1953
SSN:

Viergela Joseph (aka Viergela Deshommes Joseph)
DOB: 12/22/1979
SSN: ███████

Cassandra Louissaint
DOB: 05/07/1992
SSN: ███████

Nick Myrtil (aka Nick Johnson Myrtil)
DOB: 01/18/2001
SSN: ███████

Michael Pierce
DOB: 05/01/1955
SSN: ███████

Michel Poitevien (aka Michele Marie Wolff-Poitevien)
DOB: 09/08/1960
SSN: ███████

Jean Rodney (aka Jean Francois R Rodney; Jean Francois Yves Ro Rodney)
DOB: 09/26/1960
SSN: ███████

Tatiana Rozenblyum (aka Tatiana Vladimirovna Rozenblyum)
DOB: 01/19/1971
SSN: ███████

Juan Jesus Salina
DOB: 10/07/1959
SSN: ███████

Roman Shekhet
DOB: 06/26/1963
SSN: ███████

Kirill Vesselov (aka Kirill M. Vesselov)
DOB: 10/25/1985
SSN: ███████

Mikhail Vesselov
DOB: 03/16/1959
SSN: ███████

Tomas Wharton
DOB: 02/10/1955
SSN:

Please note: the above addresses, birthdates, and social security numbers are from public databases and are for informational purposes only.  You should not use them to limit your search as they may contain errors and the individuals and entities often have more than one address.

12253144