UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-cv-24523-AMC

GILEAD SCIENCES, INC. and
GILEAD SCIENCES IRELAND UC,

     Plaintiffs,

v.

AJC MEDICAL GROUP, INC.; et al,

     Defendants.

_____

**UNOPPOSED MOTION BY DAVID M. TRONTZ, ESQ. AND
DONET, MCMILLAN & TRONTZ, P.A. FOR LEAVE TO WITHDRAW AS COUNSEL
OF RECORD FOR DEFENDANTS
<u>PRIORITY HEALTH MEDICAL CENTER, INC. AND NICK J. MYRTIL</u>**

     Undersigned counsel, pursuant to S.D. Fla. L R. 7.1 and 11.1(d)(3), moves this Honorable Court for an entry of an Order permitting the undersigned and Donet, McMillan & Trontz, P.A. to withdraw from the representation of Defendants Priority Health Medical Center, Inc. and Nick J. Myrtil, and requests to be administratively terminated in this case for the purposes of receiving notices, either by electronic form or otherwise and in support thereof, states as follows:

     1.     David M. Trontz, Esq. and Donet, McMillan & Trontz, P.A. are legal counsel to Priority Health Medical Center, Inc. and Nick J. Myrtil in this action.

     2.     Irreconcilable differences and conflicts have arisen between undersigned counsel and Defendants Priority Health Medical Center, Inc. and Nick J. Myrtil which preclude the undersigned and Donet, McMillan & Trontz, P.A. from continuing to represent said Defendants in this action.

Page 1 of 7

3.      Specifically, Defendants Priority Health Medical Center, Inc. and Nick J. Myrtil have recently failed to respond to the undersigned's many attempts at communicating with them, thus making their continued representation by the undersigned impossible, as he is unable to confer with them and receive instructions on how to proceed as to several aspects of the case.

4.      To make matters worse, Defendants Priority Health Medical Center, Inc. and Nick J. Myrtil have also failed to fulfill their financial and other obligations to undersigned counsel and  Donet, McMillan & Trontz, P.A. regarding legal services, for which deficiencies said Defendants have been given repeated and reasonable warnings over the past several weeks by the undersigned (not only via telephone and email, but in person as well) that undersigned counsel and Donet, McMillan & Trontz, P.A. will seek leave to withdraw from this case unless said obligations are fulfilled; Defendants have been similarly advised by the undersigned that the representation of Defendants will result and is presently resulting in an unreasonable financial burden on Donet, McMillan & Trontz, P.A., as a result of which it has become unreasonably difficult to represent said Defendants in this action.

5.      As a result of all of the foregoing, the undersigned has a fundamental disagreement with the Defendants that makes their continued representation impossible.

6.      Defendants will not be unduly prejudiced by the withdrawal from this case by undersigned counsel and Donet, McMillan & Trontz, P.A. because Defendants have previously been made aware by the undersigned of the consequences of his and his law firm's withdrawal and, given the fact that this case is in its early stages, there will more than ample time for any new counsel retained by Defendants to prepare for the trial of this case; therefore, the withdrawal can be accomplished without material adverse effect on the interests of these Defendants.

7.      R. Regulating Fla. Bar 4-1.16(b) allows for counsel to withdraw from

Page 2 of 7

representation if: (1) withdrawal can be accomplished without material adverse effect on the interests of the client; (2) the client insists upon taking action that the lawyer considers imprudent, or with which the lawyer has a fundamental disagreement; (3) the client fails to substantially fulfill an obligation to the lawyer regarding the lawyer's services and has been given reasonable warning that the lawyer will withdraw unless the obligation is fulfilled; (4) the representation will result in an unreasonable financial burden on the lawyer or has been rendered unreasonably difficult by the client; or (5) other good cause for withdrawal exists.

8.      The irreconcilable differences between said Defendants and the undersigned and his law firm are sufficiently substantial that good cause exists for undersigned counsel's and his law firm's withdrawal.

9.      Defendants Priority Health Medical Center, Inc. and Nick J. Myrtil have been also been apprised by the undersigned of the need for Defendants (and especially for Defendant Priority Health Medical Center, Inc.) to immediately take steps to obtain successor counsel.

10.      Undersigned counsel also advised Defendant Priority Health Medical Center, Inc. through its President, Defendant Nick J. Myrtil that an entity may not appear *pro se* and may only appear and be heard through counsel admitted to practice before this Court, as set forth in ***Palazzo v. Gulf Oil Corp.***, 764 F.2d 1381, 1385 (11th Cir. 1985).

11.      S.D. Fla. L R. 11.1(d)(3) provides that "[n]o attorney shall withdraw the attorney's appearance in any action or proceeding except by leave of court after notice served on the attorney's client and opposing counsel."

12.      Here, undersigned counsel has communicated to Plaintiffs' counsel his intention to withdraw and has also provided Plaintiffs' counsel with a draft of this Motion.

13.      Additionally, Plaintiffs, though counsel, have been served with a copy of the

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
Suite 406, Continental Plaza, 3250 Mary Street, Coconut Grove, FL 33133
• Phone: 305-444-0030 • Fax: 305-444-0039 •
www.dmt-law.com

instant Motion via the Court's electronic case filing system (CM/ECF).

14.     The Plaintiffs will not be prejudiced by the requested relief.

15.     Pursuant to S.D. Fla. L R. 11.1(d)(3)(A), a copy of the instant motion was served via U.S. Mail upon Defendant Priority Health Medical Center, Inc. at its above address and at the office of its registered agent, as set forth above and a copy was also served via email on its President and registered Agent, Nick J. Myrtil at: priorityhealthmed@gmail.com.

16.     Pursuant to S.D. Fla. L R. 11.1(d)(3)(A), a copy of the instant motion was also served via U.S. Mail upon Defendant Nick J. Myrtil at his above address and a copy is was also served via email at: priorityhealthmed@gmail.com.

17.     A copy of a Proposed Order granting withdrawal has been attached hereto as Exhibit "A."

18.     Undersigned counsel certifies that this Motion is filed in good faith, not for the purposes of delay, but so that justice may be done.

19.     As required by S.D. Fla. L R. 11.1(d)(3)(A), the current mailing addresses for the Defendants are the following:

| | |
|---|---|
| Priority Health Medical Center, Inc. | Nick J. Myrtil |
| 3660 Central Avenue, # 6 | 391 NE 27th Avenue |
| Fort Myers, FL 33901 | Boynton Beach, FL 33435 |

and

c/o Nick J. Myrtil
Registered Agent
11211 S. Military Trail, # 5022
Boynton Beach, FL 33436

**CERTIFICATE OF COUNSEL PURSUANT TO LOCAL RULE 7.1 (a)(3).**

20.     Undersigned counsel certifies that he has conferred with Plaintiffs' counsel,

Page 4 of 7

Joshua Kipnees, Esq., who has informed the undersigned by email that Plaintiffs do not object to the relief sought in this Motion.

**CERTIFICATE OF COUNSEL PURSUANT TO LOCAL RULE 11.1 (d)(4)**

21.     Undersigned counsel certifies that he has apprised Defendants Priority Health Medical Center, Inc. and Nick J. Myrtil of the ramifications of the withdrawal of undersigned counsel and his law firm and of the need for Defendants to immediately take steps to obtain successor counsel (and especially of such need by Defendant Priority Health Medical Center, Inc. because an entity may only appear through counsel admitted to practice before this Court.

**WHEREFORE**, undersigned counsel respectfully requests that this Honorable Court enter an Order: (a) granting this Motion; (b) authorizing David M. Trontz, Esq. and Donet, McMillan & Trontz, P.A. to withdraw as counsel of record for Defendants Priority Health Medical Center, Inc. and Nick J. Myrtil; (c) relieving the undersigned and his said law firm of and from any and all further obligations on behalf of said Defendants in this action; (d) providing said Defendants with at least fifteen (15) days to retain successor counsel before any additional pretrial deadlines are imposed upon them; (e) directing that all future pleadings, motions, discovery, and any and all other communications concerning this matter be sent to said Defendants at their respective foregoing addresses (physical and email) until such time as

[continued on next page]

Page 5 of 7

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
Suite 406, Continental Plaza, 3250 Mary Street, Coconut Grove, FL 33133
• Phone: 305-444-0030 • Fax: 305-444-0039 •
www.dmt-law.com

successor counsel enters an appearance; and (f) awarding such further relief as this Court deems just and proper, for the foregoing reasons.

      **DATED** January 25, 2021.

                          Respectfully submitted,

                          **Donet, McMillan &Trontz, P.A.**

                    By: _/s/ David M. Trontz_____
                        David M. Trontz, Esq.
                        Florida Bar No.: 948111
                        Attorneys for Defendants Priority
                        Health Medical Center, Inc. and
                        Nick Myrtil

                    [Certificate of Serve on next page]

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
Suite 406, Continental Plaza, 3250 Mary Street, Coconut Grove, FL 33133
• Phone: 305-444-0030 • Fax: 305-444-0039 •
www.dmt-law.com

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that I electronically filed the foregoing Motion to Withdraw with the Clerk of the Court using *CM/ECF* and that I served copies of said Motion on Defendant Priority Health Medical Center, Inc. via U.S. Mail at 3660 Central Avenue, # 6, Fort Myers, FL 33901 and c/o Nick J. Myrtil, Registered Agent, 11211 S. Military Trail, # 5022, Boynton Beach, FL 33436 and via email to: priorityhealthmed@gmail.com, and on Defendant Nick J. Myrtil via U.S. Mail at 391 NE 27th Avenue, Boynton Beach, FL 33435 and via email to: priorityhealthmed@gmail.com on January 25, 2021.

**Donet, McMillan &Trontz, P.A.**

By: /s/ David M. Trontz
David M. Trontz, Esq.
Florida Bar No.: 948111
Attorneys for Defendants Priority
Health Medical Center, Inc. and
Nick Myrtil
3250 Mary Street, Suite 406
Coconut Grove, Florida 33133
Tel.: (305) 444-0030
Fax:  (305) 444-0039
Email: trontz@dmt-law.com
Email: paralegals@dmt-law.com

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
Suite 406, Continental Plaza, 3250 Mary Street, Coconut Grove, FL 33133
• Phone: 305-444-0030 • Fax: 305-444-0039 •
www.dmt-law.com