UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-cv-24523-AMC

GILEAD SCIENCES, INC. and
GILEAD SCIENCES IRELAND UC,

    Plaintiffs,

v.

AJC MEDICAL GROUP, INC.; et al,

    Defendants.

_____

**EXHIBIT "A" TO
UNOPPOSED MOTION BY DAVID M. TRONTZ, ESQ. AND
DONET, MCMILLAN & TRONTZ, P.A. FOR LEAVE TO WITHDRAW AS COUNSEL
OF RECORD FOR DEFENDANTS
<u>PRIORITY HEALTH MEDICAL CENTER, INC. AND NICK J. MYRTIL</u>**

Proposed Order Granting Unopposed Motion
by David M. Trontz, Esq. and Donet, McMillan & Trontz, P.A.
for Leave to Withdraw as Counsel of Record for Defendants
Priority Health Medical Center, Inc. and Nick J. Myrtil

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-cv-24523-AMC

GILEAD SCIENCES, INC. and
GILEAD SCIENCES IRELAND UC,

    Plaintiffs,

v.

AJC MEDICAL GROUP, INC.; et al,

    Defendants.

_____

**ORDER GRANTING UNOPPOSED MOTION BY DAVID M. TRONTZ, ESQ. AND DONET, MCMILLAN & TRONTZ, P.A. FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANTS
PRIORITY HEALTH MEDICAL CENTER, INC. AND NICK J. MYRTIL**

**THIS CAUSE** came before the Court on the Motion [DE   ] filed by David M. Trontz, Esq. and Donet, McMillan & Trontz, P.A. for Leave to Withdraw as Counsel of Record for Defendants Priority Health Medical Center, Inc. and Nick J. Myrtil; and the Court having reviewed said Motion and being otherwise duly advised in the premises, it is upon consideration,

**ORDERED AND ADJUDGED** that:

1.    The motion is GRANTED.

2.    David M. Trontz, Esq. and Donet, McMillan & Trontz, P.A. shall provide a copy of this Order to Defendants Priority Health Medical Center, Inc. and Nick J. Myrtil and shall file a Notice with the Court indicating when service was made.

3.    Upon filing said Notice, David M. Trontz, Esq. and Donet, McMillan & Trontz, P.A. shall be terminated as counsel of record for said Defendants and shall be immediately relieved of and from any and all further obligations on behalf of said Defendants in this action.

An entity may not appear *pro se* and may only appear and be heard through counsel admitted to practice before this Court, as set forth in **Palazzo v. Gulf Oil Corp.**, 764 F.2d 1381, 1385 (11th Cir. 1985). Accordingly, Defendant Priority Health Medical Center, Inc. shall retain legal counsel and notify the Court not later than fifteen days from the date of this Order.

Until such time as successor counsel enters an appearance for said Defendants, all other Parties to this action are directed to serve all papers on Defendants at the following addresses via U.S. Mail:

| | |
|---|---|
| **Priority Health Medical Center, Inc.**<br>3660 Central Avenue, # 6<br>Fort Myers, FL 33901 | **Nick J. Myrtil**<br>391 NE 27th Avenue<br>Boynton Beach, FL 33435 |

and

**Priority Health Medical Center, Inc.**
c/o Nick J. Myrtil
Registered Agent
11211 S. Military Trail, # 5022
Boynton Beach, FL 33436

No additional pretrial deadlines may be imposed upon Defendants Priority Health Medical Center, Inc. and Nick J. Myrtil within the fifteen day period following entry of this Order.

This Order does not stay proceedings or modify any deadlines or obligations of the Parties.

**DONE AND ORDERED** in Chambers at the United States District Courthouse at Fort Pierce, Florida, on this _____ day of _____, 2021.

_____
**HON. AILEEN M. CANNON**
United States District Judge

Copies to Counsel of Record.