**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

GILEAD SCIENCES, INC., GILEAD           CASE NO.: 1:20-cv-24523-KMW
SCIENCES IRELAND UC,

    Plaintiffs,

v.

AJC MEDICAL GROUP, INC., ET AL.,

    Defendants.
_____/

**DEFENDANTS', WELL CARE LLC, SHAJUANDRINE GARCIA AND MICHAEL PEACOCK'S RESPONSE TO ORDER TO SHOW CAUSE DATED JANUARY 21, 2021**

NOW COMES, the Defendants, Well Care, LLC, Willie Peacock, Shajuandrine Garcia, and Kenneth Ray Noble, III, Esq. file their response to the Order to Show Cause dated January 21, 2021 [D.E. 291] to show good cause as to why sanctions should not be imposed for their failure to appear at the status conference on January 19, 2021 at 1 pm and state as follows:

1. The undersigned counsel apologizes for his failure to attend the status conference and will ensure that his absence of a court ordered hearing will not happen again.

2. There were a series of unusual circumstances that led to the undersigned counsel's failure to attend the court hearing.

3. The undersigned law firm's process of calendaring federal court events is based on the attorney and an employee of the firm receiving and reviewing the CM/ECF emails and calendaring and documenting the various events and response time.

4. The undersigned counsel first reviews the emails and calendars the appropriate event or response time on his individual calendar.

5. The undersigned counsel's assistant then reviews the CM/ECF emails as well and ensures that the undersigned counsel properly calendared the hearing or response time.

6. On January 7, 2021 at 7 pm the assistant to the undersigned counsel summarily quit her job giving undersigned counsel no notice and did not show up to work the next day, January 8, 2021.

7. Undersigned counsel was scrambling to ensure that the duties of his assistant were being taken care of and trying to quickly hire a new assistant.

8. Additionally, on January 18, 2021, undersigned counsel was informed by his children's preschool that a child in one of their classes had Covid and therefore, his children were unable to go to school based on the strict quarantine rules from January 19, 2021 until January 27, 2021.

9. Undersigned counsel had to ensure proper childcare for his two children on January 19, 2021.

10. Undersigned counsel did receive the paperless notice of the Zoom Conference Hearing. However, undersigned counsel overlooked this email and therefore it was not calendared.

11. Undersigned counsel did not have an assistant when this notice was sent and therefore there was no assistant to double check the calendaring of the event.

12. Undersigned counsel was scrambling to find a new assistant and to ensure his children had proper childcare in the days preceding the hearing.

13. The undersigned counsel believes that the extenuating set of circumstances stated above is considered excusable neglect.

**WHEREFORE**, the undersigned, counsel for Well Care, LLC, Willie Peacock, and Shajuandrine Garcia, respectfully request that this Honorable Court enter an order finding that good cause has been shown by the Defendants and undersigned counsel and granting such other relief that may be deemed just and proper.

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served on January 26, 2020 on all parties and counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF and by US Mail to all pro se parties.

                                              Respectfully Submitted By:

                                              **NOBLE LAW FIRM, P.A.**

                                              /s/ Kenneth Noble
                                              Kenneth R. Noble, III, Esq.
                                              Florida Bar No. 0859451
                                              6199 North Federal Highway
                                              Boca Raton, Florida 33487
                                              Telephone: 561.353.9300
                                              Facsimile: 305.675.3383
                                              Efile: ray@noblelawfirmpa.com