**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| GILEAD SCIENCES, INC.; GILEAD SCIENCES IRELAND UC, <br><br> Gilead, <br><br> v. <br><br> AJC MEDICAL GROUP, INC.; ALLIANCE MEDICAL CENTER, INC.; ALLIED HEALTH ORGANIZATION, INC.; BAIKAL MARKETING GROUP, INC.; A BETTER YOU WELLNESS CENTER, LLC; 3RD STEP RECOVERY GROUP, INC. D/B/A CONTINENTAL WELLNESS CENTER; COMMUNITY HEALTH MEDICAL CENTER LLC; DOCTORS UNITED, INC. D/B/A DOCTORS UNITED GROUP; FLORIMED MEDICAL CENTER CORP.; JUAN JESUS SALINA, M.D. CORP.; LABS4LESS LLC; PHYSICIAN PREFERRED PHARMACY, INC.; POSITIVE HEALTH ALLIANCE, INC.; PRIORITY HEALTH MEDICAL CENTER, INC.; TESTING MATTERS INC.; UNITED CLINICAL LABORATORY LLC; UNITED PHARMACY LLC; WELL CARE LLC; TAMARA ALONSO; JEAN ALEXANDRE; CHENARA ANDERSON; MYRIAM AUGUSTINE; TWIGGI BATISTA; ARSEN BAZYLENKO; MICHAEL BOGDAN; BARBARA BRYANT; AUGUSTINE CARBON; JENNIFER JOHN CARBON; KHADIJAH CARBON; ALEJANDRO CASTRO; JOHN CATANO; JEAN CHARLOT; SHONTA DARDEN; ALEXANDER EVANS; MARIA FREEMAN; JESULA GABO; SHAJUANDRINE GARCIA; BARBARA GIBSON; KERLINE JOSEPH; VIERGELA JOSEPH; ANDRE KERR; GARY KOGAN; CASSANDRA LOUISSAINT; CORA MANN; NICK MYRTIL; IFEOMA NWOFOR; ERIK JOSEPH PAVAO; WILLIE PEACOCK; MICHAEL PIERCE; MICHEL POITEVIEN; JEAN RODNEY; TATIANA ROZENBLYUM; JUAN JESUS SALINA; DIMITRY SHAPOSHNIKOV; ROMAN SHEKHET; KIRILL VESSELOV; MIKHAIL VESSELOV; TOMAS WHARTON, <br><br> Defendants. | Civil Action No. 20-cv-24523-KMW |

**RESPONSE TO ORDER TO SHOW CAUSE**

COMES NOW attorney Bruce H. Vanderlaan, individually and on behalf of Defendants Viergela Joseph and Cassandra Louissant, and in response to the Court's January 21, 2021 Order to Show Cause states as follows:

1. On Monday, January 25, 2021, I received a telephone call from Judge Cannon's office informing me that I had missed a status conference scheduled by this Court on January 14, 2021 to be held on January 19, 2021.

2. I apologize to the Court for missing the Status Conference.

3. I have searched all of my email files and folders since being made aware that I had missed the zoom status conference.

4. I did not find any emails or notices of the scheduled status conference from the Court.

5. I have signed a stipulation in this matter on behalf of Ms. Louissaint and Ms. Joseph, and I have been working with Plaintiff's counsel on behalf of my clients and have not neglected the matter. I recognize that I should have been checking the Court's docket regularly to ensure I was aware of matters before the Court, and will do so in the future.

6. I did not intentionally or knowingly miss or fail to appear for the Status Conference.

7. At approximately 11:30 a.m. on January 26, 2021 I contacted the help desk for the Southern District of Florida CM/ECF System and was told that there is no email address on file for me, and I am taking steps to correct that situation and get my proper email address on file.

8. Pursuant to Rule 60(b)(1) of the Federal Rules of Civil Procedure, the Court may grant relief from an Order on the grounds of "mistake, inadvertence, surprise, or excusable neglect." Fed. R. Civ. Proc. 60(b)(1).

9. The Court has great discretion to liberally construe the determination of relief and the

grounds for such relief. *Solaroll Shade and Shutter Corp., Inc. v. Bio-Energy Systems, Inc.,* 803 F. 2d 1130,1132 (11th Cir. 1986).

10. Much like the Plaintiff in *MTACC, LTD., v. CHF Corporation, et al.*, Case No. 20-22383-Civ., (S.D. Fla. 2020), I have been working diligently on this matter by communicating with Plaintiff's counsel on multiple occasions, communicating with my clients, gathering discovery responses, and attending depositions. This is the type of behavior this Court has found supportive in the past of granting relief due to mistake, inadvertence, surprise, or excusable neglect.

WHEREFORE, the undersigned counsel, individually and on behalf of Defendants Viergela Joseph and Cassandra Louissant, respectfully requests that this Court enter an Order finding that good cause has been shown by counsel and the Defendants, together with such other or further relief as this Court deems just and proper under the circumstances.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed and served to the Court via email at Cannon@FLSD.USCourts.gov, on the 26th day of January, 2021, due to the fact that the undersigned does not have access to the CM/ECF system.

                    */Bruce H. Vanderlaan           /*
                    Bruce H. Vanderlaan, Attorney at Law, PA
                    Bruce H. Vanderlaan, Esquire, for the Firm
                    Attorney for Defendants Viergela Joseph and Cassandra Louissaint
                    1500 Royal Palm Square Boulevard
                    Suite 101
                    Fort Myers, FL 33919
                    Phone: (239) 220-3326
                    Florida Bar Number 74854

Bruce@BruceVanderlaan.com