## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## 1:20-CV-24523-AMC

GILEAD SCIENCES, INC.;
GILEAD SCIENCES IRELAND UC,

Plaintiffs,

vs.

AJC MEDICAL GROUP, INC., *et al*.

Defendants.

_____/

## NOTICE OF STRIKING INCORRECTLY FILED NON-PARTIES
## NOTICE OF HEARING

Non-Parties, pursuant to the Clerk's direction, hereby files this Notice of Striking its

incorrectly filed Notice of Hearing (DE 403), and refiles a corrected Notice of Hearing in a

separate filing.

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2021, I electronically filed the foregoing document

with the Clerk of the Court using CM/ECF and through that filing served all counsel of record.

/s/Cheyenne N. Riker
CHEYENNE N. RIKER
CHEYENNE N. RIKER, PLLC
Florida Bar Number: 1023406
2925 10th Avenue N.
Palm Springs, FL 33461
Primary: criker@havenhealthmanagement.com
Secondary:cpena@havenhealthmanagement.com