UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-24523-CIV-CANNON/OTAZO-REYES

GILEAD SCIENCES, INC., and
GILEAD SCIENCES IRELAND UC,

    Plaintiffs,

v.

ALLIANCE MEDICAL CENTER, INC., *et al.*,

    Defendants.

_____/

## **ORDER**

THIS CAUSE came before the Court upon defense counsel David M. Trontz, Esq. ("Attorney Trontz"), and Donet, McMillan & Trontz, P.A.'s Unopposed Motion for Leave to Withdraw as Counsel of Record for Defendants Priority Health Medical Center, Inc. ("Priority Health") and Nick J. Myrtil ("Myrtil") (hereafter, "Motion to Withdraw) [D.E. 309]. Upon due consideration, it is hereby ORDERED and ADJUDGED as follows:

- The Motion to Withdraw [D.E. 309] is GRANTED. Attorney Trontz and Donet, McMillan & Trontz, P.A. are permitted to withdraw as counsel of record for Defendants Priority Health and Defendant Myrtil effective immediately.

- Defendant Priority Health shall have 20 days to have new counsel enter an appearance. As a corporation, Defendant Priority Health is an artificial entity that can only act though agents; it cannot appear pro se and must be represented by counsel. See Palazzo v. Gulf Oil Corp., 764 F.2d 1381, 1385 (11th Cir. 1985).

- Defendant Myrtil shall have 20 days to have new counsel enter an appearance or he will be deemed to be proceeding *pro se*.

- Attorney Trontz shall provide a copy of this order to Defendant Priority Health and Defendant Myrtil.

DONE AND ORDERED in Chambers at Miami, Florida, this <u>1st</u> day of February, 2021.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:   United States District Judge Aileen M. Cannon
      Counsel of Record