**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 20-24523-CIV-CANNON/OTAZO-REYES**

GILEAD SCIENCES, INC.; GILEAD
SCIENCES IRELAND UC,

    Plaintiffs,

v.

AJC MEDICAL GROUP, INC. et al.,

    Defendants.

_____/

**AGREED ORDER ON DEFENDANTS' AND NON-PARTIES' OBJECTIONS TO
PLAINTIFFS' SUBPOENAS TO BANKS**

**THIS CAUSE** having come before the Court on Defendants Community Health Medical Center, LLC, United Pharmacy, LLC, United Clinical Laboratory, LLC, Kirill Vesselov, Mikhail Vesselov, and Roman Sheckhet ("Defendants") and the Non-Parties referenced in the Notice of Attorney Appearance and Designation of Email Address filed by Cheyenne N. Riker on January 28, 2021 (DE 404) ("the Non-Parties") objections to the subpoenas served on Defendants' and the Non-Parties' banks by Plaintiffs Gilead Sciences, Inc. and Gilead Sciences Ireland UC ("Plaintiffs"), having been advised of an agreement between Plaintiffs and Defendants and being otherwise duly advised in the premises, it is ORDERED and ADJUDGED as follows:

1. Roman Sheckhet, United Pharmacy, LLC, United Clinical Laboratory, LLC, and Community Health Medical Center, LLC withdraw their objection with respect to their accounts.

2. Kirill Vesselov and Mikhail Vesselov will execute affidavits regarding their respective personal accounts establishing that, to the best of their knowledge and belief, they have not made any transfers directly or indirectly to, or received any transfers directly or

1

indirectly from, any other defendants in the above-captioned case, with certain exceptions for transfers already disclosed to Plaintiffs.

3. The Non-Parties, by counsel, will submit to counsel for Plaintiffs, as a confidential disclosure, marked as FOR ATTORNEY'S EYES ONLY, the following information regarding each of the Non-Parties:

    a. What each such Non-Party does; and

    b. Whether there are any transfers (other than distributions or contributions from owners) among the Non-Parties and any defendants, directly or indirectly.

4. Upon receipt, Plaintiffs shall confer with counsel for the Non-Parties to discern whether additional discovery is necessary as to the records of the Non-Parties. To the extent any Non-Party engaged in any transfers (other than distributions or contributions from owners) with a defendant, directly or indirectly, that Non-Party will withdraw its objections to the subpoenas Plaintiffs served on the Non-Party's banks.

5. A copy of this Order shall be served to each of Defendants' and the Non-Parties' banks.

**DONE AND ORDERED** in Chambers at Miami, Florida this 10th day of March, 2021.

ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:   United States District Judge Aileen M. Cannon
      Counsel of Record