IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| GILEAD SCIENCES, INC.; GILEAD SCIENCES IRELAND UC,<br><br>                  Plaintiffs,<br><br>v.<br><br>AJC MEDICAL GROUP, INC. et al.,<br><br>                  Defendants. | Civil Action No. 20-cv-24523-AMC |

**DECLARATION IN SUPPORT OF MOTION FOR ENTRY OF CLERK'S DEFAULT**

I, Joshua Kipnees, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a partner of the law firm Patterson Belknap Webb & Tyler LLP, attorneys for Plaintiffs Gilead and Gilead Sciences Ireland UC (together, "Plaintiffs"). I submit this Declaration in support of Plaintiffs' Motion for Entry of Clerk's Default. I am aware of the facts stated below based on my own personal knowledge and on my review of the materials referenced herein.

2. On November 3, 2020, Plaintiffs filed their Complaint and contemporaneously filed a Motion for a Temporary Restraining Order ("TRO"). ECF No. 1. The TRO was entered later that day. ECF No. 27.

3. Defendants Baikal Marketing Group, Inc. ("Baikal Marketing"), Arsen Bazylenko, Tatiana Rozenblyum, Priority Health Medical Center, Inc. ("Priority Health"), and Nick Myrtil were each served with the Complaint, the Summons, the Motions for a TRO and Preliminary Injunction, as well as the supporting papers, and the TRO and an Order to Show Cause for a Preliminary Injunction.

1

4. The TRO and the Order to Show Cause for a Preliminary Injunction were served on Baikal Marketing on November 5, 2020 by leaving the papers with Tatiana Rozenblyum, a corporate officer, who stated that she was authorized to receive service. The Complaint, Summons, Motion for a TRO and Preliminary Injunction, as well as the supporting papers, and the TRO and the Order to Show Cause for a Preliminary Injunction were also affixed to the door at the company's address located at 3029 NE 188th Street, #319, Miami, Florida 33180 on November 10, 2020, as reflected on the docket by the Affidavits of Service filed with the court. ECF Nos. 323, 392 at 46.

5. The TRO and the Order to Show Cause for a Preliminary Injunction were served on Tatiana Rozenblyum by personal service on November 5, 2020. The TRO and the Order to Show Cause for a Preliminary Injunction were also affixed to the door located at the address 2750 NE 183rd Street, Apt 1707, North Miami Beach, Florida 33160 on November 5, 2020. The Complaint, Summons, Motion for a TRO and Preliminary Injunction, as well as the supporting papers, the TRO, and the Order to Show Cause for a Preliminary Injunction were affixed to the door located at 3029 NE 188th Street, #319, Miami, Florida 33180 on November 10, 2020, as reflected on the docket by the Affidavits of Service filed with the court. ECF Nos. 364, 392 at 35, 47.

6. The TRO and the Order to Show Cause for a Preliminary Injunction were served on Arsen Bazylenko by delivering the papers to Tatiana Rozenblyum on November 5, 2020. The TRO and the Order to Show Cause for a Preliminary Injunction were also affixed to the door located at the address 2750 NE 183rd Street, Apt 1707, North Miami Beach, Florida 33160 on November 5, 2020. The Complaint, Summons, Motion for a TRO and Preliminary Injunction, as well as the supporting papers, the TRO and the Order to Show Cause for a Preliminary Injunction

were also affixed to the door located at 3029 NE 188th Street, #319, Miami, Florida 33180 on November 10, 2020, as reflected on the docket by the Affidavits of Service filed with the court. ECF Nos. 325, 392 at 34, 48.

7.     In a so-ordered stipulation converting the TRO against them into a Preliminary Injunction, Mr. Bazylenko, Ms. Rozenblyum, and Baikal Marketing acknowledged having been served with the foregoing papers. *See* ECF No. 87.

8.     The TRO and the Order to Show Cause for a Preliminary Injunction were served on Priority Health by affixing the papers to the door at the address 3660 Central Avenue, #6, Fort Myers, Florida 33901 on November 5, 2020. The Complaint, Summons, Motion for a TRO and Preliminary Injunction, as well as the supporting papers, the TRO and the Order to Show Cause for a Preliminary Injunction were also affixed to the door at that location on November 10, 2020, as reflected on the docket by the Affidavits of Service filed with the court. ECF No. 362, 392 at 22.

9.     The TRO and the Order to Show Cause for a Preliminary Injunction were served on Nick Myrtil by affixing the papers to the door at the address 3660 Central Avenue, #6, Fort Myers, Florida 33901 on November 5, 2020. The Complaint, Summons, Motion for a TRO and Preliminary Injunction, as well as the supporting papers, the TRO and the Order to Show Cause for a Preliminary Injunction were also affixed to the door located at the address 11211 South Military Trail, Apt 5022, Boynton Beach, Florida 33436 on November 10, 2020, as reflected on the docket by the Affidavits of Service filed with the court. ECF Nos. 353, 392 at 17.

10.    On January 20, 2021 the Court issued an Omnibus Case Management Order directing all Defendants to file a responsive motion or answer the Complaint by February 5, 2021. ECF No. 299

11. On January 26, 2021, counsel for Priority Health and Nick Myrtil filed a motion to withdraw representation and this Court granted the motion to withdraw, requiring that Priority Health retain new counsel and have such counsel file an appearance no later than February 21, 2021. ECF Nos. 309, 420. Priority Health did not comply with that deadline, and it remains unrepresented in this action.

12. On January 28, 2021, the Court instructed Baikal Marketing to retain counsel and have such counsel file an appearance on the docket by February 19, 2021. ECF No. 399. Baikal Marketing did not comply with that deadline, and it remains unrepresented in this action.

13. On February 14, 2021, the Court entered an Order directing Baikal Marketing Group, Inc., Arsen Bazylenko, Tatiana Rozenblyum, Priority Health Medical Center, Inc., and Nick Myrtil to file a responsive motion, answer, or notice no later than February 22, 2021. ECF No. 458.

14. On March 2, 2021, the Court issued an Order on Default Procedure directing Plaintiffs to submit a Motion for Entry of Clerk's Default. ECF No. 485.

15. Plaintiffs' served the Court's Order on Default Procedure on Priority Health and Nick Myrtil on March 10, 2021, and on Baikal Marketing, Tatiana Rozenblyum, and Arsen Bazylenko on March 11, 2021.

16. Defendants Baikal Marketing, Arsen Bazylenko, Tatiana Rozenblyum, Priority Health, and Nick Myrtil have failed to plead or otherwise defend themselves within the time allowed and, therefore, are now in default. These Defendants are not infants or incompetents and, upon information and belief, said Defendants are not presently in the military service of the United States.

DATED: New York, New York
March 12, 2021

Joshua Kipnees