UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF FLORIDA

GILEAD SCIENCES INC., et al.

      Plaintiff,

v.                                    Case No.:  1:20-cv-24523-AMC

AJC MEDICAL GROUP, et al.

      Defendant.

_____/

**NON-PARTIES ALIVE AND WELL COMMUNITY
PARTNERS LLC AND ISLAND FOOD TO GO CATERING
AND TAKE OUT'S MOTION TO QUASH SUBPOENA**

Non-parties Alive and Well Community Partners LLC and Island Food to Go Catering and Take Out (the "Non-Parties") move to quash Plaintiff's subpoena to Truist Bank dated January 22, 2021 to the extent that it requires Truist Bank to produce records of their bank accounts pursuant to Federal Rule of Civil Procedure 45(d)(3)(B)(i). The subpoenaed bank accounts constitute confidential commercial information from non-parties without any justification from Plaintiff for obtaining the same.

POLSINELLI, P.C.
1401 Lawrence Street, Suite 2300
Denver, CO 80202
Tel. (303) 583-8259
Facsimile: (303) 572-7883

By: s/ Ghislaine G. Torres Bruner
Ghislaine G. Torres Bruner
Florida Bar No. 546321
*Email: GBruner@polsinelli.com*

*Attorney for Non-Parties Alive and Well
Community Partners LLC and Island Food to
Go Catering and Take Out*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of March, 2021, a true and correct copy of the foregoing has been filed and served by through the Court's ECF system pursuant to Rule 5 of the Federal Rules of Civil Procedure on the following:

Jacob I. Chefitz, Esq.
Patterson Belknap et al.
1133 Avenue of the Americas
New York, NY 10036

*Counsel for Gilead Sciences, Inc.*

By: *s/ Ghislaine G. Torres Bruner*
      *Ghislaine G. Torres Bruner*

2

77318734.1