UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-24523-CIV-CANNON/OTAZO-REYES

GILEAD SCIENCES, INC., and
GILEAD SCIENCES IRELAND UC,

    Plaintiffs,

v.

ALLIANCE MEDICAL CENTER, INC., *et al.*,

    Defendants.
_____/

## ORDER SETTING HEARING

THIS CAUSE came before the Court upon defense counsel Reginald (Tony) Moss, Jr., Esq. ("Attorney Moss") Motion for Leave to Withdraw as Counsel of Record for Defendant Jean Rodney ("Rodney") (hereafter, "Motion to Withdraw) [D.E. 504]. This matter was referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Aileen M. Cannon, United States District Judge [D.E. 311]. It is hereby

ORDERED AND ADJUDGED that a hearing on the Motion to Withdraw is SET for **April 15, 2021 at 4:00 PM**. The hearing will be conducted by Zoom Conference. Log-in instructions will be provided to counsel via e-mail. Defendant Rodney is required to appear at the hearing. Attorney Moss shall serve a copy of this order on Defendant Rodney.

DONE AND ORDERED in Chambers at Miami, Florida this <u>29th</u> day of March, 2021.

                                                                ALICIA M. OTAZO-REYES
                                                                 UNITED STATES MAGISTRATE JUDGE

cc:    United States District Judge Aileen M. Cannon
        Counsel of Record