**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 20-24523-CIV-CANNON/Otazo-Reyes**

**GILEAD SCIENCES, INC., and**
**GILEAD SCIENCES IRELAND UC,**

     Plaintiffs,
v.

**ALLIANCE MEDICAL CENTER, INC.**, *et al.,*

     Defendants.
_____/

**ORDER ON PLAINTIFFS' NOTICE OF JOINT LIABILITY**

**THIS CAUSE** is before the Court upon Plaintiffs' Notice of Joint Liability [ECF No. 516], which the Court construes as a Motion for Deferment of the Deadline to file a Motion for Final Default Judgment against Defaulted Defendants Baikal Marketing Group, Inc. ("Baikal Marketing"), Arsen Bazylenko, Tatiana Rozenblyum, Priority Health Medical Center, Inc. ("Priority Health"), and Nick Myrtil.  On March 15, 2021, the Court entered an Order on Default Final Judgment Procedure, which instructed Plaintiffs to either (1) file a Motion for Default Final Judgment, or (2) file a Notice of Joint Liability no later than March 29, 2021 [ECF No. 502]. Plaintiffs filed a Notice of Joint Liability [ECF No. 516], in which Plaintiffs indicate that "it is appropriate to defer the deadline to move for final default judgments against the Defaulting Defendants until after liability is resolved as to the non-defaulting Defendants who acted in concert with the Defaulting Defendants."  Finding good cause for the relief sought, the Plaintiffs' deadline to file their Motion for Final Default Judgment against the Defaulted Defendants specified in this Order shall be adjourned indefinitely until the liability of the Non-defaulted Defendants has been established by summary judgment, trial, or otherwise.

CASE NO. 20-24523-CIV-CANNON/Otazo-Reyes

**DONE AND ORDERED** in Fort Pierce, Florida this 31st day of March 2021.

                                                    **AILEEN M. CANNON**
                                                    **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record