UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF FLORIDA

GILEAD SCIENCES INC., et al.

      Plaintiff,

v.                                                                                                                        Case No.: 1:20-cv-24523-AMC

AJC MEDICAL GROUP, et al.

      Defendant.

_____/

**NON-PARTIES STEVE C. TAYLOR AND CALVANETTA S. FRANKLIN'S
MOTION TO QUASH SUBPOENA**

Non-parties Steve C. Taylor and Calvanetta S. Franklin (the "Non-Parties") move to quash Plaintiff's subpoenas to TB Bank dated March 16, 2021 to the extent that it requires TD Bank to produce records of their bank accounts pursuant to Federal Rule of Civil Procedure 45(d)(3)(B)(i). The subpoenaed bank accounts constitute confidential commercial information from non-parties without any justification from Plaintiff for obtaining the same.

                                                           POLSINELLI, P.C.
                                                           1401 Lawrence Street, Suite 2300
                                                           Denver, CO 80202
                                                           Tel. (303) 583-8259
                                                           Facsimile: (303) 572-7883

                                                           By: s/ Ghislaine G. Torres Bruner
                                                           Ghislaine G. Torres Bruner
                                                           Florida Bar No. 546321
                                                           Email: GBruner@polsinelli.com

                                                           *Attorney for Non-Parties Steve C. Taylor and*
                                                           *Calvanetta S. Franklin*

77414783.1

## CERTIFICATE OF SERVICE

      I hereby certify that on this 5th day of April, 2021, a true and correct copy of the foregoing has been filed and served by through the Court's ECF system pursuant to Rule 5 of the Federal Rules of Civil Procedure on the following:

Jacob I. Chefitz, Esq.
Patterson Belknap et al.
1133 Avenue of the Americas
New York, NY 10036

*Counsel for Gilead Sciences, Inc.*

                                            By: *s/ Ghislaine G. Torres Bruner*
                                                  *Ghislaine G. Torres Bruner*

77414783.1