UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF FLORIDA

GILEAD SCIENCES INC., et al.

      Plaintiff,

v.                                                               Case No.: 1:20-cv-24523-AMC

AJC MEDICAL GROUP, et al.

      Defendant.

_____/

## NON-PARTIES' MOTION TO QUASH SUBPOENA

Non-parties, Steve C. Taylor and Calvanetta S. Franklin (the "Non-Parties", collectively, or "Non-party," individually), through undersigned counsel, file this motion to quash Plaintiff's subpoenas to TB Bank issued on March 16, 2021 and served upon TD Bank ("Motion") and state as follows.

## CERTIFICATE OF CONFERRAL, PURSUANT TO LOCAL RULE 7.1(A)(3)

I hereby certify that the relief sought in this Motion is a result of a good faith effort to resolve the issues with Plaintiff. On April 6, 2021, counsel for the moving Non-Parties contacted Plaintiff's counsel in an effort to resolve the issues in this Motion but was unsuccessful.

## ARGUMENT

The Non-Parties move to quash the subpoena issued to them to the extent that it requires TD Bank to produce records of their bank accounts pursuant to Federal Rule of Civil Procedure 45(d)(3)(B)(i). The subpoenas seek to obtain confidential commercial

77506765.2

information regarding each of the Non-Parties bank accounts without any justification offered by Plaintiff for obtaining such confidential information.

WHEREFORE, Non-Parties seek an Order from this Court quashing the subpoenas issued to TD Bank regarding the Non-Parties records.

POLSINELLI, P.C.
1401 Lawrence Street, Suite 2300
Denver, CO 80202
Tel. (303) 583-8259
Facsimile: (303) 572-7883

By: s/ Ghislaine G. Torres Bruner
Ghislaine G. Torres Bruner
Florida Bar No. 546321
*Email: GBruner@polsinelli.com*

*Attorney for Non-Parties Steve C. Taylor and Calvanetta S. Franklin*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of April, 2021, a true and correct copy of the foregoing has been filed and served by through the Court's ECF system pursuant to Rule 5 of the Federal Rules of Civil Procedure on the following:

Jacob I. Chefitz, Esq.
Patterson Belknap et al.
1133 Avenue of the Americas
New York, NY 10036

*Counsel for Gilead Sciences, Inc.*

By: *s/ Ghislaine G. Torres Bruner*
    *Ghislaine G. Torres Bruner*
