UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 20-24523-CIV-CANNON/Otazo-Reyes

**GILEAD SCIENCES, INC.**, and
**GILEAD SCIENCES IRELAND UC**,

     Plaintiffs,

v.

**AJC MEDICAL GROUP, INC., et al.**,

     Defendants.
_____/

**ORDER OF DISMISSAL AND PERMANENT INJUNCTION
AS TO THE BOGDAN AND ALLIED DEFENDANTS**

**THIS CAUSE** comes before the Court upon the Joint Motion for Entry of Permanent Injunction and Dismissal with Prejudice (the "Joint Motion"), filed on April 28, 2022, by Plaintiffs Gilead Sciences, Inc. and Gilead Sciences Ireland UC (together, "Gilead") and Defendants Michael Bogdan; Twiggi Batista; Physician Preferred Pharmacy; Testing Matters, Inc.; Navigator Solutions, Inc.; Maggie's Pharmacy; MyRx Systems, LLC; Maureen Bogdan; Ivan Hyppolite; Alejandro Castro; Allied Health Organization; Myriam Augustine; A Better You Wellness Center, LLC; and Alexander Evans (collectively, the "Bogdan and Allied Defendants") [ECF No. 834].

The foregoing parties have entered into a confidential settlement agreement resolving all claims asserted in this lawsuit by Gilead against the Bogdan and Allied Defendants and in which neither Gilead nor the Bogdan and Allied Defendants makes an admission of liability or wrongdoing [ECF No. 834-1 p. 1]. The foregoing parties request that the Court enter an order of dismissal and a permanent injunction against the Bogdan and Allied Defendants pursuant to Federal

Rules of Civil Procedure 41(a) and 54(b) [ECF Nos. 834, 834-1].

The Court, having reviewed the record, and being otherwise fully advised, hereby **ORDERS AND ADJUDGES** that the Joint Motion [ECF No. 834] is **GRANTED** as follows:

1. This action is **DISMISSED WITH PREJUDICE** as to all claims and causes of action against the Bogdan and Allied Defendants, effective April 28, 2022.

2. Gilead and the Bogdan and Allied Defendants shall bear their own attorneys' fees and costs with respect to this action.

3. The Bogdan and Allied Defendants and their principals, agents, servants, employees, successors, assigns, and all other persons in concert and participation with the Bogdan and Allied Defendants, are permanently enjoined from:

    a. Enrolling, attempting to enroll, or facilitating the enrollment of any individual in Gilead's Patient Assistance Programs ("PAP"), Medication Assistance Program ("MAP"), or any program that provides access to free Gilead Medication, including but not limited to the Advancing Access® PAP and MAP;

    b. Prescribing or seeking to prescribe to any individual enrolled in Gilead's PAP or MAP any medication that is manufactured and/or marketed by Gilead ("Gilead Medication") and for which reimbursement is or will be sought through Gilead's PAP or MAP;

    c. Participating in or enrolling, attempting to enroll, facilitating the enrollment of any individual in any program that provides access to

        free Gilead Medication;

    d.    Seeking or accepting reimbursement, or facilitating another individual's or entity's attempt to seek or accept reimbursement, either directly or indirectly, for any Gilead Medication dispensed to any individual enrolled in Gilead's PAP or MAP;

    e.    Dispensing Gilead Medication to individuals in packaging other than original, unopened containers from the manufacturer;

    f.    Dispensing Gilead Medication to individuals unaccompanied by its FDA-approved labeling, package insert, lot number, serialization number, or expiration date;

    g.    Selling, purchasing, or otherwise obtaining Gilead Medication that had previously been filled or dispensed;

    h.    Discarding, destroying, transferring, or disposing in any manner, any information, computer files, electronic files, WhatsApp or text messages, business records (including but not limited to e-mail communications) or other documents relating in any way to any of the activities referred to in subparagraphs (a) through (g) above for a period of four (4) years after entry of this order; and

    i.    Assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs (a) through (h) above.

4.    Nothing herein should be construed to prevent the Bogdan and Allied Defendants and their principals, agents, servants, employees, successors,

assigns, and all other persons in concert and participation with the Bogdan and Allied Defendants from advising individuals who are enrolled or may wish to enroll in the MAP or PAP that, to obtain or continue obtaining any Gilead medication dispensed through the MAP or PAP, they should contact Gilead's Patient Support Programs directly.

5. Nothing herein should be construed to prevent the Bogdan and Allied Defendants and their principals, agents, servants, employees, successors, assigns, and all other persons in concert and participation with them from advising and/or assisting individuals with prescribing, obtaining, dispensing, and/or claim submission with any Gilead Medication not dispensed through the MAP or PAP programs. In other words, this Injunction shall have no effect on the Bogdan and Allied Defendants' rights to participate in any other health care benefit plan and/or health care program that does not involve Gilead's MAP or PAP programs.

6. Gilead and the Bogdan and Allied Defendants each agree that jurisdiction and venue for an action for contempt of this Permanent Injunction by Consent and Dismissal with Prejudice exists in the United States District Court for the Southern District of Florida. In such an action, the Bogdan and Allied Defendants shall waive any and all defenses based upon personal jurisdiction, subject matter jurisdiction, and venue.

7. The Court shall retain jurisdiction to enforce this Order and injunction.

8. The Clerk of Court shall **TERMINATE** the following Defendants: Michael Bogdan; Twiggi Batista; Physician Preferred Pharmacy; Testing Matters,

CASE NO. 20-24523-CIV-CANNON/Otazo-Reyes

Inc.; Navigator Solutions, Inc.; Maggie's Pharmacy; MyRx Systems, LLC; Maureen Bogdan; Ivan Hyppolite; Alejandro Castro; Allied Health Organization; Myriam Augustine; A Better You Wellness Center, LLC; and Alexander Evans (collectively, the "Bogdan and Allied Defendants").

9. This action remains **OPEN** as to all other Defendants.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 28th day of April 2022.

_____
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc: counsel of record