**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 20-24523-CIV-CANNON/Otazo-Reyes**

**GILEAD SCIENCES, INC.**, and
**GILEAD SCIENCES IRELAND UC**,

    Plaintiffs,
v.

**AJC MEDICAL GROUP, INC., et al.**,

    Defendants.
_____/

**ORDER ON STATUS REPORT**

**THIS CAUSE** comes before the Court upon Plaintiffs' Status Report [ECF No. 845], filed on May 4, 2022. In the Status Report, Plaintiffs advise that, out of the 81 Defendants named in the First Amended Complaint [ECF No. 782], 62 have settled or been dismissed, 15 are in default, and 4 remain as non-defaulted Defendants [ECF No. 845].[1] Plaintiffs also request that the Court reinstate the response deadline for the First Amended Complaint, and that the Court cancel the mediation hearings scheduled for June 17 and 24, 2022 in light of the number and status of the remaining Defendants. Following review, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Defendants Jennifer John Carbon, Well Care LLC, Willie Peacock, and Shajuandrine Garcia shall answer or respond to the First Amended Complaint [ECF No. 782] on or before **May 19, 2022**.

---

[1] The four remaining, non-defaulted Defendants are Jennifer John Carbon, Well Care LLC, Willie Peacock, and Shajuandrine Garcia.

CASE NO. 20-24523-CIV-CANNON/Otazo-Reyes

2. The Court's Order Scheduling Mediation [ECF No. 645] is modified in the following way:

    a. The hearing scheduled for June 24, 2022 at 9:30 A.M. is **CANCELED**.

    b. The parties nevertheless shall attend the mediation scheduled for **June 17, 2022 at 9:30 A.M.**

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 5th day of May 2022.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record