UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 20-24523-CIV-CANNON/Otazo-Reyes

**GILEAD SCIENCES, INC.**, and
**GILEAD SCIENCES IRELAND UC**,

    Plaintiffs,

v.

**AJC MEDICAL GROUP, INC. et al.**,

    Defendants.
_____/

**CONSENT FINAL JUDGMENT AND PERMANENT INJUNCTION
AS TO THE ALLIANCE MEDICAL DEFENDANTS**

**THIS CAUSE** comes before the Court upon the Joint Motion for Entry of Consent Judgment and Permanent Injunction (the "Joint Motion") [ECF No. 876], filed on July 20, 2022 by Plaintiffs Gilead Sciences, Inc. and Gilead Sciences Ireland UC (together, "Gilead") and Defendants Alliance Medical Center, Inc., Jean Alexandre, Jean Rodney, and Michel Poitevien (together, the "Alliance Medical Defendants"). The foregoing parties request that the Court enter the following consent judgment and permanent injunction against the Alliance Medical Defendants pursuant to Rule 54(b) of the Federal Rules of Civil Procedure [ECF Nos. 876, 876-1].

The Court, having reviewed the record, and being otherwise fully advised, hereby **ORDERS AND ADJUDGES** that the Joint Motion [ECF No. 876] is **GRANTED** as follows:

1. This action is **DISMISSED WITH PREJUDICE** as to all claims and causes of action against Defendants Alliance Medical Center, Inc., Jean Alexandre, Jean Rodney, and Michel Poitevien.

2. Gilead and the Alliance Medical Defendants shall bear their own attorneys' fees and costs with respect to this action.

3. The Alliance Medical Defendants and their principals, agents, servants, employees, successors, assigns, and all other persons in concert and participation with the Alliance Medical Defendants, are permanently enjoined from:

   a. Enrolling, attempting to enroll, or facilitating the enrollment of any individual in Gilead's Patient Assistance Programs ("PAP"), Medication Assistance Program ("MAP"), or any program that provides access to free Gilead Medication, including but not limited to the Advancing Access® PAP and MAP;

   b. Prescribing or seeking to prescribe to any individual enrolled in Gilead's PAP or MAP any medication that is manufactured and/or marketed by Gilead ("Gilead Medication") and for which reimbursement is or will be sought through Gilead's PAP or MAP;

   c. Seeking or accepting reimbursement, or facilitating another individual's or entity's attempt to seek or accept reimbursement, either directly or indirectly, for any Gilead Medication dispensed to any individual enrolled in Gilead's PAP or MAP;

   d. Dispensing Gilead Medication to individuals in packaging other than original, unopened containers from the manufacturer;

   e. Dispensing Gilead Medication to individuals unaccompanied by the FDA-approved labeling, package insert, lot number, serialization number, or expiration date;

  f. Selling, purchasing, or otherwise obtaining Gilead Medication that had previously been filled or dispensed;

  g. Discarding, destroying, transferring, or disposing in any manner, any information, computer files, electronic files, WhatsApp or text messages, business records (including but not limited to e-mail communications) or other documents relating in any way to any of the activities referred to in subparagraphs (a) through (f) above for a period of four (4) years after entry of this order; and

  h. Assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs (a) through (f) above.

4. Nothing herein should be construed to prevent the Alliance Medical Defendants and their principals, agents, servants, employees, successors, assigns, and all other persons in concert and participation with the Alliance Medical Defendants from advising individuals who are enrolled or may wish to enroll in the MAP or PAP that, to obtain or continue obtaining any Gilead medication dispensed through the MAP or PAP, they should contact Gilead's Patient Support Programs directly.

5. Gilead and the Alliance Medical Defendants each agree that jurisdiction and venue for an action for contempt of this Consent Judgment exists in the United States District Court for the Southern District of Florida. In such an action, the Alliance Medical Defendants shall waive any and all defenses based upon personal jurisdiction, subject matter jurisdiction, and venue.

6. The Court shall retain jurisdiction to enforce this consent judgment and injunction.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 21st day of July 2022.

                                            **AILEEN M. CANNON**
                                            **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record