IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

GILEAD SCIENCES, INC.; GILEAD SCIENCES IRELAND UC,

        Plaintiffs,

v.

AJC MEDICAL GROUP, INC. et al.,

        Defendants.

Civil Action No. 20-cv-24523-AMC

**PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT FINAL JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANTS BAIKAL MARKETING GROUP, INC., ARSEN BAZYLENKO, TATIANA ROZENBYUM, PRIORITY HEALTH MEDICAL CENTER, AND NICK MYRTIL**

Plaintiffs Gilead Sciences, Inc. and Gilead Sciences Ireland UC (together, "Gilead"), by and through their undersigned counsel, hereby move pursuant to Federal Rule of Civil Procedure 55(b) and this Court's July 12, 2022 Order (ECF No. 874) for Entry of Default Final Judgment and Permanent Injunction against Defendants Baikal Marketing Group, Inc. ("Baikal"), Arsen Bazylenko, Tatiana Rozenblyum, Priority Health Medical Center ("Priority"), and Nick Myrtil (collectively, "Defaulting Defendants").

Specifically, Gilead seeks a default final judgment establishing that the Defaulting Defendants are jointly and severally liable for each of the causes of action Gilead has alleged against them; entry of a damages award against the Defaulting Defendants, jointly and severally, and in favor of Gilead, in the amount of one hundred thirty-one million, four hundred thousand dollars ($131,400,000); and awarding further relief as this Court deems just and proper.

1

In addition, Gilead seeks an order permanently enjoining the Defaulting Defendants from, among other things: (a) Enrolling, attempting to enroll, or facilitating the enrollment of any individual in Gilead's Patient Assistance Programs ("PAP"), MAP, or any program that provides access to free Gilead Medication; (b) Prescribing or seeking to prescribe to any individual enrolled in Gilead's PAP or MAP any medication that is manufactured and/or marketed by Gilead ("Gilead Medication") and for which reimbursement is or will be sought through Gilead's PAP or MAP; (c) Seeking or accepting reimbursement, or facilitating another individual's or entity's attempt to seek or accept reimbursement, either directly or indirectly, for any Gilead Medication dispensed to any individual enrolled in Gilead's PAP or MAP; (d) Dispensing Gilead Medication to individuals in packaging other than original, unopened containers from the manufacturer; (e) Dispensing Gilead Medication to individuals unaccompanied by the FDA-approved labeling, package insert, lot number, serialization number, or expiration date; (f) Selling, purchasing, or otherwise obtaining Gilead Medication that had previously been filled or dispensed; (g) Discarding, destroying, transferring, or disposing in any manner, any information, computer files, electronic files, WhatsApp or text messages, business records (including but not limited to e-mail communications) or other documents relating in any way to any of the activities referred to in subparagraphs (a) through (f) above for a period of four years after entry of this order; and (h) assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs (a) through (f) above.

The grounds for the relief requested are set forth in Gilead's Memorandum of Law in Support of Gilead's Motion for Entry of Default Final Judgment and Permanent Injunction Against the Defaulting Defendants ("Motion"), Gilead's First Amended Complaint ("FAC"), and

the Declaration of Joshua Kipnees in support of Gilead's Motion and accompanying exhibits. A proposed order setting forth the relief requested is attached thereto.

Dated: August 3, 2022

                                          Respectfully submitted,

STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON

/s/   *Jay Brian Shapiro*
Jay Brian Shapiro (FBN 776361)
jshapiro@stearnsweaver.com
Museum Tower
150 W Flagler Street, Suite 2200
Miami, FL 33130
T.: (305) 789-3229
F.: (305) 789-3395

PATTERSON BELKNAP WEBB & TYLER LLP

/s/ Joshua Kipnees
Geoffrey Potter (*admitted pro hac vice*)
Aron Fischer (*admitted pro hac vice*)
Joshua Kipnees (*admitted pro hac vice*)
Lachlan Campbell-Verduyn (*admitted pro hac vice*)
Devon Hercher (*admitted pro hac vice*)
Maxwell Weiss (*admitted pro hac vice*)
Amanda First (*admitted pro hac vice*)
gpotter@pbwt.com
afischer@pbwt.com
jkipnees@pbwt.com
lcampbellverduyn@pbwt.com
dhercher@pbwt.com
mweiss@pbwt.com
afirst@pbwt.com

>1133 Avenue of the Americas
>New York, NY 10036
>Telephone: (917) 854-2310
>Facsimile: (212) 336-2222
>
>*Attorneys for Plaintiffs Gilead Sciences, Inc. and Gilead Sciences Ireland UC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of August, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

>/s/ *Jay B. Shapiro*
>JAY B. SHAPIRO